# EXHIBIT H

# EXHIBIT H



**VIDEO    LIVE    SHOWS    2020 ELECTIONS**    :::    🔍

**EXHIBIT H**

# Teen accused of taunting Native American protesters in viral video says he's receiving death threats

*Sandmann was accused of mocking a Native American protester on Friday.*

By **Karma Allen**

January 20, 2019, 10:16 PM    •    8 min read

f    𝕏    ✉



**NEW DEVELOPMENTS**
**VIRAL CONFRONTATION OUTRAGE**
**TEEN AT CENTER OF RALLY VIDEO SPEAKS OUT**    GMA

**New fallout after viral confrontation between high schoolers, Native Americans**

*The teens seen appearing to mock a group of Native Americans that drew widespread condemnation revealed what allegedly happened before and after the incident.*

@earthchores via Storyful

A Kentucky high school student spoke out on Sunday after video appeared to show him taunting a group of Native American protesters in Washington, D.C., over the weekend.

Nick Sandmann, a junior at Covington Catholic High School in Park Hills, Kentucky, was accused of taunting and mocking a Native American protester at the end of the Indigenous People's March on Friday, but the teenager said he'd been falsely accused.

"The protestor everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him," Sandmann said in a statement on Sunday. "He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face.

"I never interacted with this protestor. I did not speak to him. I did not make any hand gestures or other aggressive moves. To be honest, I was startled and confused as to why he had approached me," he added.

## Top Stories

**Teen accused of taunting Native American protesters in viral video says he's receiving death threats**
Jan 20, 10:16 PM


**Woman Calls Trump a 'Racist' in New Hampshire Diner**
Jan 12, 10:35 AM


**Barr blasts Trump's tweets: 'Impossible for me to do my job': ABC News Exclusive**
Feb 13, 6:11 PM


**Driver complained of autopilot issue before fatal Tesla crash: NTSB**
Feb 12, 1:16 PM


**Transcript of Attorney General Bill Barr's exclusive interview with ABC News**
Feb 13, 9:40 PM


🔴 **ABC News Live**



24/7 coverage of breaking news and live events



📷 *A diocese in Kentucky apologized Saturday, Jan. 19, 2019, after videos emerged showing a student in a "Make America Great Again" hat mocking Native Americans outside the Lincoln Memorial...* **more**

@earthchores via Storyful

The protestor, Vietnam veteran Nathan Phillips, who was banging a drum and singing when he confronted Sandmann, said the teens yelled derogatory comments at him before the stare down took place.

"I heard them say, 'Build that wall, build that wall,' you know?" Phillips told reporters over the weekend. "This is indigenous lands, you know. We're not supposed to have walls here. We never did. Before anybody else came here we never had walls. We never had a prison."

+ (MORE: Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school investigation)

In a separate interview with the Washington Post, Phillips said teens from Sandmann's group had harassed him and other Native American protesters before the encounter.

"It was getting ugly," he said, describing his confrontation with Sandmann, who was wearing a red "Make America Great Again" hat at the time. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."



📷 *A diocese in Kentucky apologized Saturday, Jan. 19, 2019, after videos emerged showing students mocking Native Americans outside the Lincoln Memorial after a rally in Washington.*

@earthchores via Storyful



Sandmann disputed those claims in his statement on Sunday and said he never heard "any students chant 'build that wall' or anything hateful or racist at any time."

"The protestor everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him," Sandmann said. "I did not see anyone try to block his path. He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face."

"I believed that by remaining motionless and calm, I was helping to diffuse the situation," he added.

+ (MORE: University of Oklahoma sorority kicks out member over racist blackface video)

Sandmann said he and his family have received threats after the incident became public.

"I have received physical and death threats via social media, as well as hateful insults. One person threatened to harm me at school, and one person claims to live in my neighborhood. My parents are receiving death and professional threats because of the social media mob that has formed over this issue," Sandmann said in the statement.

The Diocese of Covington and the Covington Catholic School issued a joint statement over the weekend as video of the encounter sparked outrage online.



ka_ya11
Lincoln Memorial

View Profile

View More on Instagram

35,567 likes

ka_ya11

More videos on YouTube: KC NOland #ipmdc #ipmdc19 #indigenousunited #indigenouspeoplesmarch #indigenouspeoplesmarch2019

view all 2,475 comments

Add a comment…

"We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general," the statement said. "We extend our deepest apologies to Mr. Phillips.

"This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion," it added.

+ (MORE: Former Chicago police officer Jason Van Dyke sentenced to 81 months in prison for Laquan McDonald murder)

Sandmann defended his actions in the statement and said he planned to cooperate with the school's ongoing investigation.

"I realized everyone had cameras and that perhaps a group of adults was trying to provoke a group of teenagers into a larger conflict," Sandmann said. "I said a silent prayer that the situation would not get out of hand."

"I was not intentionally making faces at the protestor. I did smile at one point because I wanted him to know that I was not going to become angry, intimidated or be provoked into a larger confrontation," he added.

Comments (2545)



ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | Terms of Use | Do Not Sell My Info | Contact Us

Copyright © 2020 ABC News Internet Ventures. All rights reserved.