# EXHIBIT I

# EXHIBIT I

Eyewitness News at Noon

EYEWITNESS NEWS abc7NY WABC-TV | WATCH LIVE | New York City  New Jersey  Long Island  Northern Suburbs  Connecticut | 51° New York, NY EDIT | Log In


SHARE

TWEET

EMAIL

U.S. & WORLD

## Videos show fuller picture of DC clash between high school students, Native Americans



EMBED  MORE VIDEOS

Liz Cho has the latest on the viral confrontation between a group of Catholic high school students from Kentucky and a Native American elder.



Monday, January 21, 2019

WASHINGTON -- There is new information about a viral confrontation this weekend between a group of Catholic high school students from Kentucky and a Native American elder.

New videos reveal a fuller picture of what led up to the clash and seems to show the students being verbally attacked first, by a different group of demonstrators at the Lincoln Memorial.

The entire scene shows a troubling display of tensions regarding race, religious and political beliefs.

The video shows a small group of black men who identify themselves as Hebrew Israelites first shouting hateful and racially combative things at everyone -- the Native Americans, other black men, the Covington Catholic students who were in town for the anti-abortion Right to Life March, and even a priest.

Things the protesters can be heard shouting include:

--"That's make America great again. A bunch of child molesting (expletive)."
--"See how you've got these pompous (expletive) come down here in the middle of a native rally with their dirty (expletive) hat on."
--"A bunch of incest babies. A bunch of babies made out incest."

From the Web

Unsold 2019 SUVs On Sale Below MSRP
Cars | Search Ads


Sponsored Links by Taboola

### U.S. & WORLD


Weinstein hospitalized ahead of transfer to Rikers
Updated 7 minutes ago


It seems nothing can bring down 'Leaning Tower of Dallas'
Updated an hour ago


Former Egyptian president Hosni Mubarak dies at 91


Weinstein guilty of criminal sex act, 3rd-degree rape

### MORE VIDEOS



US Politics

 
 
 

● ○ ○ ○

From CNN Newsource affiliates

### TOP STORIES


10-year-old girl struck and killed by school bus in NYC
Updated 5 minutes ago


Weinstein hospitalized

 

WATCH LIVE

51° New York, NY  EDIT    Log In

SHARE
TWEET
EMAIL

The Catholic students at first just watch and do not engage.

The student at the center of the viral video, Nick Sandmann, said in a statement that the rhetoric was startling, and "because we were being loudly attacked and taunted in public, a student asked one of our teacher chaperones for permission to begin school spirit chants to counter the hateful things that were being shouted at our group."



Jake Tapper @jaketapper

Just in: Statement of Nick Sandmann, Covington Catholic High School junior, about the event at the Lincoln Memorial:

♡ 20.4K   6:59 PM - Jan 20, 2019

💬 17.4K people are talking about this

The students start to chant, and at one point, a student removes his shirt. Then, a couple minutes later, the Native American group enters the fray. Nathan Philips, an Omaha tribe elder and U.S. Marine who served in Vietnam, approaches the group along with another drummer. He says his intent was to stop potential violence.

"I realized I had put myself in a really dangerous situation," he said. "You know, here's a group of people who were angry at somebody else, and I put myself in front of that."



Nathan Phillips, the Native American elder mocked and taunted by a group of young men after the Indigenous Peoples March, felt like he was in a "really dangerous situation" during the confrontation.

Weinstein hospitalized ahead of transfer to Rikers
Updated 7 minutes ago

Fake job scams: How to avoid a 'side hustle' swindle

Rare duck spotted in Central Park with plastic stuck on beak

Former Egyptian president Hosni Mubarak dies at 91

NY councilman under fire after profanity-filled tirade with police

AccuWeather: Periods of rain

59-year-old woman struck by vehicle in Bronx dies
Updated 7 minutes ago

LA honors Kobe, Gianna Bryant with public memorial

NYC considering 2 options to fix BQE: capped highway or tunnel

22-year-old car dealership employee stabbed to death in NYC

Man fatally shot in face inside Brooklyn NYCHA building

MORE TOP STORIES NEWS ▶

≡ abc7  ▶ WATCH LIVE                                                        ☁ 51° New York, NY   Log In
menu                                                                              EDIT

Nathan Phillips, the Native American elder mocked and taunted by a group of young men after the Indigenous Peoples March, felt like he was in a "really dangerous situation" during the confrontation.

 SHARE
 TWEET
✉ EMAIL

Philips eventually comes face to face with Sandmann, who claims he was the one trying to deescalate the situation.

"I believe that by remaining motionless and calm, I was helping to diffuse the situation," he said in his statement. "I realized that everyone had cameras and that perhaps a group of adults was trying to provoke a group of teenagers into a larger conflict."

Amid all this, the taunting from the Hebrew Israelites continues.

"This is a group of future school shooters," one says. "That's right."

Philips maintains that he felt the kids were mocking him and being rude. Sandmann says it was the adults using hateful words and trying to provke the kids, not the other way around.

"I am being called every name in the book, including a racist, and I will not stand for this mob-like character assassination of my family's name," wrote Sandmann, who added that he and his parents have received death threats since video of Friday's confrontation emerged.

The video of Sandmann standing very close to Phillips, staring and at times smiling at him as Phillips sang and played a drum, gave many who watched it a different impression. Other students appeared to be laughing at the drummer, and at least one could be seen on video doing a tomahawk chop.

The dueling accounts emerged as the nation picked apart footage from dozens of cellphones that recorded the incident.

Sandmann wrote that the students were called "racists," "bigots" and "white crackers" by the third group.

Phillips said he heard people chanting "Build that wall" or yelling, "Go back to the reservation." At one point, he said, he sought to ascend to the Lincoln statue and "pray for our country." Some students backed off, but one student wouldn't let him move, he added.

"They were making remarks to each other ... (such as) 'In my state those Indians are nothing but a bunch of drunks.' How do I report that?" Phillips said. "These young people were just roughshodding through our space, like what's been going on for 500 years here - just walking through our territories, feeling like 'this is ours.'"

Sandmann said he heard no student chant anything beyond school spirit chants, and that he hadn't even been aware of the Native American group until Phillips approached him.

"The protester everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him. I did not see anyone try to block his path," Sandmann wrote. "He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face."

Sandmann said one of the Native American protesters yelled at them that they "stole our land" and they should "go back to Europe," but that he never spoke to or interacted with Phillips. "To be honest, I was startled and confused as to why he had approached me."

"I said a silent prayer that the situation would not get out of hand," he wrote. He said the incident ended when the buses arrived and his teacher told him it was time to leave.



Sandmann said one of the Native American protesters yelled at them that they "stole our land" and they should "go back to Europe," but that he never spoke to or interacted with Phillips. "To be honest, I was startled and confused as to why he had approached me."

"I said a silent prayer that the situation would not get out of hand," he wrote. He said the incident ended when the buses arrived and his teacher told him it was time to leave.

Though many commenting on the internet were taken back by Sandmann staring at Philipps, the teen said he was "not intentionally making faces at the protestor. I did smile at one point because I wanted him to know that I was not going to become angry, intimidated or be provoked into a larger confrontation." He said he had never encountered any kind of public protest before.

The Roman Catholic Diocese of Covington apologized for the incident on Saturday, saying "this behavior is opposed to the Church's teachings on the dignity and respect of the human person." They promised to take "appropriate action, up to and including expulsion."

Sandmann said he has provided a copy of his statement to the diocese and said: "I stand ready and willing to cooperate with any investigation they are conducting." A spokeswoman for the diocese did not return an email Sunday night.

Covington Catholic High School, in the northern Kentucky city of Park Hills, was quiet Sunday as the area remained snow-covered with temperatures in the teens. The all-male school, which has more than 580 students, appeared deserted with an empty police car parked in front of the building.

*The Associated Press contributed to this report.*

Report a correction or typo

RELATED TOPICS:
politics | washington d.c. | native american | u.s. & world | teenagers

Copyright © 2020 WABC-TV. All Rights Reserved.


