# EXHIBIT K

# EXHIBIT K

**EXHIBIT K**



Todd V. McMurtry
tmcmurtry@hemmerlaw.com

February 25, 2020

**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

The Walt Disney Company
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

ABC News Ventures, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

ABC News, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

ABC News Interactive, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

**RE:**   *Defamation of Nicholas Sandmann*

To Whom It May Concern:

I represent Nicholas Sandmann ("Nicholas") and his parents. I have been engaged by the Sandmann family to pursue legal redress for the false and defamatory accusations against Nicholas published by The Walt Disney Company and ABC News, Inc.[1] in connection with the events at the National Mall in Washington, D.C. on January 18, 2019, which occurred after Nathan Phillips ("Phillips") confronted Nicholas and other students of Covington Catholic High School (the "January 18 Events"). In order to afford the Walt Disney Company, ABC News, Inc. and several of its subsidiaries, ABC News Interactive, Inc. and ABC News Ventures, LLC (collectively, "ABC News") an opportunity to mitigate the harm it caused to Nicholas, I hereby demand that ABC News immediately retract and correct the defamatory statements identified herein, as well as immediately remove from the Internet each of the articles referenced herein (collectively, the "False and Defamatory Publications").

On January 20, 2019, ABC News published via abcnews.go.com an article under the headline "Viral video of Catholic school teens in 'MAGA' caps taunting Native

---

[1] Upon information and belief, ABC News, Inc. is a subsidiary of the Walt Disney Company and ABC News, Inc. is the entity primarily responsible for the false and defamatory publications identified herein.

The Walt Disney Company
ABC News, Inc.
ABC News Interactive, Inc.
ABC News Ventures, LLC
February 25, 2020
Page 2 of 6

Americans draws widespread condemnation; prompts a school investigation," *see* https://abcnews.go.com/US/viral-video-catholic-school-teens-taunting-native-americans/story?id=60498772 (the "First Online Article") ***Exhibit A***. The First Online Article republished the following false and defamatory narrative of the January 18 Events provided by the documented liar Nathan Phillips:

> In a separate interview with the Washington Post, Phillips said that the dozens of teens began to swarm around his group as they concluded their march and were getting ready to leave. "It was getting ugly," he told the newspaper. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

On January 20, 2019, ABC News published via abcnews.go.com an article with the headline "Teen accused of taunting Native American protesters in viral video says he's receiving death threats," *see* https://abcnews.go.com/US/teen-accused-taunting-native-american-protesters-breaks-silence/story?id=60512874 (the "Second Online Article") ***Exhibit B***. The Second Online Article again republished Nathan Phillips' false and defamatory narrative of the January 18 Events:

> "It was getting ugly," [Phillips] said, describing his confrontation with Sandmann, who was wearing a red "Make America Great Again" hat at the time. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

On January 21, 2019, ABC News published via abc7ny.com, a New York affiliate, an article under the headline "Videos show fuller picture of DC clash between high school students, Native Americans," *see* https://abc7ny.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (the "Third Online Article") ***Exhibit C***. The Third Online Article republished Phillips' false and defamatory narrative of the January 18 Events:

> Phillips said he heard people chanting "Build that wall" or yelling, "Go back to the reservation." At one point, he said, he sought to ascend to the Lincoln statue and "pray for our

The Walt Disney Company
ABC News, Inc.
ABC News Interactive, Inc.
ABC News Ventures, LLC
February 25, 2020
Page 3 of 6

country." Some students backed off, but one student wouldn't let him move, he added.[2]

This statement was also republished in an online article on January 20, 2019 via abc7ny.com, a New York affiliate, under the headline "Students in 'MAGA' hats taunt indigenous elder, demonstrators in Washington: VIDEO," *see* https://abc7ny.com/politics/boys-in-maga-hats-mock-indigenous-elder-in-dc-video/5097427/ (the "Fourth Online Article") ***Exhibit D***:

> During the incident, Phillips said he heard people chanting "Build that wall" or yelling, "Go back to the reservation." At one point, he said, he sought to ascend to the Lincoln statue and "pray for our country." Some students backed off, but one student wouldn't let him move, he added.

At the bottom of the Fourth Online Article, ABC News noted that some of the "Related Topics" were "bullying" and "Native American."

It cannot be disputed that, in context, the above statements convey the false and defamatory gist that Nicholas intentionally blocked Phillips' path up the steps to the Lincoln Memorial and otherwise restricted his exit from what was viewed as a racist and threatening confrontation. These statements are capable of being, and were, reasonably construed by the average reader/viewer to mean that Nicholas engaged in racist misconduct. Indeed, Nicholas has already sued CNN, NBC, and The Washington Post for very similar false accusations, each of whose motions to dismiss were denied by the Hon. William O. Bertelsman in the Eastern District of Kentucky with respect to "statements ... that plaintiff 'blocked' Nathan Phillips and 'would not allow him to retreat.'" *See Sandmann v. WP Company LLC, d/b/a The Washington Post*, Case No. 2:19-cv-00019 [Doc. 64]; *Sandmann v. Cable News Network, Inc.*, 2:19-cv-00031 [Doc. 43]; *Sandmann v. NBCUniversal Media, LLC*, Case No. 2:19-00056 [Doc. 43].

---

[2] This statement was also republished by numerous ABC affiliates around the country. *E.g.*, ABC Philadelphia, https://6abc.com/politics/boys-in-maga-hats-mock-indigenous-elder-in-dc-video/5097427/ ("one student wouldn't let [Phillips] move"), https://6abc.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (same); ABC San Francisco, https://abc7news.com/politics/boys-in-maga-hats-mock-indigenous-elder-in-dc-video/5097427/ (same), https://abc7news.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (same); ABC Houston, https://abc13.com/politics/boys-in-maga-hats-mock-indigenous-elder-in-dc-video/5097427/ (same); https://abc13.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (same); ABC Raleigh, https://abc13.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (same), https://abc11.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (same); ABC Fresno, https://abc30.com/politics/boys-in-maga-hats-mock-indigenous-elder-in-dc-video/5097427/ (same), https://abc30.com/politics/videos-show-fuller-picture-of-dc-clash-involving-students/5099681/ (same).

The Walt Disney Company
ABC News, Inc.
ABC News Interactive, Inc.
ABC News Ventures, LLC
February 25, 2020
Page 4 of 6

---

Like CNN, NBC, and The Washington Post, the gist of ABC News' reporting and its discrete false factual accusations against Nicholas are defamatory per se and were published negligently and with a reckless disregard for the truth. Indeed, ABC News published the First Online Article on January 20 despite the undisputed and highly public fact that Phillips had already been caught lying about what had occurred during the January 18 Events and had given conflicting stories to various media outlets in the immediate aftermath of the events. ABC News either did so without undertaking any reasonable investigation despite its heightened obligations to children, published in purposeful avoidance of the truth when it relied on a biased source whose documented lies should have raised serious doubts as to his claims, or published with knowledge that its sole source is a liar and his claims were false. ABC News' conduct in rushing to condemn a 16-year-old on incomplete information, manufactured evidence, and/or a biased source – knowing the magnitude of its accusations in the current environment – cannot and will not be excused.

My investigation to date establishes that ABC News has failed to correct, retract, or take down its reporting, or to publish the incontrovertible truth of this matter, despite the truth's pervasive presence in the public domain. As ABC News must now acknowledge, however, the truth is that Nicholas was the victim of the actions by adults at the Lincoln Memorial and the subsequent mainstream media and social media mob which attacked, vilified, and threatened him. Nicholas and his Covington Catholic High School classmates were subjected to more than an hour of racist and homophobic slurs, as well as threats of physical violence, by a recognized hate group, the Black Hebrew Israelites. In response and with the permission of their school chaperones, the students engaged in a school spirit cheer to drown out the hateful speech being hurled at them. In the midst of an ongoing school cheer, Phillips and his activist companions intentionally sought out and confronted Nicholas and his classmates while carrying cameras to hopefully capture a viral moment on film. Phillips inserted himself into the group of students and chose Nicholas as his target. Phillips never attempted to move past, around, or away from Nicholas, who stood still in the same spot from before Phillips' approach through the end of the encounter. Indeed, when the students' buses arrived for their return trip to Kentucky, Phillips did not proceed to the Lincoln Memorial – rather he turned around and celebrated his perceived "win" with his camera-toting activist companions.

In the event ABC News questions the accuracy of my statements describing the truth of what occurred during the January 18 Events, I suggest a review of publicly available video evidence; a review which should have occurred prior to publishing the False and Defamatory Publications. For convenience, ABC News may review a compilation of video clips that were available online for review as part of a reasonable

The Walt Disney Company
ABC News, Inc.
ABC News Interactive, Inc.
ABC News Ventures, LLC
February 25, 2020
Page 5 of 6

investigation prior to publication at https://www.youtube.com/watch?v=lSkpPaiUF8s, entitled "Nick Sandmann: The Truth in 15 Minutes."

Accordingly, I hereby demand on behalf of Nicholas that ABC News: (1) immediately take down the False and Defamatory Publications and (2) immediately issue a full and fair retraction of the statements identified herein in as conspicuous a manner as they were originally published. Please notify me in writing when these actions have been completed.

Finally, this letter also serves as notice to each of you and each of your affiliated entities, officers, directors, journalists, correspondents, editors, employees, agents, assignees, and other persons acting on your behalf or in concert with you (collectively, "you") to preserve any and all evidence related in any way to the abovementioned accusations you made and any other accusations that you have published regarding Nicholas (collectively, "your accusations against Nicholas"). By this letter, you are hereby directed not to destroy, conceal, or alter any paper or electronic files, physical evidence, and/or other data relating in any way, no matter how remote, to your accusations against Nicholas, and/or the circumstances leading to their dissemination, including, but not limited to: (1) all communications between you and any third party in any way related to your accusations against Nicholas; (2) all sources for your accusations against Nicholas; (3) any and all documents and data referring to, reflecting, or relating to communications between you and any such third-parties and/or sources regarding your accusations against Nicholas; (4) all of your internal communications in any way related to your accusations against Nicholas; and (5) any and all other documents in any way related to your accusations against Nicholas.

I understand that many records and files are maintained electronically. However, this letter specifically requests that all paper and hard copy originals be maintained and preserved in their original format. By the same token, electronic documents and the storage media on which they reside may contain relevant, discoverable information beyond that which may be found in printed documents. Therefore, even where a paper copy exists and has been preserved, please preserve and maintain all electronically stored documents in their original native format, including all metadata. This preservation demand specifically encompasses any and all electronic documents, including but not limited to, all word-processed files, e-mails, spreadsheets, all databases, log files, and any other electronically stored and/or generated documents or files.

The Walt Disney Company
ABC News, Inc.
ABC News Interactive, Inc.
ABC News Ventures, LLC
February 25, 2020
Page 6 of 6

_____

Sincerely,

Todd V. McMurtry

cc:    L. Lin Wood, Esq.
       Kyle M. Winslow, Esq.
       The Sandmann Family

2/25/2020        Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school invest…

 **NEWS**        VIDEO    LIVE    SHOWS    2020 ELECTIONS    ⠿    ⌕        **EXHIBIT A**

# Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school investigation

*A series of viral videos is sparking outrage across the political spectrum.*

By Chris Francescani and Bill Hutchinson
January 20, 2019, 9:49 PM • 14 min read

f    𝕏    ✉



**Outrage over viral video of encounter between teens and Native Americans**
The video shows an encounter between teens wearing "Make America Great Again" hats and a Native
American veteran.
@earthchores via Storyful

Outrage spread across the political spectrum over the weekend after dozens of teens, many from an all-male Kentucky Catholic school and some wearing bright red "Make America Great Again" baseball caps, appeared to mock and chant over the voices of a small group of Native Americans who were singing on the steps of the Lincoln Memorial at the conclusion of a march in Washington, D.C.

The inaugural Indigenous Peoples March coincided with the annual March for Life, and it appears that at least some of the students had come from that anti-abortion march.

The most jarring of several viral videos of the incident pinballing through cyberspace shows a young man in a red "MAGA" hat, later identified as Nick Sandmann, who stands motionless and smirking for more three minutes, with his face inches from that of Vietnam veteran Nathan Phillips -- who is rhythmically banging a drum and singing along with a handful of fellow Native Americans.

Phillips remains outwardly placid and composed throughout the viscerally distressing confrontation, according to video shot inches from the other side

### Top Stories

Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school investigation
Jan 20, 9:49 PM


Woman Calls Trump a 'Racist' in New Hampshire Diner
Jan 12, 10:35 AM


Barr blasts Trump's tweets: 'Impossible for me to do my job': ABC News Exclusive
Feb 13, 6:11 PM


Driver complained of autopilot issue before fatal Tesla crash: NTSB
Feb 12, 1:16 PM


Transcript of Attorney General Bill Barr's exclusive interview with ABC News
Feb 13, 9:40 PM


● ABC News Live



*24/7 coverage of breaking news and live events*

Case: 2:20-cv-00025-WOB-CJS   Doc #: 1-12   Filed: 03/02/20   Page: 9 of 27 - Page ID#: 126

2/25/2020          Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school invest...

of Philips' face and posted online. Another video showed Phillips appear to approach the group of students before the stare down.

> *"I heard them say, 'Build that wall, build that wall.' This is indigenous lands, you know. We're not supposed to have walls here. We never did. Before anybody else came here we never had walls. We never had a prison."*

In an interview following the confrontation on Friday that was posted to Instagram, Phillips said he wished the throng of teens would put their energy into helping feed the poor.

"I heard them say, 'Build that wall, build that wall,' you know?" he said in the interview. "This is indigenous lands, you know. We're not supposed to have walls here. We never did. Before anybody else came here we never had walls. We never had a prison.



📷 *A diocese in Kentucky apologized Saturday, Jan. 19, 2019, after videos emerged showing a student in a "Make America Great Again" hat mocking Native Americans outside the Lincoln Memorial...* **more**
@earthchores via Storyful

"We always took care of our elders, took care of our children," Phillips continued. "We always provided for them, you know? We taught them right from wrong. I wish I could see that energy of the young men to, you know, put that energy to make this country really great. Helping those that are hungry."

In a separate interview with the Washington Post, Phillips said that the dozens of teens began to swarm around his group as they concluded their march and were getting ready to leave.

+ (MORE: Trump would extend 'Dreamers,' TPS protection in exchange for full border wall funding; Dems reject plan)

"It was getting ugly," he told the newspaper.

"I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to

2/25/2020          Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school invest…

retreat."

One student who was part of the group Kentucky youth group claimed he and his classmates were initially targeted by a middle-aged African-American man with a megaphone who yelled racial slurs at them as they were doing school cheers while taking a head count and preparing to get on buses to go home.

"We then went back to our school chants ("CCH") and clapped," the student said in a statement to ABC News, asking to remain anonymous. "At that point, an Indigenous American man with a few other men at the center of the boys and in particular one boy (who goes to my school but I do not know him). He was beating his drum and chanting something that I couldn't understand. The boy from my school didn't say anything or move -- he just stood there.

"As time went on the man with the drum got closer to his face. The guy with the drum yelled something at us that I could not understand. After a couple of minutes of the man standing there beating the drum in the boy's face, he walked away. The African American man with the megaphone came back and started yelling obscenities at us. Some upperclassmen from our school told us to load onto the bus which is what we did. That was the end. That is everything that I saw."

But Kaya Taitano, a college student who posted one of the videos of the confrontation, said no one from the Native American group instigated the episode.

"No one from the indigenous peoples' march called anyone names," Taitano told ABC News. "It was a peaceful movement. Prior to this madness, they all joined hands and danced in a circle."

Sandmann, a junior at Covington Catholic High School in Park Hills, defended his actions in a statement on Sunday and said he never heard "any students chant 'build that wall' or anything hateful or racist at any time."

"I realized everyone had cameras and that perhaps a group of adults was trying to provoke a group of teenagers into a larger conflict," Sandmann said. "I was not intentionally making faces at the protester. I did smile at one point because I wanted him to know that I was not going to become angry, intimidated or be provoked into a larger confrontation," he added.

Fury over the incident began to boil over on Saturday and Sunday as the videos started to spread widely.

"This Veteran put his life on the line for our country. The students' display of blatant hate, disrespect, and intolerance is a signal of how common decency has decayed under this administration," Rep. Deb Haaland, D-New Mexico, who is part Native American, tweeted tweeted Saturday. "Heartbreaking."

 Rep. Deb Haaland 

Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school invest…

The Veteran put his life on the line for our country. The students'
display of blatant hate, disrespect, and intolerance is a signal of
how common decency has decayed under this administration.
Heartbreaking. twitter.com/sahluwal/statu…

> Simar @sahluwal
> A group of students from @CovCathColonels harassed & bothered
> this Native American protestor at the Indigenous Peoples March.
> Appalling.twitter.com/2020fight/stat…

♡ 40K   11:31 AM - Jan 19, 2019                                    ⓘ

💬 17.1K people are talking about this                              ›

Then, in a [blistering statement](#) posted to her verified Facebook account
shortly after 3 p.m. Saturday, Kentucky Secretary of State Alison Lundergan
Grimes called the viral videos "horrific."

"In spite of these horrific scenes, I refuse to shame and solely blames these
children for this type of behavior. Instead, I turn to the adults and
administration that are charged with teaching them, and to those who are
silently letting others promote this behavior."



📷 *A diocese in Kentucky apologized Saturday, Jan. 19, 2019, after videos emerged showing students
mocking Native Americans outside the Lincoln Memorial after a rally in Washington.*
@earthchores via Storyful

"This is not the Kentucky we know and love. I call on the Covington
Catholic High School to denounce this behavior. As a proud alumnae of a
Catholic High School, I hope a school that stands for 'Building Minds.
Living Faith.' would not stand for this."

Less than an hour later, the diocese of Covington and the Covington
Catholic School issued a joint statement.

> *"The contrast between the calm dignity and quiet
> strength of Mr. Phillips and the behavior of the
> #MAGA brats who have absorbed the spirit of
> Trumpism – this spectacle is a lesson which all
> Americans can learn."*

"We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general...We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person. The matter is being investigated and we will take appropriate action, up to and including expulsion."

+ (MORE: Government shutdown having a 'rippling effect on the community' as businesses, families adjust)

Meanwhile, Twitter lit up over the incident, with many conservative voices condemning the hostility on display among the teens.

"The contrast between the calm dignity and quiet strength of Mr. Phillips and the behavior of the #MAGA brats who have absorbed the spirit of Trumpism – this spectacle is a lesson which all Americans can learn," conservative commentator Bill Kristol, long a critic of the president, said in a tweet.

> The contrast between the calm dignity and quiet strength of Mr. Phillips and the behavior of #MAGA brats who have absorbed the spirit of Trumpism--this spectacle is a lesson which all Americans can learn. https://t.co/EbXMa6Bbel
>
> — Bill Kristol (@BillKristol) January 19, 2019

Earlier this week, Native Americans leaders called on Trump to apologize for invoking the Wounded Knee Massacre and the Battle of Little Bighorn in the course of mocking Sen. Elizabeth Warren, whom he often refers to derisively as "Pocahontas," in a tweet.



Donald J. Trump ✔
@realDonaldTrump

If Elizabeth Warren, often referred to by me as Pocahontas, did this commercial from Bighorn or Wounded Knee instead of her kitchen, with her husband dressed in full Indian garb, it would have been a smash!

Um, I'm glad for everybody who's joining this video. It's great to hear from you.

♡ 90.2K   9:52 PM - Jan 13, 2019

2/25/2020     Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school invest…

💬 58.6K people are talking about this                                    ⟩

Trump made fun of an Instagram video Warren released on New Year's Eve in which she drank a beer on camera. He tweeted, "If Elizabeth Warren, often referred to by me as Pocahontas, did this commercial from Bighorn or Wounded Knee instead of her kitchen, with her husband dressed in full Indian garb, it would have been a smash!"

The incident came three days after what would have been the 90th birthday of Martin Luther King Jr. and prompted a response from the assassinated civil rights icon's daughter, Bernice King.

"We are not a post-racial or post-racism nation," Bernice King wrote on Twitter. "Courageous people, like this Native elder, face overt racism and racist ideologies and systems each and every day. This is ugly, America. Truth, education and corrective action matter."

On Sunday, Bernice King tweeted, "America has cowered in the drudgery of racism and bigotry for 400+ years. Colonialism and white supremacy have violently shaped systems, including education, across the globe. What we teach NOW matters. Our children are influenced by the hate OR the love we give. Choices."



Vincent Schilling, the associate editor of Indian County Today, a website covering Native American issues, told ABC News that Phillips has told him in previous interviews about being spat on when he returned home from

Vietnam and being taunted at subsequent indigenous peoples' rallies, including one where university students threw beer cans at him.

"He's been the subject of racism and ridicule many times in his life," Schilling said. "And to see him stand there and maintain his composure and resolve was just an incredible testament to his heart and his ability to be a warrior."

*ABC News' Sabina Ghebremedhin and Chris Donovan contributed to this report.*

💬 Comments (1322)

abcNEWS

ABC News Network  |  Privacy Policy  |  Your CA Privacy Rights  |  Children's Online Privacy Policy  |  Interest-Based Ads  |  Terms of Use  |  Do Not Sell My Info  |  Contact Us

Copyright © 2020 ABC News Internet Ventures. All rights reserved.

2/25/2020                              Teen accused of taunting Native American protesters in viral video says he's receiving death threats - ABC News

 abcNEWS        **VIDEO    LIVE    SHOWS    2020 ELECTIONS**    ⚏    𝒪                    EXHIBIT B

# Teen accused of taunting Native American protesters in viral video says he's receiving death threats

*Sandmann was accused of mocking a Native American protester on Friday.*

By Karma Allen
January 20, 2019  10:16 PM  •  8 min read                              f  🐦  ✉



**New fallout after viral confrontation between high schoolers, Native Americans**
*The teens seen appearing to mock a group of Native Americans that drew widespread condemnation revealed what allegedly happened before and after the incident.*
@earthchores via Storyful

A Kentucky high school student spoke out on Sunday after video appeared to show him taunting a group of Native American protesters in Washington, D.C., over the weekend.

Nick Sandmann, a junior at Covington Catholic High School in Park Hills, Kentucky, was accused of taunting and mocking a Native American protester at the end of the Indigenous People's March on Friday, but the teenager said he'd been falsely accused.

"The protestor everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him," Sandmann said in a statement on Sunday. "He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face.

"I never interacted with this protestor. I did not speak to him. I did not make any hand gestures or other aggressive moves. To be honest, I was startled and confused as to why he had approached me," he added.

## Top Stories


**Teen accused of taunting Native American protesters in viral video says he's receiving death threats**
Jan 20, 10:16 PM


**Woman Calls Trump a 'Racist' in New Hampshire Diner**
Jan 12, 10:35 AM


**Barr blasts Trump's tweets: 'Impossible for me to do my job': ABC News Exclusive**
Feb 13, 6:11 PM


**Driver complained of autopilot issue before fatal Tesla crash: NTSB**
Feb 12, 1:16 PM


**Transcript of Attorney General Bill Barr's exclusive interview with ABC News**
Feb 13, 9:40 PM

 **ABC News Live**


*24/7 coverage of breaking news and live events*



A diocese in Kentucky apologized Saturday, Jan. 19, 2019, after videos emerged showing a student in a "Make America Great Again" hat mocking Native Americans outside the Lincoln Memorial... **more**
@earthchores via Storyful

The protestor, Vietnam veteran Nathan Phillips, who was banging a drum and singing when he confronted Sandmann, said the teens yelled derogatory comments at him before the stare down took place.

"I heard them say, 'Build that wall, build that wall,' you know?" Phillips told reporters over the weekend. "This is indigenous lands, you know. We're not supposed to have walls here. We never did. Before anybody else came here we never had walls. We never had a prison."

+ (MORE: Viral video of Catholic school teens in 'MAGA' caps taunting Native Americans draws widespread condemnation; prompts a school investigation)

In a separate interview with the Washington Post, Phillips said teens from Sandmann's group had harassed him and other Native American protesters before the encounter.

"It was getting ugly," he said, describing his confrontation with Sandmann, who was wearing a red "Make America Great Again" hat at the time. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."



A diocese in Kentucky apologized Saturday, Jan. 19, 2019, after videos emerged showing students mocking Native Americans outside the Lincoln Memorial after a rally in Washington.
@earthchores via Storyful



Sandmann disputed those claims in his statement on Sunday and said he never heard "any students chant 'build that wall' or anything hateful or racist at any time."

"The protestor everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him," Sandmann said. "I did not see anyone try to block his path. He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face."

"I believed that by remaining motionless and calm, I was helping to diffuse the situation," he added.

+ (MORE: University of Oklahoma sorority kicks out member over racist blackface video)

Sandmann said he and his family have received threats after the incident became public.

"I have received physical and death threats via social media, as well as hateful insults. One person threatened to harm me at school, and one person claims to live in my neighborhood. My parents are receiving death and professional threats because of the social media mob that has formed over this issue," Sandmann said in the statement.

The Diocese of Covington and the Covington Catholic School issued a joint statement over the weekend as video of the encounter sparked outrage online.

2/25/2020                    Teen accused of taunting Native American protesters in viral video says he's receiving death threats - ABC News



ka_ya11
Lincoln Memorial                          View Profile

View More on Instagram

35,567 likes

ka_ya11

More videos on YouTube: KC NOland #ipmdc #ipmdc19
#indigenousunited #indigenouspeoplesmarch
#indigenouspeoplesmarch2019
view all 2,475 comments

Add a comment...

"We condemn the actions of the Covington Catholic High School students
towards Nathan Phillips specifically, and Native Americans in general," the
statement said. "We extend our deepest apologies to Mr. Phillips.

"This behavior is opposed to the Church's teachings on the dignity and
respect of the human person. The matter is being investigated and we will
take appropriate action, up to and including expulsion," it added.

＋ (MORE: Former Chicago police officer Jason Van Dyke sentenced to 81 months
   in prison for Laquan McDonald murder)

Sandmann defended his actions in the statement and said he planned to
cooperate with the school's ongoing investigation.

"I realized everyone had cameras and that perhaps a group of adults was
trying to provoke a group of teenagers into a larger conflict," Sandmann
said. "I said a silent prayer that the situation would not get out of hand."

"I was not intentionally making faces at the protestor. I did smile at one
point because I wanted him to know that I was not going to become angry,
intimidated or be provoked into a larger confrontation," he added.

💬 Comments (2545)                                        f    𝕏    ✉

https://abcnews.go.com/US/teen-accused-taunting-native-american-protesters-breaks-silence/story?id=60512874                    4/5

2/25/2020                    Teen accused of taunting Native American protesters in viral video says he's receiving death threats - ABC News



Copyright © 2020 ABC News Internet Ventures. All rights reserved.



Eyewitness News at Noon       EXHIBIT C

EYEWITNESS NEWS abc7    ▶ WATCH LIVE      New York City   New Jersey   Long Island   Northern Suburbs   Connecticut      51° Log in
abc7NY | WABC T V                                                                                    New York, NY

From the Web

Unsold 2019 SUVs
On Sale Below MSRP
Cars : Search Ads

Sponsored Links by Taboola

 SHARE

 TWEET

 EMAIL

U.S. & WORLD

# Videos show fuller picture of DC clash between high school students, Native Americans



03:12 ——————————————●——————— 03:35  🔊           ⚙ ⛶

EMBED ⬍   MORE VIDEOS ▶

Liz Cho has the latest on the viral confrontation between a group of Catholic high school students from Kentucky and a Native American elder.


Monday, January 21 2019

WASHINGTON — There is new information about a viral confrontation this weekend between a group of Catholic high school students from Kentucky and a Native American elder.

New videos reveal a fuller picture of what led up the clash and seems to show the students being verbally attacked first, by a different group of demonstrators at the Lincoln Memorial.

The entire scene shows a troubling display of tensions regarding race, religious and political beliefs.

The video shows a small group of black men who identify themselves as Hebrew Israelites first shouting hateful and racially combative things at everyone -- the Native Americans, other black men, the Covington Catholic students who were in town for the anti-abortion Right to Life March, and even a priest.

Things the protesters can be heard shouting include:

--"That's make America great again. A bunch of child molesting (expletive)."
--"See how you've got these pompous (expletive) come down here in the middle of a native rally with their dirty (expletive) hat on."
--"A bunch of incest babies. A bunch of babies made out incest."

## U.S. & WORLD


Weinstein hospitalized ahead of transfer to Rikers
Updated 7 minutes ago


It seems nothing can bring down 'Leaning Tower of Dallas'
Updated an hour ago


Former Egyptian president Hosni Mubarak dies at 81


Weinstein guilty of criminal sex act, 3rd-degree rape

## MORE VIDEOS



US Politics

 

⟨   ⟩

 

● ○ ○ ○

From CNN Newsource affiliates

## TOP STORIES


10-year-old girl struck and killed by school bus in NYC
Updated 5 minutes ago


Weinstein hospitalized ahead of transfer to



▶ WATCH LIVE





51° New York, NY

Log In

SHARE

TWEET

EMAIL

The Catholic students at first just watch and do not engage.

The student at the center of the viral video, Nick Sandmann, said in a statement that the rhetoric was startling, and "because we were being loudly attacked and taunted in public, a student asked one of our teacher chaperones for permission to begin school spirit chants to counter the hateful things that were being shouted at our group."



Jake Tapper ✔
@jaketapper

Just in: Statement of Nick Sandmann, Covington Catholic High School junior, about the event at the Lincoln Memorial.

♡ 20.4K   6:59 PM - Jan 20, 2019

○ 17.4K people are talking about this                    >

The students start to chant, and at one point, a student removes his shirt. Then, a couple minutes later, the Native American group enters the fray. Nathan Philips, an Omaha tribe elder and U.S. Marine who served in Vietnam, approaches the group along with another drummer. He says his intent was to stop potential violence.

"I realized I had put myself in a really dangerous situation," he said. "You know, here's a group of people who were angry at somebody else, and I put myself in front of that."



Nathan Phillips, the Native American elder mocked and taunted by a group of young men after the Indigenous Peoples March, felt like he was in a "really dangerous situation" during the confrontation.

Weinstein hospitalized ahead of transfer to Rikers
Updated 7 minutes ago

Fake job scams: How to avoid a 'side hustle' swindle

Rare duck spotted in Central Park with plastic stuck on beak

Former Egyptian president Hosni Mubarak dies at 91

NY councilman under fire after profanity-filled tirade with police

AccuWeather: Periods of rain

59-year-old woman struck by vehicle in Bronx dies
Updated 7 minutes ago

LA honors Kobe, Gianna Bryant with public memorial

NYC considering 2 options to fix BQE; capped highway or tunnel

22-year-old car dealership employee stabbed to death in NYC

Man fatally shot in face inside Brooklyn NYCHA building

MORE TOP STORIES NEWS ▸




menu   WATCH LIVE                    51° New York, NY   EDIT   Log in

Nathan Phillips, the Native American elder mocked and taunted by a group of young men after the Indigenous Peoples March, felt like he was in a "really dangerous situation" during the confrontation.

SHARE  TWEET  EMAIL

Philips eventually comes face to face with Sandmann, who claims he was the one trying to deescalate the situation.

"I believe that by remaining motionless and calm, I was helping to diffuse the situation," he said in his statement. "I realized that everyone had cameras and that perhaps a group of adults was trying to provoke a group of teenagers into a larger conflict."

Amid all this, the taunting from the Hebrew Israelites continues.

"This is a group of future school shooters," one says. "That's right."

Philips maintains that he felt the kids were mocking him and being rude. Sandmann says it was the adults using hateful words and trying to provke the kids, not the other way around.

"I am being called every name in the book, including a racist, and I will not stand for this mob-like character assassination of my family's name," wrote Sandmann, who added that he and his parents have received death threats since video of Friday's confrontation emerged.

The video of Sandmann standing very close to Phillips, staring and at times smiling at him as Phillips sang and played a drum, gave many who watched it a different impression. Other students appeared to be laughing at the drummer, and at least one could be seen on video doing a tomahawk chop.

The dueling accounts emerged as the nation picked apart footage from dozens of cellphones that recorded the incident.

Sandmann wrote that the students were called "racists," "bigots" and "white crackers" by the third group.

Phillips said he heard people chanting "Build that wall" or yelling, "Go back to the reservation." At one point, he said, he sought to ascend to the Lincoln statue and "pray for our country." Some students backed off, but one student wouldn't let him move, he added.

"They were making remarks to each other ... (such as) 'In my state those Indians are nothing but a bunch of drunks.' How do I report that?" Phillips said. "These young people were just roughshodding through our space, like what's been going on for 500 years here - just walking through our territories, feeling like 'this is ours.'"

Sandmann said he heard no student chant anything beyond school spirit chants, and that he hadn't even been aware of the Native American group until Phillips approached him.

"The protester everyone has seen in the video began playing his drum as he waded into the crowd, which parted for him. I did not see anyone try to block his path," Sandmann wrote. "He locked eyes with me and approached me, coming within inches of my face. He played his drum the entire time he was in my face."

Sandmann said one of the Native American protesters yelled at them that they "stole our land" and they should "go back to Europe," but that he never spoke to or interacted with Phillips. "To be honest, I was startled and confused as to why he had approached me."

"I said a silent prayer that the situation would not get out of hand," he wrote. He said the incident ended when the buses arrived and his teacher told him it was time to leave.

WATCH LIVE

SHARE
TWEET
EMAIL

Sandmann said one of the Native American protesters yelled at them that they "stole our land" and they should "go back to Europe," but that he never spoke to or interacted with Phillips. "To be honest, I was startled and confused as to why he had approached me."

"I said a silent prayer that the situation would not get out of hand," he wrote. He said the incident ended when the buses arrived and his teacher told him it was time to leave.

Though many commenting on the internet were taken back by Sandmann staring at Phillips, the teen said he was "not intentionally making faces at the protestor. I did smile at one point because I wanted him to know that I was not going to become angry, intimidated or be provoked into a larger confrontation." He said he had never encountered any kind of public protest before.

The Roman Catholic Diocese of Covington apologized for the incident on Saturday, saying "this behavior is opposed to the Church's teachings on the dignity and respect of the human person." They promised to take "appropriate action, up to and including expulsion."

Sandmann said he has provided a copy of his statement to the diocese and said: "I stand ready and willing to cooperate with any investigation they are conducting." A spokeswoman for the diocese did not return an email Sunday night.

Covington Catholic High School, in the northern Kentucky city of Park Hills, was quiet Sunday as the area remained snow-covered with temperatures in the teens. The all-male school, which has more than 580 students, appeared deserted with an empty police car parked in front of the building.

*The Associated Press contributed to this report.*

Report a correction or typo

RELATED TOPICS:

politics    washington d.c.    native american    u.s. & world    teenagers

Copyright © 2020 WABC-TV. All Rights Reserved.













**EXHIBIT D**

**EYEWITNESS NEWS** abc7NY

Eyewitness News at Noon

New York City   New Jersey   Long Island   Northern Suburbs   Connecticut

51°
New York, NY

SHARE
TWEET
EMAIL



U.S. & WORLD

# Students in 'MAGA' hats taunt indigenous elder, demonstrators in Washington: VIDEO





Jarring videos show a crowd of teenage boys sporting "Make America Great Again" hats as they seemingly intimidate and mock a group of Native Americans at the Indigenous Peoples March in Washington, D.C.

Sunday, January 20, 2019

WASHINGTON -- A Native American who was seen in online video being taunted outside the Lincoln Memorial said Sunday he felt compelled to get between two groups with his ceremonial drum to defuse a confrontation.

Nathan Phillips said in an interview with The Associated Press that he was trying to keep peace between some Kentucky high school students and a black religious group that was also on the National Mall on Friday. The students were participating in the March for Life, which drew thousands of anti-abortion protesters, and Phillips was attending the Indigenous Peoples March happening the same day.

"Something caused me to put myself between (them) - it was black and white," said Phillips, who lives in Ypsilanti, Michigan. "What I saw was my country being torn apart. I couldn't stand by and let that happen."

Other videos also showed members of the religious group, who appear to be affiliated with the Black Hebrew Israelite movement, yelling disparaging and profane insults at the students, who taunt them in return. Video also shows the Native Americans being insulted by the small religious group as well.

In later footage, one teen stands directly in front of and stares at Phillips, an elder in Omaha, as he sang an intertribal song, Native American media reported.

MORE VIDEOS

US Politics

From the Web

Analyst Explains 5G Flaw in 9 Words
The Simply Report You

U.S. & WORLD

Weinstein hospitalized ahead of transfer to Rikers
Updated 20 minutes ago

It seems nothing can bring down 'Leaning Tower of Dallas'
Updated an hour ago

Former Egyptian president Hosni Mubarak dies at 91
Updated an hour ago

Weinstein guilty of criminal sex act, 3rd-degree rape

TOP STORIES

10-year-old girl struck and killed by school bus in NYC
Updated 17 minutes ago

Weinstein hospitalized

 

menu   ☰ abc7   ▶ WATCH LIVE                                                    ☁ 51° New York, NY   Log In
                                                                                                  EDIT

Nick Sandmann, who said he was the student caught on camera standing near Phillips, shared his side of the story in a statement to local television station WHAS.

"I believed that by remaining motionless and calm, I was helping to diffuse the situation. I realized everyone had cameras and that perhaps a group of adults was trying to provoke a group of teenagers into a larger conflict. I said a silent prayer that the situation would not get out of hand," he said, adding that he smiled at Phillips "because I wanted him to know that I was not going to become angry, intimidated or be provoked into a larger confrontation."

"I never felt like I was blocking the Native American protestor. He did not make any attempt to go around me. It was clear to me that he had singled me out for a confrontation, although I am not sure why," he added.

Sandmann said he never heard his classmates chanting "anything hateful or racist at any time."

Video posted to Instagram captured Phillips' response to that phrase after the confrontation: "This is indigenous lands. We're not supposed to have walls. We never did."



ka_ya11
Lincoln Memorial                                          View Profile



View More on Instagram

Marcus Frejo, a member of the Pawnee and Seminole tribes who is also known as Chief Quese Imc, said he had been a part of the march and was among a small group of people remaining after the rally when the boisterous students began chanting slogans such as "make America great" and then began doing the haka, a traditional Maori dance. In a phone interview, Frejo told the AP he felt they were mocking the dance.

Weinstein hospitalized
ahead of transfer to
Rikers
Updated 20 minutes ago

Fake job scams: How to
avoid a 'side hustle'
swindle
Updated 7 minutes ago

Rare duck spotted in Central Park with
plastic stuck on beak

NYC school installing free laundry to aid
homeless students
Updated 7 minutes ago

Former Egyptian president Hosni
Mubarak dies at 91

NY councilman under fire after profanity-
filled tirade with police

AccuWeather: Periods of rain

59-year-old woman struck by vehicle in
Bronx dies
Updated 20 minutes ago

LA honors Kobe, Gianna Bryant with
public memorial

NYC considering 2 options to fix BQE:
capped highway or tunnel

22-year-old car dealership employee
stabbed to death in NYC

MORE TOP STORIES NEWS ▸

haka. a traditional Maori dance. In a phone interview, Frejo told the AP he felt they were mocking the dance.

One 11-minute video of the confrontation shows the Haka dance and students loudly chanting before Phillips and Frejo approached them. Frejo said he joined Phillips to defuse the situation, singing the anthem from the American Indian Movement with both men beating out the tempo on hand drums.

During the incident, Phillips said he heard people chanting "Build that wall" or yelling, "Go back to the reservation." At one point, he said, he sought to ascend to the Lincoln statue and "pray for our country." Some students backed off, but one student wouldn't let him move, he added.

Although he feared the crowd could turn ugly, Frejo said he was at peace singing despite the scorn. He briefly felt something special happen as they sang.

"They went from mocking us and laughing at us to singing with us. I heard it three times," Frejo said. "That spirit moved through us, that drum, and it slowly started to move through some of those youths." Eventually, a calm fell over the gathering and it broke up, he said.

A student who was part of the crowd said Phillips approached one of his classmates as the Black Hebrew Israelite demonstrators accosted the group of students.

"The boy from my school didn't say anything or move – he just stood there. As time went on the man with the drum got closer to his face," the student, who wished to remain anonymous, told ABC News. "The guy with the drum yelled something at us that I could not understand. After a couple of minutes of the man standing there beating the drum in the boy's face, he walked away."

The Cincinnati Enquirer reported that some of the teenagers pictured were students from Covington Catholic, an all-boys school in Park Hills, Kentucky. The school's website indicates that its students were in Washington for the 2019 March for Life, an anti-abortion demonstration.

In a statement issued Saturday, the Diocese of Covington confirmed that the young men pictured in the video were Covington students and apologized to Phillips.

"We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C. We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person," the diocese said.

"The matter is being investigated and we will take appropriate action, up to and including expulsion," they added. also extending an apology to March for Life organizers and attendees.

This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed

*The Associated Press contributed to this story.*



We condemn the actions of the Covington Catholic High School students towards Nathan Phillips specifically, and Native Americans in general, Jan. 18, after the March for Life, in Washington, D.C. We extend our deepest apologies to Mr. Phillips. This behavior is opposed to the Church's teachings on the dignity and respect of the human person," the diocese said.

"The matter is being investigated and we will take appropriate action, up to and including expulsion," they added, also extending an apology to March for Life organizers and attendees.

This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.

Help Center

*The Associated Press contributed to this story.*

**Report a correction or typo**

RELATED TOPICS:

politics   washington d.c.   viral video   native american   bullying   u.s. & world   teenagers

Copyright © 2020 WABC-TV. All Rights Reserved