UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | |
| Defendants. | |

**AGREED ORDER EXTENDING TIME TO DEFENDANT TO MOVE,
ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to LR 7.1(b), Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("Defendants") and Plaintiff Nicholas Sandmann, by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann ("Plaintiff"), respectfully submit this Agreed Order extending the time for Defendants to move, answer, or otherwise plead in response to Plaintiff's Complaint (DE 1) up to, and including, April 27, 2020.

SO ORDERED this ___ day of March, 2020.

26910426.1

HAVE SEEN AND AGREE:

*/s/ Robert B. Craig*
Robert B. Craig (KBA # 15590)
Taft Stettinius & Hollister LLP
1717 Dixie Highway, Suite 910
Covington, KY  41011
Phone:  (859) 547-4300
Fax:  (513) 381-6613
craigr@taftlaw.com

Nathan E. Siegel (*PHV to be filed*)
Adam M. Lazier (*PHV to be filed*)
Nicolette A. Vairo (*PHV to be filed*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC  20006
Phone:  (202) 937-4237
Fax:  (202) 937-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants

*/s/ Kyle M. Winslow (with permission)*
Todd. V. McMurtry (KBA# 82101)
Kyle M. Winslow (KBA # 95343)
Hemmer DeFrank Wessels, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY  41017
Phone:  855-344-1188
Fax:  859-578-3869
tmcmurtry@hemmerlaw.com
kwinslow@hemmerlaw.com

L. Lin Wood (*PHV to be filed*)
L. Lin Wood, P.C.
1180 W. Peachtree Street, Suite 2040
Atlanta, GA  30309
Phone:  404-891-1402
Fax:  404-506-9111
lwood@linwoodlaw.com

Nikki L. Baker (*PHV to be filed*)
Peterson Baker, PLLC
701 South Seventh Street
Las Vegas, NV  89101
Phone:  702-786-1001
nbaker@petersonbaker.com

Counsel for Plaintiff

26910426.1