UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS  Judge William O. Bertelsman |
| Plaintiff, | : : | Magistrate Judge Candace J. Smith |
| v. | : : | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendants, ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company certifies that the following listed party may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Defendant The Walt Disney Company is a publicly held corporation.  ABC News, Inc., and ABC News Interactive, Inc. are indirect subsidiaries of The Walt Disney Company.  No other publicly held corporation owns more than 10% of the stock of ABC News, Inc. or ABC News Interactive, Inc.

26913705.1

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (KBA # 15590)
Taft Stettinius & Hollister LLP
1717 Dixie Highway, Suite 910
Covington, KY  41011
Phone:  (859) 547-4300
Fax:  (513) 381-6613
craigr@taftlaw.com


Nathan E. Siegel (*PHV* to be filed)
Adam M. Lazier (*PHV to be filed*)
Nicolette A. Vairo (*PHV to be filed*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC  20006
Phone:  (202) 937-4237
Fax:  (202) 937-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed utilizing the Court's ECF filing system and will be served upon all counsel of record this 18th day of March, 2020.


*/s/ Robert B. Craig*

26913705.1