## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

| | | |
|---|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | : : : : : | **CASE NO. 2:20-cv-00025-WOB-CJS** **JUDGE BERTELSMAN** |
| | : : | **MAGISTRATE JUDGE SMITH** |
| **Plaintiff,** | : : | **NOTICE OF** |
| v. | : : | **NONREPRESENTATION** |
| **ABC NEWS, INC.,** *et al.*, | : : : | |
| **Defendants.** | : | |

Plaintiff Nicholas Sandmann ("Nicholas"), by and through his parents and natural guardians, Ted Sandmann and Julie Sandmann, hereby gives notice that Ms. Baker with the law firm of PETERSON BAKER, PLLC, will not represent Nicholas in this action. Attorneys L. Lin Wood, Todd V. McMurtry, and Kyle M. Winslow will remain counsel of record for Nicholas.

Respectfully submitted,

**/s/ Todd V. McMurtry**
Todd V. McMurtry (KBA No. 82101)
Kyle M. Winslow (KBA No. 95343)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Ste. 500
Ft. Mitchell, Kentucky 41017
Tel: 859-344-1188
Fax: 859-578-3869
tmcmurtry@hemmerlaw.com
kwinslow@hemmerlaw.com

L. Lin Wood (*pro hac vice*)
L. LIN WOOD, P.C.
1180 W. Peachtree Street, Ste. 2040
Atlanta, GA 30309
Tel: 404-891-1402
Fax: 404-506-9111
lwood@linwoodlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on April 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

/s/ Todd V. McMurtry
Todd V. McMurtry, Esq.