**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
***Electronically filed***

NICHOLAS SANDMANN, by and through        :   Case No. 2:20-CV-00025-WOB-CJS
his parents and natural guardians, TED   :
SANDMANN and JULIE SANDMANN,             :   Judge William O. Bertelsman
                                          :   Magistrate Judge Candace J. Smith
                 Plaintiff,               :
                                          :
        vs.                               :
                                          :
ABC NEWS, INC.,                           :
                                          :
and                                       :
                                          :
ABC NEWS INTERACTIVE, INC.,               :
                                          :
and                                       :
                                          :
THE WALT DISNEY COMPANY,                  :
                                          :
                 Defendants.              :


**DEFENDANTS' NOTICE OF FILING EXHIBITS 1-4**
**TO THEIR MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney

Company ("Defendants") through counsel, hereby give notice of conventionally filing Exhibits

1-4 to Defendants' Memorandum in Support of their Motion to Dismiss.

Respectfully submitted,

/s/ Robert B. Craig
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice* forthcoming)
Nicolette Vairo (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive,
Inc., and The Walt Disney Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2020, the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.  The exhibits will be served by overnight mail to the following counsel of record:

| | |
|---|---|
| Todd V. McMurtry | L. Lin Wood |
| Kyle M. Winslow | L. Lin Wood, P.C. |
| Hemmer DeFrank Wessels, PLLC | 1180 W. Peachtree Street, Suite 2040 |
| 250 Grandview Drive, Suite 500 | Atlanta, GA 30309 |
| Ft. Mitchell, KY 41017 | lwood@linwoodlaw.com |
| tmcmurtry@hemmerlaw.com | |
| kwinslow@hemmerlaw.com | |

*/s/ Robert B. Craig*
Robert B. Craig (15590)

27102729.1