**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**
***Electronically filed\*\*\****

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br><br>vs.<br><br>ABC NEWS, INC.,<br><br>and<br><br>ABC NEWS INTERACTIVE, INC.,<br><br>and<br><br>THE WALT DISNEY COMPANY,<br><br>Defendants. | Case No. 2:20-CV-00025-WOB-CJS<br><br>Judge William O. Bertelsman<br><br>Magistrate Judge Candace J. Smith |

**DEFENDANTS' MOTION TO DISMISS
(ORAL ARGUMENT REQUESTED)**

Pursuant to Fed. R. Civ. Pro. 12(b)(6), Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("Defendants") through counsel, hereby move the Court to dismiss Plaintiff's Complaint with prejudice. This motion is supported by the accompanying memorandum of law. Pursuant to LR 7.1(f), Defendants request that the Court schedule oral argument on this motion at the Court's convenience.

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice* forthcoming)
Nicolette Vairo (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive,
Inc., and The Walt Disney Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2020, the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. The exhibits will be served by overnight mail to the following counsel of record:

| | |
|---|---|
| Todd V. McMurtry | L. Lin Wood |
| Kyle M. Winslow | L. Lin Wood, P.C. |
| Hemmer DeFrank Wessels, PLLC | 1180 W. Peachtree Street, Suite 2040 |
| 250 Grandview Drive, Suite 500 | Atlanta, GA 30309 |
| Ft. Mitchell, KY 41017 | |

/s/ Robert B. Craig
Robert B. Craig (15590)

27120821.1