UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br><br>vs.<br><br>ABC NEWS, INC.,<br><br>and<br><br>ABC NEWS INTERACTIVE, INC.,<br><br>and<br><br>THE WALT DISNEY COMPANY,<br><br>Defendants. | Case No. 2:20-CV-00025-WOB-CJS<br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace J. Smith |

## DECLARATION OF NATHAN SIEGEL IN SUPPORT OF ABC'S MOTION TO DISMISS

I, Nathan Siegel, declare:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendants ("ABC") in this action. I submit this declaration in support of ABC's motion to dismiss (the "Motion").

2. Attached to the Motion as Exhibit 1 is a true and correct copy of the article reproduced in Exhibit G of the Complaint in this action (the "First ABC Article").

3. Attached to the Motion as Exhibits 1-A through 1-C are videos embedded in or hyperlinked to by the First Article:

    a. Exhibit 1-A is a true and correct copy of the *Good Morning America* report embedded in the First Article (the "First GMA Story").

    b. Exhibit 1-B is a true and correct copy of a video hyperlinked to by the First Article, available at https://youtu.be/sIG5ZB0fw1k.

    c. Exhibit 1-C is a true and correct copy of a video hyperlinked to by the First Article, available at https://twitter.com/mariajudy_/status/1086681831804674048.

4. Attached to the Motion as Exhibit 2 is a true and correct copy of the article reproduced in Exhibit H to the Complaint in this action (the "Second ABC Article").

5. Attached to the Motion as Exhibits 2-A and 2-B are videos embedded in the Second Article:

    a. Exhibit 2-A is a true and correct copy of the *Good Morning America* report embedded in the Second Article (the "Second GMA Story").

    b. Exhibit 2-B is a true and correct copy of the other video embedded in the Second Article.

6. Attached to the Motion as Exhibit 3 is a true and correct copy of the article reproduced in Exhibit I to the Complaint in this action (the "Third ABC Article").

7. Attached to the Motion as Exhibits 3-A and 3-B are videos embedded in the Third ABC Article:

    a. Exhibit 3-A is a true and correct copy of the ABC7 Eyewitness News story embedded in the Third ABC Article (the "ABC7 Story").

    b. Exhibit 3-B is a true and correct copy of the other video embedded in the Third ABC Article.

8. Attached to the Motion as Exhibit 4 is a true and correct copy of the article reproduced in Exhibit J to the Complaint in this action (the "Fourth ABC Article").

9. Attached to the Motion as Exhibits 4-A and 4-B are videos embedded in the Fourth ABC Article:

    a. Exhibit 4-A is a true and correct copy of the first video embedded in the Fourth ABC Article.

      b. Exhibit 4-B is a true and correct copy of the second video embedded in the Fourth ABC Article.

10. Exhibits 1 through 4 are contained on a DVD which has been filed and served in hard copy.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated: April 27, 2020                      */s/ Nathan Siegel*
                                                Nathan Siegel