# EXHIBIT 1

## First ABC Article with attached videos

# Filed Conventionally