# EXHIBIT 2

## Second ABC Article with attached videos

# Filed Conventionally