# EXHIBIT 3

## Third ABC Article with attached videos

# Filed Conventionally