# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | Case No. 2:20-CV-00025-WOB-CJS <br><br> Judge William O. Bertelsman <br> Magistrate Judge Candace J. Smith |
| Plaintiff, | |
| vs. | |
| ABC NEWS, INC., | |
| and | |
| ABC NEWS INTERACTIVE, INC., | |
| and | |
| THE WALT DISNEY COMPANY, | |
| Defendants. | |

## PROPOSED ORDER

This matter is before the Court on the motion of Defendants to dismiss Plaintiff's Complaint, and the Court having reviewed and considered the motion and being sufficiently advised, hereby GRANTS Defendants' Motion to Dismiss with prejudice, each party to bear his or its own costs.

SO ORDERED this ____ day of _____, 2020.

27121325.1