UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | **DEFENDANTS' RESPONSE TO COURT'S NOTICE TO ATTORNEY ADAM M. LAZIER** |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | |
| Defendants. | |

Counsel for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("ABC"), hereby responds to this Court's Notice to Attorney Adam M. Lazier of non-compliance with Local Rule 83.2 [Doc. 18] regarding his *pro hac vice* admission. Mr. Lazier, who is a member of the Bar of the State of New York, has been retained to assist in the representation of ABC. In order to comply with Local Rule 83.2, Mr. Lazier requested a Certificate of Good Standing from the New York Court on March 20, 2020. On April 10, 2020, that Court informed Mr. Lazier that due to the Covid-19 pandemic, the Court was operating on a very limited basis and these types of requests were not being processed at this time. The Court stated that it hopes to process these types of requests in the upcoming weeks.

27136192.1

Counsel for ABC will immediately file Mr. Lazier's *pro hac vice* motion as soon as the New York Court provides a Good Standing Certificate. Until then, ABC requests that Mr. Lazier be permitted to continue to participate in ABC's representation, and agrees that Mr. Lazier does not need to be served with electronic or mail service by the Court.

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice* forthcoming)
Nicolette Vairo (*pro hac vice* pending)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive,
Inc., and The Walt Disney Company

27136192.1