UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-25-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN                    PLAINTIFF

v.                          ORDER

ABC NEWS, INC., et al.                              DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on defense counsel's filed Response (R. 21) to the Clerk's letter notice to Attorney Adam M. Lazier (R. 18).  On April 28, the Clerk sent notice to Attorney Lazier informing him that a record check reflected that he had not been admitted to practice in the Eastern District of Kentucky, and instructing him to, within thirty days, either apply for admission to the bar of this Court or file a motion to proceed *pro hac vice*. (R. 18). In the Response, defense counsel informs that due to the Covid-19 pandemic, Attorney Lazier is having difficulty obtaining from the New York Court the Certificate of Good Standing required to file a *pro hac vice* motion. (R. 21). Accordingly, having considered the circumstances set forth in the Response,

**IT IS ORDERED** that if Attorney Lazier is unable to obtain the required Certificate of Good Standing by May 28, 2020 (the deadline provided for in the Clerk's Notice), counsel may move to extend the deadline to file a *pro hac vice* motion, and include therein any updated information on when it is anticipated that a certificate can be obtained from the New York Court.

Dated this 4th day of May, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2020\20-25-WOB order re resp to atty notice.docx