UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| | **MOTION TO APPEAR PRO HAC VICE** |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | |
| Defendants. | |

Pursuant to LR 83.2, Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("Defendants"), by undersigned counsel who is a member of the Bar of this Court, respectfully move the Court to admit Adam M. Lazier *pro hac vice*, for the purpose of appearing as co-counsel with attorney Robert B. Craig on behalf of Defendants in the above-captioned case.  In support of this motion, the undersigned states:

1. Mr. Lazier is an attorney in good standing and licensed to practice law in the State of New York (Bar No. 5396254).  He was admitted to practice in 2016, and practices before the United States District Court for the Southern District of New York, and the United States Courts of Appeals for the Second and Eleventh Circuits.

2. Mr. Lazier is not currently and has never been under suspension or subject to other disciplinary action with respect to the practice of law in any court, state, territory or the District of Columbia.

3. Mr. Lazier is familiar with this action and has been requested by Defendants to be actively involved in this action.

4. By the accompanying declaration, Mr. Lazier certifies that he will abide by all rules and practices applicable to attorneys admitted to practice before the U.S. District Court for the Eastern District of Kentucky, and consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Mr. Lazier has the address of Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, 10020, telephone number (212) 489-8230, and email address adamlazier@dwt.com.

6. The required filing fee for admission of an attorney *pro hac vice* has been tendered with this Motion.

WHEREFORE, Defendants respectfully move this Court to admit Adam Lazier, *pro hac vice*, to the Bar of this Court for the purpose of participating in this matter as co-counsel with attorney Robert B. Craig.

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice* pending)
Nicolette Vairo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company

27177279.1