UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | **DECLARATION OF ADAM M. LAZIER** |
| Defendants. | |

I, Adam M. Lazier, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.     I am an associate with the law firm Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020.

2.     I am a member in good standing of the bar of New York (Bar No. 5396254).  I am a resident of New York and a Certificate of Good Standing issued by the Supreme Court of New York, Appellate Division, Second Department is attached as Exhibit 1.  I was admitted to practice in New York in 2016, and am admitted to practice before the United States District Court for Southern District of New York and the United States Courts of Appeals for the Second and Eleventh Circuits.

3.     I am not currently and have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

4.     I seek admission to this Court to appear and participate as counsel *pro hac vice* on behalf of Defendants ABC News, Inc., ABC News Interactive, Inc., and the Walt Disney Company.

5.     I have reviewed and am familiar with the Local Rules for the District Court of Eastern District of Kentucky.

6.     I hereby certify that I will abide by all rules and practices that are applicable to all other attorneys admitted to practice in this Court, and I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7.     I have been trained to use the electronic filing system for the U.S. District Court for the Eastern District of Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2020 in New York, New York.

_____
Adam M. Lazier

27177355.1

# EXHIBIT 1



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Adam Michael Lazier** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **3rd** day of **February 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 23, 2020.

*Aprilanne Agostino*

Clerk of the Court