UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | **[PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |
| Defendants. | |

Pending is the Motion for Adam M. Lazier to appear *Pro Hac Vice* (the "Motion") for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company. As the Motion complies with LR 83.2, it will be granted.

Accordingly, **IT IS ORDERED:**

The Motion to permit Adam M. Lazier to appear *pro hac vice* for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company is GRANTED.

27177357.1