UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,

   Plaintiff,

v.

ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY,

   Defendants.

CASE NO. 2:20-CV-00025-WOB-CJS

Judge William O. Bertelsman

Magistrate Judge Candace J. Smith

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

Pending is the Motion for Adam M. Lazier to appear *Pro Hac Vice* (the "Motion") for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company. As the Motion complies with LR 83.2, it will be granted.

Accordingly, **IT IS ORDERED**:

The Motion to permit Adam M. Lazier to appear *pro hac vice* for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company (R. 28) is hereby GRANTED.

Dated this 11th day of May, 2020.



Signed By:
Candace J. Smith
United States Magistrate Judge