**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
*\*\*\*Electronically filed\*\*\**

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> vs. <br><br> ABC NEWS, INC., <br><br> and <br><br> ABC NEWS INTERACTIVE, INC., <br><br> and <br><br> THE WALT DISNEY COMPANY, <br><br> Defendants. | Case No. 2:20-CV-00025-WOB-CJS <br><br> Judge William O. Bertelsman <br> Magistrate Judge Candace J. Smith |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO COMPLAINT**

Pursuant to Local Rule 7.1(b), Defendants ABC News, Inc., ABC News Interactive, Inc., and the Walt Disney Company ("Defendants") respectfully move the Court for entry of the attached Agreed Order granting Defendants an additional 14 days to answer, move, or other plead to Plaintiff's Complaint, up to and including October 29, 2020.  Plaintiff consents to this extension.

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Nicolette Vairo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive,
Inc., and The Walt Disney Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2020, the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.

*/s/ Robert B. Craig*
Robert B. Craig (15590)