**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
*\*\*\*Electronically filed\*\*\**

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : Case No. 2:20-CV-00025-WOB-CJS :<br>: Judge William O. Bertelsman<br>: Magistrate Judge Candace J. Smith |
| Plaintiff, | : |
| vs. | : |
| ABC NEWS, INC., | : |
| and | : |
| ABC NEWS INTERACTIVE, INC., | : |
| and | : |
| THE WALT DISNEY COMPANY, | : |
| Defendants. | : |

**AGREED ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO COMPLAINT**

This matter is before the Court on the motion of Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("Defendants") for an extension of time to answer, move or otherwise plead to Plaintiff's Complaint, to which Plaintiff consents, and the Court hereby GRANTS this Motion.

Defendants shall have up to and including October 29, 2020, to answer, move, or otherwise plead to Plaintiff's Complaint.

**SO ORDERED THIS __ DAY OF October, 2020**

**TENDERED BY:**

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Nicolette Vairo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
adamlazier@dwt.com
nicolettevairo@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive,
Inc., and The Walt Disney Company

**HAVE AGREED:**

*/s/ Todd VanDerVeer McMurtry*
Todd VanDerVeer McMurtry (per authorization)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Avenue, Suite 500
Fort Mitchell, KW 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com

L. Lin Wood
L. LIN WOOD, PC
1180 W. Peachtree Street
Suite 2040

Atlanta, GA 30309
Phone: (404) 891-1402
Fax: (404) 506-9111
lwood@linwoodlaw.com