**EXHIBIT A**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | **CASE NO. 2:20-cv-00025-WOB-CJS** |
| **Plaintiff,** | **JUDGE BERTELSMAN** |
| v. | **MAGISTRATE JUDGE SMITH** |
| **ABC NEWS, INC., et al.,** | **AFFIDAVIT OF NICHOLAS SANDMANN** |
| **Defendants.** | |

I, Nicholas Sandmann, having been duly cautioned and sworn, state that I have personal knowledge of the facts contained in this Affidavit, that I am competent to testify in the matters herein, that I am over the age of 18, and that all of the statements contained herein are accurate and true, as I verily believe:

1.      I am the Plaintiff in the above-captioned action.

2.      I offer this Affidavit in support of the motion to remove L. Lin Wood as my attorney of record in the above-captioned action.

3.      Mr. Wood is currently one of my attorneys of record in the above-captioned action.

4.      I have ended my lawyer-client relationship with Mr. Wood and no longer wish to be represented by him in the above-captioned action.

5.      Attorney Todd V. McMurtry will remain my attorney of record in the above-captioned action.

State of _Kentucky_ )

) SS: _~~~~~~~~_

County of _Fayette_ )

The foregoing Affidavit was signed, acknowledged and sworn to before me on this 25th day of _January_ 2021, by Nicholas Sandmann.

_Ashley Coons_

Notary Public

ASHLEY COONS
COMMISSION EXPIRES
12/26/2022
NOTARY
PUBLIC
NOTARY ID # 614298
STATE AT LARGE, KENTUCKY