UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| | **MOTION TO APPEAR PRO HAC VICE** |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | |
| Defendants. | |

Pursuant to LR 83.2, Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("Defendants"), by undersigned counsel who is a member of the Bar of this Court, respectfully move the Court to admit Meenakshi Krishnan *pro hac vice*, for the purpose of appearing as co-counsel with attorney Robert B. Craig on behalf of Defendants in the above-captioned case. In support of this motion, the undersigned states:

1. Ms. Krishnan is an attorney in good standing and licensed to practice law in the District of Columbia (Bar No. 1617229). She was admitted to practice in 2018, and practices before the United States District Court for the District of Columbia, and the United States Courts of Appeals for the Second and Fourth Circuits.

2. Ms. Krishnan is not currently and has never been under suspension or subject to other disciplinary action with respect to the practice of law in any court, state or territory.

3. Ms. Krishnan is familiar with this action and has been requested by Defendants to be actively involved in this action.

4. By the accompanying declaration, Ms. Krishnan certifies that she will abide by all rules and practices applicable to attorneys admitted to practice before the U.S. District Court for the Eastern District of Kentucky, and consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Ms. Krishnan has the address of Davis Wright Tremaine LLP, 1301 K Street, N.W., Suite 500 East, Washington, DC 20005, telephone number (202) 973-4200, and email address meenakshikrishnan@dwt.com.

6. The required filing fee for admission of an attorney *pro hac vice* has been tendered with this Motion.

WHEREFORE, Defendants respectfully move this Court to admit Meenakshi Krishnan, *pro hac vice*, to the Bar of this Court for the purpose of participating in this matter as co-counsel with attorney Robert B. Craig.

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (15590)
Taft Stettinius & Hollister LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fx: (513) 381-6613
craigr@taftlaw.com

Counsel for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company