UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| | **DECLARATION OF MEENAKSHI KRISHNAN** |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | |
| Defendants. | |

I, Meenakshi Krishnan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate with the law firm Davis Wright Tremaine LLP, 1301 K Street, N.W., Suite 500 East, Washington, DC 20005.

2. I am a member in good standing of the bar of the District of Columbia (Bar No. 1617229). A Certificate of Good Standing issued by the Court of Appeals for the District of Columbia is attached as Exhibit 1. I was admitted to practice law in the District of Columbia in 2018, and am admitted to practice before the United States District Court for the District of Columbia, and the United States Courts of Appeals for the Second and Fourth Circuits.

3. I am not currently and have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

4. I seek admission to this Court to appear and participate as counsel *pro hac vice* on behalf of Defendants ABC News, Inc., ABC News Interactive, Inc., and the Walt Disney Company.

5. I have reviewed and am familiar with the Local Rules for the District Court of Eastern District of Kentucky.

6. I hereby certify that I will abide by all rules and practices that are applicable to all other attorneys admitted to practice in this Court, and I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I have been trained to use the electronic filing system for the U.S. District Court for the Eastern District of Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2021 in the District of Columbia.

_____
Meenakshi Krishnan

# EXHIBIT 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Meenakshi Krishnan*

was duly qualified and admitted on December 19, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on May 5,**
**2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.