UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-56-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN          PLAINTIFF

v.

NBCUNIVERSAL MEDIA, LLC                  DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

CIVIL ACTION NO. 20-23-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN          PLAINTIFF

v.

THE NEW YORK TIMES COMPANY
d/b/a THE NEW YORK TIMES                 DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

CIVIL ACTION NO. 20-24-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN          PLAINTIFF

v.

CBS NEWS, INC., et al.                   DEFENDANTS

\* \* \*   \* \* \*   \* \* \*   \* \* \*

CIVIL ACTION NO. 20-25-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN                                    PLAINTIFF

v.

ABC NEWS, INC., et al.                                             DEFENDANTS

*** *** *** ***

CIVIL ACTION NO. 20-27-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN                                    PLAINTIFF

v.

ROLLING STONE, LLC, et al.                                         DEFENDANTS

*** *** *** ***

## ORDER

This matter is before the Court on the Stipulated Protective Order agreed to and proposed by the parties in the above cases. Upon review, the Court finds that a telephonic Status Conference is needed to discuss the parties' proposal. Accordingly,

**IT IS ORDERED** that a telephonic Status Conference will be held on **Tuesday, May 25, 2021, at 11:30 a.m. EDT.** Counsel should connect to the conference call five minutes before the conference is scheduled to begin. To connect to the call, **dial 877-873-8017**. Then, when prompted to enter the participant access code, **enter 7604592 and #**.

Signed this 17th day of May, 2021.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2019\19-56-WOB (etc) order ph call re PO.docx