UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS  Judge William O. Bertelsman |
| Plaintiff, | : : | Magistrate Judge Candace J. Smith |
| v. | : : : | **JOINT MOTION EXTENDING PHASE I DISCOVERY DEADLINES** |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : | |

Upon the request of Defendants, and with Plaintiff's counsel's agreement, the parties file this Agreed Motion extending the Phase I discovery deadlines pursuant to Local Rule 7.1(b).

Due to unforeseen circumstances and logistics, the parties have agreed that Phase I discovery will conclude on November 15, 2021. Motions for Summary Judgment shall be filed by December 20, 2021 with any opposition thereto to be filed by February 11, 2022. Any Reply shall be filed in accordance with the Joint Local Rules.

WHEREFORE, Defendants and Plaintiff move the Court for the change in dates reflected above.

Respectfully submitted,

*/s/ Todd V. McMurtry* (per email authorization)
Todd V. McMurtry (82101)

Hemmer DeFrank Wessels PLLC
250 Grandview Drive
Suite 500
Ft. Mitchell, KY 95343
Phone: (859) 344-1188
Fax: (859) 578-3869
Email: tmcmurtry@hemmerlaw.com

*Counsel for Plaintiff*


*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fx: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St NW, Suite 500
Washington, DC 20005
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company*