UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | CASE NO. 2:20-CV-00025-WOB-CJS |
| | Judge William O. Bertelsman |
| Plaintiff, | Magistrate Judge Candace J. Smith |
| v. | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | **ORDER GRANTING JOINT MOTION TO EXTEND PHASE I DISCOVERY DEADLINES** |
| Defendants. | |

The Court, having considered the parties' Joint Motion to Extend Phase I Discovery Deadlines, it is hereby ORDERED that Phase I discovery shall be completed by November 15, 2021, Motions for Summary Judgment shall be filed on or before December 20, 2021, with any opposition thereto to be filed by February 11, 2022, and any Reply to be filed in accordance with the Joint Local Rules.

IT IS SO ORDERED.