UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 19-CV-00056-WOB-CJS |
| Plaintiff, | : : | |
| v. | : : | |
| NBCUNIVERSAL MEDIA, LLC | : : : | |
| Defendant. | : : : : | |
| | | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 20-CV-00023-WOB-CJS |
| Plaintiff, | : : : | |
| v. | : : | |
| THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES | : : : : | |
| Defendant. | : : : | |
| | | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 20-CV-00024-WOB-CJS |
| Plaintiff, | : : : | |
| v. | : : | |
| CBS NEWS, INC., et al. | : : : | |

| | | |
|---|---|---|
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS |
| Plaintiff, | : : | |
| v. | : : | |
| ABC NEWS, INC., et al. | : : | |
| Defendants. | : : : : | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00026-WOB-CJS |
| Plaintiff, | : : | |
| v. | : : | |
| GANNETT CO., INC. AND GANNETT SATELLITE INFORMATION NETWORK, LLC, | : : : : | |
| Defendants. | : : : | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00027-WOB-CJS |
| Plaintiff, | : : | |
| v. | : : : : | |

2

| | |
|---|---|
| ROLLING STONE, LLC, et al. | : |
| Defendants. | : |
| | : |
| | : |

*** *** *** ***

**<u>JOINT STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY OF VIDEOS</u>**

The parties to the above-entitled actions, having met and conferred, and upon determining that good cause exists for the foregoing, hereby stipulate as follows:

1. Attached as Exhibit 1 is a USB flash drive containing 20 video files. Each video file on the drive is named with a number, starting with "Video 1, Video 2", etc. The videos in Exhibit 1 shall be deemed authentic and the parties waive any hearsay objection to the admissibility of any of the videos in Exhibit 1. In any phase of this case the parties reserve the right to object to the admissibility of any video in Exhibit 1, in whole or in part, on any other ground, including but not limited to relevance, materiality, and unfair prejudice.

2. For the convenience of the Court, the videos may also be accessed online at the following Dropbox links:

| **<u>Video Title</u>** | **<u>Dropbox Link to Video</u>** |
|---|---|
| Video 1 | https://www.dropbox.com/s/wz29kgpvi5szx57/Video%201.mp4?dl=0 |
| Video 2 | https://www.dropbox.com/s/hlo0r6pnckijus4/Video%202.mp4?dl=0 |
| Video 3 | https://www.dropbox.com/s/ccj1jri6nwam0np/Video%203.mp4?dl=0 |
| Video 4 | https://www.dropbox.com/s/r669sphtcafllx1/Video%204.mp4?dl=0 |
| Video 5 | https://www.dropbox.com/s/dncy7g5c419p3mu/Video%205.mp4?dl=0 |
| Video 6 | https://www.dropbox.com/s/bssh229je1socwq/Video%206.mp4?dl=0 |
| Video 7 | https://www.dropbox.com/s/1z1a7kcj4hr6wn0/Video%207.mp4?dl=0 |
| Video 8 | https://www.dropbox.com/s/asi18roehztkj56/Video%208.mp4?dl=0 |
| Video 9 | https://www.dropbox.com/s/3yg38oolsap3iac/Video%209.mp4?dl=0 |
| Video 10 | https://www.dropbox.com/s/7xj6mish81ezr2s/Video%2010.mp4?dl=0 |
| Video 11 | https://www.dropbox.com/s/3ej3nk9saqlxe4k/Video%2011.mp4?dl=0 |

| Video 12 | https://www.dropbox.com/s/aje87abzyuxfyn8/Video%2012.mp4?dl=0 |
| --- | --- |
| Video 13 | https://www.dropbox.com/s/y5z0lbtuo2tnx28/Video%2013.mp4?dl=0 |
| Video 14 | https://www.dropbox.com/s/1mmb5jt0ee906fx/Video%2014.mov?dl=0 |
| Video 15 | https://www.dropbox.com/s/z4ntolz5w2qs7vi/Video%2015.mp4?dl=0 |
| Video 16 | https://www.dropbox.com/s/kgeelapduuw0wxx/Video%2016.mp4?dl=0 |
| Video 17 | https://www.dropbox.com/s/j4okqo8wz7228m9/Video%2017.mp4?dl=0 |
| Video 18 | https://www.dropbox.com/s/3mgfjlic4vsd9zn/Video%2018.mp4?dl=0 |
| Video 19 | https://www.dropbox.com/s/opxwc6zijenldok/Video%2019.mp4?dl=0 |
| Video 20 | https://www.dropbox.com/s/s2i1591ugmb0a5d/Video%2020.mp4?dl=0 |

IT IS SO STIPULATED.

Dated: December 6, 2021

/s/ Todd V. McMurtry
Todd V. McMurtry (KBA# 82101)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com

*Counsel for Plaintiffs*

/s/ Robert B. Craig
Robert B. Craig (KBA 15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St NW, Suite 500
Washington, DC 20005
Phone: (202) 973-4237

4

Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company*


*/s/ Darren W. Ford*
John C. Greiner (*pro hac vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.law

J. Stephen Smith (KBA 86612)
Darren W. Ford (KBA 95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

*Counsel for Defendants NBCUniversal Media, LLC and The New York Times Company d/b/a The New York Times*


*/s/ Jared A. Cox*
Jared A. Cox
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
Phone: (502) 589-4200
Jared.cox@dentons.com

Jessica Laurin Meek (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP

5

10 West Market Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 635-8900
Jessica.meek@dentons.com

Natalie J. Spears *(pro hac vice)*
Gregory R. Naron *(pro hac vice)*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Phone: (312) 876-8000
Natalie.spears@dentons.com
Gregory.naron@dentons.com

*Counsel for Defendants CBS News, Inc., ViacomCBS, Inc., and CBS Interactive, Inc.*


*/s/ Kevin T. Shook*
Kevin T. Shook *(pro hac vice)*
FROST BROWN TODD LLC
10 West Broad Street
Columbus, OH 43215
Phone: (614) 464-1211
Fax: (614) 464-1737
kshook@fbtlaw.com

Theresa A. Canaday
Samuel W. Wardle
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Phone: (502) 589-5400
Faz: (502) 587-1087
tcanaday@fbtlaw.com
swardle@fbtlaw.com

Michael E. Nitardy
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, KY 41042

6

Phone: (859) 817-5900
Fax: (859) 283-5902
mnitardy@fbtlaw.com

Ryan W. Goellner *(pro hac vice)*
FROST BROWN TODD LLC
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Phone: (513) 651-6800
Fax: (513) 651-6981
rgoellner@fbtlaw.com

*Counsel for Defendants Rolling Stone, LLC and Penske Media Corporation*

*/s/ Michael P. Abate*
Jon L. Fleischaker
Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
jfleischaker@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com

Michael J. Grygiel (admitted *pro hac vice*)
Cyndy E. Neidl (admitted *pro hac vice*)
Kelly L. McNamee (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
54 State Street, 6th Floor
Albany, New York 12207
(518) 689-1400
grygielm@gtlaw.com
neidlc@gtlaw.com
mcnameek@gtlaw.com

*Counsel for Gannett Co., Inc. and Gannett Satellite Information Network, LLC*

7

Eastern District of Kentucky
FILED
DEC 0 6 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 2:20-CV-00025-WOB-CJS |
| Plaintiff, | : : | |
| v. | : : | |
| ABC NEWS, INC., et al. | : : | |
| Defendants. | : : : : | |

\*\*\* \*\*\* \*\*\* \*\*\*

## NOTICE OF CONVENTIONAL FILING

Defendants, ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company, by and through counsel, hereby give notice of the conventional filing of a USB flash drive containing 20 video files as Exhibit A to the Joint Stipulation Regarding Authenticity and Admissibility of Videos. A true and correct copy of the videos has been served upon opposing counsel by U.S. Mail.

Respectfully submitted,

/s/ Robert B. Craig

Robert B. Craig (KBA 15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)

**EXHIBIT A**

Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St NW, Suite 500
Washington, DC 20005
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*Attorneys for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Conventional Filing and USB flash drive was served this 6th day of December, 2021 on all counsel of record by regular U.S. mail.

/s/ Nathan Siegel
Nathan Siegel

11485302.1

