**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 19-CV-00056-WOB-CJS |
| Plaintiff, | : : : | |
| v. | : : | |
| NBCUNIVERSAL MEDIA, LLC | : : | |
| Defendant. | : : : : : | |

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 20-CV-00023-WOB-CJS |
| Plaintiff, | : : : | |
| v. | : : | |
| THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES | : : : : | |
| Defendant. | : : : | |

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : | CASE NO. 20-CV-00024-WOB-CJS |
| Plaintiff, | : : : | |
| v. | : : | |
| CBS NEWS, INC., et al. | : : : | |

Defendants.                          :
                                     :
                                     :
                                     :

NICHOLAS SANDMANN, by and            :       CASE NO. 2:20-CV-00025-WOB-CJS
through his parents and natural guardians,   :
TED SANDMANN and JULIE               :
SANDMANN,                            :
                                     :
      Plaintiff,     :
                                     :
v.                                   :
                                     :
ABC NEWS, INC., et al.               :
                                     :
      Defendants.    :
                                     :
                                     :
                                     :

NICHOLAS SANDMANN, by and            :       CASE NO. 2:20-CV-00026-WOB-CJS
through his parents and natural guardians,   :
TED SANDMANN and JULIE               :
SANDMANN,                            :
                                     :
      Plaintiff,     :
                                     :
v.                                   :
                                     :
GANNETT CO., INC. AND GANNETT        :
SATELLITE INFORMATION               :
NETWORK, LLC,                        :
                                     :
      Defendants.    :
                                     :

NICHOLAS SANDMANN, by and            :       CASE NO. 2:20-CV-00027-WOB-CJS
through his parents and natural guardians,   :
TED SANDMANN and JULIE               :
SANDMANN,                            :
                                     :
      Plaintiff,     :
                                     :
v.                                   :
                                     :
ROLLING STONE, LLC, et al.           :
                                     :
      Defendants.    :
                                     :

**CONSENT MOTION TO SET BRIEFING PROCEDURE
FOR DEFENDANTS' SUMMARY JUDGMENT MOTIONS**

Defendants in each of the above-captioned cases, NBC Universal Media, LLC, The New York Times Company, CBS News, Inc., et al., ABC News, Inc. et al., Gannett Co., Inc., et al., and Rolling Stone, LLC, et al. ("Defendants"), with Plaintiff's consent, file this Consent Motion pursuant to Local Rule 7.1(d) to set the briefing procedure for Defendants' Motions for Summary Judgment, which are due to be filed on December 20, 2021.

The Defendants anticipate that their summary judgment motions will address both facts and issues that are common to all of the Defendants, as well as some that are specific to each particular Defendant. The Parties have conferred in an effort to agree upon a procedure for briefing the Defendants' summary judgment motions that will avoid duplicative briefing and present the issues in a manner that will be most efficient for the Court and the Parties. The following reflects the Parties' agreement:

1. <u>Defendants' Summary Judgment Motions</u>. Defendants will file a joint memorandum of law not to exceed 50 pages, which will address all facts and issues that the Defendants maintain are in common. In addition, each Defendant (or, where applicable, group of corporate Defendants within the same case) may also file an individual memorandum of law not to exceed 15 pages, which will address any facts and arguments particular to each Defendant. Collectively these joint and individual memoranda will not exceed a total of 140 pages of distinct briefing, which *in toto* is slightly less than equivalent to the sum of the 25-page per defendant limitation stated in Local Rule 7.1(d).[1]

---

[1] Defendants also note that in the first round of motions to dismiss filed in the first three defamation cases filed by Plaintiff, with no discovery record to address, each defendant filed separate memoranda that were respectively 45, 45, and 25 pages each. *See Sandmann v.*

2.      <u>Plaintiff's Oppositions</u>: The same procedure and page limits will apply to Plaintiff's responses in opposition to Defendants' summary judgment motions.  Plaintiff may file a single response in opposition to Defendants' joint memorandum of law not to exceed 50 pages.  Plaintiff may also file separate responses in opposition to Defendants' individual memoranda of law, each of which may not exceed 15 pages.

3.      <u>Defendants' Replies</u>:  Defendants will file a joint reply memorandum not to exceed 30 pages.  Each Defendant (or group of corporate Defendants) may also file an individual reply memorandum not to exceed 10 pages.  Collectively these joint and individual memoranda will not exceed a total of 80 pages of distinct briefing, which is equivalent to the sum of the 15-page per defendant limitation in  Local Rule 7.1(d).

WHEREFORE, Defendants, with Plaintiff's consent, move the Court to order the briefing procedure reflected above.

Dated: December 13, 2021                  Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fx: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St NW, Suite 500
Washington, DC 20005
Phone: (202) 973-4237

</div>

_____

*Washington Post*, No. 2:19-cv-00019, Dkt. 25; *Sandmann v. NBC Universal Media LLC*, No. 2:19-cv-00056, Dkt. 20; *Sandmann v. CNN*, No. 2:19-cv-00031, Dkt. 31-1.  Defendants respectfully submit that this proposal will result in a procedure for addressing summary judgment motions that will be materially more streamlined and efficient for the Court.

Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants ABC News, Inc., ABC News
Interactive, Inc., and The Walt Disney Company*

*/s/ Darren W. Ford*
John C. Greiner (*pro hac vice*)
**GRAYDON HEAD & RITCHEY LLP**
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.law

J. Stephen Smith (KBA 86612)
Darren W. Ford (KBA 95373)
**GRAYDON HEAD & RITCHEY LLP**
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

*Counsel for Defendants NBCUniversal Media, LLC
and The New York Times Company d/b/a The New
York Times*

*/s/ Jared A. Cox*
Jared A. Cox
**DENTONS BINGHAM GREENEBAUM LLP**
101 South Fifth Street, Suite 3500
Louisville, KY 40202
Phone: (502) 589-4200
Jared.cox@dentons.com

Jessica Laurin Meek (*pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**

10 West Market Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 635-8900
Jessica.meek@dentons.com

Natalie J. Spears *(pro hac vice)*
Gregory R. Naron *(pro hac vice)*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Phone: (312) 876-8000
Natalie.spears@dentons.com
Gregory.naron@dentons.com

*Counsel for Defendants CBS News, Inc.,
ViacomCBS, Inc., and CBS Interactive, Inc.*

*/s/ Kevin T. Shook*
Kevin T. Shook *(pro hac vice)*
FROST BROWN TODD LLC
10 West Broad Street
Columbus, OH 43215
Phone: (614) 464-1211
Fax: (614) 464-1737
kshook@fbtlaw.com

Theresa A. Canaday
Samuel W. Wardle
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Phone: (502) 589-5400
Faz: (502) 587-1087
tcanaday@fbtlaw.com
swardle@fbtlaw.com

Michael E. Nitardy
FROST BROWN TODD LLC
7310 Turfway Road, Suite 210
Florence, KY 41042

Phone: (859) 817-5900

Fax: (859) 283-5902

mnitardy@fbtlaw.com

Ryan W. Goellner *(pro hac vice)*

FROST BROWN TODD LLC

301 East Fourth Street, Suite 3300

Cincinnati, OH 45202

Phone: (513) 651-6800

Fax: (513) 651-6981

rgoellner@fbtlaw.com

*Counsel for Defendants Rolling Stone, LLC and Penske Media Corporation*

*/s/ Michael P. Abate*

Jon L. Fleischaker

Michael P. Abate

KAPLAN JOHNSON ABATE & BIRD LLP

 710 W. Main St., 4th Floor

Louisville, KY 40202

(502) 540-8280

jfleischaker@kaplanjohnsonlaw.com

mabate@kaplanjohnsonlaw.com

Michael J. Grygiel (admitted *pro hac vice*)

Cyndy E. Neidl (admitted *pro hac vice*)

Kelly L. McNamee (*admitted pro hac vice*)

GREENBERG TRAURIG, LLP

54 State Street, 6th Floor

Albany, New York 12207

(518) 689-1400

grygielm@gtlaw.com

neidlc@gtlaw.com

mcnameek@gtlaw.com

*Counsel for Gannett Co., Inc. and Gannett Satellite Information Network, LLC*