# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

**CIVIL ACTION NO. 20-23-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**                        **PLAINTIFF**

**v.**

**THE NEW YORK TIMES COMPANY
d/b/a THE NEW YORK TIMES**                        **DEFENDANT**

*** *** *** ***

**CIVIL ACTION NO. 20-24-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**                        **PLAINTIFF**

**v.**

**CBS NEWS, INC., et al.**                        **DEFENDANTS**

*** *** *** ***

**CIVIL ACTION NO. 20-25-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**                        **PLAINTIFF**

**v.**

**ABC NEWS, INC., et al.**                        **DEFENDANTS**

*** *** *** ***

**CIVIL ACTION NO. 20-26-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**         **PLAINTIFF**

**v.**

**GANNETT CO., INC., et al.**         **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

**CIVIL ACTION NO. 20-27-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**         **PLAINTIFF**

**v.**

**ROLLING STONE, LLC, et al.**         **DEFENDANTS**

### NICHOLAS SANDMANN'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Nicholas Sandmann, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court to grant him partial summary judgment on the issue of falsity. A memorandum in support and proposed Order are attached.

2

Respectfully submitted,

*/s/ **Todd V. McMurtry***
Todd V. McMurtry (KBA #82101)
Jeffrey A. Standen (*pro hac vice*)
J. Will Huber (KBA #99339)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY 41017
Phone:  (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com
jstanden@hemmerlaw.com
whuber@hemmerlaw.com

*Trial Attorneys for Plaintiff,
Nicholas Sandmann*