# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

**CIVIL ACTION NO. 20-23-WOB-CJS**

**NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN**      **PLAINTIFF**

**v.**

**THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES**      **DEFENDANT**

\*\*\* \*\*\* \*\*\* \*\*\*

**CIVIL ACTION NO. 20-24-WOB-CJS**

**NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN**      **PLAINTIFF**

**v.**

**CBS NEWS, INC., et al.**      **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

**CIVIL ACTION NO. 20-25-WOB-CJS**

**NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN**      **PLAINTIFF**

**v.**

**ABC NEWS, INC., et al.**      **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

**CIVIL ACTION NO. 20-26-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**     **PLAINTIFF**

**v.**

**GANNETT CO., INC., et al.**     **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

**CIVIL ACTION NO. 20-27-WOB-CJS**

**NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN**     **PLAINTIFF**

**v.**

**ROLLING STONE, LLC, et al.**     **DEFENDANTS**

---

### ORDER GRANTING NICHOLAS SANDMANN'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

---

This matter is before this Court on the motion of Plaintiff Nicholas Sandmann for partial summary judgment on the issue of the truth or falsity of statements made by the defendants. Having considered the Motion and being otherwise sufficiently advised, the Court hereby **GRANTS** the Motion and rules that the following statements, known as the "Blocked/Retreat Statements," are false and libelous *per se*:[1]

---

[1] This Court has previously held that "statements that plaintiff 'blocked' Phillips or did not allow him to retreat, if false, meet the test of being libelous *per se* …." *Sandmann v. NBCUniversal, LLC*, Cov. Case No. 2:19-cv-56 (Doc. 43; Page ID# 755), *adopted by reference and reaffirmed in Sandmann v. The New York Times Co.*, Case No. 2:20-cv-23 (Doc. 28; Page ID# 217) ("[T]he Court has ruled in companion cases that the [blocked/retreat] statement is libelous. The Court continues to hold that opinion for the reason stated in such preceding cases."); *Sandmann v.*

2

The New York Times published:

> "It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial,'" Mr. Phillips told The Post. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

(NY Times Compl. ¶ 206 (Ex. G, H)); *Sandmann v. The New York Times Co.*, Case No. 2:20-cv-23 (Doc. 28; Page ID# 217).

Defendant CBSN published:

> PHILLIPS: "[Nicholas] just stood in front of me, and when the others were moving aside and letting me go, he decided that he wasn't gonna do that. You know, I tried to, when I was coming up the steps, I seen him start putting himself in front of me, so I slided [sic] to the right, and he slided [sic] to the right. I slided [sic] to the left and he slided [sic] to the left – so by the time I got up to him, we were right in front of him. He just positioned himself to make sure that he aligned himself with me so that he stopped my exit."

and

> Phillips said Sandmann "positioned himself" in front of him, stopping his exit. … "When the others were moving aside and letting me go, he decided that he wasn't going to do that. When I was coming up the steps, I seen him start putting himself in front of me, so I slided [sic] to the right, and he slided [sic] to the right. I slided [sic] to the left and he slided [sic] to the left – so by the time I got up to him, we were right in front of him. He just positioned himself to make sure that he aligned himself with me, so that sort of [sic] stopped my exit."

---

*CBS News, Inc., et al.*, Case No. 2:20-cv-24 (Doc. 34; Page ID# 273) ("[T]he Court has ruled in companion cases that similar publications are libelous. The Court continues to hold that opinion for the reasons stated in such preceding cases."); *Sandmann v. ABC News, Inc., et al.*¸ Case No. 2:20-cv-25 (Doc. 36; Page ID# 315) ("[T]he Court has ruled in companion cases that the [blocked/retreat] statement is libelous. The Court continues to hold that opinion for the reasons stated in such preceding cases."); *Sandmann v. Rolling Stone, LLC,* Case No. 2:20-cv-27 (Doc. 35; Page ID# 276) ("[T]he Court has ruled in companion cases that the [blocked/retreat] statement is libelous. The Court continues to hold that opinion for the reason stated in such preceding cases.").

3

(CBSN Compl. ¶¶ 223, 233 (Ex. G)); *Sandmann v. CBS News, Inc., et al.*, Case No. 2:20-cv-24 (Doc. 34; Page ID# 276).

    Defendant ABC published:

> In a separate interview with the Washington Post, Phillips said that the dozens of teens began to swarm around his group as they concluded their march and were getting ready to leave. "It was getting ugly," he told the newspaper. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

    and

> "It was getting ugly," [Phillips] said, describing his confrontation with Sandmann, who was wearing a red "Make America Great Again" hat at the time. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

(ABC Compl. ¶¶ 207, 218 (Ex. G, H)); *Sandmann v. ABC News, Inc., et al.*, Case No. 2:20-cv-25 (Doc. 36; Page ID# 316).

    Defendant Gannett published:

> "It was getting ugly, and I was thinking: 'I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial,' Phillips told The Washington Post. "I started going that way, and that guy in the hat stood in my way and we were at an impasse. He just blocked my way and wouldn't allow me to retreat."

(Gannett First Am. Compl. ¶¶ 226 (Ex. I), 244, 251 (Ex. K), 255, 258 (Ex. L), 274 (Ex. N)

    Defendant Rolling Stone published:

> It was getting ugly, Phillips, a former Marine, told the Washington Post. I was thinking: I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial. I started going that way, and that guy in the hat stood in my way, and we were at an impasse. He just blocked my way and wouldn't allow me to retreat.

4

(Rolling Stone Compl. ¶ 202, Ex. G); *Sandmann v. Rolling Stone, LLC, et al.,* Case No. 2:20-cv-27 (Doc. 35; Page ID# 276).

        IT IS SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge

_____
United States Magistrate Judge