**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS  Judge William O. Bertelsman  Magistrate Judge Candace J. Smith |
| Plaintiff, | : : | |
| v. | : : | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : : | |

**ABC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**ORAL ARGUMENT REQUESTED**

Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("ABC Defendants"), by counsel and pursuant to Fed. R. Civ. P. 56,  respectfully move this Court for summary judgment and dismissal of Plaintiff's Complaint with prejudice.  Summary judgment is warranted because (1) the allegedly defamatory statements at issue are protected opinion; (2) alternatively, Plaintiff cannot meet his burden of proving the statements at issue to be materially false; and (3) the statements at issue are not susceptible to the defamatory meaning the Complaint alleges.  This motion is supported by the attached Joint Memorandum of Law in support, ABC Defendants' Supplemental Memorandum of Law in support, and declarations and exhibits thereto.

Pursuant to LR 7.1(f), ABC Defendants further request that the Court schedule oral argument on this motion at the Court's convenience.

DATED: December 20, 2021                    Respectfully submitted,

                                                               */s/ Robert B. Craig*

1

Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St NW, Suite 500
Washington, DC 20005
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants ABC News, Inc., ABC News
Interactive, Inc., and The Walt Disney Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of December, 2021, the foregoing was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's CM/EF system to all parties of record.  The conventionally filed exhibits will be served by overnight mail to the following counsel of record:

Todd V. McMurtry
John William Huber
Hemmer DeFrank Wessels, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, KY 41017

*/s/ Robert B. Craig*       
Robert B. Craig (15590)
