**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | |
| Plaintiff, | |
| v. | Case No. 19-CV-00056-WOB-CJS |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | |
| Plaintiff, | |
| v. | Case No. 20-CV-00023-WOB-CJS |
| THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES, | |
| Defendant | |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | |
| Plaintiff, | |
| v. | CASE NO. 20-CV-00024-WOB-CJS |
| CBS NEWS, INC., et al., | |
| Defendants | |

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>        Plaintiff,<br><br>v.<br><br>ABC NEWS, INC., et al.,<br><br>        Defendants | CASE NO. 2:20-CV-00025-WOB-CJS |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>        Plaintiff,<br><br>v.<br><br>GANNETT CO., INC. AND GANNETT SATELLITE INFORMATIONS NETWORK, LLC,<br><br>        Defendants | CASE NO. 2:20-CV-00026-WOB-CJS |
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>        Plaintiff,<br>v.<br><br>ROLLING STONE, LLC, et al.,<br><br>        Defendants | CASE NO. 2:20-CV-00027-WOB-CJS |

## DECLARATION OF NATHAN PHILLIPS

1.     My name is Nathan Phillips.  I am from the Omaha Tribe, *Tapa* (Deer Clan).  I make this Declaration from personal knowledge and am competent to testify to the facts stated herein.

2.     On January 18, 2019, I attended an event sponsored by the Indigenous Peoples Movement near the Lincoln Memorial in Washington, D.C.  I was not a member of that organization and I had no involvement in planning or organizing that event.  I attended because a personal friend of mine and participant in the event, Raymond Kingfisher, called and asked me if I would be there with him.  I wanted to support his efforts and the cause of indigenous peoples' rights.  I drove by myself to Washington, D.C., from my home in Ypsilanti, Michigan.

3.     At the end of the event, some of the participants joined together in a round dance.  Round dances are a traditional expression of unity and togetherness for various Indigenous groups.

4.     I noticed several men speaking nearby who were making derogatory statements about Native Americans and others.  I later learned they call themselves Black Hebrew Israelites.  From what I observed, most people, including myself, just ignored the men's insults and did not respond to them.

5.     On several separate occasions, I noticed that various small groups of people gathered near the Black Hebrew Israelites, and then eventually walked away after the speaker made derogatory comments to them.  As time went on, many of the people approaching the Black Hebrew Israelites appeared to be teenagers.  As more time passed, the groups of teenagers who approached the Black Hebrew Israelites got larger.

6.     After the Indigenous Peoples Movement event ended, I remained in the area near the Lincoln Memorial to help clean up and meet people I had planned to eat dinner with.

3

7.     While waiting, I saw that as the numbers of teenagers increased, some of them eventually began to shout loudly towards the Black Hebrew Israelites. Their conduct included actions like pointing directly at the Black Hebrew Israelites, and one teenager led others by taking his shirt off while all of them faced the men and shouted while flexing their muscles and clenching their fists. It seemed to me that the teenagers were getting louder and more aggressive as the time passed.

8.     While I disliked much of what the Black Hebrew Israelites were saying because much of it was derogatory, I thought the behavior of the teenagers in that setting was unusual and disturbing. They appeared to me to be expressing hostility and aggression towards the Black Hebrew Israelites, whom they far outnumbered.

9.     Later, I learned that many of the teenagers were a group of high school students from Kentucky and I read or heard that some of them said they were doing school cheers. That is not what they appeared to me to be doing at the time, and to this day I do not feel that their behavior was appropriate or a positive expression of spirit in that context. I felt that through their actions and words the teenagers were expressing aggression towards the Black Hebrew Israelites. It felt to me that their actions came from wounded pride and indignation in response to the comments the Black Hebrew Israelites had made towards them. They appeared to be reacting to the conduct of the Black Hebrew Israelites with hatred in return.

10.     As I was watching it felt to me that a mob mentality had taken over the teenagers. It reminded me of situations throughout history where large groups of white Americans, often young men, came together in response to actions by those from other groups they felt had offended them, with the others ultimately being physically attacked. It is no exaggeration to say that for me the scene brought to mind images of lynch mobs. Like many Indigenous people aware of the

4

history of violence by whites against their peoples, I am well aware of the harm that such mobs can cause.

11.     More teenagers continued to arrive, and as their group grew larger they were getting physically closer to where the Black Hebrew Israelites were standing.  It felt to me that with their actions the teenagers were trying to bait the Black Hebrew Israelites into a physical confrontation and looking for one of the Black Hebrew Israelites to make a move that would justify an attack.  I became very concerned that the situation could turn violent.

12.     There were also others in the area watching these events, including a few people who I had seen at the Indigenous Peoples' Movement event or assume had been there.  Other than a young woman named Ashley Bell, I did not know any of them.  As the situation seemed to be growing more tense, I said something to the effect of "somebody should do something."  A man nearby who had been part of the Indigenous Peoples' Movement event approached me.  He was wearing a red cap with the logo of AIM (the American Indian Movement).  I did not and still do not know his name.  He suggested I drum and sing to try to do something about the situation.  In my culture, that is a spiritual request and you do not refuse if someone asks you to pray.  But at first I hesitated.  I felt that this was not my fight.  Then I thought, what if something happens?  What if someone has a gun?  What if someone dies and I didn't do anything?  These thoughts convinced me that I had a responsibility to do something.

13.     Someone standing near me who I did not know gave me a drum to use.  I began drumming and praying, singing the AIM song.  I chose that song because it expresses unity and can be used as a prayer.   It was the song that came to mind.

14.     In my culture, the drum can be an instrument to talk to Creator.  I hoped that Creator would hear my prayer and would help calm the situation down.  I also have a strong belief that

5

song—all types of song—can bring peace and healing to people who are feeling anger and hatred. So I hoped that my song would defuse the situation.

15.     At first, I drummed and prayed standing in the place from where I had been watching.  And as I did, I felt a strong sense of spirituality.  Another young man, who had helped lead singing and dancing at the event, approached and joined me with his drum.  I did not know the young man but I later learned that his name is Marcus Frejo.

16.     Mr. Frejo began moving towards the two groups and I followed.  As he stopped to grab his drum to join my prayer, I kept walking towards the teenagers to continue drumming and praying in front of them until I stood between the teenagers and the Black Hebrew Israelites.

17.     I hoped that drumming and praying directly in front of the teenagers would calm the situation and replace feelings of hatred with unity.  I did not ask anyone else to go with me to stand in front of the teenagers, or to videotape anything.  As I walked up to the teenagers the few people who had started singing with me followed me.  That did not surprise me, because it is a common form of respect in my culture to follow the lead of an elder person.

18.     As I approached the teenagers they were huddled together.  The tension seemed heightened.  The thought crossed my mind that they might rush the Black Hebrew Israelites.  When they came out of their huddle I was standing in front of them and it seemed to me that I had confused them and stopped them from whatever they were about to do.

19.     Within a few seconds, I felt that the anger and hatred that the teenagers had been showing for the Black Hebrew Israelites had been redirected at me.  I remained drumming in prayer and at times I closed my eyes.

20.     I had hoped the teenagers would respond to my song with dignity and honor and respect, which is how I am used to young people responding to an elder leading a prayer.  Instead,

6

many of the teenagers began jumping up and down and yelling.  Many of them engaged in what seemed to me to be mock "Indian chants" and "Indian war cries," and they then performed a "tomahawk chop" in unison.  It was my belief that they were mocking my culture and me with their behavior.

21.     I increasingly felt that the crowd was swarming and surrounding me, so much so that I became uncomfortable and scared for the few people who had started singing with me, who I felt responsible for.  I decided I wanted to try to exit the situation and I needed an end game.  I started looking around and moving to my right, but I did not see any way out in that direction because a lot of people had filled in around me since I had first approached the teenagers.  I sensed there were people all around me, and other than a few people who had started singing with me, I did not know who they were.

22.     I decided in that moment to try and exit by going up towards the Lincoln Memorial and to finish my prayer there.  When I began to move in that direction, the teenagers in front of me moved to the side and out of my way.  But as I was moving forward, one teenager, whose name I later learned is Nicholas Sandmann, did not move away.  Instead, as I was walking forward, he appeared to me to position himself directly in front of me and to then stand there in my way.

23.     I did not target Mr. Sandmann or seek him out, nor did I seek out any other student.  At that point I was simply trying to exit the situation by walking up towards the Lincoln Memorial.  When Mr. Sandmann first stood in front of me, I turned away from him and to my left.  The young man standing to the right of Mr. Sandmann started moving away.  But when I turned back to my right, Mr. Sandmann did not move to give me any room to go forward.  Although I noticed that teenagers behind Mr. Sandmann were moving aside, he did not.  He stayed standing in the same spot.

7

24.     It was very much my experience that Mr. Sandmann was blocking me from exiting the situation.  It was very much my experience that he intentionally stood in my way in order to stop me from moving forward.

25.     The next day I talked to a reporter from the Washington Post and explained: "it was getting ugly, and I was thinking; I've got to find myself an exit out of this situation and finish my song at the Lincoln Memorial.  I started going that way, and that guy in the hat stood in my way, and we were at an impasse.  He just blocked my way and wouldn't allow me to retreat."

26.     I stand by those comments, as well as similar statements I made to other journalists.  By "retreat" I meant getting out of the crowd of teenagers, as I was trying to do by going up towards the Lincoln Memorial when Mr. Sandmann stood in my way.  I felt surrounded in that space, and I believed Mr. Sandmann did not want to let me pass.  It seemed to me that Mr. Sandmann felt that he needed to stand there and block my way.  So I stayed there drumming and praying.  In that moment I thought, about Mr. Sandmann, "why are you doing this?"

27.     At some point while Mr. Sandmann and I faced each other I noticed that the man in the AIM hat seemed to be trying to educate one of the teenagers and defend our Indigenous worldview.  I respected his beliefs and I respected his effort, but to me it did not seem the time or place for that.  I remember thinking I wished he would stop.  I felt like what he was doing was running against my purpose for being there, which was to try to defuse tensions.

28.     Eventually an adult came and Mr. Sandmann and other teenagers walked away.  Since the teenagers were leaving, I no longer felt any need to exit the area.  I felt a sense of relief that the threat of a physical clash was over, that I did not get hurt, and that no one else had gotten hurt.  I turned around and continued my prayer.

8

29.     After that, the man in the AIM hat called out "we won grandpa," and a few people nearby cheered.  I understood "grandpa" to be a term of respect to address an elder.  I did not and still do not know what he meant by "we won" and while I appreciated his enthusiasm, he did not express how I felt in that moment because I did not perceive the situation as producing winners or losers.

30.     I felt then it was time to end my prayer, and so I held the drum over my head to play a drum roll and I rotated 360 degrees to send my prayer to all directions.  I began with the east, which in my culture is the direction of infancy and spring, moving to the south, which is the direction of summer, youth, and water, then to the west, which is the direction of fall, adulthood, and fire, and then to the north which is the direction of winter, elders, and patience.  Indigenous people often end important prayers by sending them in all the directions.  I often end important prayers, ceremonial prayers, by sending them in all the directions.  When I did this then, I sent my song to the teenagers and to the Black Israelites, so that they could rest, go home, and look to a better direction.  I sent my song and my prayer to all America, all people, and all creation.

31.     As I was leaving the area, I held my hands up and called out "relatives, relatives," and then said, "let's make America great, let's do that."  I was trying to address everyone who was there, especially the teenagers.  In my culture, "relatives" is commonly used to get the attention of a large group of people and reflects our belief in the family of man—all who speak, all who know right from wrong are brothers and sisters.  I had seen that many of the teenagers were wearing hats that said Make America Great Again (MAGA), and my purpose in saying that was to communicate that making America great is a goal that we all share but I did not feel like their behavior that day was the way to accomplish that.

32.     Eventually I left the National Mall.  Before I left, a few people who I did not know who had cameras approached me and asked me to talk to them about what had just happened, which I did.  I did not know that the incident had received public attention until later that night or the next morning when other people started telling me that it had.

33.     I understand that according to Mr. Sandmann and his lawyers I was part of a conspiracy to approach the teenagers to try to create some kind of embarrassing moment that would be videotaped and used for political purposes.  That is not true.  In fact, when I was surrounded by the teenagers I did not know anyone near me except Ms. Bell.  The only conversations I recall having with anyone before approaching the teenagers were the few words that I described above about drumming, singing, and calming the situation.  Going in front of the teenagers to try to accomplish that was a spur of the moment decision.  Nothing I did from that point until the crowd of teenagers broke up was planned.  It was all in response to how I perceived the teenagers in the crowd responding to me including, once he stood in front of me, Mr. Sandmann.

34.     I affirm on the penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __11th__ day of December, 2021.


_____
Nathan Phillips