# EXHIBIT D

# Sandmann Dep. Ex. 5 Excerpt

# Filed Conventionally