# EXHIBIT E

| | | | | | | |
|---|---|---|---|---|---|---|
| 497 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:28:27 PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>Your definitely handling this better than i would<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 8:28:46 PM(UTC-5) | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | |
| 498 | Native Messages | Name/Number Redacted | Number Redacted<br>Nick Sandmann* (owner)<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:29:02 PM(UTC-5) | Direction:<br>Incoming<br>Body:<br>Can i ask what made you stand in front of the indian guy<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 8:29:03 PM(UTC-5) | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | |
| 499 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:29:15 PM(UTC-5) | Direction:<br>Outgoing<br>Body:<br>yeah<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Name/Number Redacted | 1/19/2019 8:29:16 PM(UTC-5) | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Sent<br>Message Type: iMessage<br>Folder: Sent | |
| 500 | Native Messages | Number Redacted<br>Nick Sandmann* (owner) | Name/Number Redacted<br>Number Redacted<br>Nick Sandmann* (owner) | Timestamp:<br>1/19/2019 8:29:54 PM(UTC-5) | Direction:<br>Outgoing<br>Body:<br>the whole thing with the black people calling us things and the guy moving through the crowd trying to intimidate us<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Name/Number Redacted | 1/19/2019 8:29:56 PM(UTC-5) | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Sent<br>Message Type: iMessage<br>Folder: Sent | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 501 | Native Messages | Number Redacted [Name/Number Redacted] Nick Sandmann* (owner) | Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:30:07 PM(UTC-5) | Direction: Outgoing  Body: it just made me want to stand up for the school  Participants: Participant / Delivered / Read / Played — [Name/Number Redacted] 1/19/2019 8:30:08 PM(UTC-5); Number Redacted Nick Sandmann  Source Extraction: Logical (1)  Status: Sent  Message Type: iMessage  Folder: Sent | |
| 502 | Native Messages | [Name/Number Redacted] | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:32 PM(UTC-5) | Direction: Incoming  Body: Black people?  Participants: Participant / Delivered / Read / Played — Number Redacted Nick Sandmann 1/19/2019 8:39:41 PM(UTC-5); Number Redacted Nick Sandmann  Source Extraction: Logical (1)  Status: Read  Message Type: iMessage  Folder: Inbox | |
| 503 | Native Messages | Number Redacted Nick Sandmann* (owner) | [Name/Number Redacted] Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:44 PM(UTC-5) | Direction: Outgoing  Body: yeah  Participants: Participant / Delivered / Read / Played — [Name/Number Redacted] 1/19/2019 8:39:45 PM(UTC-5); Number Redacted Nick Sandmann  Source Extraction: Logical (1)  Status: Sent  Message Type: iMessage  Folder: Sent | |
| 504 | Native Messages | [Name/Number Redacted] | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 8:39:47 PM(UTC-5) | Direction: Incoming  Body: I never heard about that  Participants: Participant / Delivered / Read / Played — Number Redacted Nick Sandmann 1/19/2019 8:42:35 PM(UTC-5); Number Redacted Nick Sandmann  Source Extraction: Logical (1)  Status: Read  Message Type: iMessage  Folder: Inbox | |