# EXHIBIT G




N.S. 000129