# EXHIBIT H

| 568 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:23:14 PM(UTC-5) | Direction: Incoming<br>Body: Maybe it's not that bad<br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 10:23:14 PM(UTC-5) | |<br>| Name/Number Redacted | | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | |
| 569 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:23:48 PM(UTC-5) | Direction: Incoming<br>Body: Ya well I hope this guy posts it and that was smart bc then you don't have to see the awful things<br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Number Redacted Nick Sandmann | | 1/19/2019 10:24:31 PM(UTC-5) | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Read<br>Message Type: iMessage<br>Folder: Inbox | |
| 570 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:25:10 PM(UTC-5) | Direction: Outgoing<br>Body: Yeah at this point I've been called everything imaginable<br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>|---|---|---|---|<br>| Name/Number Redacted | 1/19/2019 10:25:11 PM(UTC-5) | | |<br>| Number Redacted Nick Sandmann | | | |<br><br>Source Extraction: Logical (1)<br>Status: Sent<br>Message Type: iMessage<br>Folder: Sent | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 571 | Native Messages | Number Redacted [Name/Number Redacted] | Name/Number Redacted Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:25:28 PM(UTC-5) | **Direction:** Incoming **Body:** That's awful I'm so sorry **Participants:** Participant / Delivered / Read / Played Number Redacted Nick Sandmann — 1/19/2019 10:25:49 PM(UTC-5) Number Redacted Nick Sandmann **Source Extraction:** Logical (1) **Status:** Read **Message Type:** iMessage **Folder:** Inbox | |
| 572 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:27:45 PM(UTC-5) | **Direction:** Outgoing **Body:** I'd hope more famous twitter people voice their opinions on our side **Participants:** Participant / Delivered / Read / Played Name/Number Redacted — 1/19/2019 10:27:45 PM(UTC-5) Number Redacted Nick Sandmann **Source Extraction:** Logical (1) **Status:** Sent **Message Type:** iMessage **Folder:** Sent | |
| 573 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:28:54 PM(UTC-5) | **Direction:** Incoming **Body:** Me too bc you did nothing wrong and this guy does this for a living to ruin yoinks kids lives. I think roles were reversed and you were acting like the adult and he was the kid **Participants:** Participant / Delivered / Read / Played Number Redacted Nick Sandmann — 1/19/2019 10:29:29 PM(UTC-5) Number Redacted Nick Sandmann **Source Extraction:** Logical (1) **Status:** Read **Message Type:** iMessage **Folder:** Inbox | |
| 574 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 10:29:58 PM(UTC-5) | **Direction:** Outgoing **Body:** I agree, he was trying to intimidate young kids **Participants:** Participant / Delivered / Read / Played Name/Number Redacted — 1/19/2019 10:29:59 PM(UTC-5) Number Redacted Nick Sandmann **Source Extraction:** Logical (1) **Status:** Sent **Message Type:** iMessage **Folder:** Sent | |