# EXHIBIT J

| 1888 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 6:12:38 PM(UTC-5) | Direction: Incoming Body: Can we all appreciate Name and I screaming grab his dick and twist it Participants: |
|---|---|---|---|---|---|

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Number Redacted Nick Sandmann | | 1/19/2019 6:12:38 PM(UTC-5) | |
| Name/Number Redacted Number Redacted Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1889 | Native Messages | Name/Number Redacted | Number Redacted Nick Sandmann* (owner) Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/19/2019 6:15:39 PM(UTC-5) | Direction: Incoming Body: If your gonna talk with anyone go on drama alert Participants: |
|---|---|---|---|---|---|

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Number Redacted Nick Sandmann | | 1/19/2019 6:16:37 PM(UTC-5) | |
| Name/Number Redacted Number Redacted Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

Exhibit #
Sandmann 26
09/14/21 - SL
exhibitsticker.com