# EXHIBIT K

| 1705 | Native Messages | Name/Number Redacted [redacted] Nick Sandmann* (owner) | Name/Number Redacted Name/Number Redacted Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/21/2019 7:52:24 PM(UTC-5) | Direction: Incoming Body: They showed the same clip like 4 times of you screaming in the background grab his dick and twist I was dying dude |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Number Redacted Nick Sandmann | | 1/21/2019 7:26:51 PM(UTC-5) | |
| Name/Number Redacted [redacted] | | | |
| Number Redacted Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

| 1706 | Native Messages | Number Redacted Nick Sandmann* (owner) | Name/Number Redacted Number Redacted Nick Sandmann* (owner) | Timestamp: 1/26/2019 7:15:53 PM(UTC-5) | Direction: Outgoing Body: I'm am at times |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Name/Number Redacted [redacted] | 1/26/2019 7:15:53 PM(UTC-5) | | |
| Number Redacted Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Sent
Message Type: iMessage
Folder: Sent

| 1707 | Native Messages | Name/Number Redacted [redacted] | Number Redacted Nick Sandmann* (owner) Name/Number Redacted [redacted] Number Redacted Nick Sandmann* (owner) | Timestamp: 1/20/2019 8:33:29 PM(UTC-5) | Direction: Incoming Body: Name u didn't even tag Nick in ur post |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Number Redacted Nick Sandmann | | 1/20/2019 8:48:38 PM(UTC-5) | |
| Name/Number Redacted [redacted] | | | |
| Number Redacted Nick Sandmann | | | |

Source Extraction: Logical (1)
Status: Read
Message Type: iMessage
Folder: Inbox

**Exhibit #**

**Sandmann 27**

09/14/21 - SL