UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS Judge William O. Bertelsman Magistrate Judge Candace J. Smith |
| Plaintiff, | : : | |
| v. | : : | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : : | |

## PROPOSED ORDER

Before the Court is the Motion for Summary Judgment filed by Defendants, ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company. The Court, having reviewed the parties' briefs and the record before the Court, now GRANTS the Motion.

It is hereby ordered that Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this _____ day of _____, 2022.