**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS<br><br>Judge William O. Bertelsman<br><br>Magistrate Judge Candace J. Smith |
| Plaintiff, | : : | |
| v. | : : | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : : | |

**DECLARATION CERTIFYING AUTHENTICITY OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

This declaration is given under the authority of 28 U.S.C. § 1746 and is intended as an authentication of domestic records of regularly conducted activity pursuant to Federal Rules of Evidence 803(6) & 902(11).

1. My name is Erik MacRobbie. I make this declaration on personal knowledge and am competent to testify to the facts stated herein.

2. I am employed as a Director, Media Operations, Video Resources Group, for ABC News. In this capacity, I serve as a custodian of records for ABC News broadcasts.

3. The video conventionally filed and attached to this declaration as Exhibit 1-A is a true and accurate copy of the *Good Morning America* report (the "First GMA Story") embedded in the article reproduced in Exhibit G of the Complaint in this Action (the "First ABC Article").

4. The video conventionally filed and attached to this declaration as Exhibit 1-B is a true and accurate copy of the video hyperlinked to by the First ABC Article, also available at https://youtu.be/sIG5ZB0fw1k.

5. The video conventionally filed and attached to this declaration as Exhibit 1-C is a true and accurate copy of the video hyperlinked to by the First ABC Article, also available at https://twitter.com/mariajudy_/status/1086681831804674048.

6. The video conventionally filed and attached to this declaration as Exhibit 2-A is a true and accurate copy of the *Good Morning America* report (the "Second GMA Story") embedded in the article reproduced in Exhibit H of the Complaint in this Action (the "Second ABC Article").

7. The video conventionally filed and attached to this declaration as Exhibit 2-B is a true and accurate copy of the other video embedded in the Second ABC Article.

8. True and accurate copies of the foregoing exhibits may also be accessed at the following Dropbox links:

| Exhibit Number | Dropbox Link |
|---|---|
| Exhibit 1-A | https://www.dropbox.com/s/dplfpdx9qnloycj/Ex.%201-A%20%20First%20GMA%20Story.mp4?dl=0 |
| Exhibit 1-B | https://www.dropbox.com/s/qx1pw76i38aefh3/Ex.%201-B%20%20Video%20linked%20to%20in%20First%20Article.mp4?dl=0 |
| Exhibit 1-C | https://www.dropbox.com/s/fc81bp2ugzhp5xk/Ex.%201-C%20%20Video%20linked%20to%20in%20First%20Article.mp4?dl=0 |
| Exhibit 2-A | https://www.dropbox.com/s/hyty6hsspo4jvlj/Ex.%202-A%20Second%20GMA%20Story.mp4?dl=0 |
| Exhibit 2-B | https://www.dropbox.com/s/b4uzj8jbz3gpe8k/Ex.%202-B%20%20Video%20embedded%20in%20Second%20Article.mp4?dl=0 |

I declare under penalties of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this 17th day of December 2021.

*Erik MacRobbie* (signature)

Erik MacRobbie
Director, Media Operations, Video Resources Group, for ABC News

2

# EXHIBIT 1-A
# (First GMA Story)

# EXHIBIT 1-B
# (Video hyperlinked to by First ABC Article)

# EXHIBIT 1-C
# (Video hyperlinked to by First ABC Article)

# EXHIBIT 2-A
# (Second GMA Story)

# EXHIBIT 2-B
# (Video embedded in Second ABC Article)

# Filed Conventionally