# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS  Judge William O. Bertelsman  Magistrate Judge Candace J. Smith |
| Plaintiff, | : : | |
| v. | : : | |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : : | |

## DECLARATION CERTIFYING AUTHENTICITY OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

This declaration is given under the authority of 28 U.S.C. § 1746 and is intended as an authentication of domestic records of regularly conducted activity pursuant to Federal Rules of Evidence 803(6) & 902(11).

1. My name is Tim Letbetter. I make this declaration on personal knowledge and am competent to testify to the facts stated herein.

2. I am a Manager, Engineering Operations, WABC-TV. I supervise and coordinate logistics for news operations for WABC-TV. In this capacity, I serve as a custodian of records for WABC broadcasts.

3. The video conventionally filed and attached to this declaration as Exhibit 3-A is a true and accurate copy of the ABC7 Eyewitness News story (the "ABC7 Story") embedded in the article reproduced in Exhibit I of the Complaint in this Action (the "Third ABC Article").

4. The video conventionally filed and attached to this declaration as Exhibit 3-B is a true and accurate copy of the other video embedded in the Third ABC Article.

5. The video conventionally filed and attached to this declaration as Exhibit 4-A is a true and accurate copy of the first video embedded in the article reproduced in Exhibit J of the Complaint in this Action ("the Fourth ABC Article").

6. The video conventionally filed and attached to this declaration as Exhibit 4-B is a true and accurate copy of the second video embedded in the Fourth ABC Article.

7. True and accurate copies of the foregoing exhibits may also be accessed at the following Dropbox links:

| Exhibit Number | Dropbox Link |
| --- | --- |
| Exhibit 3-A | https://www.dropbox.com/s/uvhweutgiz2m2m6/Ex.%203-A%20%20ABC7%20Story.mp4?dl=0 |
| Exhibit 3-B | https://www.dropbox.com/s/rw7897fbf3ba7k0/Ex.%203-B%20%20Video%20embedded%20in%20Third%20Article.mp4?dl=0 |
| Exhibit 4-A | https://www.dropbox.com/s/l0tv95ewalamhj7/Ex.%204-A%20%20Video%20embedded%20in%20Fourth%20Article.mp4?dl=0 |
| Exhibit 4-B | https://www.dropbox.com/s/3armykyd4ov326y/Ex.%204-B%20%20Video%20embedded%20in%20Fourth%20Article%20%28See%20also%20Ex.%202-B%29.mp4?dl=0 |

I declare under penalties of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this 17th day of December 2021.

*[signature]*

Tim Letbetter
Manager, Engineering Operations, WABC-TV

# EXHIBIT 3-A
# (ABC7 Story)

# EXHIBIT 3-B
# (Video embedded in Third ABC Article)

# EXHIBIT 4-A
# (First video embedded in Fourth ABC Article)

# EXHIBIT 4-B
# (Second video embedded in Fourth ABC Article)

**Filed Conventionally**