UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, <br><br> Defendants. | Civil Action No. 2:20-cv-00025-WOB-CJS <br><br> Judge William O. Bertelsman <br> Magistrate Judge Candace Smith <br><br> **NOTICE OF CONVENTIONAL FILING** |

Defendants, ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company, by and through counsel, hereby give notice of the conventional filing of a USB drive containing Exhibit D to the Joint Memorandum, Doc. 65-12. A true and accurate copy of the video recording has been served upon opposing counsel by U.S. Mail.

Respectfully submitted,

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC 20005
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683

                                    Ph: (859) 547-4300
                                    Fax: (513) 381-6613
                                    craigr@taftlaw.com

*Counsel for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Conventional Filing and USB drive was served this 21st day of December, 2021 on all counsel of record by regular U.S. mail.

                                    /s/ *Robert B. Craig*
                                    Robert B. Craig