EXHIBIT A



# Transcript of Nicholas Sandmann

**Date:** September 13-14, 2021

**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF KENTUCKY
2     NORTHERN DIVISION AT COVINGTON

3      REDACTED VERSION

4 ------------------------------X

5 NICHOLAS SANDMANN, by and  :
 Through his parents and natural
6 Guardians, TED SANDMANN and :
 JULIE SANDMANN,
7     Plaintiff,  : Case No.
     V     19-CV-00056-WOB-CJS
8          :
 NBCUNIVERSAL MEDIA, LLC,
9     Defendant. :

10 ------------------------------X

11 NICHOLAS SANDMANN, by and  :
 Through his parents and natural
12 Guardians, TED SANDMANN and :
 JULIE SANDMANN,
13     Plaintiff,  : Case No.
     V     20-CV-00023-WOB-CJS
14          :
 THE NEW YORK TIMES COMPANY
15 D/B/A THE NEW YORK TIMES,  :
     Defendant.
16 ------------------------------X

17 NICHOLAS SANDMANN, by and  :
18 Through his parents and natural
 Guardians, TED SANDMANN and :
19 JULIE SANDMANN,
     Plaintiff,  : Case No.
20     V     20-CV-00024-WOB-CJS
          :
21 CBS NEWS, INC., et al.,
     Defendants. :
22 ------------------------------X

23 Job Nos.:  396015 and 396018

24 Pages 1 - 466

25 Reported by:  Dianna C. Kilgalen

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    2

```
 1      ------------------------------X

 2      NICHOLAS SANDMANN, by and        :
        Through his parents and natural
 3      Guardians, TED SANDMANN and      :
        JULIE SANDMANN,
 4                      Plaintiff,        : Case No.
                    V                       2:20-CV-00025-WOB-CJS
 5                                       :
        ABC NEWS, INC., et al.,
 6                      Defendants.      :

 7      ------------------------------X

 8      NICHOLAS SANDMANN, by and        :
        Through his parents and natural
 9      Guardians, TED SANDMANN and      :
        JULIE SANDMANN,
10                      Plaintiff,        : Case No.
                    V                       2:20-CV-00026-WOB-CJS
11                                       :
        GANNETT CO.,INC. AND GANNETT
12      SATELLITE INFORMATION NETWORK, :
        LLC,
13
                        Defendants.      :
14
        ------------------------------X
15
        NICHOLAS SANDMANN, by and        :
16      Through his parents and natural
        Guardians, TED SANDMANN and      :
17      JULIE SANDMANN,
                        Plaintiff        : Case No.
18                  V                       2:20-CV-00027-WOB-CJS
                                         :
19      ROLLING STONE, LLC, et al.,
                        Defendants.      :
20
        ------------------------------X
21

22

23

24

25
```

1    Deposition of NICHOLAS SANDMANN

2         Conducted Virtually

3      Monday September 13, 2021

4              9:16 a.m.

5               and

6      Tuesday, September 14, 2021

7              9:16 a.m.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    4

1              Deposition of NICHOLAS SANDMANN,

2     conducted virtually.

3

4

5

6

7

8

9              Pursuant to Notice, before Dianna C.

10     Kilgalen, Notary Public for the State of

11     Maryland.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                      5

```
 1                A P P E A R A N C E S

 2   Monday, September 13, 2021:

 3   ON BEHALF OF THE PLAINTIFF:

 4          TODD V. McMURTRY, ESQUIRE

 5          WILL HUBER, ESQUIRE

 6          HEMMER DEFRANK WESSELS, PLLA

 7          250 Grandview Drive, Suite 500

 8          Ft. Mitchell, Kentucky 41017

 9          859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC

11   NEWS INTERACTIVE, INC. AND THE WALT DISNEY

12   COMPANY:

13          NATHAN SIEGEL, ESQUIRE

14          MEENAKSHI KRISHNAN, ESQUIRE

15          DAVIS WRIGHT TREMAINE, LLP

16          1301 K Street, Northwest, Suite 500

17          Washington, DC 20005

18          202.973.4499

19   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

20   VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

21          JESSICA LAURIN MEEK, ESQUIRE

22          DENTONS BINGHAM GREENBAUM, LLP

23          10 West Market Street, Suite 2700

24          Indianapolis, Indiana 46204

25          317.635.8900
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                     6

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2   Monday, September 13, 2021:

 3   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

 4   VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

 5            NATALIE J. SPEARS, ESQUIRE

 6            DENTONS US, LLP

 7            233 South Wacker Drive

 8            Suite 5900

 9            Chicago, Illinois 60606

10            312.876.8000

11   ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND

12   PENSKE MEDIA CORPORATION:

13            KEVIN T. SHOOK, ESQUIRE

14            FROST BROWN TODD, LLC

15            10 West Broad Street

16            Columbus, Ohio 43215

17            615.565.1222

18   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

19   GANNETT SATELLITE INFORMATION NETWORK, LLC:

20            MICHAEL P. ABATE, ESQUIRE

21            KAPLAN JOHNSON ABATE & BIRD, LLP

22            710 West Main Street

23            4th Floor

24            Louisville, Kentucky 40202

25            502.540.8280
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    7

```
1        A P P E A R A N C E S   C O N T I N U E D

2   Monday, September 13, 2021:

3   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

4   GANNETT SATELLITE INFORMATION NETWORK, LLC:

5           MICHAEL J. GRYGIEL, ESQUIRE

6           GREENBERG TRAURIG, LLP

7           54 State Street

8           6th Floor

9           Albany, New York 12207

10          518.689.1400

11  ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,

12  LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW

13  YORK TIMES:

14          DARREN W. FORD, ESQUIRE

15          GRAYDON HEAD & RITCHEY, LLP

16          2400 Chamber Center Drive, Suite 300

17          Ft. Mitchell, Kentucky 41017

18          859.578.3071

19

20

21

22

23

24

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    8

```
1     Also present:

2           John Parkman, Videographer

3           Ted Sandmann

4           Justine Beyda

5           Marie Jones

6           Matthew Schafer

7           Daniel Kummer

8           Austin Costello, Planet Depos AV Technician

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    9

```
 1                    A P P E A R A N C E S

 2   Tuesday, September 14, 2021:

 3   ON BEHALF OF THE PLAINTIFF:

 4           TODD V. McMURTRY, ESQUIRE

 5           WILL HUBER, ESQUIRE

 6           HEMMER DEFRANK WESSELS, PLLA

 7           250 Grandview Drive, Suite 500

 8           Ft. Mitchell, Kentucky 41017

 9           859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC

11   NEWS INTERACTIVE, INC. AND THE WALT DISNEY

12   COMPANY:

13           NATHAN SIEGEL, ESQUIRE

14           MEENAKSHI KRISHNAN, ESQUIRE

15           DAVIS WRIGHT TREMAINE, LLP

16           1301 K Street, Northwest, Suite 500

17           Washington, DC 20005

18           202.973.4499

19             - and-

20           ROBERT B. CRAIG, ESQUIRE

21           TAFT STETTINIUS & HOLLISTER, LLP

22           50 East River Center Boulevard

23           Suite 850

24           Covington, Kentucky 41011-1683

25           859.547.4300
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    10

```
1         A P P E A R A N C E S   C O N T I N U E D

2    Tuesday, September 14, 2021:

3    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

4    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

5              JESSICA LAURIN MEEK, ESQUIRE

6              DENTONS BINGHAM GREENBAUM, LLP

7              10 West Market Street, Suite 2700

8              Indianapolis, Indiana 46204

9              317.635.8900

10   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,

11   VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:

12             NATALIE J. SPEARS, ESQUIRE

13             DENTONS US, LLP

14             233 South Wacker Drive

15             Suite 5900

16             Chicago, Illinois 60606

17             312.876.8000

18   ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND

19   PENSKE MEDIA CORPORATION:

20             KEVIN T. SHOOK, ESQUIRE

21             FROST BROWN TODD, LLC

22             10 West Broad Street

23             Columbus, Ohio 43215

24             615.565.1222

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    11

```
1        A P P E A R A N C E S   C O N T I N U E D

2    Tuesday, September 14, 2021:

3    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

4    GANNETT SATELLITE INFORMATION NETWORK, LLC:

5            MICHAEL P. ABATE, ESQUIRE

6            KAPLAN JOHNSON ABATE & BIRD, LLP

7            710 West Main Street

8            4th Floor

9            Louisville, Kentucky 40202

10           502.540.8280

11   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND

12   GANNETT SATELLITE INFORMATION NETWORK, LLC:

13           MICHAEL J. GRYGIEL, ESQUIRE

14           GREENBERG TRAURIG, LLP

15           54 State Street, 6th Floor

16           Albany, New York 12207

17           518.689.1400

18   ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,

19   LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW

20   YORK TIMES:

21           DARREN W. FORD, ESQUIRE

22           GRAYDON HEAD & RITCHEY, LLP

23           2400 Chamber Center Drive, Suite 300

24           Ft. Mitchell, Kentucky 41017

25           859.578.3071
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    12

```
1    Also present:

2          John Parkman, Videographer

3          Ted Sandmann

4          Justine Beyda

5          Marie Jones

6          Matthew Schafer

7          Daniel Kummer

8          Sara Loiler, Planet Depos AV Technician

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    132

| | | |
|---|---|---|
| 1 | stip.  Start that at 3 minutes and 20 seconds. | 12:55:21 |
| 2 | And I'm just going to ask you to explain what is | 12:55:30 |
| 3 | happening, what the students are doing. | 12:55:33 |
| 4 | THE WITNESS:  Okay. | 12:55:36 |
| 5 | (Thereupon, a video recording of Exhibit | 12:55:55 |
| 6 | 5 was played.) | 12:55:55 |
| 7 | BY MR. SIEGEL: | 12:56:22 |
| 8 | Q.    So what -- what's happening? | 12:56:22 |
| 9 | A.    Everyone is getting ready to do the | 12:56:26 |
| 10 | victory chant that we discussed at the start of | 12:56:30 |
| 11 | the deposition. | 12:56:32 |
| 12 | MR. SIEGEL:  Okay.  And where did we | 12:56:34 |
| 13 | pause? | 12:56:41 |
| 14 | MS. MEEK:  3:50. | 12:56:42 |
| 15 | BY MR. SIEGEL: | 12:56:43 |
| 16 | Q.    So are the four guys who were standing | 12:56:43 |
| 17 | up, are they like the leaders? | 12:56:46 |
| 18 | A.    I would assume. | 12:56:47 |
| 19 | Q.    Okay.  And everybody else sits down at | 12:56:48 |
| 20 | that part of the -- | 12:56:51 |
| 21 | A.    Yes. | 12:56:51 |
| 22 | Q.    -- for the stunt? | 12:56:52 |
| 23 | Okay.  So before the person who you now | 12:56:52 |
| 24 | know is Nathan Phillips started approaching the | 12:56:56 |
| 25 | group, had you noticed him? | 12:57:01 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                133

| | | |
|---|---|---|
| 1 | A.    I hadn't noticed him specifically.  As I | 12:57:02 |
| 2 | said earlier, I noticed the group of Native | 12:57:05 |
| 3 | Americans.  That was about it. | 12:57:08 |
| 4 | Q.    Okay.  And when did you first notice | 12:57:11 |
| 5 | that he was approaching or seemed to be | 12:57:16 |
| 6 | approaching the group? | 12:57:18 |
| 7 | A.    I probably noticed he -- him coming over | 12:57:19 |
| 8 | when he was near the Black Israelites -- Hebrew | 12:57:26 |
| 9 | Israelites and passing.  That is when I kind of | 12:57:31 |
| 10 | first became aware there was Native Americans in | 12:57:37 |
| 11 | between us and the Hebrew Israelites. | 12:57:41 |
| 12 | Q.    Okay.  And I take it you don't know what | 12:57:52 |
| 13 | he saw or heard prior to the time he approached | 12:57:53 |
| 14 | you? | 12:57:58 |
| 15 | A.    Correct. | 12:57:58 |
| 16 | MR. SIEGEL:  Let's keep -- let's restart | 12:58:00 |
| 17 | it at 3:50. | 12:58:03 |
| 18 | (Thereupon, a video recording of Exhibit | 12:58:07 |
| 19 | 7 was played.) | 12:58:07 |
| 20 | MR. SIEGEL:  Okay. | 12:58:31 |
| 21 | MS. MEEK:  I just stopped at 4 minutes | 12:58:33 |
| 22 | and 18 seconds. | 12:58:35 |
| 23 | BY MR. SIEGEL: | 12:58:37 |
| 24 | Q.    So what the students are doing there as | 12:58:37 |
| 25 | Mr. Phillips and some others were approaching, is | 12:58:42 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                                135

| | | |
|---|---|---|
| 1 | MS. MEEK:  We just stopped at 4:55, | 13:00:28 |
| 2 | still on Exhibit 7. | 13:00:31 |
| 3 | BY MR. SIEGEL: | 13:00:32 |
| 4 | Q.    Okay.  So did you see that -- remind me | 13:00:32 |
| 5 | of his name again, the last name, the fellow in | 13:00:36 |
| 6 | the red sweatshirt? | 13:00:39 |
| 7 | A.    Summe. | 13:00:41 |
| 8 | Q.    Summe shouts:  Don't touch him, don't | 13:00:42 |
| 9 | touch him? | 13:00:46 |
| 10 | A.    Yes. | 13:00:47 |
| 11 | Q.    Any idea why he said that? | 13:00:48 |
| 12 | A.    He said the guy in the green | 13:00:50 |
| 13 | sweatshirt -- or gray/green hooded, that is John | 13:00:51 |
| 14 | Monterey.  And when John went to turn to film | 13:00:56 |
| 15 | with his camera, Nathan Phillips hit up against | 13:00:59 |
| 16 | him and kind of, you know, came in physical | 13:01:04 |
| 17 | contact with him. | 13:01:07 |
| 18 | Q.    Okay.  Who do you understand him to be | 13:01:08 |
| 19 | saying don't -- who is don't touch him directed | 13:01:10 |
| 20 | at? | 13:01:14 |
| 21 | A.    At Phillips for running in to John. | 13:01:14 |
| 22 | Q.    Okay.  And how do you know that? | 13:01:18 |
| 23 | A.    Well, you are asking me what it -- what | 13:01:22 |
| 24 | does that -- what do I -- what does that look | 13:01:26 |
| 25 | like is happening. | 13:01:28 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    137

| | | |
|---|---|---|
| 1 | into contact with him? | 13:02:33 |
| 2 | A.    I could have been wrong, but it almost | 13:02:34 |
| 3 | appeared in the video like when John was turning | 13:02:36 |
| 4 | that Phillips had kind of -- maybe not | 13:02:40 |
| 5 | intentionally but maybe bumped into him a little | 13:02:43 |
| 6 | bit.  I don't know, though.  I -- I was on -- | 13:02:46 |
| 7 | like three or four rows of people back. | 13:02:50 |
| 8 | Q.    Okay.  Would it be -- watching this, | 13:02:54 |
| 9 | would it be reasonable to infer that somebody | 13:03:07 |
| 10 | might have been concerned that at least one of | 13:03:09 |
| 11 | the students was getting too close to Phillips? | 13:03:10 |
| 12 | A.    I don't think that's reasonable. | 13:03:13 |
| 13 | Q.    Really?  You don't think that is | 13:03:15 |
| 14 | reasonable?  Why not? | 13:03:17 |
| 15 | A.    No, because Nathan Phillips' feet -- | 13:03:18 |
| 16 | five minutes before this frame, Nathan Phillips | 13:03:21 |
| 17 | was 40, 50 feet away.  So to say that we were too | 13:03:24 |
| 18 | close -- | 13:03:28 |
| 19 | Q.    No, at this particular moment that one | 13:03:30 |
| 20 | of the students was -- was getting too close to | 13:03:33 |
| 21 | Phillips or might be touching him? | 13:03:37 |
| 22 | A.    I -- I still think that's unreasonable. | 13:03:40 |
| 23 | Because the students don't -- these students in | 13:03:42 |
| 24 | between Phillips and the rest of the group don't | 13:03:46 |
| 25 | have anywhere to move because of how crowded it | 13:03:48 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    147

| | | |
|---|---|---|
| 1 | like -- like basically frame it in to let the | 13:16:03 |
| 2 | students know that we shouldn't touch him, which | 13:16:08 |
| 3 | I don't think is representative of what actually | 13:16:10 |
| 4 | happened. | 13:16:13 |
| 5 | Q.    At that point, two different people have | 13:16:15 |
| 6 | shouted out, don't touch the -- don't touch him? | 13:16:19 |
| 7 | A.    Yes. | 13:16:23 |
| 8 | Q.    Couldn't that give somebody a reason to | 13:16:24 |
| 9 | be concerned that the students might be trying to | 13:16:27 |
| 10 | do something physical to Phillips? | 13:16:31 |
| 11 | A.    No. | 13:16:34 |
| 12 | Q.    No?  Why not? | 13:16:34 |
| 13 | A.    Because he keeps moving closer and | 13:16:36 |
| 14 | closer, especially as the video progresses and he | 13:16:40 |
| 15 | starts to walk through people. | 13:16:44 |
| 16 | So people yelling out don't touch him -- | 13:16:45 |
| 17 | I mean, what he's doing, he's doing to himself by | 13:16:49 |
| 18 | coming closer and closer to people like me who | 13:16:54 |
| 19 | were behind other kids and then ended up next to | 13:16:57 |
| 20 | him.  So it's me yelling out don't touch him does | 13:17:01 |
| 21 | not accurately depict that we were going to do | 13:17:07 |
| 22 | anything hostile. | 13:17:11 |
| 23 | Q.    Well, I'm not asking you that, whether | 13:17:12 |
| 24 | it did or it didn't accurately depict that, | 13:17:15 |
| 25 | right?  But I'm asking you -- here, right, a | 13:17:19 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    149

| | | |
|---|---|---|
| 1 | Q.    He was at that point.  Do you think that | 13:18:37 |
| 2 | he became concerned about his safety? | 13:18:41 |
| 3 | MR. McMURTRY:  Objection.  Go ahead. | 13:18:43 |
| 4 | A.    Well, knowing now, after the fact, he | 13:18:44 |
| 5 | does claim that he was concerned about his | 13:18:48 |
| 6 | safety. | 13:18:51 |
| 7 | Q.    (Inaudible). | 13:19:04 |
| 8 | MR. McMURTRY:  Objection.  I think he | 13:19:04 |
| 9 | answered the question.  But go ahead. | 13:19:04 |
| 10 | A.    I mean, to me -- | 13:19:04 |
| 11 | THE REPORTER:  I'm sorry.  Mr. Siegel, | 13:19:04 |
| 12 | this is the reporter.  I did not hear your | 13:19:08 |
| 13 | question. | 13:19:10 |
| 14 | BY MR. SIEGEL: | 13:19:11 |
| 15 | Q.    My question is:  Do you think he was not | 13:19:11 |
| 16 | concerned about his safety? | 13:19:14 |
| 17 | MR. McMURTRY:  Objection. | 13:19:16 |
| 18 | A.    My logic is that people usually | 13:19:16 |
| 19 | concerned about their safety do not walk into | 13:19:19 |
| 20 | crowds, especially crowds they are scared of.  If | 13:19:21 |
| 21 | he was worried about his safety, he could have | 13:19:23 |
| 22 | walked right back out the way he came in. | 13:19:26 |
| 23 | As evidenced by this video angle, there | 13:19:29 |
| 24 | are no students behind him.  He could have gone | 13:19:31 |
| 25 | back to where all of his other Native American | 13:19:35 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    158

| | | |
|---|---|---|
| 1 | BY MR. SIEGEL: | 13:30:05 |
| 2 | Q.    Do you think that they were dishonest in | 13:30:05 |
| 3 | perceiving that? | 13:30:09 |
| 4 | A.    I don't think they were dishonest.  I | 13:30:10 |
| 5 | think they just came to the wrong conclusion. | 13:30:13 |
| 6 | Q.    You disagree with their perception? | 13:30:16 |
| 7 | A.    Yes. | 13:30:19 |
| 8 | MR. SIEGEL:  Okay.  Let's go on to the | 13:30:23 |
| 9 | next.  This is an excerpt of your NBC interview. | 13:30:25 |
| 10 | MS. MEEK:  This is Exhibit 5, starting | 13:31:13 |
| 11 | at 13:06. | 13:31:15 |
| 12 | (Thereupon, a video recording of Exhibit | 13:31:19 |
| 13 | 5 was played.) | 13:31:19 |
| 14 | BY MR. SIEGEL: | 13:32:08 |
| 15 | Q.    I think you mentioned this before.  So | 13:32:08 |
| 16 | you knew that some of the other students were | 13:32:12 |
| 17 | parting? | 13:32:14 |
| 18 | A.    That's correct. | 13:32:14 |
| 19 | Q.    They were moving out of Phillips' way? | 13:32:16 |
| 20 | A.    Yes. | 13:32:19 |
| 21 | Q.    To allow a path for him? | 13:32:19 |
| 22 | Okay.  And you saw that Phillips was | 13:32:22 |
| 23 | starting to walk through your group? | 13:32:24 |
| 24 | A.    Yes. | 13:32:26 |
| 25 | Q.    All right.  He was going forward, right? | 13:32:26 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    161

| | | |
|---|---|---|
| 1 | MS. MEEK:  We are at 12 seconds. | 13:34:45 |
| 2 | BY MR. SIEGEL: | 13:34:48 |
| 3 | Q.    Right.  And so at that point, there are | 13:34:48 |
| 4 | several rows of students between you and where | 13:34:50 |
| 5 | Mr. Phillips is, right? | 13:34:53 |
| 6 | A.    Correct. | 13:34:54 |
| 7 | MR. SIEGEL:  Okay.  Let's restart. | 13:34:55 |
| 8 | (Thereupon, a video recording of Exhibit | 13:34:58 |
| 9 | 3 was played.) | 13:34:58 |
| 10 | MR. SIEGEL:  Okay.  So where did you | 13:35:14 |
| 11 | stop? | 13:35:17 |
| 12 | MS. MEEK:  26 seconds. | 13:35:17 |
| 13 | BY MR. SIEGEL: | 13:35:19 |
| 14 | Q.    So is it fair to say this is what you | 13:35:19 |
| 15 | were describing to Ms. Guthrie, the students are | 13:35:21 |
| 16 | parting from Mr. Phillips as he is moving | 13:35:25 |
| 17 | forward? | 13:35:28 |
| 18 | A.    Right.  It gets to be the solid.  Now | 13:35:28 |
| 19 | you've got this kind of ring in the middle as he | 13:35:31 |
| 20 | walks through. | 13:35:35 |
| 21 | Q.    Okay.  And in this video, the direction | 13:35:35 |
| 22 | he's moving in is towards the Lincoln Memorial, | 13:35:39 |
| 23 | right? | 13:35:42 |
| 24 | A.    Right. | 13:35:42 |
| 25 | MR. SIEGEL:  And why don't we watch it | 13:35:46 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021          163

| | | |
|---|---|---|
| 1 | A.    People that aren't students. | 13:36:57 |
| 2 | Q.    Well, do you know who they are? | 13:36:59 |
| 3 | A.    Some of them were -- are random people. | 13:37:01 |
| 4 | I've never seen.  Some of them, it looks like | 13:37:09 |
| 5 | they are part of the indigenous people's rally | 13:37:12 |
| 6 | that was what Nathan Phillips was a part of.  And | 13:37:17 |
| 7 | I mean, that's all I can say. | 13:37:22 |
| 8 | But all of them are adults, or -- and | 13:37:24 |
| 9 | you can tell by what they look like or whatever, | 13:37:27 |
| 10 | and they are -- they are not students. | 13:37:31 |
| 11 | Q.    What about -- | 13:37:35 |
| 12 | MR. SIEGEL:  Jessica, look -- look -- | 13:37:36 |
| 13 | put the -- why don't you point at Mr. Phillips. | 13:37:42 |
| 14 | Right. | 13:37:46 |
| 15 | BY MR. SIEGEL: | 13:37:46 |
| 16 | Q.    Now, look -- do you see the back row | 13:37:46 |
| 17 | behind him? | 13:37:49 |
| 18 | A.    Correct. | 13:37:50 |
| 19 | Q.    Do you know who those people are? | 13:37:51 |
| 20 | A.    So there's that guy and the -- it looks | 13:37:52 |
| 21 | like he goes from orange to green to white, like | 13:37:56 |
| 22 | that beanie with the phone camera covering his | 13:37:59 |
| 23 | face. | 13:38:04 |
| 24 | Q.    No.  I mean even behind him. | 13:38:04 |
| 25 | A.    Even behind him? | 13:38:06 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    166

```
1      A.     -- that do not go to my school and could      13:39:49

2   be associated with Mr. Phillips.                        13:39:54

3      Q.     Do you know whether --                        13:39:56

4      A.     I do not, no.                                 13:39:57

5      Q.     Do you know whether Nathan Phillips knew      13:39:58

6   who all of those people who you are referring to        13:40:02

7   were?                                                   13:40:06

8      A.     No, I don't know.                             13:40:07

9      Q.     And would you agree that physically,          13:40:09

10  regardless of who you think they were or weren't,       13:40:13

11  that there -- at this point, there are a number         13:40:15

12  of people behind Mr. Phillips?                          13:40:20

13     A.     Yes.  I -- I would -- I would add,            13:40:22

14  though, that there is -- they are more spaced out       13:40:25

15  behind him than they are behind me.                     13:40:28

16     Q.     Okay.  So the only difference is they         13:40:32

17  are a little bit more spaced out?                       13:40:35

18     A.     Yes.  There is room over there.  It's         13:40:37

19  packed in on this side of the picture.                  13:40:39

20     Q.     Okay.  Well, do you see any room              13:40:41

21  actually right behind where Mr. Phillips is?  Do        13:40:43

22  you see, it looks like, three or four people            13:40:46

23  holding cameras up?                                     13:40:49

24     A.     To me, it looks like those group of           13:40:50

25  students you referenced are about five to ten           13:40:53
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    167

| | | |
|---|---|---|
| 1 | feet from this group of camera people. | 13:40:58 |
| 2 | Q.    Okay. | 13:41:00 |
| 3 | A.    That I referenced, that there is space | 13:41:01 |
| 4 | here. | 13:41:03 |
| 5 | Meanwhile, over here, everyone is | 13:41:03 |
| 6 | shoulder to shoulder packed in. | 13:41:05 |
| 7 | Q.    Okay.  Fair enough.  They are not as | 13:41:07 |
| 8 | packed in, right? | 13:41:09 |
| 9 | A.    Right. | 13:41:10 |
| 10 | Q.    But there certainly are a fair number of | 13:41:10 |
| 11 | people who are physically behind him, right? | 13:41:13 |
| 12 | A.    Right. | 13:41:15 |
| 13 | Q.    And you have no idea whether Nathan | 13:41:15 |
| 14 | Phillips knows who they are? | 13:41:17 |
| 15 | A.    Right.  I don't know. | 13:41:20 |
| 16 | MR. SIEGEL:  Let's hand Nick and his | 13:41:33 |
| 17 | counsel Exhibit 10. | 13:41:35 |
| 18 | BY MR. SIEGEL: | 13:41:51 |
| 19 | Q.    So Nick, you are aware, of course, that | 13:41:51 |
| 20 | your counsel produced a bunch of texts.  Are | 13:41:55 |
| 21 | these texts from your phone? | 13:41:58 |
| 22 | A.    Yes. | 13:42:00 |
| 23 | Q.    Okay.  So these are texts that you sent | 13:42:01 |
| 24 | or received? | 13:42:06 |
| 25 | A.    Correct. | 13:42:07 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    169

```
 1   which look like they are in the next two texts,      13:43:18
 2   499 and 500.                                         13:43:21
 3      A.    I said:  Yeah.                               13:43:23
 4          And then I followed up with the whole         13:43:25
 5   thing with the black people calling us things and    13:43:28
 6   the guy moving through the crowd trying to           13:43:31
 7   intimidate us.                                       13:43:33
 8      Q.    And then go on to the first one, 501 on     13:43:35
 9   page 310.                                            13:43:39
10      A.    It just made me want to stand up for the    13:43:40
11   school.                                              13:43:42
12      Q.    So you perceived that Mr. Phillips          13:43:44
13   moving through the crowd is trying to intimidate     13:43:48
14   us?                                                  13:43:53
15      A.    I perceived that when he came to me and     13:43:53
16   his drum directly came into contact with my          13:43:59
17   shoulder and the drum stick that he was using to     13:44:03
18   beat it was a couple centimeters from my face.       13:44:10
19      Q.    But here you texted to Steve that the       13:44:13
20   guy moving through the crowd was trying to           13:44:19
21   intimidate.                                          13:44:21
22      A.    Yes.                                        13:44:24
23      Q.    Why did you perceive that him moving        13:44:24
24   through the crowd was trying to intimidate us?       13:44:27
25   By us, you mean the group of students --             13:44:32
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    170

| | | |
|---|---|---|
| 1 | A.    Yes. | 13:44:34 |
| 2 | Q.    -- collectively? | 13:44:35 |
| 3 | So why did you perceive that his moving | 13:44:35 |
| 4 | through the crowd, which you just saw, right, was | 13:44:37 |
| 5 | trying to intimidate you collectively? | 13:44:40 |
| 6 | A.    Because when you look at pictures of the | 13:44:43 |
| 7 | Lincoln Memorial, there was hundreds of feet of | 13:44:45 |
| 8 | space to get there that did not involve walking | 13:44:49 |
| 9 | through a group of students that had been there | 13:44:52 |
| 10 | for some time. | 13:44:55 |
| 11 | Q.    So in the -- in the video that we just | 13:44:56 |
| 12 | saw, do you remember when I asked you about the | 13:45:00 |
| 13 | people behind him, is it your contention that | 13:45:03 |
| 14 | there was hundreds of feet of space there for him | 13:45:06 |
| 15 | to go to the Lincoln Memorial? | 13:45:09 |
| 16 | A.    It's my contention that there was space | 13:45:11 |
| 17 | before he even came over to us. | 13:45:13 |
| 18 | Q.    Okay.  And do you have any idea whether | 13:45:15 |
| 19 | Mr. Phillips intended to go to the Lincoln | 13:45:18 |
| 20 | Memorial before he came over to you? | 13:45:20 |
| 21 | A.    I don't before, but now he said that's | 13:45:22 |
| 22 | where he was trying to go. | 13:45:26 |
| 23 | Q.    Where did he say that? | 13:45:28 |
| 24 | A.    He's admitted that in public interviews, | 13:45:29 |
| 25 | that he was trying to get to the Lincoln Memorial | 13:45:33 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    173

| | | |
|---|---|---|
| 1 | obviously before Mr. Phillips gave any interviews | 13:48:45 |
| 2 | or anything like that, right? | 13:48:49 |
| 3 | A.    Right. | 13:48:49 |
| 4 | Q.    At that moment, why did you perceive | 13:48:49 |
| 5 | Mr. Phillips walking through the students as they | 13:48:52 |
| 6 | were parting as trying to intimidate you | 13:48:55 |
| 7 | collectively? | 13:48:58 |
| 8 | A.    Because if he wanted to get to where he | 13:48:59 |
| 9 | was going, he could have just not walked through | 13:49:04 |
| 10 | our group in the first place; or if he wanted to | 13:49:07 |
| 11 | get, you know, behind us instead of walking | 13:49:13 |
| 12 | through us, he could have gone out to where there | 13:49:17 |
| 13 | was only this small amount of people, like I | 13:49:20 |
| 14 | mentioned, that were not students and gone | 13:49:25 |
| 15 | around. | 13:49:28 |
| 16 | Q.    Okay. | 13:49:28 |
| 17 | A.    The -- the need to keep making us move | 13:49:29 |
| 18 | for him and then eventually stopping at me and | 13:49:33 |
| 19 | getting in my face convinced me that he was there | 13:49:36 |
| 20 | to intimidate us, not to move through. | 13:49:39 |
| 21 | Q.    And what did you think he was trying to | 13:49:42 |
| 22 | intimidate you to do? | 13:49:44 |
| 23 | A.    I don't know if he was trying to get me | 13:49:46 |
| 24 | to do anything. | 13:49:48 |
| 25 | Q.    Well, you said us, you.  I mean, in | 13:49:49 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    175

| | | |
|---|---|---|
| 1 | standing in front of Mr. Phillips was standing up | 13:51:03 |
| 2 | for the school? | 13:51:07 |
| 3 | A.    Because we -- the students of the school | 13:51:09 |
| 4 | had stood there long enough and taken all kinds | 13:51:13 |
| 5 | of insults from the Hebrew Israelites, then had | 13:51:17 |
| 6 | had the Native American -- or Mr. Phillips, the | 13:51:24 |
| 7 | Native American, walk through us or whatever. | 13:51:28 |
| 8 | And by the time he got in my face, when he could | 13:51:31 |
| 9 | have kept -- he could have even kept going | 13:51:34 |
| 10 | through the students if he wanted to, I figured | 13:51:37 |
| 11 | was it time for someone to plant their foot and | 13:51:41 |
| 12 | stand there where I had been and just face up. | 13:51:44 |
| 13 | And to me, that was standing up for the school, | 13:51:49 |
| 14 | because I wasn't going to move. | 13:51:53 |
| 15 | Q.    And what message was being communicated | 13:51:58 |
| 16 | by standing up for the school?  What does that | 13:52:01 |
| 17 | mean? | 13:52:04 |
| 18 | A.    Well, it means that we can come to | 13:52:04 |
| 19 | Washington, DC and protest something that we | 13:52:07 |
| 20 | believe to be deeply wrong and not be harassed on | 13:52:10 |
| 21 | our way out. | 13:52:14 |
| 22 | Q.    Okay.  It's your -- your interpretation | 13:52:16 |
| 23 | of what you observed, right, at that moment, was | 13:52:26 |
| 24 | that Mr. Phillips was trying to intimidate you, | 13:52:29 |
| 25 | right? | 13:52:33 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    189

| | | |
|---|---|---|
| 1 | Q.    Okay.  But you don't think that deciding | 14:09:32 |
| 2 | to stand your ground in that situation was? | 14:09:35 |
| 3 | A.    No.  I think that's very mature. | 14:09:38 |
| 4 | Q.    When -- could anyone disagree with you | 14:09:45 |
| 5 | about that? | 14:10:01 |
| 6 | A.    They could.  I don't think they are | 14:10:01 |
| 7 | right. | 14:10:04 |
| 8 | Q.    You just -- you would disagree with | 14:10:04 |
| 9 | them, right?  You wouldn't agree with their | 14:10:07 |
| 10 | opinion? | 14:10:09 |
| 11 | A.    Right. | 14:10:10 |
| 12 | Q.    Okay.  Did you think that by not | 14:10:10 |
| 13 | parting, along with the other students who were | 14:10:12 |
| 14 | doing that, that you were acting like the adult? | 14:10:15 |
| 15 | MR. McMURTRY:  Objection.  Go ahead. | 14:10:19 |
| 16 | A.    No.  I think I was acting like the adult | 14:10:20 |
| 17 | for staying calm in a situation that was very | 14:10:22 |
| 18 | high pressure. | 14:10:31 |
| 19 | BY MR. SIEGEL: | 14:10:32 |
| 20 | Q.    Do you know what Mara Schutt was | 14:10:32 |
| 21 | referring to when she texted:  Phillips ruins | 14:10:34 |
| 22 | young people's lives for a living? | 14:10:37 |
| 23 | A.    I do not. | 14:10:40 |
| 24 | MR. SIEGEL:  Okay. | 14:10:41 |
| 25 | A.    Now I think it's in reference to | 14:10:42 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                           193

1    experience, adults don't get that close to kids,          14:14:10

2    especially for that long.                                 14:14:13

3        Q.    Okay.  Do you believe respecting your           14:14:15

4    elders is a value that you hold?                          14:14:25

5        A.    Yes.  It's part of how I was raised.            14:14:27

6        Q.    If a teenager sees an older person             14:14:31

7    walking in his or her direction and other people          14:14:34

8    are parting for that person as he moves forward,          14:14:37

9    is it a respectful thing to do to move out of the         14:14:39

10   way as well?                                              14:14:43

11       A.    I would agree.  But it's not my                 14:14:44

12   responsibility to slip on the steps and                   14:14:47

13   potentially break an arm or something to make             14:14:51

14   sure he can get through.                                  14:14:54

15       Q.    Well, there were lots of other kids on          14:14:56

16   the steps, right?                                         14:14:58

17       A.    But not all the kids were on ice.               14:14:59

18       Q.    And other kids moved away, right?               14:15:02

19       A.    Right.                                          14:15:04

20       Q.    And I think you said before, that               14:15:05

21   originally, you were -- you were making a                 14:15:07

22   decision, right, that you didn't want to move             14:15:10

23   because you felt he was trying to intimidate you?         14:15:12

24       A.    Correct.                                        14:15:15

25       Q.    Right?  So do you -- even if a teenager         14:15:16

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    203

| | | |
|---|---|---|
| 1 | videotaping this incident? | 14:45:13 |
| 2 | MR. McMURTRY:  Objection.  Go ahead. | 14:45:15 |
| 3 | A.    I can't -- I can't guess as to if he | 14:45:17 |
| 4 | arranged to be videotaped before he walked over | 14:45:25 |
| 5 | or if that was just a decision made by whoever | 14:45:29 |
| 6 | did it.  I -- I don't know. | 14:45:34 |
| 7 | Q.    Okay.  And you referred to the gentleman | 14:45:37 |
| 8 | with the drum as a companion of Phillips.  What | 14:45:44 |
| 9 | did you mean by that? | 14:45:49 |
| 10 | A.    I meant like he was definitely a part of | 14:45:49 |
| 11 | the group that walked over that was led by Nathan | 14:45:53 |
| 12 | Phillips. | 14:45:57 |
| 13 | Q.    Okay.  And did you -- did you -- by | 14:45:59 |
| 14 | companion, did you mean they were friends or | 14:46:10 |
| 15 | they -- perceived that they were friends in some | 14:46:13 |
| 16 | way? | 14:46:15 |
| 17 | A.    I meant that they -- kind of like a -- I | 14:46:16 |
| 18 | know it's a short distance.  But like a traveling | 14:46:23 |
| 19 | companion somewhat.  They both traveled from | 14:46:26 |
| 20 | their area to ours together. | 14:46:30 |
| 21 | From what I perceived, it seemed like | 14:46:36 |
| 22 | they -- they knew each other or at least were a | 14:46:38 |
| 23 | part of the same group in some sense. | 14:46:41 |
| 24 | Q.    Okay.  Traveling, you mean like | 14:46:44 |
| 25 | traveling to DC? | 14:46:50 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    204

| | | |
|---|---|---|
| 1 | A.    Traveling from where they were at the | 14:46:51 |
| 2 | memorial to where we were.  It's a -- I mean, | 14:46:54 |
| 3 | it's a short distance.  So that analogy, but -- | 14:46:56 |
| 4 | Q.    Okay.  And that was your perception, I | 14:47:01 |
| 5 | take it, based on what you saw? | 14:47:06 |
| 6 | A.    Yes. | 14:47:08 |
| 7 | MR. SIEGEL:  Okay.  Let's go to Exhibit | 14:47:14 |
| 8 | 16, video 2 of the videos. | 14:47:17 |
| 9 | (Thereupon, a video recording of Exhibit | 14:47:35 |
| 10 | 16 was played.) | 14:47:35 |
| 11 | MR. SIEGEL:  I guess if you could just | 14:47:40 |
| 12 | point to -- we're at -- point the cursor at Nick. | 14:47:43 |
| 13 | BY MR. SIEGEL: | 14:47:47 |
| 14 | Q.    That is you, right, or that is your face | 14:47:47 |
| 15 | where she's pointing? | 14:47:50 |
| 16 | A.    Right. | 14:47:51 |
| 17 | Q.    So I think you may have given us his | 14:47:52 |
| 18 | name before. | 14:47:55 |
| 19 | But right now, there are about three or | 14:47:56 |
| 20 | four at least rows of students in front of you, | 14:48:01 |
| 21 | right? | 14:48:05 |
| 22 | A.    Right. | 14:48:05 |
| 23 | Q.    And do you see that sort of in front of | 14:48:06 |
| 24 | you, to your right, there is a student wearing | 14:48:11 |
| 25 | a -- it looks like a gray and white ski hat? | 14:48:15 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    213

```
1              MR. SIEGEL:  Okay.  So let's keep going          14:58:22

2    in realtime.                                               14:58:24

3              (Thereupon, a video recording of Exhibit         14:58:37

4    16 was played.)                                            14:58:37

5    BY MR. SIEGEL:                                             14:58:44

6      Q.    So at this point, there are still at               14:58:44

7    least two or three rows of students between you            14:58:48

8    and wherever the camera is?                                14:58:52

9      A.    Yes.                                                14:58:54

10             MR. SIEGEL:  Okay.  Let's keep going.             14:58:58

11             MS. MEEK:  I just paused at 32, and I'm           14:59:00

12   continuing from that point.                                14:59:03

13             MR. SIEGEL:  Now, this is at 37, right?           14:59:10

14             MS. MEEK:  Yes.                                   14:59:13

15   BY MR. SIEGEL:                                             14:59:13

16     Q.    Now, at this point, there are a bunch of           14:59:13

17   students to Mr. Phillips' right and to the right           14:59:16

18   of some of the other individuals, the one with            14:59:19

19   the drum and the one with the camera, right?              14:59:24

20     A.    Right.                                             14:59:27

21     Q.    Couldn't someone perceive that there              14:59:28

22   were students who were swarming around him at             14:59:32

23   this point?                                                14:59:35

24             MR. McMURTRY:  Objection.  Go ahead.             14:59:35

25     A.    I mean, to me, not really.                        14:59:36
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                     245

| | | |
|---|---|---|
| 1 | A.    Correct. | 15:35:37 |
| 2 | Q.    You are a little bit to his right.  Beau | 15:35:38 |
| 3 | is a little bit to his left.  Right? | 15:35:41 |
| 4 | A.    Yes. | 15:35:43 |
| 5 | MR. SIEGEL:  Okay.  Let's go. | 15:35:48 |
| 6 | MS. MEEK:  Continuing on from 3:32. | 15:35:49 |
| 7 | (Thereupon, a video recording of Exhibit | 15:35:55 |
| 8 | 18 was played.) | 15:35:55 |
| 9 | MS. MEEK:  Paused at 3:37. | 15:35:57 |
| 10 | BY MR. SIEGEL: | 15:36:02 |
| 11 | Q.    Okay.  So now Beau's -- Beau's sort of | 15:36:02 |
| 12 | moving over to the side, right?  He is moving | 15:36:09 |
| 13 | over to your left.  And the other guy, the blue | 15:36:12 |
| 14 | ski hat -- | 15:36:21 |
| 15 | A.    Joe. | 15:36:22 |
| 16 | Q.    -- Joe is moving over to your right? | 15:36:22 |
| 17 | A.    Right. | 15:36:25 |
| 18 | Q.    Okay.  And let's go -- okay.  And you | 15:36:28 |
| 19 | are still standing in front of the fellow with | 15:36:36 |
| 20 | the black sweatshirt sort of to his right, right? | 15:36:40 |
| 21 | A.    Right. | 15:36:44 |
| 22 | MR. SIEGEL:  Okay.  Let's play it. | 15:36:44 |
| 23 | MS. MEEK:  Playing from 3 minutes and 37 | 15:36:46 |
| 24 | seconds. | 15:36:51 |
| 25 | (Thereupon, a video recording of Exhibit | 15:36:54 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                     246

| | | |
|---|---|---|
| 1 | 18 was played.) | 15:36:54 |
| 2 | MS. MEEK:  Paused at 3 minutes and 42 | 15:36:55 |
| 3 | seconds. | 15:36:58 |
| 4 | BY MR. SIEGEL: | 15:36:58 |
| 5 | Q.    Okay.  Nick, do we see you look down | 15:36:58 |
| 6 | again? | 15:37:01 |
| 7 | A.    Yeah. | 15:37:02 |
| 8 | Q.    And did you move a little bit over to | 15:37:03 |
| 9 | your left? | 15:37:06 |
| 10 | A.    My left? | 15:37:07 |
| 11 | Q.    Your left as you were standing there? | 15:37:10 |
| 12 | A.    Can you replay it? | 15:37:13 |
| 13 | MR. SIEGEL:  Sure. | 15:37:15 |
| 14 | MS. MEEK:  Going back to 3:37.  We will | 15:37:19 |
| 15 | pause at 3:42. | 15:37:24 |
| 16 | BY MR. SIEGEL: | 15:37:26 |
| 17 | Q.    Just to get it into the record, so now | 15:37:26 |
| 18 | you are to the right of the fellow in the black | 15:37:29 |
| 19 | sweatshirt who you don't know, right? | 15:37:32 |
| 20 | A.    Right. | 15:37:34 |
| 21 | MR. SIEGEL:  Go ahead and play it. | 15:37:34 |
| 22 | (Thereupon, a video recording of Exhibit | 15:37:37 |
| 23 | 18 was played.) | 15:37:37 |
| 24 | BY MR. SIEGEL: | 15:37:43 |
| 25 | Q.    It seems like you just moved over a | 15:37:43 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    247

| | | |
|---|---|---|
| 1 | little to your left? | 15:37:46 |
| 2 | A.    I think the guy behind me moved.  I | 15:37:47 |
| 3 | think I kind of -- if I moved over, it may have | 15:37:49 |
| 4 | been two inches, an inch.  I think I was just | 15:37:52 |
| 5 | kind of resetting my footing on the step. | 15:37:55 |
| 6 | MR. McMURTRY:  We do need to wrap it up. | 15:37:59 |
| 7 | BY MR. SIEGEL: | 15:38:02 |
| 8 | Q.    Okay.  So -- so you may have been | 15:38:02 |
| 9 | repositioning yourself a little bit, just | 15:38:03 |
| 10 | resetting your footing? | 15:38:07 |
| 11 | A.    Yeah, resetting my footing.  If I moved, | 15:38:08 |
| 12 | it was very minimal to where it was not -- was | 15:38:11 |
| 13 | not noticeable, for the most part, besides when | 15:38:14 |
| 14 | you slow down the frame. | 15:38:17 |
| 15 | Q.    Well, you say it's not noticeable for | 15:38:18 |
| 16 | the most part.  Can you say that it's absolutely | 15:38:20 |
| 17 | not noticeable to somebody who was watching this | 15:38:23 |
| 18 | at the time? | 15:38:26 |
| 19 | A.    No.  I'm -- I'm just saying that the | 15:38:26 |
| 20 | movement in which I did was minimal.  It's not | 15:38:30 |
| 21 | like I slid over a foot or two.  I moved six | 15:38:33 |
| 22 | inches at the most. | 15:38:39 |
| 23 | MR. SIEGEL:  Okay.  And at this point, | 15:38:50 |
| 24 | you're -- let's go six more seconds, and then we | 15:38:53 |
| 25 | will -- | 15:38:54 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    248

| | | |
|---|---|---|
| 1 | MS. MEEK: Starting at 3:42. | 15:38:55 |
| 2 | MR. SIEGEL: Yes. | 15:38:57 |
| 3 | (Thereupon, a video recording of Exhibit | 15:39:00 |
| 4 | 18 was played.) | 15:39:00 |
| 5 | BY MR. SIEGEL: | 15:39:04 |
| 6 | Q. So at this point, you are right in front | 15:39:04 |
| 7 | of Nathan Phillips, right? | 15:39:07 |
| 8 | A. Right. | 15:39:09 |
| 9 | MR. SIEGEL: Okay. Let's call it a day | 15:39:10 |
| 10 | and come back tomorrow. | 15:39:12 |
| 11 | MR. McMURTRY: See you in the morning. | 15:39:13 |
| 12 | MR. SIEGEL: For my prep purposes, how | 15:39:14 |
| 13 | long did we go today? | 15:39:16 |
| 14 | THE VIDEOGRAPHER: Counsel, would you | 15:39:19 |
| 15 | like to go off the record and I can tell you the | 15:39:20 |
| 16 | full amount? | 15:39:22 |
| 17 | MR. SIEGEL: Sure. | 15:39:23 |
| 18 | THE VIDEOGRAPHER: We are going off the | 15:39:24 |
| 19 | record. The time is 3:39 p.m. | 15:39:25 |
| 20 | (Off the record at 3:39 p.m.) | 15:39:29 |
| 21 | Tuesday, September 14, 2021 Continuation of the | 09:14:27 |
| 22 | deposition of Nicholas Sandmann | 09:14:27 |
| 23 | THE VIDEOGRAPHER: This begins day two, | 09:14:35 |
| 24 | continuing the deposition of Nicholas Sandmann in | 09:14:37 |
| 25 | the matter of Nicholas Sandmann, et al. versus | 09:14:39 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                263

| | | |
|---|---|---|
| 1 | Q.    So your perception was that Phillips | 09:32:33 |
| 2 | realized you were not moving, and then he locked | 09:32:37 |
| 3 | eye contact with you? | 09:32:40 |
| 4 | A.    Correct. | 09:32:42 |
| 5 | MR. McMURTRY:  Objection.  Go ahead. | 09:32:42 |
| 6 | BY MR. SIEGEL: | 09:32:43 |
| 7 | Q.    Did you feel like the two of you were at | 09:32:43 |
| 8 | an impasse? | 09:32:46 |
| 9 | MR. McMURTRY:  Objection.  Go ahead. | 09:32:48 |
| 10 | A.    In some form of it, yes. | 09:32:51 |
| 11 | BY MR. SIEGEL: | 09:32:55 |
| 12 | Q.    Okay.  Isn't it possible he locked eye | 09:32:55 |
| 13 | contact with you because he realized you were the | 09:33:00 |
| 14 | only student who wasn't moving and he perceived | 09:33:03 |
| 15 | that you were intentionally blocking him? | 09:33:07 |
| 16 | MR. McMURTRY:  Objection. | 09:33:10 |
| 17 | A.    I don't think that's possible. | 09:33:10 |
| 18 | BY MR. SIEGEL: | 09:33:12 |
| 19 | Q.    Why? | 09:33:12 |
| 20 | MR. McMURTRY:  Objection. | 09:33:13 |
| 21 | A.    Because when he first looked at me, he | 09:33:14 |
| 22 | was still next to Joe and the other student on my | 09:33:19 |
| 23 | right, left on the video.  And so there is no way | 09:33:23 |
| 24 | for me to block him when I'm five or six feet | 09:33:26 |
| 25 | away from him.  He waited to come up to me and | 09:33:30 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    264

```
1    then claim that I blocked him.                          09:33:33

2       Q.    So when do you maintain he first --            09:33:36

3    he -- let's go back a second.                           09:33:40

4          The other students are parting, right?            09:33:45

5          At what point do you maintain that                09:33:47

6    Phillips locked eye contact with you?                   09:33:49

7       A.    At some -- at some point before -- a           09:33:52

8    couple of seconds before he approached me.  He          09:33:55

9    looked at me and then walked towards me.                09:33:59

10      Q.    So he was -- wasn't he walking -- he was       09:34:01

11   walking through the students, right?                    09:34:07

12      A.    Right.                                          09:34:09

13      Q.    And he was walking forward, right?             09:34:09

14      A.    Right.                                          09:34:12

15      Q.    So he was walking towards you, right?          09:34:12

16      A.    Right.                                          09:34:19

17      Q.    And then stopped in front of you?             09:34:19

18      A.    No.  Because as we saw yesterday, he           09:34:22

19   went a little bit to the left, and then he came         09:34:25

20   back.                                                   09:34:27

21      Q.    Well, Correct.  So he first stopped in         09:34:28

22   front of you?                                           09:34:30

23          MR. McMURTRY:  Objection.                        09:34:31

24   BY MR. SIEGEL:                                          09:34:31

25      Q.    And then he went a little to the left.         09:34:31
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    265

| | | |
|---|---|---|
| 1 | Then he looked back to you, right? | 09:34:33 |
| 2 | MR. McMURTRY:  Objection. | 09:34:35 |
| 3 | A.    Right. | 09:34:36 |
| 4 | BY MR. SIEGEL: | 09:34:37 |
| 5 | Q.    We saw that on the video, right? | 09:34:37 |
| 6 | A.    Right. | 09:34:41 |
| 7 | Q.    So he -- it's the point where you say -- | 09:34:41 |
| 8 | you are saying he locked eye contact with you | 09:34:44 |
| 9 | when he kind of first came to you, before he | 09:34:48 |
| 10 | moved to the -- before he looked to the left and | 09:34:51 |
| 11 | then looked back? | 09:34:54 |
| 12 | A.    Well, I think -- I -- when I describe | 09:34:55 |
| 13 | when he locked eye contact with me, that was when | 09:34:57 |
| 14 | he came back after he had gone off to the left. | 09:35:00 |
| 15 | Q.    Got it.  Okay. | 09:35:06 |
| 16 | Okay.  So we saw this on the video, | 09:35:15 |
| 17 | right, when he first approached you, approached | 09:35:20 |
| 18 | where you were, right? | 09:35:23 |
| 19 | A.    Uh-huh. | 09:35:24 |
| 20 | Q.    And then he looked to the left? | 09:35:25 |
| 21 | A.    Right. | 09:35:26 |
| 22 | Q.    He looks at Cammeron?  Is that Cammeron? | 09:35:27 |
| 23 | A.    I think Cammeron and Joe. | 09:35:35 |
| 24 | Q.    So Cammeron.  And then Cammeron moves | 09:35:37 |
| 25 | over? | 09:35:40 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    266

```
1        A.    Uh-huh.                                      09:35:40

2              MR. McMURTRY:  You need to answer yes.       09:35:41

3   BY MR. SIEGEL:                                          09:35:42

4        Q.    Right?  Yes?  Looks back at you, right?      09:35:42

5   And you don't move.                                     09:35:44

6              So why do you contend it's not possible      09:35:46

7   that he locked eye -- that he at that point             09:35:49

8   locked eye contact with you because he realized         09:35:52

9   you were the only student who wasn't moving?            09:35:55

10             MR. McMURTRY:  Objection.  I don't           09:35:58

11  understand the question.                                09:36:01

12             MR. SIEGEL:  Fair enough.                    09:36:03

13       A.    I don't understand it either.                09:36:05

14  BY MR. SIEGEL:                                          09:36:05

15       Q.    So why do you contend at that point          09:36:05

16  he -- Joe had just moved, right?                        09:36:08

17       A.    Right.                                       09:36:10

18       Q.    Other students had moved as he               09:36:11

19  approached where you were, right?                       09:36:13

20             So why do you contend that it's              09:36:16

21  impossible that he locked eye contact with you          09:36:22

22  because he realized that you were the only              09:36:25

23  student who wasn't moving and so his perception         09:36:28

24  was that you were trying to block him?                  09:36:33

25             MR. McMURTRY:  Objection.                    09:36:35
```

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    267

| | | |
|---|---|---|
| 1 | A.     That is a question that can't be -- | 09:36:40 |
| 2 | that's compounded in a way that doesn't allow me | 09:36:44 |
| 3 | to answer it correctly.  I contend that he locked | 09:36:47 |
| 4 | eyes with me because I wasn't moving, but I did | 09:36:51 |
| 5 | not block him. | 09:36:55 |
| 6 | BY MR. SIEGEL: | 09:36:57 |
| 7 | Q.     Well, I -- I understand that that's what | 09:36:57 |
| 8 | you contend.  Okay? | 09:37:00 |
| 9 | A.     Yes. | 09:37:01 |
| 10 | Q.     But my question is, okay, so he locks | 09:37:01 |
| 11 | eye contact with you because you weren't moving? | 09:37:05 |
| 12 | A.     Right. | 09:37:08 |
| 13 | Q.     Right? | 09:37:09 |
| 14 | MR. McMURTRY:  Objection.  I don't think | 09:37:10 |
| 15 | he testified that he locked eye contact with him. | 09:37:11 |
| 16 | MR. SIEGEL:  That is exactly what he | 09:37:14 |
| 17 | just testified to. | 09:37:15 |
| 18 | MR. McMURTRY:  Well, let's read it back | 09:37:16 |
| 19 | so I can be educated. | 09:37:18 |
| 20 | MR. SIEGEL:  Okay. | 09:37:20 |
| 21 | MR. McMURTRY:  If he -- he may have | 09:37:21 |
| 22 | answered one of your leading questions | 09:37:23 |
| 23 | incorrectly, but I mean -- | 09:37:25 |
| 24 | MR. SIEGEL:  I think you are really | 09:37:27 |
| 25 | crossing over the line here now, Todd. | 09:37:28 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    277

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Objection. | 09:50:17 |
| 2 | A.    Because blocking requires some sort of | 09:50:18 |
| 3 | active attempt to cut someone off. | 09:50:23 |
| 4 | MR. SIEGEL:  Right. | 09:50:28 |
| 5 | A.    And I did not -- I was -- I was standing | 09:50:29 |
| 6 | there.  He had the option to go around me | 09:50:33 |
| 7 | whatever way he would choose, or he could have | 09:50:36 |
| 8 | gone back out the way that he entered the group | 09:50:42 |
| 9 | and taken, you know, use of the hundreds of feet | 09:50:44 |
| 10 | of space that the memorial offers to get wherever | 09:50:48 |
| 11 | he was trying to get. | 09:50:51 |
| 12 | Q.    And you testified -- we testified before | 09:50:52 |
| 13 | on one of the other videos that was taken from | 09:50:55 |
| 14 | the top, right? | 09:50:58 |
| 15 | A.    Right. | 09:50:59 |
| 16 | Q.    That there were certainly people behind | 09:50:59 |
| 17 | him at that moment, right? | 09:51:01 |
| 18 | A.    Right.  But not near as many as there | 09:51:03 |
| 19 | were behind me. | 09:51:06 |
| 20 | Q.    Okay.  What does blocking mean to you? | 09:51:06 |
| 21 | MR. McMURTRY:  Objection.  Go ahead. | 09:51:13 |
| 22 | A.    Blocking to me means that you actively | 09:51:15 |
| 23 | try to cut someone off from further continuing in | 09:51:19 |
| 24 | the way that they are trying to go. | 09:51:24 |
| 25 | BY MR. SIEGEL: | 09:51:27 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                279

| | | |
|---|---|---|
| 1 | Q.    Is that what you just said? | 09:52:33 |
| 2 | A.    Yes.  He wasn't trying to go anywhere. | 09:52:34 |
| 3 | Q.    But that -- your perception is that he | 09:52:38 |
| 4 | wasn't trying to go anywhere, right, that he -- | 09:52:41 |
| 5 | your perception was that he never had any | 09:52:44 |
| 6 | intention of going anywhere? | 09:52:47 |
| 7 | A.    No.  The reality of it is, is that for | 09:52:48 |
| 8 | those minutes -- | 09:52:52 |
| 9 | MR. SIEGEL:  Right. | 09:52:53 |
| 10 | A.    -- when he stood there, his feet were | 09:52:53 |
| 11 | planted, and he did not take even the slightest | 09:52:55 |
| 12 | step in any direction. | 09:52:58 |
| 13 | Q.    Okay.  And again, I think we went over | 09:52:59 |
| 14 | this before, but I will -- I will say it again. | 09:53:02 |
| 15 | Isn't it -- it's possible that the | 09:53:08 |
| 16 | reason he did that is because he perceived by | 09:53:12 |
| 17 | that point that you didn't want to let him go? | 09:53:16 |
| 18 | MR. McMURTRY:  Objection. | 09:53:18 |
| 19 | A.    Well, as I said before, he can perceive | 09:53:19 |
| 20 | whatever he wants to. | 09:53:22 |
| 21 | BY MR. SIEGEL: | 09:53:23 |
| 22 | Q.    Okay.  And, in fact, couldn't this be | 09:53:23 |
| 23 | the fact that given that you -- you perceived | 09:53:27 |
| 24 | that it was unsafe for him to be sort of moving | 09:53:31 |
| 25 | in the first place, he could have perceived | 09:53:34 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                  280

| | | |
|---|---|---|
| 1 | unsafe at that point to try to, like, maneuver | 09:53:36 |
| 2 | around you? | 09:53:39 |
| 3 |      MR. McMURTRY:  Objection. | 09:53:40 |
| 4 |   A.   Again, he can perceive what he wants to. | 09:53:40 |
| 5 | BY MR. SIEGEL: | 09:53:44 |
| 6 |   Q.   Okay.  In your opinion, what would it | 09:53:44 |
| 7 | have looked like if you had blocked him, if you | 09:54:02 |
| 8 | were blocking him? | 09:54:04 |
| 9 |   A.   In my opinion, for me to block him, he | 09:54:06 |
| 10 | would have had to have taken a step or a half | 09:54:11 |
| 11 | step in another direction, other than standing | 09:54:14 |
| 12 | there, even forward, and it would have required | 09:54:18 |
| 13 | me to meet him in the corresponding way, wherever | 09:54:21 |
| 14 | he went, to, you know, basically not let him go | 09:54:27 |
| 15 | anywhere. | 09:54:31 |
| 16 |   Q.   Okay.  And that's your understanding or | 09:54:31 |
| 17 | definition of blocking in this context? | 09:54:34 |
| 18 |   A.   Yes. | 09:54:37 |
| 19 |   Q.   All right.  Let's play a clip from your | 09:54:38 |
| 20 | interview with Ms. Guthrie. | 09:55:13 |
| 21 |      Actually, you know what, I think -- I | 09:55:39 |
| 22 | think we can skip that.  Let's go to Exhibit 21. | 09:55:42 |
| 23 | I will represent this is the only other page from | 09:56:12 |
| 24 | the Shelton report. | 09:56:16 |
| 25 |      MR. McMURTRY:  Yeah.  Let me just look | 09:56:21 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    339

1      Q.    Okay.  Do you -- and why does the fact        11:36:26

2    that -- why do you attribute what you perceive to     11:36:32

3    be the intentions of the man in the Reds hat to       11:36:35

4    Nathan Phillips?                                       11:36:40

5      A.    No.  I'm not saying that they both had        11:36:41

6    the same intentions.  I'm just saying that there      11:36:43

7    is a common link between both of them, that I         11:36:46

8    believe that Nathan Phillips was -- I believe         11:36:48

9    that Nathan Phillips stayed in front of me            11:36:52

10   intentionally; and that once that argument began      11:36:55

11   between Will and the man with the red hat on,         11:37:00

12   that the guy in the red hat kept responding to        11:37:04

13   Will because he was trying to make a point as         11:37:09

14   well, which I think is clearly expressed when he      11:37:12

15   tells Will that we stole their land and that he       11:37:16

16   needs to go back to Europe.                            11:37:20

17     Q.    And do you think that Nathan Phillips         11:37:22

18   wanted him to make that point?                         11:37:27

19     A.    I have no idea.                                11:37:28

20     Q.    Do you think when Will Fries yelled out       11:37:30

21   grab his dick and twist it that that said             11:37:34

22   something about your intentions when you were         11:37:37

23   standing there?                                        11:37:40

24     A.    I don't -- I -- I don't think so.             11:37:40

25     Q.    So why do you see a common link between       11:37:42

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    414

| | | |
|---|---|---|
| 1 | about? | 14:24:16 |
| 2 | A.    Again, I can't specifically remember the | 14:24:16 |
| 3 | names of these people.  This was two years ago. | 14:24:18 |
| 4 | Q.    Has anybody ever provided you directly | 14:24:21 |
| 5 | with that information? | 14:24:24 |
| 6 | A.    It's -- I believe now that that | 14:24:26 |
| 7 | information has been found available publicly | 14:24:30 |
| 8 | online. | 14:24:33 |
| 9 | Q.    I understand that.  But what I'm saying, | 14:24:34 |
| 10 | and setting aside what the information may or may | 14:24:37 |
| 11 | not contain, but other than accessing it, | 14:24:40 |
| 12 | accessing whatever sources were online, has | 14:24:43 |
| 13 | anyone ever directly communicated with you to | 14:24:48 |
| 14 | provide you any information about Mr. Phillips' | 14:24:50 |
| 15 | military service? | 14:24:53 |
| 16 | A.    No. | 14:24:54 |
| 17 | Q.    Okay.  You testified that Mr. Phillips | 14:24:56 |
| 18 | at one point accused you of trying to steal his | 14:25:00 |
| 19 | narrative? | 14:25:04 |
| 20 | A.    Yes. | 14:25:05 |
| 21 | Q.    What are you referring to? | 14:25:05 |
| 22 | A.    In one of his television interviews, he | 14:25:07 |
| 23 | remarked that I was trying to steal his narrative | 14:25:12 |
| 24 | of when I -- when I claim that I was trying to | 14:25:17 |
| 25 | keep the situation as toned down as possible and | 14:25:23 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                    415

| | | |
|---|---|---|
| 1 | calm. | 14:25:27 |
| 2 | Q.    Okay.  And you referred to what you said | 14:25:28 |
| 3 | are statements by Mr. Phillips to the effect that | 14:25:37 |
| 4 | he was trying to stop a fight or a potential | 14:25:40 |
| 5 | fight? | 14:25:43 |
| 6 | A.    Right. | 14:25:43 |
| 7 | Q.    And statements or a statement about | 14:25:44 |
| 8 | finishing a prayer? | 14:25:47 |
| 9 | A.    Right. | 14:25:48 |
| 10 | Q.    Do you know where he made -- are there a | 14:25:48 |
| 11 | specific interview or source that you have in | 14:25:57 |
| 12 | your mind when you are saying that? | 14:25:59 |
| 13 | A.    I know that in separate interviews that | 14:26:01 |
| 14 | he claims that he was trying to interrupt a fight | 14:26:04 |
| 15 | that he saw about to break out between us and the | 14:26:09 |
| 16 | Black Hebrew Israelites.  And then in a different | 14:26:12 |
| 17 | interview, he claims that he was trying to get up | 14:26:16 |
| 18 | to the top of the Lincoln Memorial to finish his | 14:26:20 |
| 19 | prayer.  He gives two different reasons for why | 14:26:23 |
| 20 | he was doing what he was doing. | 14:26:29 |
| 21 | Q.    Okay.  And do you have any understanding | 14:26:30 |
| 22 | that Mr. Phillips says, in substance, that | 14:26:33 |
| 23 | initially he approached the students in order to | 14:26:37 |
| 24 | diffuse the situation; and then at that point, | 14:26:40 |
| 25 | he, you know, once he got there, decided that he | 14:26:46 |

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021                              466

```
1              CERTIFICATE OF SHORTHAND REPORTER

2                       NOTARY PUBLIC

3         I, Dianna C. Kilgalen, the officer

4    before whom the foregoing deposition was

5    taken, do hereby certify that the foregoing

6    transcript is a true and correct record of

7    the testimony given; that said testimony was

8    taken by me stenographically and thereafter

9    reduced to typewriting under my direction;

10   that reading and signing was not requested;

11   and that I am neither counsel for, related

12   to, nor employed by any of the parties to

13   this case and have no interest, financial or

14   otherwise, in its outcome.

15        IN WITNESS WHEREOF, I have hereunto

16   set my hand and affixed my notarial seal this

17   23rd day of September, 2021.

18        My commission expires June 28th,

19   2025.

20

21

22   _____

23   NOTARY PUBLIC

24   IN AND FOR THE STATE OF MARYLAND

25   COUNTY OF HARFORD
```