UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,

    Plaintiff,

v.

ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY,

    Defendants.

CASE NO. 2:20-CV-00025-WOB-CJS

**ORAL ARGUMENT REQUESTED**

## ABC Defendants' Motion to Strike Report and Testimony of Craige Roberts

Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("ABC Defendants"), move for an Order granting ABC Defendants' motion to strike the report and testimony of Craige Roberts for the reasons stated in the accompanying Defendants' Joint Memorandum of Law in Support of Motion to Strike Report and Testimony of Craige Roberts and proposed Order.  ABC Defendants request oral argument on this Motion.

Dated:  February 11, 2022

/s/ *Robert B. Craig*
Robert B. Craig (KBA 15590)
TAFT STETTINIUS & HOLLISTER LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011-1683
Ph: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St NW, Suite 500

Washington, DC 20005
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2022, the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/EF system to all parties of record.

                                                   */s/ Robert B. Craig*
                                                   Robert B. Craig (KBA 15590)