# EXHIBIT A



# Transcript of Craige Roberts, Ph.D.

**Date:** December 7, 2021
**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
2             NORTHERN DIVISION AT COVINGTON

3

4     ------------------------------X

5    NICHOLAS SANDMANN, by and        :
     Through his parents and natural
6    Guardians,  TED SANDMANN and    :
     JULIE SANDMANN,
7                     Plaintiff,  : Case No.
                  V              19-CV-00056-WOB-CJS
8    NBCUNIVERSAL MEDIA, LLC,        :
                     Defendant.
9                                     :

10    ------------------------------ X

11   NICHOLAS SANDMANN, by and        :
     Through his parents and natural
12   Guardians, TED SANDMANN and     :
     JULIE SANDMANN,
13                    Plaintiff,  : Case No.
                  V              20-CV-00023-WOB-CJS
14                                    :
     THE NEW YORK TIMES COMPANY
15   D/B/A THE NEW YORK TIMES,       :
                     Defendant.
16    ------------------------------ X

17   NICHOLAS SANDMANN, by and        :
18   Through his parents and natural
     Guardians, TED SANDMANN and     :
19   JULIE SANDMANN,
                     Plaintiff,  : Case No.
20                V              20-CV-00024-WOB-CJS
                                      :
21   CBS NEWS, INC., et al.,
                     Defendants. :
22    ------------------------------ X

23   Job No.:  416134

24   Pages 1 - 224

25   Reported by:  Lisa M Barrett

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              2

```
1    (continued caption)

2    ------------------------------ X

3    NICHOLAS SANDMANN, by and         :
     through his parents and natural
4    Guardians, TED SANDMANN and       :
     JULIE SANDMANN,
5                        Plaintiff,    : Case No.
                         V              2:20-CV-00025-WOB-CJS
6                                      :
     ABC NEWS, INC., et al.,
7                     Defendants.      :

8    ------------------------------ X

9    NICHOLAS SANDMANN, by and         :
     Through his parents and natural
10   Guardians, TED SANDMANN and       :
     JULIE SANDMANN,
11                       Plaintiff,    : Case No.
            V                            2:20-CV-00026-WOB-CJS
12                                     :
     GANNETT CO.,INC. AND GANNETT      :
13   SATELLITE INFORMATION NETWORK,
     LLC,
14                    Defendants.      :

15   ------------------------------ X

16   NICHOLAS SANDMANN, by and         :
     Through his parents and natural
17   Guardians, TED SANDMANN and       :
     JULIE SANDMANN,
18                       Plaintiff     : Case No.
            V                            2:20-CV-00027-WOB-CJS
19                                     :
     ROLLING STONE, LLC, et al.,
20                    Defendants.      :

21   ------------------------------ X

22        Deposition of CRAIGE ROBERTS, Ph.D.

23        Conducted in-person and virtually

24      Tuesday, December 7, 2021 at 9:30 a.m.

25
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    3

1               Deposition of CRAIGE ROBERTS, Ph.D.,

2       conducted in-person and virtually,

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22               Pursuant to Notice, before Lisa M

23       Barrett, Notary Public for the State of

24       Maryland.

25

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    4

```
 1              A P P E A R A N C E S:

 2   Tuesday, December 7, 2021:

 3   ON BEHALF OF THE PLAINTIFF:

 4           TODD V. McMURTRY, ESQUIRE

 5           WILL HUBER, ESQUIRE

 6           HEMMER DEFRANK WESSELS, PLLA

 7           250 Grandview Drive, Suite 500

 8           Ft. Mitchell, Kentucky 41017

 9           859.344.1188

10   ON BEHALF OF THE DEFENDANTS ABC NEWS, INC.,
     ABC NEWS INTERACTIVE, INC. AND THE WALT DISNEY
11   COMPANY:

12           MEENAKSHI KRISHNAN, ESQUIRE

13           DAVIS WRIGHT TREMAINE, LLP

14           1301 K Street, Northwest,

15           Suite 500 Washington, DC 20005

16           202.973.4499

17   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
     VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
18
19           JESSICA LAURIN MEEK, ESQUIRE

20           DENTONS BINGHAM GREENBAUM, LLP

21           10 West Market Street, Suite 2700

22           Indianapolis, Indiana 46204

23           317.635.8900

24

25        A P P E A R A N C E S (Continued)
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    5

```
 1   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
     VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
 2

 3           NATALIE J. SPEARS, ESQUIRE

 4           DENTONS US, LLP

 5           233 South Wacker Drive Suite 5900

 6           Chicago, Illinois 60606

 7           312.876.8000

 8

 9   ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC
     AND PENSKE MEDIA CORPORATION:
10

11           KEVIN T. SHOOK, ESQUIRE

12           RYAN GOELLNER, ESQUIRE

13           FROST BROWN TODD, LLC

14           10 West Broad Street

15           Columbus, Ohio 43215

16           615.565.1222

17

18   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
     AND GANNETT SATELLITE INFORMATION NETWORK, LLC:

19           MICHAEL P. ABATE, ESQUIRE

20           KAPLAN JOHNSON

21           ABATE & BIRD, LLP

22           710 West Main Street 4th Floor

23           Louisville, Kentucky 40202

24           502.540.8280

25        A P P E A R A N C E S:  (Continued)
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    6

```
1    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
     AND GANNETT SATELLITE INFORMATION NETWORK, LLC:
2

3              MICHAEL J. GRYGIEL, ESQUIRE

4              GREENBERG TRAURIG, LLP

5              54 State Street 6th Floor Albany,

6              New York 12207

7              518.689.1400

8    ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA, LLC
     AND THE NEW YORK TIMES COMPANY D/B/A
9    THE NEW YORK TIMES:

10             DARREN W. FORD, ESQUIRE

11             GRAYDON HEAD & RITCHEY, LLP

12             2400 Chamber Center Drive, Suite 300

13             Ft. Mitchell, Kentucky 41017

14             859.578.3071

15

16   Also present:  David Hernandez, Videographer,

17                  Socrates Matthews, Planet Depos AV Technician

18

19

20

21

22

23

24

25
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    7

```
 1                    C O N T E N T S

 2

 3    EXAMINATION OF CRAIGE ROBERTS, Ph.D.        PAGE

 4    By MS. SPEARS:                               12

 5                    E X H I B I T S

 6

 7    EXHIBIT            DESCRIPTION              PAGE

 8

 9    Exhibit A    Expert Report of Craige         47
                   Roberts, Ph.D
10

11    Exhibit B    Document entitled: Craig       223
                   Roberts, Sandmann
12                 deposition notes, December
                   7, 2021
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    8

```
 1   --- Commencing at 9:59 a.m.                          09:59:03
 2           REMOTE TECHNICIAN:  Thank you to             09:59:03
 3   everyone for attending this proceeding remotely      09:59:28
 4   which we anticipate will run smoothly.               09:59:30
 5           Please remember to speak slowly and do       09:59:32
 6   your best not to talk over one another.              09:59:34
 7           Please be aware that we are recording        09:59:36
 8   this proceeding for back up purposes.  Any           09:59:38
 9   off-the-record discussions should be had away from   09:59:40
10   the computer.                                        09:59:42
11           Please remember to mute your mic for         09:59:43
12   those conversations.  Please have your video         09:59:45
13   enabled to help the reporter identify who is         09:59:46
14   speaking.                                            09:59:48
15           If you are unable to connect with video      09:59:49
16   and are connecting via phone, please identify        09:59:51
17   yourself each time before speaking.  I apologize     09:59:54
18   in advance for any technical-related                 09:59:56
19   interruptions.  Thank you.                           09:59:59
20           THE VIDEOGRAPHER:  Here begins number 1      10:00:01
21   for the videotape deposition of Craige Roberts in    10:00:03
22   the matter of --                                     10:00:08
23           MS. SPEARS:  I'll read the matters           10:00:11
24   listed here.  This is the video-recorded             10:00:12
25   deposition of Nicholas Sandmann in the matter of     10:00:14
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    9

| | | |
|---|---|---|
| 1 | Nicholas Sandmann et al. versus NBCUniversal Media | 10:00:20 |
| 2 | LLC.  Case number 19-CV-00056-WOB-CJS. | 10:00:20 |
| 3 |      In the case of Nicholas Sandmann versus | 10:00:26 |
| 4 | the New York Times.  Case Number | 10:00:30 |
| 5 | 20-CV-00023-WOB-CJS.  In the matter of Nicholas | 10:00:30 |
| 6 | Sandmann versus CBS News, Inc., et al.  Case | 10:00:36 |
| 7 | Number 20-CV-00024-WOB-CJS. | 10:00:36 |
| 8 |      In the matter of Nicholas Sandmann | 10:00:57 |
| 9 | versus Nicholas Sandmann, et al. versus ABC News, | 10:01:01 |
| 10 | Incorporated, et al., Case Number | 10:01:01 |
| 11 | 2:20-CV-00025-WOB-CJ. | 10:01:01 |
| 12 |      In the matter of Nicholas Sandmann | 10:01:01 |
| 13 | versus Rolling Stone, LLC, et al.  Case Number | 10:01:01 |
| 14 | 2:20-CV-00027-WOB-CJS. | 10:01:01 |
| 15 |      THE VIDEOGRAPHER:  Today's date it's | 10:01:12 |
| 16 | December 7th -- | 10:01:12 |
| 17 |      -- (overspeaking) -- | 10:01:14 |
| 18 |      MS. SPEARS:  One more.  Sorry, it's not | 10:01:16 |
| 19 | on the caption here.  But in the matter of | 10:01:16 |
| 20 | Nicholas Sandmann versus Gannett Company Inc., et | 10:01:18 |
| 21 | al. and that's case number 20-CV-00026-WOB-CJS. | 10:01:22 |
| 22 |      THE VIDEOGRAPHER:  Today's date is | 10:01:32 |
| 23 | December 7th, 2021 and the time is 10:01 a.m. | 10:01:33 |
| 24 |      The videographer today is David | 10:01:37 |
| 25 | Hernandez representing Planet Depos. | 10:01:37 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    10

| # | | Time |
|---|---|---|
| 1 | This video deposition is taking place | 10:01:42 |
| 2 | at Dentons US LLP at 1221 Avenue of the Americas, | 10:01:45 |
| 3 | New York. | 10:01:50 |
| 4 | Will counsel please identify themself | 10:01:51 |
| 5 | and state whom they represent. | 10:01:52 |
| 6 | MR. FORD:  Good morning, this is Darren | 10:01:57 |
| 7 | Ford.  I'm sorry, go ahead, Natalie. | 10:01:58 |
| 8 | MS. SPEARS:  Go ahead, Darren. | 10:02:02 |
| 9 | MR. FORD:  Oh, this is Darren Ford | 10:02:04 |
| 10 | representing New York Times Company and | 10:02:05 |
| 11 | NCBUniversal Media LLC. | 10:02:08 |
| 12 | MR. HUBER:  Will Huber for the | 10:02:12 |
| 13 | plaintiff, Nicholas Sandmann. | 10:02:14 |
| 14 | MR. SHOOK:  Good morning, this is Kevin | 10:02:16 |
| 15 | Shook.  I'm with Frost Brown Todd, LLC. | 10:02:19 |
| 16 | With me today Ryan Goellner also with | 10:02:22 |
| 17 | Frost Brown Todd LLC.  We represent Rolling Stone. | 10:02:23 |
| 18 | MS. KRISHNAN:  Good morning.  Meenakshi | 10:02:29 |
| 19 | Krishnan representing ABC. | 10:02:31 |
| 20 | MR. ABATE:  Michael Abate with Kaplan, | 10:02:36 |
| 21 | Johnson Abate and Bird, co-counsel for Gannett Co. | 10:02:38 |
| 22 | Inc. and Gannett Satellite Information Network on | 10:02:40 |
| 23 | behalf of USA Today. | 10:02:44 |
| 24 | This is Michael Grygiel, Greenberg | 10:02:46 |
| 25 | Traurig.  Co-counsel with Mr. Abate for the | 10:02:47 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                           11

| # | | Time |
|---|---|---|
| 1 | Gannett Company and Gannett Satellite Information | 10:02:47 |
| 2 | Network as the publisher of USA Today. | 10:02:47 |
| 3 | MR. SIEGEL:  And Nathan Siegel also | 10:02:56 |
| 4 | representing ABC. | 10:02:56 |
| 5 | MR. McMURTRY:  Todd McMurtry, here for | 10:02:59 |
| 6 | the plaintiff, Nicholas Sandmann. | 10:02:59 |
| 7 | MS. SPEARS:  And good morning, | 10:02:59 |
| 8 | everybody.  This is Nathalie Spears.  I am here | 10:02:59 |
| 9 | with my colleague Jessie Meek, representing the | 10:02:59 |
| 10 | CBS defendants. | 10:02:59 |
| 11 | THE VIDEOGRAPHER:  The Court Reporter | 10:03:19 |
| 12 | is Lisa Barrett.  Would the Reporter please swear | 10:03:20 |
| 13 | in the witness. | 10:03:22 |
| 14 | (Oath Stipulation read by Court Reporter) | 10:03:22 |
| 15 | CRAIGE ROBERTS Ph.D, having been duly | 10:03:22 |
| 16 | sworn testified as follows: | 10:03:22 |
| 17 | BY MS. SPEARS: | 10:04:37 |
| 18 | Q    Can you please state your name for the | 10:04:38 |
| 19 | record. | 10:04:39 |
| 20 | A    Craige Roberts. | 10:04:41 |
| 21 | Q    And that is spelled C-R-A -- | 10:04:42 |
| 22 | A    C-R-A-I-G-E. | 10:04:46 |
| 23 | Q    Okay.  I wasn't sure if that was going | 10:04:48 |
| 24 | to be pronounced "Craige" or "Craig," but it's | 10:04:50 |
| 25 | "Craig". | 10:04:55 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    12

| | | |
|---|---|---|
| 1 | A    Correct. | 10:04:55 |
| 2 | Q    Is that a family name? | 10:04:55 |
| 3 | A    Great grandmother. | 10:04:57 |
| 4 | Q    Great grandmother.  Okay.  Have you | 10:04:59 |
| 5 | been deposed before? | 10:04:59 |
| 6 | A    I have. | 10:04:59 |
| 7 | Q    Okay and so you understand the rules, | 10:05:13 |
| 8 | they're a little bit different here as you've -- | 10:05:13 |
| 9 | -- (overspeaking) -- | 10:05:13 |
| 10 | A    Yeah.  They're a little different. | 10:05:13 |
| 11 | That's fine. | 10:05:13 |
| 12 | (Court reporter interjection re overspeaking.) | 10:05:13 |
| 13 | BY MS. SPEARS: | 10:05:14 |
| 14 | Q    Thank you.  That's one of the rules, so | 10:05:14 |
| 15 | thank you for stating that. | 10:05:15 |
| 16 | If you need a break at any time please | 10:05:16 |
| 17 | let me know.  If you don't understand one of my | 10:05:18 |
| 18 | questions, please let me know, otherwise the | 10:05:20 |
| 19 | record will assume and I will assume that you have | 10:05:22 |
| 20 | understood. | 10:05:25 |
| 21 | -- (overspeaking) -- | 10:05:25 |
| 22 | A    Understood. | 10:05:26 |
| 23 | Q    And nods of the head also don't work in | 10:05:28 |
| 24 | depositions, so you have to say "yes" or "no." | 10:05:30 |
| 25 | A    I'm trying just not to overlap what | 10:05:31 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              13

| | | |
|---|---|---|
| 1 | you're saying. Okay. That's fine. I understand. | 10:05:33 |
| 2 | Q Great. All right. Where do you live | 10:05:36 |
| 3 | currently? | 10:05:38 |
| 4 | A I live here in New York City. Do you | 10:05:39 |
| 5 | want the address? | 10:05:42 |
| 6 | Q Sure. | 10:05:43 |
| 7 | A 501 West 123rd Street, Apartment 20F, | 10:05:44 |
| 8 | New York, 10027. | 10:05:45 |
| 9 | Q And how long have you lived here? | 10:05:49 |
| 10 | A I've lived in the city for five years, | 10:05:50 |
| 11 | but at that address for three. | 10:05:52 |
| 12 | Q And by way of background, where were | 10:05:55 |
| 13 | you born? | 10:05:58 |
| 14 | A Terre Haute, Indiana. | 10:05:58 |
| 15 | Q And did you grow up there? | 10:06:19 |
| 16 | (Court reporter interjection re audio) | 10:06:19 |
| 17 | A Is that better? Hello. I didn't hear | 10:06:19 |
| 18 | what she said. | 10:06:19 |
| 19 | BY MS. SPEARS: | 10:06:23 |
| 20 | Q Is she close enough because I do want | 10:06:30 |
| 21 | to make sure that we're good to go here and we | 10:06:32 |
| 22 | don't have continuing issues. So don't be shy on | 10:06:35 |
| 23 | the court reporting side. Does that sound better? | 10:06:40 |
| 24 | (Court reporter clarification.) | 10:06:42 |
| 25 | A I'll tell you again. I was born in | 10:06:48 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    14

| | | |
|---|---|---|
| 1 | Terre Haute, Indiana.  Can you hear me now? | 10:06:50 |
| 2 | COURT REPORTER:  Yes. | 10:06:57 |
| 3 | BY MS. SPEARS: | 10:06:57 |
| 4 | Q    Okay, great.  And that's where you grew | 10:06:58 |
| 5 | up? | 10:07:01 |
| 6 | A    I did. | 10:07:02 |
| 7 | Q    And where's Terre Haute in Indiana? | 10:07:04 |
| 8 | A    Terre Haute is on the western border of | 10:07:04 |
| 9 | Indiana with Illinois, about 200 miles due south | 10:07:04 |
| 10 | of Chicago. | 10:07:07 |
| 11 | Q    And did you go to high school in Terre | 10:07:08 |
| 12 | Haute? | 10:07:10 |
| 13 | A    I did.  Wiley High School. | 10:07:13 |
| 14 | Q    What high school is that? | 10:07:13 |
| 15 | A    Wiley.  No longer exists.  My great | 10:07:13 |
| 16 | grandfather went there so... | 10:07:17 |
| 17 | Q    Was it a public high school? | 10:07:19 |
| 18 | A    Yes. | 10:07:21 |
| 19 | Q    You went to University in Indiana, as | 10:07:21 |
| 20 | well? | 10:07:25 |
| 21 | A    I did. | 10:07:25 |
| 22 | Q    And where did you study? | 10:07:26 |
| 23 | A    Indiana University as part of the | 10:07:27 |
| 24 | undergraduate. | 10:07:29 |
| 25 | Q    And what was your undergraduate degree? | 10:07:30 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    15

| | | | |
|---|---|---|---|
| 1 | A | My degree was in theater. | 10:07:32 |
| 2 | Q | And when did you graduate? | 10:07:34 |
| 3 | A | I graduated in 1978, my undergraduate. | 10:07:37 |
| 4 | Q | Did you attend graduate school? | 10:07:45 |
| 5 | A | Yes, I did. | 10:07:47 |
| 6 | Q | Where? | 10:07:48 |

1       A    My degree was in theater.                    10:07:32

2       Q    And when did you graduate?                   10:07:34

3       A    I graduated in 1978, my undergraduate.       10:07:37

4       Q    Did you attend graduate school?              10:07:45

5       A    Yes, I did.                                  10:07:47

6       Q    Where?                                       10:07:48

7       A    I studied for another year at Indiana        10:07:48

8  University.  Then I went to the University of          10:07:52

9  Massachusetts in Amherst for my Ph D.                  10:07:54

10      Q    And when you studied another year at         10:07:57

11 Indiana University, what did you study?                10:07:59

12      A    I was studied linguistics at that time.      10:08:01

13      Q    Okay, and that was part of graduate          10:08:04

14 training?                                              10:08:06

15      A    Yes.  That was working towards a             10:08:06

16 Master's degree, but the Master's really didn't        10:08:08

17 matter for my graduate education, so much as the       10:08:11

18 classwork that I took there.                           10:08:16

19           So, when I was admitted to University        10:08:17

20 of Massachusetts of Amherst, I went there the          10:08:20

21 following year and didn't complete the Master's.       10:08:23

22      Q    So the year that you did in 1979 to          10:08:29

23 '80 at Indiana State, that was part of your            10:08:31

24 training in linguistics?                               10:08:36

25      A    Yes, at the time while I was taking          10:08:37

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    16

| | | |
|---|---|---|
| 1 | coursework there I also had studied lexicography, | 10:08:39 |
| 2 | dictionary making and I worked as a research | 10:08:46 |
| 3 | assistant on the dictionary of Haitian Creole, | 10:08:49 |
| 4 | French and English under Professor Arthur | 10:08:49 |
| 5 | (inaudible). | 10:08:53 |
| 6 |     Q    And what is lexicography? | 10:08:54 |
| 7 |     A    Lexicography is the study of how to | 10:08:57 |
| 8 | make dictionaries. | 10:08:59 |
| 9 |     Q    And how did you get interested in | 10:09:01 |
| 10 | lexicography? | 10:09:03 |
| 11 |     A    Well, that's a long story.  But I had | 10:09:05 |
| 12 | been living in New York prior to -- I took some | 10:09:07 |
| 13 | time off.  After my junior year of college, I came | 10:09:10 |
| 14 | here and lived. | 10:09:14 |
| 15 |         I thought I might be interested in the | 10:09:15 |
| 16 | arts, but instead I got interested in linguistics | 10:09:17 |
| 17 | and met someone who was a very famous collector | 10:09:19 |
| 18 | and seller of dictionaries and got very interested | 10:09:27 |
| 19 | in that work and she told me, you know, there's a | 10:09:31 |
| 20 | place where people pay to do that instead of being | 10:09:33 |
| 21 | an expensive hobby, so I went to graduate school. | 10:09:36 |
| 22 |     Q    And what interested you about | 10:09:43 |
| 23 | lexicography? | 10:09:45 |
| 24 |     A    I'd always been interested in meaning | 10:09:46 |
| 25 | and I realized that there was a way to study | 10:09:50 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    17

| | | |
|---|---|---|
| 1 | meaning in a more systematic way that touched on | 10:09:53 |
| 2 | deeper issues about -- philosophical issues about | 10:09:55 |
| 3 | meaning in a way that could be conveyed. | 10:09:59 |
| 4 |     Q    Then you went to University of | 10:10:07 |
| 5 | Massachusetts at Amherst? | 10:10:09 |
| 6 |     A    Yes. | 10:10:11 |
| 7 |     Q    And you studied linguistics there? | 10:10:12 |
| 8 |     A    Yes.  At the time U Mass Amherst -- | 10:10:14 |
| 9 | well still it's one of the top universities in the | 10:10:18 |
| 10 | world to study in my area.  Not just linguistics | 10:10:21 |
| 11 | but linguistic semantics, the study of meaning. | 10:10:23 |
| 12 | And at the time my advisor there Barbara H Partee | 10:10:24 |
| 13 | was and still is one of the top people in the | 10:10:30 |
| 14 | field, so I wanted to work with her. | 10:10:33 |
| 15 |     Q    Let's back up there a little bit.  Tell | 10:10:35 |
| 16 | me what is linguistics. | 10:10:36 |
| 17 |     A    Linguistics is a scientific study of | 10:10:39 |
| 18 | language.  It's a very large field, not in terms | 10:10:41 |
| 19 | of number of people in it, but in terms of the | 10:10:44 |
| 20 | range of issues that people study.  Everything | 10:10:46 |
| 21 | from the history of languages, from the grammars | 10:10:48 |
| 22 | of particular languages.  But in modern | 10:10:53 |
| 23 | linguistics we are more interested in how people | 10:10:57 |
| 24 | learn and convey linguistic meaning to each other. | 10:11:03 |
| 25 |       That's a complicated subject and I | 10:11:10 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    18

| | | |
|---|---|---|
| 1 | wanted to study not just sound patterns or syntax | 10:11:14 |
| 2 | or grammar but meaning.  How we convey meaning. | 10:11:18 |
| 3 |    Q    What types of questions do linguists | 10:11:22 |
| 4 | have special expertise to answer? | 10:11:27 |
| 5 |             -- (overspeaking) -- | 10:11:30 |
| 6 |    A    Well, it depends on the linguist.  I | 10:11:30 |
| 7 | wouldn't be here -- I purport to have no special | 10:11:33 |
| 8 | knowledge about historical grammar, how language | 10:11:36 |
| 9 | has changed or the relationships between different | 10:11:38 |
| 10 | languages historically.  That's not my expertise. | 10:11:41 |
| 11 | But in my particular case we -- I am able to bring | 10:11:43 |
| 12 | evidence to bear about the plain meaning of | 10:11:50 |
| 13 | expressions of a variety of languages but English | 10:11:54 |
| 14 | in particular. | 10:12:00 |
| 15 |    Q    Does the type of linguistic study you | 10:12:00 |
| 16 | consider yourself an expert in, have a name? | 10:12:04 |
| 17 |    A    Semantics.  Formal semantics. | 10:12:10 |
| 18 |    Q    What is semantics? | 10:12:11 |
| 19 |    A    Semantics is the study of meaning in | 10:12:13 |
| 20 | linguistics. | 10:12:16 |
| 21 |    Q    How is semantics different from | 10:12:16 |
| 22 | linguistics? | 10:12:20 |
| 23 |    A    It's a subfield of linguistics.  As I | 10:12:21 |
| 24 | said, linguistics is complex.  There's historical | 10:12:24 |
| 25 | linguistics, cycle linguistics, phonology.  The | 10:12:27 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    19

| | | |
|---|---|---|
| 1 | study of the sound patterns.  Semantics is the | 10:12:29 |
| 2 | study of meaning.  I can tell you more about the | 10:12:31 |
| 3 | study, if you are interested. | 10:12:34 |
| 4 | Q    So, when you were you refer to yourself | 10:12:37 |
| 5 | as a linguist, do you refer to yourself as a | 10:12:39 |
| 6 | semantics linguist? | 10:12:43 |
| 7 | A    No, if you are saying you are a | 10:12:45 |
| 8 | physicist, then you can study particle physics or | 10:12:47 |
| 9 | nuclear physics or, you know, a variety of other | 10:12:53 |
| 10 | subfields in which your expertise would primarily | 10:12:56 |
| 11 | lie and mine is semantics within the -- I'm a | 10:12:59 |
| 12 | linguist who studies semantics so you can say I'm | 10:13:03 |
| 13 | a semanticist or a formal semanticist. | 10:13:05 |
| 14 | Q    Okay, and what kinds of data or | 10:13:11 |
| 15 | information do linguists who specialize in | 10:13:11 |
| 16 | semantics rely upon when you undertake an | 10:13:16 |
| 17 | analysis? | 10:13:19 |
| 18 | A    Well, we are scientists so we have | 10:13:20 |
| 19 | certain empirical methodologies that we use to | 10:13:22 |
| 20 | study the ways in which we convey meaning. | 10:13:27 |
| 21 | So that, itself, is (phone sounds.) | 10:13:30 |
| 22 | Q    Sorry.  The telephone just went off in | 10:13:38 |
| 23 | the room, but you can pick up where you left off. | 10:13:39 |
| 24 | A    Yeah.  So, for example, you might say | 10:13:42 |
| 25 | that the meaning of a sentence that I utter is a | 10:13:45 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    20

| | | |
|---|---|---|
| 1 | function of several factors. | 10:13:49 |
| 2 | Primarily the meanings of the words | 10:13:51 |
| 3 | that I utter, but also the syntactic structure. | 10:13:53 |
| 4 | As I said in my report, John loves Mary means | 10:13:57 |
| 5 | something very different than Mary loves John, so | 10:14:01 |
| 6 | you have to know that John's the subject of one, | 10:14:03 |
| 7 | the object of the other, etcetera, so you have to | 10:14:06 |
| 8 | know the meanings of the words. | 10:14:07 |
| 9 | The syntactic structure in which they | 10:14:10 |
| 10 | obtain in that utterance and the way in which | 10:14:13 |
| 11 | syntax puts the meanings of words together to | 10:14:16 |
| 12 | compose more complex meanings.  And then in | 10:14:20 |
| 13 | addition you have to look at various contextual | 10:14:23 |
| 14 | factors.  In particular, if there's a pronoun or | 10:14:26 |
| 15 | ellipsis in the sentence, we study the ways in | 10:14:30 |
| 16 | which people rely and really treat the meaning of | 10:14:34 |
| 17 | "he."  We say "He looks hungry," that means | 10:14:37 |
| 18 | something very different if I've been talking | 10:14:39 |
| 19 | about John versus a male alligator.  Right.  It | 10:14:40 |
| 20 | depends on the question under discussion and the | 10:14:45 |
| 21 | context of utterance and -- | 10:14:47 |
| 22 | Q    So, let me stop you there for a second. | 10:14:49 |
| 23 | So my question there was:  What kind of data or | 10:14:51 |
| 24 | information do you rely on?  You mention the | 10:14:54 |
| 25 | meaning of words, syntactic structure. | 10:14:56 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              21

| | | |
|---|---|---|
| 1 | -- (overspeaking) -- | 10:14:59 |
| 2 | What type of data? | 10:15:00 |
| 3 | -- (inaudible) -- | 10:15:00 |
| 4 | A    What data do we work on? | 10:15:01 |
| 5 | Q    Yes. | 10:15:03 |
| 6 | A    In the case of lexicography, this I | 10:15:03 |
| 7 | studied -- it's an old study, I studied this with | 10:15:07 |
| 8 | Professor Edward Gates, who was a lexicographer | 10:15:10 |
| 9 | that worked for Merriam-Webster Company in | 10:15:14 |
| 10 | Springfield, Massachusetts.  And classical | 10:15:17 |
| 11 | lexicographic procedure consists in finding usages | 10:15:21 |
| 12 | of the term that you are studying in, collecting | 10:15:25 |
| 13 | those from a wide variety of sources, literature, | 10:15:27 |
| 14 | newspaper reporting, essays. | 10:15:32 |
| 15 | Today we use radio programs, television | 10:15:35 |
| 16 | programs and the web, of course, to collect all | 10:15:37 |
| 17 | these usages. | 10:15:42 |
| 18 | They used to have shoeboxes full of | 10:15:43 |
| 19 | them.  Huge rooms full of shoeboxes of collections | 10:15:45 |
| 20 | of usages.  These are ordinary usages by people | 10:15:46 |
| 21 | who are native speakers of the language under | 10:15:52 |
| 22 | study and then the lexicographer attempts to | 10:15:54 |
| 23 | organize these into different possible sentences, | 10:15:59 |
| 24 | looking at context and evidence interpretation in | 10:16:02 |
| 25 | those passages in which they occur. | 10:16:05 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                      22

| | | |
|---|---|---|
| 1 | And then they develop sensors or | 10:16:07 |
| 2 | dictionary definitions, some people call them. | 10:16:12 |
| 3 | Now a dictionary definition then is a reflection | 10:16:14 |
| 4 | of one of the meanings that ordinary people take | 10:16:17 |
| 5 | the given term to have. | 10:16:22 |
| 6 | Q    Okay, so what you just described | 10:16:25 |
| 7 | essentially as what lexicographers do, putting | 10:16:27 |
| 8 | together dictionaries, correct? | 10:16:31 |
| 9 | A    I talked to you about the data that | 10:16:32 |
| 10 | they use. | 10:16:33 |
| 11 | Q    Yeah, they use data to put together | 10:16:33 |
| 12 | dictionaries. | 10:16:35 |
| 13 | A    Right. | 10:16:36 |
| 14 | Q    So dictionaries are one form of | 10:16:37 |
| 15 | data that -- | 10:16:39 |
| 16 | A    One form. | 10:16:39 |
| 17 | Q    -- linguists use. | 10:16:40 |
| 18 | A    Right. | 10:16:43 |
| 19 | Q    What other data or is dictionary the | 10:16:43 |
| 20 | main data? | 10:16:44 |
| 21 | A    Well, no.  I mean, as I said there are | 10:16:45 |
| 22 | three prongs at least, major parts of the meaning | 10:16:47 |
| 23 | of a sentence I might utter. | 10:16:49 |
| 24 | -- (overspeaking) -- | 10:16:52 |
| 25 | Q    Okay, so what other data? | 10:16:52 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    23

| | | |
|---|---|---|
| 1 | A    So, the second prong is the syntactic | 10:16:54 |
| 2 | structure and linguists have been studying syntax | 10:16:59 |
| 3 | for centuries.  But in particular, since the | 10:17:02 |
| 4 | advent of generative grammar in the 1950s, | 10:17:05 |
| 5 | enormous progress has been made to study the many | 10:17:09 |
| 6 | and sometimes very complex and tactic structures | 10:17:12 |
| 7 | of a language, and the evidence that people draw | 10:17:15 |
| 8 | on again are texts and usages that are found in | 10:17:18 |
| 9 | the plain language of the speakers of the | 10:17:22 |
| 10 | language.  In other words -- | 10:17:25 |
| 11 | -- (overspeaking) -- | 10:17:27 |
| 12 | Q    Which you would find in dictionaries. | 10:17:27 |
| 13 | A    No, dictionaries do not record | 10:17:30 |
| 14 | syntactic structure.  You would go to -- I mean | 10:17:32 |
| 15 | the grammarians, the syntacticians in this case, | 10:17:36 |
| 16 | draw on actual usage.  They find the uses that | 10:17:40 |
| 17 | people make that are -- that other people who are | 10:17:44 |
| 18 | native speakers say, now that's sensible, that | 10:17:48 |
| 19 | sounds like English.  So now you'll find people -- | 10:17:51 |
| 20 | this is more recent because of the advent of | 10:17:55 |
| 21 | crowd-sourcing on the web, they use tools like | 10:17:59 |
| 22 | Mechanical Turk.  It's a very commonly used one to | 10:18:03 |
| 23 | do linguistic research on the web and get native | 10:18:07 |
| 24 | speakers to give judgments about whether they | 10:18:12 |
| 25 | think a particular structure of a certain word and | 10:18:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    24

| | | |
|---|---|---|
| 1 | the syntactic structure sounds like English.  Does | 10:18:17 |
| 2 | it sound fine or not and, if so, what does it | 10:18:20 |
| 3 | mean? | 10:18:22 |
| 4 | So, now we use -- we can use | 10:18:23 |
| 5 | crowd-sourcing, but that's a relatively recent | 10:18:26 |
| 6 | tool.  Just like lexicographers, syntacticians | 10:18:29 |
| 7 | have been studying the actual usages that you find | 10:18:33 |
| 8 | in both spoken and written English by native | 10:18:36 |
| 9 | speakers and studying what the native speakers | 10:18:42 |
| 10 | take them to mean and what the structures are | 10:18:42 |
| 11 | listed in English.  So it's listed in English to | 10:18:44 |
| 12 | say John has an apple, but now John has apple of | 10:18:46 |
| 13 | ... meaning -- | 10:18:53 |
| 14 | --(overspeaking) -- | 10:18:54 |
| 15 | Q    Okay, so dictionary's syntactic | 10:18:55 |
| 16 | structure -- | 10:18:56 |
| 17 | A    Syntax -- | 10:18:57 |
| 18 | -- (overspeaking) -- | 10:18:58 |
| 19 | Q    -- is the second thing -- | 10:18:58 |
| 20 | -- (overspeaking) -- | 10:18:59 |
| 21 | A    -- semantics -- | 10:18:59 |
| 22 | Q    And what is -- yeah.  You have to wait | 10:19:00 |
| 23 | until I'm done. | 10:19:03 |
| 24 | Thank you, Mr. McMurtry. | 10:19:04 |
| 25 | So, in considering data that linguists | 10:19:06 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    25

| | | |
|---|---|---|
| 1 | would use we talked about number one, | 10:19:08 |
| 2 | dictionaries, two syntactic structures and | 10:19:12 |
| 3 | resources that talk about syntactic structure. | 10:19:15 |
| 4 | Anything else? | 10:19:17 |
| 5 | A    So I was not quite finished with the | 10:19:18 |
| 6 | syntax.  The results of all this study is -- are | 10:19:20 |
| 7 | recorded in grammars by sophisticated linguistic | 10:19:21 |
| 8 | syntacticians.  And they're excellent grammars of | 10:19:27 |
| 9 | English starting -- well, actually starting in the | 10:19:32 |
| 10 | early -- late 19 -- early 20th century, but | 10:19:33 |
| 11 | certainly starting in the 1950s.  And these are -- | 10:19:36 |
| 12 | these are books that gather that information, | 10:19:40 |
| 13 | compile it and talk about underlying relationships | 10:19:45 |
| 14 | between these different syntactic structures.  And | 10:19:47 |
| 15 | that's what a generative grammar is.  A generative | 10:19:51 |
| 16 | grammar is a set of recursive rules that aims to | 10:19:54 |
| 17 | generate all and only the grammatical licit (?) | 10:19:58 |
| 18 | sentences of the language, so you find that in | 10:20:02 |
| 19 | grammar. | 10:20:04 |
| 20 | That's not the sort of thing that most | 10:20:05 |
| 21 | ordinary people read, but it's used by people, for | 10:20:06 |
| 22 | example, who are making natural language | 10:20:09 |
| 23 | understanding tools for computers, for human | 10:20:11 |
| 24 | computer interface.  So that's the second kind of | 10:20:16 |
| 25 | tool and the second kind of data that I can draw | 10:20:19 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    26

| | | |
|---|---|---|
| 1 | on. | 10:20:21 |
| 2 | The third kind are semantic judgments. | 10:20:21 |
| 3 | So, as I said, when you use Mechanical Turk, you | 10:20:23 |
| 4 | might be exploring what sounds like elicit, | 10:20:29 |
| 5 | meaning grammatical sentence of the language you | 10:20:34 |
| 6 | are studying, say English here, but you might also | 10:20:36 |
| 7 | ask, what does this mean and by exploring the | 10:20:39 |
| 8 | meanings of sentence in this way and what the | 10:20:42 |
| 9 | entailments are, people like me make judgments | 10:20:45 |
| 10 | about the ways in which the meanings of the words | 10:20:48 |
| 11 | interact with the syntactic structure to compose a | 10:20:53 |
| 12 | more complex meaning to the meaning of the | 10:20:58 |
| 13 | sentence. | 10:21:02 |
| 14 | Q    Anything else or that's the primary? | 10:21:03 |
| 15 | A    No, besides that we study the ways that | 10:21:04 |
| 16 | context influences interpretation so one of the | 10:21:06 |
| 17 | things I'm most well known for is my work on the | 10:21:09 |
| 18 | question under discussion. | 10:21:13 |
| 19 | If you Google "question under | 10:21:14 |
| 20 | discussion" Craige Roberts will come up.  So I | 10:21:15 |
| 21 | study the ways in which we encode the kinds of | 10:21:19 |
| 22 | factors in context, this utterance -- the context | 10:21:25 |
| 23 | that we have in this discourse, the kinds of | 10:21:32 |
| 24 | factors that come to bear on resolving | 10:21:35 |
| 25 | context-sensitive expressions in an utterance. | 10:21:38 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    27

| | | |
|---|---|---|
| 1 | And context-sensitive expressions, as I | 10:21:41 |
| 2 | said, include things like pronouns and ellipses, | 10:21:43 |
| 3 | etcetera. | 10:21:46 |
| 4 | Q    Thank you.  Anything else in terms of | 10:21:48 |
| 5 | data or those are the main things? | 10:21:50 |
| 6 | A    That's the data for evidence about the | 10:21:51 |
| 7 | way that meaning is composed as a function of the | 10:21:53 |
| 8 | parts in the context in -- yeah. | 10:21:57 |
| 9 | Q    So, the -- just getting back to my | 10:21:58 |
| 10 | initial question, the kinds of data that linguists | 10:22:00 |
| 11 | rely on when they undertake an analysis, those are | 10:22:06 |
| 12 | the types that we just talked about.  Those are | 10:22:10 |
| 13 | the kinds of data, correct? | 10:22:11 |
| 14 | A    The primary kinds of data, yes. | 10:22:12 |
| 15 | Q    Okay.  And as a linguist when you | 10:22:16 |
| 16 | write -- you've written a lot, I take it. | 10:22:18 |
| 17 | A    I have. | 10:22:21 |
| 18 | Q    I've looked at your CV, correct? | 10:22:21 |
| 19 | A    Yes. | 10:22:23 |
| 20 | Q    And when you write, you're careful | 10:22:23 |
| 21 | about words you use and the meanings they have . | 10:22:25 |
| 22 | -- (overspeaking) -- | 10:22:28 |
| 23 | A    I am -- | 10:22:28 |
| 24 | Q    -- as a linguist; right? | 10:22:28 |
| 25 | A    Yes. | 10:22:30 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                        28

| | | |
|---|---|---|
| 1 |       MR. McMURTRY:  Let her finish her | 10:22:31 |
| 2 | question first. | 10:22:31 |
| 3 |       THE WITNESS:  I'm sorry. | 10:22:31 |
| 4 |       MR. McMURTRY:  Yeah, it's -- | 10:22:31 |
| 5 |        -- (overspeaking) -- | 10:22:31 |
| 6 |       THE WITNESS:  I don't intend to foul | 10:22:31 |
| 7 | up.  Sorry. | 10:22:31 |
| 8 | BY MS. SPEARS: | 10:22:31 |
| 9 |     Q    Thank you.  So, you also talk about, in | 10:22:40 |
| 10 | your report, pragmatics.  What is -- that you | 10:22:48 |
| 11 | specialize in pragmatics as well, correct? | 10:22:52 |
| 12 |     A    Yes. | 10:22:54 |
| 13 |     Q    What is pragmatics? | 10:22:55 |
| 14 |     A    Pragmatics is the study of the way in | 10:22:58 |
| 15 | which context influences interpretation. | 10:23:00 |
| 16 |     Q    And what is -- when you use it in that | 10:23:03 |
| 17 | way, what is context? | 10:23:08 |
| 18 |     A    Context, it could be -- it depends on | 10:23:12 |
| 19 | the theory that you look at, the way in which it's | 10:23:15 |
| 20 | defined, actually.  This is a technical debate | 10:23:18 |
| 21 | within the field.  I have a theory of context. | 10:23:21 |
| 22 | Loosely and formally, you could say that the | 10:23:26 |
| 23 | context is the information that interlocutors | 10:23:28 |
| 24 | share in the course of a discourse and hence | 10:23:33 |
| 25 | information that might potentially be drawn upon | 10:23:35 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    29

| | |
|---|---|
| 1 | to help resolve context sensitive aspects of the | 10:23:37 |
| 2 | meaning of them. | 10:23:41 |
| 3 |     Q    When you say "interlocutors," what do | 10:23:43 |
| 4 | you mean by that? | 10:23:44 |
| 5 |     A    Interlocutors in a discourse are people | 10:23:46 |
| 6 | that are speaking with each other. | 10:23:48 |
| 7 |     Q    And why is context important to | 10:23:50 |
| 8 | linguists? | 10:23:53 |
| 9 |     A    As I said, there are many | 10:23:55 |
| 10 | context-sensitive expressions in a language and | 10:23:56 |
| 11 | also other ways in which context comes to bear. | 10:24:00 |
| 12 |         Would you like me to give an example | 10:24:02 |
| 13 | besides pronouns and ellipses? | 10:24:04 |
| 14 |     Q    Sure. | 10:24:08 |
| 15 |     A    Yeah.  So if I say to you, John only | 10:24:08 |
| 16 | introduced Sue to Bill, that could be true in a | 10:24:13 |
| 17 | context in which it would be false that John only | 10:24:16 |
| 18 | introduced Sue to Bill. | 10:24:20 |
| 19 |         I'll say the two utterances again. | 10:24:24 |
| 20 | John only introduced Sue to Bill, versus John only | 10:24:26 |
| 21 | introduced Sue to Bill. | 10:24:31 |
| 22 |         So suppose that there's several people | 10:24:33 |
| 23 | at a party and John introduced several different | 10:24:35 |
| 24 | people to Bill.  Then -- but the only person that | 10:24:39 |
| 25 | Sue met was Bill.  One of those will be true. | 10:24:46 |

| | | |
|---|---|---|
| 1 | John only introduced Sue to Bill but the other one | 10:24:52 |
| 2 | was false. | 10:24:57 |
| 3 |           John only introduced Sue to Bill | 10:24:57 |
| 4 | because Bill met several people.  So all I did | 10:25:00 |
| 5 | there was I put emphasis on one of the different | 10:25:04 |
| 6 | objects, Sue versus Bill. | 10:25:08 |
| 7 |      Q    So in that example you gave, that is an | 10:25:10 |
| 8 | example of how context -- | 10:25:12 |
| 9 |           -- (overspeaking) -- | 10:25:15 |
| 10 |      A    And -- | 10:25:17 |
| 11 |           -- (overspeaking) -- | 10:25:17 |
| 12 |      Q    Hold on.  I have to finish the | 10:25:17 |
| 13 | question.  So that's an example of the way in | 10:25:19 |
| 14 | which context can impact meaning when it's spoken | 10:25:22 |
| 15 | by somebody by virtue of how they emphasize a | 10:25:25 |
| 16 | certain word, correct? | 10:25:28 |
| 17 |      A    No. | 10:25:29 |
| 18 |      Q    No. | 10:25:30 |
| 19 |      A    You misunderstood, but you didn't let | 10:25:30 |
| 20 | me finish. | 10:25:32 |
| 21 |      Q    Okay. | 10:25:33 |
| 22 |      A    So what I did was give you the | 10:25:33 |
| 23 | utterances but my point was that the emphasis on | 10:25:35 |
| 24 | the accent on "Bill" versus "Sue" is said in the | 10:25:40 |
| 25 | theory, actually, the theory based on my work to | 10:25:45 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                           31

| | | |
|---|---|---|
| 1 | be a reflection of which alternatives are under | 10:25:48 |
| 2 | consideration and that reflects the question under | 10:25:51 |
| 3 | discussion. | 10:25:53 |
| 4 | So, if I put it -- so that is a | 10:25:54 |
| 5 | contextual factor. So if the question is: Who did | 10:25:57 |
| 6 | Bill introduce to Sue? Who did Bill introduce to | 10:26:02 |
| 7 | Sue? John only introduced -- I'm sorry, who did | 10:26:06 |
| 8 | John -- my names confused. | 10:26:11 |
| 9 | Who did John introduce to Sue? By | 10:26:13 |
| 10 | saying: John only introduced Bill to Sue, that's | 10:26:16 |
| 11 | an appropriate answer to that question. | 10:26:19 |
| 12 | Notice if I say: Who did John | 10:26:21 |
| 13 | introduce to Bill? And I say John only introduced | 10:26:23 |
| 14 | Sue to Bill, that would be an odd answer to that | 10:26:29 |
| 15 | question. So there's a correlation between which | 10:26:32 |
| 16 | words I put the emphasis on among the objects and | 10:26:36 |
| 17 | the question under discussion. And that's one way | 10:26:40 |
| 18 | that you can see that which question's under | 10:26:42 |
| 19 | discussion and that is a contextual factor. | 10:26:45 |
| 20 | It has a bearing both on the felicity | 10:26:47 |
| 21 | of the accent placement and which of the | 10:26:50 |
| 22 | utterances is appropriate, answers that question | 10:26:54 |
| 23 | and hence which is true. Which is false. | 10:26:55 |
| 24 | Q   So, I may be a little confused now. | 10:27:00 |
| 25 | -- (overspeaking) -- | 10:27:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          32

| | | |
|---|---|---|
| 1 | A    That's a complex question. | 10:27:03 |
| 2 | -- (overspeaking) -- | 10:27:04 |
| 3 | Q    But let me ask you -- that's a complex | 10:27:04 |
| 4 | question whether -- | 10:27:07 |
| 5 | -- (overspeaking) -- | 10:27:07 |
| 6 | A    No, let me -- | 10:27:08 |
| 7 | Q    Whether Bill -- | 10:27:09 |
| 8 | A    No  -- (overspeaking) -- | 10:27:09 |
| 9 | Q    -- only introduced John to Sue, is it? | 10:27:09 |
| 10 | A    Oh, it's difficult to explain, but | 10:27:12 |
| 11 | native speakers have no problems with it at all. | 10:27:14 |
| 12 | That's the interesting thing. | 10:27:18 |
| 13 | Q    An average person can understand that | 10:27:19 |
| 14 | type of -- | 10:27:21 |
| 15 | -- (overspeaking) -- | 10:27:21 |
| 16 | A    Oh, yeah, yeah -- | 10:27:22 |
| 17 | -- (overspeaking) -- | 10:27:22 |
| 18 | Q    -- sentence structure. | 10:27:22 |
| 19 | A    -- not explanation.  They understand | 10:27:22 |
| 20 | the English. | 10:27:24 |
| 21 | Q    Right. | 10:27:26 |
| 22 | A    And the difference is which English | 10:27:26 |
| 23 | utterance is felicitous and what the two | 10:27:28 |
| 24 | in-utterances mean. | 10:27:30 |
| 25 | Q    And so I mean, boiling that down what | 10:27:32 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    33

| | | |
|---|---|---|
| 1 | you are essentially saying is that context can | 10:27:35 |
| 2 | impact the way in which a word is used in the | 10:27:37 |
| 3 | sentence or the way in which an accent on a | 10:27:41 |
| 4 | certain word is used in a sentence, correct? | 10:27:45 |
| 5 | A    That would be reduction beyond -- no, | 10:27:48 |
| 6 | that's not what I'm -- so -- | 10:27:51 |
| 7 | Q    Okay. | 10:27:53 |
| 8 | A    What I mean is -- may I? | 10:27:54 |
| 9 | Q    Sure. | 10:27:55 |
| 10 | A    Let me try again.  I meant that given | 10:27:56 |
| 11 | the whole utterance, and I'm going to say it now | 10:27:59 |
| 12 | without accent:  John only introduced Sue to Bill. | 10:28:01 |
| 13 | Okay?  That's the utterance. | 10:28:07 |
| 14 | How you can understand that, one way I | 10:28:09 |
| 15 | could say it which reflects one kind of question | 10:28:11 |
| 16 | under discussion, could be true and it's not a | 10:28:15 |
| 17 | function of the words.  The same words are in both | 10:28:18 |
| 18 | the sentences, whether I put accent on Bill or | 10:28:21 |
| 19 | Sue.  So it's not the words.  The accent reflects | 10:28:24 |
| 20 | the context and the context tells you what we call | 10:28:27 |
| 21 | the truth conditions, when it's true and when it's | 10:28:32 |
| 22 | false.  And one of those accents as a function of | 10:28:35 |
| 23 | the question under discussion that it reflects, | 10:28:39 |
| 24 | can yield something that's true while the other | 10:28:43 |
| 25 | accent could be false, given the same actual | 10:28:45 |

| | | |
|---|---|---|
| 1 | circumstances in which we assess it's true. | 10:28:48 |
| 2 | Q    Okay, and context can also be the | 10:28:51 |
| 3 | situation in which the statements are made, | 10:28:56 |
| 4 | correct? | 10:28:58 |
| 5 | A    Yes, in fact, that's what I said. | 10:28:58 |
| 6 | Q    External to the words themselves, | 10:29:01 |
| 7 | correct? | 10:29:03 |
| 8 | A    Yes, that's right, as long as we have | 10:29:03 |
| 9 | access to it as interlocutors, okay?  And that's | 10:29:06 |
| 10 | one reason why I said the information available to | 10:29:10 |
| 11 | the interlocutors. | 10:29:12 |
| 12 |      So if the context of utterance is one | 10:29:14 |
| 13 | in which you have access to information that I | 10:29:18 |
| 14 | don't, that access that we don't -- that | 10:29:20 |
| 15 | information we don't share will not be part of | 10:29:23 |
| 16 | what I, as the person listening to you, take into | 10:29:26 |
| 17 | consideration in interpreting what you've said. | 10:29:31 |
| 18 |      It's only shared context that is | 10:29:33 |
| 19 | brought to bear on meaning in a licit way, in | 10:29:36 |
| 20 | interaction. | 10:29:41 |
| 21 | Q    Right.  Okay. So -- or I should say | 10:29:45 |
| 22 | "understood." | 10:29:47 |
| 23 |      Let's go back to talking about your | 10:29:48 |
| 24 | employment history. | 10:29:52 |
| 25 | A    Yeah. | 10:29:53 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    35

| | |
|---|---|
| 1 | Q    So, I just want to wrap that up.  You | 10:29:53 |
| 2 | did a postdoctoral fellowship after your graduate | 10:29:58 |
| 3 | work, correct? | 10:30:03 |
| 4 | A    It's a post doctoral fellowship.  I was | 10:30:04 |
| 5 | for two years at the Center for the Study of | 10:30:07 |
| 6 | Language and Information at Stanford University, | 10:30:10 |
| 7 | which is one of the first institutions for | 10:30:11 |
| 8 | cognitive science.  The study -- the | 10:30:14 |
| 9 | inter-disciplinary study of -- | 10:30:16 |
| 10 | -- (overspeaking) -- | 10:30:20 |
| 11 | A    -- language. | 10:30:20 |
| 12 | Q    Okay, then after that, what did you do? | 10:30:20 |
| 13 | A    I accepted a position at Ohio State | 10:30:22 |
| 14 | University in the linguistics department. | 10:30:24 |
| 15 | Q    And from what years to what years were | 10:30:29 |
| 16 | you at the Ohio State University? | 10:30:32 |
| 17 | A    I went there in 1988 and I retired in | 10:30:35 |
| 18 | 2016. | 10:30:37 |
| 19 | Q    And you taught undergraduate and | 10:30:38 |
| 20 | graduate courses at Ohio State? | 10:30:42 |
| 21 | A    I did. | 10:30:45 |
| 22 | Q    And on your resume it says you taught | 10:30:46 |
| 23 | undergraduate and graduate courses and seminars in | 10:30:50 |
| 24 | syntax, semantics and pragmatics.  What does | 10:30:54 |
| 25 | syntax mean? | 10:31:00 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              36

| | |
|---|---|
| 1 | A    I mentioned that before.  That's the | 10:31:01 |
| 2 | study of what, in a given language -- which ways | 10:31:03 |
| 3 | of putting words together is deemed grammatical | 10:31:06 |
| 4 | for that language. | 10:31:10 |
| 5 | Q    You are a visiting professor at the | 10:31:12 |
| 6 | University of Amsterdam and the University of | 10:31:14 |
| 7 | Michigan? | 10:31:16 |
| 8 | A    Yes. | 10:31:17 |
| 9 | Q    Correct.  In philosophy; is that | 10:31:18 |
| 10 | correct? | 10:31:21 |
| 11 | A    That's the department I was in at | 10:31:21 |
| 12 | Michigan. | 10:31:23 |
| 13 | Q    And did you teach philosophy? | 10:31:23 |
| 14 | A    I taught a seminar on philosophy of | 10:31:25 |
| 15 | language.  Philosophy of language. | 10:31:28 |
| 16 | Q    And how does philosophy relate to | 10:31:30 |
| 17 | linguistics? | 10:31:34 |
| 18 | A    Well, remember, I mentioned I was at a | 10:31:34 |
| 19 | cognitive science center as my post-doc at | 10:31:36 |
| 20 | Stanford.  And cogni-science brings together | 10:31:40 |
| 21 | several fields that have -- that study things | 10:31:44 |
| 22 | about human cognition generally but language in | 10:31:44 |
| 23 | particular.  And those fields are linguistics, of | 10:31:48 |
| 24 | course, but also philosophy because there are | 10:31:50 |
| 25 | people who have studied language in philosophy for | 10:31:52 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    37

| | | |
|---|---|---|
| 1 | centuries and psychology and computer science | 10:31:56 |
| 2 | because of competition linguistics and sociology. | 10:32:01 |
| 3 | Sometimes anthropology. | 10:32:04 |
| 4 | So, in particular, the people who | 10:32:09 |
| 5 | study -- I said I was a formal semanticist and we | 10:32:11 |
| 6 | use logical tools to capture the ways that | 10:32:17 |
| 7 | different languages encode meaning.  This is very | 10:32:21 |
| 8 | useful as a way of capturing the meaning, | 10:32:26 |
| 9 | independent of a language in which you are doing | 10:32:30 |
| 10 | the analysis, okay?  And it's very helpful if | 10:32:32 |
| 11 | you're, for example, a computational linguist. | 10:32:36 |
| 12 | Q    Well, let me stop you there for a | 10:32:41 |
| 13 | second because I just want to -- at a high-level, | 10:32:44 |
| 14 | how does philosophy relate to linguistics? | 10:32:46 |
| 15 | A    I'm trying to explain to you. | 10:32:49 |
| 16 | Q    Okay. | 10:32:51 |
| 17 | A    Okay, so philosophers are interested in | 10:32:51 |
| 18 | a variety of things including thought and language | 10:32:54 |
| 19 | and the way that language reflects thought. | 10:32:56 |
| 20 | So for 200 years philosophers have | 10:32:58 |
| 21 | studied the way in which they think that language | 10:33:01 |
| 22 | relates to thought and as a consequence, they have | 10:33:04 |
| 23 | studied -- especially logicians are very | 10:33:07 |
| 24 | interested in expressions like the word "the" or | 10:33:11 |
| 25 | the word "every," etcetera.  So they have very | 10:33:14 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                           38

| | | |
|---|---|---|
| 1 | detailed analyses of these words and they have had | 10:33:18 |
| 2 | a bearing on the analyses that linguistics -- | 10:33:21 |
| 3 | linguists take into consideration, so we interact | 10:33:26 |
| 4 | with people who have a common interest in | 10:33:30 |
| 5 | academia. | 10:33:31 |
| 6 |     Q   You developed and taught a class called | 10:33:32 |
| 7 | "Language in the Law"? | 10:33:36 |
| 8 |     A   Yes. | 10:33:37 |
| 9 |     Q   In 2005 to 2016? | 10:33:37 |
| 10 |     A   Yes. | 10:33:38 |
| 11 |     Q   What was the focus of that course? | 10:33:42 |
| 12 |     A   That was an advanced undergraduate | 10:33:44 |
| 13 | course for students who were interested in going | 10:33:44 |
| 14 | into the law, law enforcement related to fields. | 10:33:46 |
| 15 |     It was a writing course so it was a | 10:33:50 |
| 16 | very demanding course for the students and it was | 10:33:52 |
| 17 | a course in which we tried to talk -- first of | 10:33:57 |
| 18 | all, give them some basic information about the | 10:33:59 |
| 19 | way that "we" is understood by native speakers and | 10:34:02 |
| 20 | how you might bring that information to bear on | 10:34:03 |
| 21 | assessing the plain meaning of some -- of a given | 10:34:15 |
| 22 | expression. | 10:34:17 |
| 23 |     Then we looked at case law and some of | 10:34:19 |
| 24 | the sort of standard ways in which attorneys | 10:34:22 |
| 25 | approached language and tried to think about how | 10:34:28 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    39

| | | |
|---|---|---|
| 1 | linguistic tools could be useful in assessing | 10:34:39 |
| 2 | meaning in contentious cases. | 10:34:44 |
| 3 | Q    What law did you look at for that | 10:34:46 |
| 4 | course? | 10:34:48 |
| 5 | A    I would have look at my notes.  If | 10:34:48 |
| 6 | you'd like, I can do that at my computer here. | 10:34:51 |
| 7 | Q    That's all right -- | 10:34:53 |
| 8 | -- (overspeaking) -- | 10:34:53 |
| 9 | A    -- of course it is. | 10:34:53 |
| 10 | -- (overspeaking) -- | 10:34:54 |
| 11 | Q    -- just what you recall sitting here. | 10:34:54 |
| 12 | A    I -- for example, one of the books I | 10:34:56 |
| 13 | used a lot was a book by Larry Solan called "The | 10:34:57 |
| 14 | Language of Judges." Larry Solan is an | 10:35:01 |
| 15 | interesting -- I think he's a Professor at | 10:35:05 |
| 16 | Brooklyn, was it?  I can't remember.  John J. | 10:35:06 |
| 17 | College or Brooklyn College, one of these places | 10:35:08 |
| 18 | here in New York, but he has a Ph D. in | 10:35:08 |
| 19 | linguistics actually from the same school that I | 10:35:08 |
| 20 | went to, University of Massachusetts in Amherst | 10:35:16 |
| 21 | and he's taught language in the law for a long | 10:35:18 |
| 22 | time -- | 10:35:21 |
| 23 | Q    Any specific area of law? | 10:35:22 |
| 24 | A    Well -- | 10:35:23 |
| 25 | Q    Or is he just focused on writing and | 10:35:24 |

| | | |
|---|---|---|
| 1 | language? | 10:35:28 |
| 2 | A    I'm sorry, I don't understand the | 10:35:29 |
| 3 | question. | 10:35:30 |
| 4 | Q    Sure.  My question I was trying to get | 10:35:30 |
| 5 | at is were you, in your class "Language and the | 10:35:32 |
| 6 | Law" were you focused on any specific area? | 10:35:35 |
| 7 | A    No, we looked pretty broadly at the | 10:35:39 |
| 8 | variety of the kinds of cases. | 10:35:42 |
| 9 | I'm not sure what the question is | 10:35:44 |
| 10 | trying to get at.  Sorry. | 10:35:45 |
| 11 | Q    So is it criminal law or civil law? | 10:35:46 |
| 12 | A    Yeah, both. | 10:35:49 |
| 13 | Q    Both? | 10:35:51 |
| 14 | A    Yeah. | 10:35:53 |
| 15 | Q    Did you teach anything about defamation | 10:35:53 |
| 16 | law in your class? | 10:35:56 |
| 17 | A    Not particularly.  I think we might | 10:35:59 |
| 18 | have looked at one or two cases in which | 10:36:01 |
| 19 | defamation was an issue, but that wasn't one of | 10:36:04 |
| 20 | the focuses. | 10:36:06 |
| 21 | Q    From 2016 to 2019, you were a visiting | 10:36:07 |
| 22 | Professor at NYU in the linguistics department; is | 10:36:09 |
| 23 | that correct? | 10:36:13 |
| 24 | A    Yes. | 10:36:14 |
| 25 | Q    And you said you -- have you retired | 10:36:14 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              41

| | | |
|---|---|---|
| 1 | from there or what's your -- | 10:36:18 |
| 2 | -- (overspeaking) -- | 10:36:20 |
| 3 | Q    -- status? | 10:36:20 |
| 4 | A     -- (overspeaking) -- linguistics | 10:36:21 |
| 5 | professors don't retire. | 10:36:23 |
| 6 | They are just hired -- they are not | 10:36:24 |
| 7 | even hired for long term.  It's just, you know, | 10:36:25 |
| 8 | for a semester or a year, yeah, and they only | 10:36:27 |
| 9 | hired me to teach one course. | 10:36:30 |
| 10 | Q    Okay, and what did you teach? | 10:36:31 |
| 11 | A    I taught a course on indexicality. | 10:36:33 |
| 12 | Q    What's indexicality? | 10:36:38 |
| 13 | A    Indexi -- indexicals are a certain | 10:36:40 |
| 14 | class of context-sensitive expressions that | 10:36:43 |
| 15 | include:  I, you, we, here, now, yesterday, | 10:36:46 |
| 16 | tomorrow.  And they are sensitive to context in a | 10:36:49 |
| 17 | very particular way and I've been developing a | 10:36:52 |
| 18 | novel theory of the relationship between those | 10:36:55 |
| 19 | expressions and context. | 10:36:58 |
| 20 | Q    The -- strike that.  You are currently | 10:37:03 |
| 21 | Professor Emerita at OSU? | 10:37:07 |
| 22 | A    Yes. | 10:37:12 |
| 23 | Q    What does that mean? | 10:37:12 |
| 24 | A    It means I'm not just retired, but I'm | 10:37:13 |
| 25 | still eligible to serve on graduate committees. | 10:37:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                42

| | | |
|---|---|---|
| 1 | I have access to university resources from my | 10:37:18 |
| 2 | research. | 10:37:21 |
| 3 | It's an honored position, you know, a | 10:37:24 |
| 4 | position of respect that says I'm still an active | 10:37:28 |
| 5 | member of the research community, even though I | 10:37:31 |
| 6 | retired from teaching. | 10:37:33 |
| 7 | Q    And do you hold any other current | 10:37:40 |
| 8 | positions, teaching positions? | 10:37:41 |
| 9 | A    Not teaching positions.  I actually | 10:37:43 |
| 10 | have just have received an invitation to be a | 10:37:45 |
| 11 | Research Scholar at Barnard College starting in | 10:37:48 |
| 12 | January of 2022. | 10:37:52 |
| 13 | Q    You also list you are an affiliate of | 10:37:55 |
| 14 | Rutgers -- | 10:37:58 |
| 15 | A    Yes. | 10:37:59 |
| 16 | Q    -- for Cognitive Science?  What's that? | 10:37:59 |
| 17 | A    The cognitive science is an | 10:38:01 |
| 18 | interdisciplinary study of a variety of things | 10:38:02 |
| 19 | having to do with human cognition, but as I said, | 10:38:05 |
| 20 | in particular they're interested in language. | 10:38:07 |
| 21 | Because I have a long history of working in an | 10:38:09 |
| 22 | interdisciplinary way with psychologists, | 10:38:12 |
| 23 | philosophers and computer scientists, when I moved | 10:38:17 |
| 24 | here I knew the people well at Rutgers and they | 10:38:20 |
| 25 | invited me to be part of their cognitive science | 10:38:23 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    43

| | | |
|---|---|---|
| 1 | center. | 10:38:25 |
| 2 | Q    And what does it mean to be an | 10:38:27 |
| 3 | affiliate? | 10:38:28 |
| 4 | A    I have -- they don't give me any money. | 10:38:29 |
| 5 | This is all for glory and -- but they deem me -- | 10:38:32 |
| 6 | it's really a way of saying that I'm a respected | 10:38:36 |
| 7 | member of the community.  I'm a resource that they | 10:38:40 |
| 8 | would like their faculty and students to draw on. | 10:38:42 |
| 9 | For example, even though it's not | 10:38:45 |
| 10 | official anymore, I am still an affiliate at NYU. | 10:38:47 |
| 11 | I go to courses and seminars there all the time. | 10:38:50 |
| 12 | I'm on committees for graduate students.  I'm | 10:38:53 |
| 13 | writing letters for one of them right now. | 10:38:56 |
| 14 | Q    Okay, so is this basically -- have we | 10:38:59 |
| 15 | gone through your basic employment and teaching | 10:39:02 |
| 16 | history.  Have I left anything out? | 10:39:04 |
| 17 | A    Many other things but that'll do. | 10:39:07 |
| 18 | Q    Any other important positions you've | 10:39:11 |
| 19 | held that I've left out. | 10:39:12 |
| 20 | A    Those are my principle positions, yes. | 10:39:14 |
| 21 | Q    And obviously with all of your | 10:39:16 |
| 22 | extensive research and training as a linguist and | 10:39:18 |
| 23 | you've gone through, even in your answers very | 10:39:23 |
| 24 | deeply into, you know, the thought process here, | 10:39:25 |
| 25 | when you are reading something in everyday life | 10:39:28 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    44

| | | |
|---|---|---|
| 1 | does your training sort of impact how you read or | 10:39:31 |
| 2 | interpret things? | 10:39:35 |
| 3 | A    No, not unless there's an issue that | 10:39:37 |
| 4 | comes up.  So, may I explain?  If I was reading | 10:39:39 |
| 5 | and I'm an avid reader, I read constantly, I just | 10:39:43 |
| 6 | read like you do.  I'm looking for content. | 10:39:46 |
| 7 | If it's beautiful, I'm reading poetry | 10:39:48 |
| 8 | and I'm impressed and moved by the form.  When | 10:39:50 |
| 9 | something doesn't work, then probably more likely | 10:39:54 |
| 10 | than you, I'm more likely than you to stop and | 10:39:57 |
| 11 | think about why it doesn't work, what was | 10:39:59 |
| 12 | infelicitous or seemed out of place or | 10:40:03 |
| 13 | ungrammatical, but that's because I have that | 10:40:09 |
| 14 | training to look at that. | 10:40:11 |
| 15 | Q    Yeah, I would think that in reading | 10:40:13 |
| 16 | things, just given your background, what you do | 10:40:14 |
| 17 | for a living that's a prism through which you are | 10:40:17 |
| 18 | constantly looking, right? | 10:40:19 |
| 19 | A    Not really.  That would kind of spoil | 10:40:20 |
| 20 | it for me, no.  And I don't like Scrabble.  I | 10:40:22 |
| 21 | don't like word games. | 10:40:24 |
| 22 | Q    Do you -- you said you're an avid | 10:40:28 |
| 23 | reader. | 10:40:31 |
| 24 | A    Yeah. | 10:40:32 |
| 25 | Q    How often do you read and watch the | 10:40:32 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    45

| | | |
|---|---|---|
| 1 | news? | 10:40:34 |
| 2 | A    Umm... I read the news every day.  I | 10:40:36 |
| 3 | mostly read the news.  I look at things online, as | 10:40:40 |
| 4 | well, videos, etcetera, yeah. | 10:40:43 |
| 5 | Q    Are there particular newspapers that | 10:40:48 |
| 6 | you subscribe to? | 10:40:50 |
| 7 | A    New York Times and Washington Post. | 10:40:52 |
| 8 | Q    Any others? | 10:40:54 |
| 9 | A    Not subscribe. | 10:40:55 |
| 10 | Q    Are there particular news programs that | 10:40:56 |
| 11 | you watch regularly? | 10:41:01 |
| 12 | A    I don't watch the news.  I look at | 10:41:02 |
| 13 | streaming.  If there's an article either in the | 10:41:05 |
| 14 | New York Times or the Washington Post or if one of | 10:41:10 |
| 15 | my friends might post something on Facebook from | 10:41:12 |
| 16 | The Guardian or some other local newspaper that | 10:41:16 |
| 17 | they read and it looks like an interesting story, | 10:41:21 |
| 18 | I'll go there and if there's a video or streaming | 10:41:23 |
| 19 | I'll watch that. | 10:41:26 |
| 20 | Q    Do you watch TV? | 10:41:27 |
| 21 | A    No. | 10:41:28 |
| 22 | Q    Do you have any special expertise in | 10:41:33 |
| 23 | video analysis? | 10:41:35 |
| 24 | A    No. | 10:41:37 |
| 25 | Q    Do you have any special expertise in | 10:41:42 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    46

| | | |
|---|---|---|
| 1 | reconstructing events through analysis and videos? | 10:41:44 |
| 2 | A    No. | 10:41:48 |
| 3 | Q    Let's go to your -- I want to mark your | 10:41:48 |
| 4 | expert report and I have a copy here.  We are | 10:41:56 |
| 5 | going to mark it as Exhibit A to this deposition. | 10:41:58 |
| 6 | (Exhibit A was marked for | 10:42:01 |
| 7 | identification.) | 10:42:01 |
| 8 | BY MS. SPEARS: | 10:42:12 |
| 9 | Q    I'm marking Exhibit A to the deposition | 10:42:12 |
| 10 | and that is a copy of Plaintiff's 26(a)2 | 10:42:15 |
| 11 | disclosures, Phase I followed by Exhibit A to that | 10:42:22 |
| 12 | disclosure which is a report dated November 10th, | 10:42:29 |
| 13 | 2021; do you recognize this? | 10:42:35 |
| 14 | A    Yes, I do. | 10:42:37 |
| 15 | Q    Is this the report you wrote in this | 10:42:38 |
| 16 | case? | 10:42:41 |
| 17 | A    Yes. | 10:42:41 |
| 18 | Q    I should say "in these cases"? | 10:42:42 |
| 19 | A    Yes, that's right. | 10:42:44 |
| 20 | -- (indiscernible) -- | 10:42:48 |
| 21 | Q    If you would look at page 2 to 3 of | 10:42:48 |
| 22 | your report, so it starts in sort of a letter form | 10:42:51 |
| 23 | on page 1, "Dear Mr. McMurtry."  Do you see that? | 10:43:03 |
| 24 | A    Yes. | 10:43:06 |
| 25 | Q    And if you go to page -- the appendix | 10:43:07 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    47

| | |
|---|---|
| 1 | of the report, essentially. | 10:43:13 |
| 2 |     A    Sure. | 10:43:16 |
| 3 |     Q    It's actually page 1 of the appendix | 10:43:26 |
| 4 | which is at the back.  It says November of 2021, | 10:43:29 |
| 5 | Craige Roberts' brief. | 10:43:30 |
| 6 |     A    Sorry, are you talking about page 16? | 10:43:31 |
| 7 |     Q    No, it's page 1. | 10:43:33 |
| 8 |     A    Oh, my CV.  Is that what you are | 10:43:35 |
| 9 | talking about? | 10:43:38 |
| 10 |     Q    Mm-hmm.  Your CV. | 10:43:39 |
| 11 |     A    Yes. | 10:43:43 |
| 12 |     Q    So that we're on the same page, it's | 10:43:43 |
| 13 | your CV brief. | 10:43:45 |
| 14 |     A    Yeah. | 10:43:47 |
| 15 |     Q    CV November 2021, page 1. | 10:43:47 |
| 16 |     A    Yes. | 10:43:51 |
| 17 |     Q    It's at the back of your report.  Do | 10:43:52 |
| 18 | you see that? | 10:43:53 |
| 19 |     A    Yes. | 10:43:54 |
| 20 |     Q    You list several publications here, | 10:43:55 |
| 21 | starting on page 2 and over to page 3. | 10:43:59 |
| 22 |     In any of these publications -- you can | 10:44:06 |
| 23 | take a minute to look -- | 10:44:08 |
| 24 |     A    Yeah. | 10:44:09 |
| 25 |     Q    -- did you analyze videos of live | 10:44:10 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    48

| | | |
|---|---|---|
| 1 | action or events to determine the veracity of | 10:44:13 |
| 2 | statements? | 10:44:16 |
| 3 |     A    No. | 10:44:17 |
| 4 |     Q    Do any of those publications discuss | 10:44:17 |
| 5 | how to approach a video analysis review, such as | 10:44:20 |
| 6 | how to review videos of live events? | 10:44:24 |
| 7 |     A    No. | 10:44:26 |
| 8 |     Q    Page 2, down at the very first list | 10:44:27 |
| 9 | under books, it says "Haitian Creole English | 10:44:32 |
| 10 | French Dictionary."  I think you mentioned that | 10:44:36 |
| 11 | when you were speaking earlier, correct? | 10:44:39 |
| 12 |     A    Yes. | 10:44:41 |
| 13 |     Q    I assume that provides translations | 10:44:42 |
| 14 | between Haitian, Creole, English or French? | 10:44:44 |
| 15 |     A    Correct. | 10:44:47 |
| 16 |     Q    Do you speak Haitian Creole and French? | 10:44:49 |
| 17 |     A    Yes. | 10:44:52 |
| 18 |     Q    Do you speak any other languages? | 10:44:53 |
| 19 |     A    Not well. | 10:44:55 |
| 20 |     Q    Do you speak Haitian Creole and French | 10:44:57 |
| 21 | well? | 10:45:01 |
| 22 |     A    French pretty well, yes.  Haitian not | 10:45:01 |
| 23 | as well because I haven't had occasion to use it | 10:45:05 |
| 24 | much since I did the dictionary. | 10:45:07 |
| 25 |     Q    And that was in 1981? | 10:45:09 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    49

| | | |
|---|---|---|
| 1 | A    I worked on the dictionary from '78 to | 10:45:11 |
| 2 | '80, when I was first an undergraduate and then a | 10:45:15 |
| 3 | graduate assistant at Indiana University on the | 10:45:17 |
| 4 | dictionary project. | 10:45:19 |
| 5 | I wrote an article that was a | 10:45:23 |
| 6 | dictionary procedure article which was one of my | 10:45:25 |
| 7 | first published articles, but I didn't include it | 10:45:28 |
| 8 | here that was a procedures manual for the | 10:45:31 |
| 9 | dictionary. | 10:45:35 |
| 10 | Q    That's okay.  You know, I just wanted | 10:45:36 |
| 11 | to establish the timeframe. | 10:45:37 |
| 12 | A    Okay. | 10:45:39 |
| 13 | Q    If we have more time I could hear more | 10:45:39 |
| 14 | about the Haitian Creole dictionary, but I'm going | 10:45:41 |
| 15 | to pass. | 10:45:44 |
| 16 | So I take it you speak French as a | 10:45:49 |
| 17 | foreign language, obviously; you're a native | 10:45:52 |
| 18 | English speaker, correct? | 10:45:56 |
| 19 | A    Correct. | 10:45:57 |
| 20 | Q    Are you able to distinguish languages | 10:45:57 |
| 21 | from other human sounds? | 10:46:00 |
| 22 | A    It depends on the language.  I think I | 10:46:01 |
| 23 | could always tell if it was a human language from | 10:46:03 |
| 24 | various things, but that's a weird question. | 10:46:05 |
| 25 | Sorry. | 10:46:08 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    50

| | | |
|---|---|---|
| 1 | Q    That's okay.  I've been accused of | 10:46:10 |
| 2 | asking weird questions before.  Page 3.  You -- | 10:46:12 |
| 3 | the second one down has domain selection and | 10:46:17 |
| 4 | dynamic semantics in quantification and natural | 10:46:20 |
| 5 | language.  What is natural language? | 10:46:26 |
| 6 | A    Natural language is -- it's in | 10:46:28 |
| 7 | contraposition to artificial languages which would | 10:46:32 |
| 8 | be languages like logic, which is a kind of | 10:46:35 |
| 9 | language or a computer languages. | 10:46:38 |
| 10 | Q    I see.  Down a little bit further, | 10:46:39 |
| 11 | midway on page 3, I see a publication of yours | 10:46:42 |
| 12 | entitled "Domain selection" in -- | 10:46:46 |
| 13 | A    That's the same one. | 10:46:52 |
| 14 | Q    Oh, that's the same one.  Sorry. | 10:46:52 |
| 15 | "Discourse Context and Dynamic interpretation." | 10:46:52 |
| 16 | A    Yes. | 10:46:54 |
| 17 | Q    What's discourse context? | 10:46:55 |
| 18 | A    As I said -- I mean, there's a lot of | 10:46:57 |
| 19 | kinds of context in the world, but I'm talking | 10:47:01 |
| 20 | about the context that bears on the interpretation | 10:47:03 |
| 21 | of language, so we call that discourse context | 10:47:05 |
| 22 | because it's the context in which a discourse | 10:47:08 |
| 23 | takes place between interlocutors.  I wasn't | 10:47:10 |
| 24 | speaking specifically of the kind of context | 10:47:18 |
| 25 | that's relevant for interpretation of language. | 10:47:19 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              51

| | | |
|---|---|---|
| 1 | Q    What does dynamic interpretation mean? | 10:47:24 |
| 2 | A    Yeah.  Context changes in the course of | 10:47:28 |
| 3 | interpretation of a single complex sentence | 10:47:31 |
| 4 | sometimes.  I could give you examples and so you | 10:47:35 |
| 5 | call that dynamic context.  The context that | 10:47:37 |
| 6 | changes while the sentence is being spoken.  I | 10:47:39 |
| 7 | could give you a simple example.  I could say | 10:47:43 |
| 8 | "Give me a copy of that," pointing in one | 10:47:46 |
| 9 | direction; that, pointing in another direction | 10:47:49 |
| 10 | and; that, pointing in a third direction.  And the | 10:47:52 |
| 11 | context in which I'm pointing -- the context | 10:47:55 |
| 12 | includes my pointing and the information that you | 10:47:57 |
| 13 | get from the pointing about what I'm pointing at | 10:48:01 |
| 14 | in that, you know, visual context. | 10:48:04 |
| 15 | So there the context has changed | 10:48:05 |
| 16 | because one point when I said "that" I was | 10:48:07 |
| 17 | pointing in one direction.  Another point, I'm | 10:48:10 |
| 18 | pointing in different and then a third.  So that's | 10:48:12 |
| 19 | a dynamic context, but there are many more complex | 10:48:14 |
| 20 | ways in which a complex syntactic structure leads | 10:48:19 |
| 21 | to the possibility of updating contextual | 10:48:22 |
| 22 | information in the course of interpretation and | 10:48:25 |
| 23 | that's one of my areas of expertise. | 10:48:27 |
| 24 | Q    By the way, you mentioned earlier that | 10:48:32 |
| 25 | there was a technical debate in your field related | 10:48:34 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    52

| | | |
|---|---|---|
| 1 | to some -- some of the works you've -- or some of | 10:48:38 |
| 2 | the specialities that you focused on.  What were | 10:48:44 |
| 3 | you referencing? | 10:48:46 |
| 4 | A   Well, for example, I told you I'm | 10:48:47 |
| 5 | teaching a course on indexicality, and there's a | 10:48:48 |
| 6 | famous theory of indexicality due to a | 10:48:54 |
| 7 | philosopher -- you don't need to know all | 10:48:57 |
| 8 | the details Caplan in the '80s.  And I'm arguing | 10:48:58 |
| 9 | that if you looked across the wide variety of | 10:49:01 |
| 10 | human languages, there's empirical evidence from | 10:49:03 |
| 11 | those languages that his theory makes the wrong | 10:49:07 |
| 12 | predictions in a number of cases and so is | 10:49:10 |
| 13 | inadequate, so I have a better theory to offer. | 10:49:11 |
| 14 | Q   Are there any theories of yours in | 10:49:15 |
| 15 | linguistics that are the subject of debate in your | 10:49:19 |
| 16 | field? | 10:49:21 |
| 17 | A   Sure.  Of course.  If you are an | 10:49:29 |
| 18 | interested theorist, there are.  So mine, I have a | 10:49:29 |
| 19 | theory about "the." I'm actually you're at the | 10:49:32 |
| 20 | table with one of the world's foremost experts on | 10:49:32 |
| 21 | the English word "the" which is the most common | 10:49:32 |
| 22 | word in English language.  And there's a ferocious | 10:49:32 |
| 23 | debate going back to Russell and Whitehead and | 10:49:42 |
| 24 | Frega (?) in the late 19th, early 20th century | 10:49:45 |
| 25 | about the meaning of "the."  And I have a stance | 10:49:46 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    53

| | | |
|---|---|---|
| 1 | about that which is still controversial. | 10:49:48 |
| 2 | Q    Anything else in your work that is | 10:49:50 |
| 3 | controversial? | 10:49:52 |
| 4 | A    Oh, controversial.  I mean, I told you | 10:49:54 |
| 5 | my work on the question under discussion's very, | 10:49:56 |
| 6 | very influential.  There's a large -- if you go to | 10:49:58 |
| 7 | my web page, there's a large bibliography, you can | 10:50:02 |
| 8 | link from there that goes to about half of the | 10:50:06 |
| 9 | work that's been written about the question under | 10:50:08 |
| 10 | discussion. | 10:50:11 |
| 11 | Q    Can you tell me just briefly what is | 10:50:11 |
| 12 | the debate about your theory of the question under | 10:50:13 |
| 13 | discussion? | 10:50:15 |
| 14 | A    Whether I have the right theory of the | 10:50:16 |
| 15 | question under discussion.  I characterize it in a | 10:50:19 |
| 16 | certain, very precise formal way, which I could | 10:50:22 |
| 17 | give you a lecture about, if you wanted. | 10:50:25 |
| 18 | Q    No thanks. | 10:50:28 |
| 19 | A    I don't think you want it, but, but is | 10:50:28 |
| 20 | that the right way to do it. | 10:50:30 |
| 21 | So one of the students that I'm writing | 10:50:32 |
| 22 | letters for now has an alternative to one aspect | 10:50:35 |
| 23 | of my theory which I think improves on it but, of | 10:50:37 |
| 24 | course, in science, and I'm a scientists, we have | 10:50:40 |
| 25 | a hypothesis not because we think we're always | 10:50:43 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                           54

| | | |
|---|---|---|
| 1 | right, but because we think that's the best | 10:50:48 |
| 2 | explanation we have to give at this point. | 10:50:50 |
| 3 |      If new data comes to bear, we revise | 10:50:52 |
| 4 | our hypothesis, so in that sense, all theory is | 10:50:54 |
| 5 | always, in science, up for revision. | 10:50:57 |
| 6 |      The virtue of a good theory is its | 10:51:03 |
| 7 | clarity so that we can understand exactly what it | 10:51:05 |
| 8 | predicts. | 10:51:08 |
| 9 |   Q   On page 5 of your CV, in a couple of | 10:51:09 |
| 10 | talks you've given on character assassination? | 10:51:17 |
| 11 |   A   Mm-hmm. | 10:51:21 |
| 12 |   Q   What are those? | 10:51:21 |
| 13 |   A   It's a joke.  It's a linguistic joke. | 10:51:22 |
| 14 |      I told you about the guy's name Caplan, | 10:51:25 |
| 15 | whose work on indexicality is the most influential | 10:51:28 |
| 16 | and famous in the field and he calls the meaning | 10:51:33 |
| 17 | of an indexical its character.  It's a technical | 10:51:37 |
| 18 | term, has a very specific meaning in that theory. | 10:51:40 |
| 19 | And so I called my talk -- I called my work | 10:51:43 |
| 20 | character assassination because I'm dissing his | 10:51:45 |
| 21 | theory of character. | 10:51:49 |
| 22 |   Q   Got it.  So, that's helpful.  Thank | 10:51:50 |
| 23 | you.  It's funny as well. | 10:51:52 |
| 24 |   A   (Laughter) | 10:51:56 |
| 25 |   Q   You have a talk towards the bottom of | 10:51:56 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    55

| | | |
|---|---|---|
| 1 | page 5, "OSU Pragmatics Group Slurs" from very -- | 10:52:02 |
| 2 | A    Yeah. | 10:52:11 |
| 3 | Q    Well, a year ago. | 10:52:12 |
| 4 | A    Yeah. | 10:52:12 |
| 5 | Q    Very recently.  What's this group | 10:52:14 |
| 6 | about? | 10:52:16 |
| 7 | A    The OSU Pragmatics Group is something I | 10:52:16 |
| 8 | started when I was there.  It's a working group | 10:52:19 |
| 9 | for non-credit for graduate students who are | 10:52:22 |
| 10 | interested in pragmatics, and it's very important | 10:52:24 |
| 11 | for their professional development. | 10:52:26 |
| 12 | Q    And what's the slurs -- | 10:52:28 |
| 13 | -- (overspeaking) -- | 10:52:29 |
| 14 | A    So I was -- I was attending by Zoom and | 10:52:29 |
| 15 | their subject of that discussion is slurs, which | 10:52:32 |
| 16 | are offensive terms in natural language.  And | 10:52:38 |
| 17 | I have some things to say about the meaning of | 10:52:42 |
| 18 | slurs and how I think they come to bear and bear | 10:52:45 |
| 19 | on the truth condition of the utterance, that is | 10:52:53 |
| 20 | to say whether it's true or false. | 10:52:56 |
| 21 | Q    And do slurs have universal meaning? | 10:52:58 |
| 22 | A    No, they are very particular to the | 10:53:00 |
| 23 | group that uses them, I would say. | 10:53:02 |
| 24 | Q    And does the perspective of the | 10:53:05 |
| 25 | listener or the interlocutor hearing the slur also | 10:53:08 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          56

| | | |
|---|---|---|
| 1 | matter? | 10:53:11 |
| 2 | A    Well, yes, I said "the group."  So | 10:53:12 |
| 3 | if --  if we're in crowd in a certain ethnic group | 10:53:13 |
| 4 | sometimes a term that would be used by an outsider | 10:53:21 |
| 5 | as an offensive slur can be used as an in-crowd | 10:53:24 |
| 6 | group as almost a badge of pride, so it depends on | 10:53:28 |
| 7 | who you're talking to what the slur -- not just | 10:53:33 |
| 8 | what it means truth conditionally but the | 10:53:33 |
| 9 | implications and the emotional connotations, yes. | 10:53:33 |
| 10 | Q    And cultural differences can -- | 10:53:42 |
| 11 | -- (overspeaking) -- | 10:53:42 |
| 12 | A    And cultural differences come to bear, | 10:53:43 |
| 13 | that's correct. | 10:53:45 |
| 14 | Q    Let's look to your CV, page 2.  Have | 10:53:50 |
| 15 | you ever testified in a defamation case before? | 10:54:01 |
| 16 | You list a bunch of cases where you've | 10:54:07 |
| 17 | been engaged as a -- as an expert to do expert | 10:54:08 |
| 18 | work. | 10:54:11 |
| 19 | A    No. | 10:54:11 |
| 20 | Q    Have you ever testified in a defamation | 10:54:11 |
| 21 | case before? | 10:54:14 |
| 22 | A    I don't believe so, no, I have not. | 10:54:15 |
| 23 | Q    Is this case listed at the bottom of | 10:54:16 |
| 24 | your list of cases on page 2 or is that a | 10:54:19 |
| 25 | different case? | 10:54:22 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              57

| | | | | |
|---|---|---|---|---|
| 1 | A | This is this case. | | 10:54:23 |
| 2 | Q | So that's Hemmer DeFrank Wessels -- | | 10:54:24 |
| 3 | A | Yes. | | 10:54:27 |
| 4 | Q | -- Attorneys at Law, Ft. Mitchell. | | 10:54:27 |
| 5 | A | Yes. | | 10:54:28 |

1      A    This is this case.                        10:54:23

2      Q    So that's Hemmer DeFrank Wessels --       10:54:24

3      A    Yes.                                      10:54:27

4      Q    -- Attorneys at Law, Ft. Mitchell.        10:54:27

5      A    Yes.                                      10:54:28

6      Q    Retained as expert witness in a           10:54:28

7  defamation suit, preparing a report.               10:54:28

8           Have you ever been retained by Hemmer     10:54:33

9  DeFrank Wessels before?                            10:54:35

10     A    No.                                       10:54:37

11     Q    Have you ever been asked to review        10:54:43

12 videos in connection with any expert testimony     10:54:45

13 before?                                            10:54:46

14     A    No.                                       10:54:48

15     Q    In how many matters have you provided     10:54:56

16 expert testimony?                                  10:54:58

17     A    You mean in the courtroom and             10:54:59

18 deposition or what do you mean by "provided expert 10:55:00

19 testimony"?                                        10:55:03

20     Q    Yeah, let me clarify that.  In how many   10:55:04

21 matters have you provided an expert opinion in an  10:55:06

22 report?                                            10:55:09

23     A    I would have to count.  I don't -- I      10:55:10

24 never -- I haven't kept track of the number.  Out  10:55:11

25 of the cases you see listed here probably 7 or 10. 10:55:15

| | | |
|---|---|---|
| 1 | I'm sorry, I don't know exactly the number. | 10:55:19 |
| 2 | Q    Does this list here that we see on | 10:55:22 |
| 3 | pages 1 and 2 contain a complete list of your | 10:55:25 |
| 4 | work -- legal work -- excuse me, expert work for | 10:55:30 |
| 5 | legal cases? | 10:55:31 |
| 6 | A    I suspect it does.  I don't remember. | 10:55:32 |
| 7 | Remember, this is a brief curriculum vitae so I | 10:55:35 |
| 8 | might have taken out something that didn't seem | 10:55:37 |
| 9 | very important. | 10:55:41 |
| 10 | Q    Have you ever been excluded as an | 10:55:42 |
| 11 | expert? | 10:55:44 |
| 12 | A    Excluded, meaning by a judge? | 10:55:44 |
| 13 | Q    Sure, let me rephrase that.  Has your | 10:55:46 |
| 14 | report ever been excluded in a case? | 10:55:48 |
| 15 | A    Sorry, I'm just not sure the technical | 10:55:51 |
| 16 | sense.  May I try to clarify? | 10:55:53 |
| 17 | Q    Let me try to clarify, and I could ask | 10:55:55 |
| 18 | the question a little better, so thank you. | 10:55:59 |
| 19 | Have you ever given a report or provided a report | 10:56:01 |
| 20 | as an expert in a case and your report has been | 10:56:04 |
| 21 | rejected by the court? | 10:56:08 |
| 22 | A    May I put it a different way?  It | 10:56:12 |
| 23 | was -- was my testimony ever ruled, after the | 10:56:14 |
| 24 | fact, inadmissible?  Yes. | 10:56:16 |
| 25 | Q    Okay.  When? | 10:56:18 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              59

| | | |
|---|---|---|
| 1 | A    In the second case here, you have the | 10:56:20 |
| 2 | Deters, Benzinger LaVelle, etcetera, in the case | 10:56:22 |
| 3 | pertaining to licensure of healthcare facilities. | 10:56:27 |
| 4 | I testified at a magistrate's hearing.  It was a | 10:56:30 |
| 5 | very interesting testimony. | 10:56:33 |
| 6 | My attorney knew at the time that my -- | 10:56:34 |
| 7 | because they had very strict legal tradition in | 10:56:37 |
| 8 | Kentucky of sticking to the plain meaning of the | 10:56:46 |
| 9 | terms in question, and that there was a | 10:56:49 |
| 10 | possibility that my testimony would be deemed | 10:56:51 |
| 11 | inadmissible because I was testifying as a | 10:56:53 |
| 12 | linguistic expert.  But the judge -- the | 10:56:58 |
| 13 | magistrate, rather, wanted to hear my testimony so | 10:57:00 |
| 14 | he did and it rang the bell.  Even though he | 10:57:03 |
| 15 | legally decided it wasn't admissible, I think it | 10:57:08 |
| 16 | had influence on the case's outcome.  I was very | 10:57:11 |
| 17 | proud of my testimony in that case. | 10:57:14 |
| 18 | Q    In that case, the magistrate ruled your | 10:57:16 |
| 19 | testimony inadmissible though? | 10:57:18 |
| 20 | A    They ruled that -- not because of what | 10:57:20 |
| 21 | I said, but because I was a linguistics expert | 10:57:22 |
| 22 | that the testimony was not admissible. | 10:57:27 |
| 23 | Q    Any other cases that you issued a | 10:57:38 |
| 24 | report in your testimony where your report was | 10:57:40 |
| 25 | deemed inadmissible? | 10:57:44 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    60

| | |
|---|---|
| 1    A    No.  Let me say this: If it was, I | 10:57:45 |
| 2  don't know.  No one ever said, oh that was deemed | 10:57:52 |
| 3  inadmissible. | 10:57:54 |
| 4    Q    Fair enough.  You have a report listed | 10:57:56 |
| 5  at -- or I'm sorry, not a report but it says | 10:58:08 |
| 6  testified in court on the first listing on page 1 | 10:58:13 |
| 7  there. | 10:58:16 |
| 8    A    Yes. | 10:58:16 |
| 9    Q    With Dinsmore & Shohl. | 10:58:16 |
| 10    A    Yes. | 10:58:16 |
| 11    Q    Trademark law and interpretation of an | 10:58:16 |
| 12  advertising slogan. | 10:58:16 |
| 13    A    Yes. | 10:58:20 |
| 14    Q    What were your opinions in that case? | 10:58:24 |
| 15    A    Let me see if I can remember the | 10:58:26 |
| 16  details.  It was a fascinating case.  In Ohio we | 10:58:28 |
| 17  have Nationwide Insurance which has this | 10:58:33 |
| 18  well-known advertising slogan:  "Nationwide at | 10:58:35 |
| 19  your side."  I think that's it. | 10:58:40 |
| 20    Q    I'm familiar with it. | 10:58:41 |
| 21    A    Yes, every everybody is.  And there was | 10:58:42 |
| 22  a little bank in New England.  I can't remember | 10:58:44 |
| 23  which one, Sovereign Bank and they had come up | 10:58:47 |
| 24  with a new advertising slogan, "Sovereign Bank | 10:58:50 |
| 25  always by your side" or something like that.  I | 10:58:54 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    61

| | | |
|---|---|---|
| 1 | can't remember.  I'm sorry, you know, I'd have to | 10:58:59 |
| 2 | look up the slogan now, but I testified on the | 10:59:01 |
| 3 | part of Sovereign that the new slogan they wanted | 10:59:04 |
| 4 | to use was not synonymous with Nationwide at your | 10:59:10 |
| 5 | side." | 10:59:14 |
| 6 | Oh, no, "Nationwide on your side," | 10:59:14 |
| 7 | That's it.  "Nationwide on your side" versus | 10:59:17 |
| 8 | "Sovereign Bank always at your side."  And I | 10:59:19 |
| 9 | testified that they are not synonymous, yeah. | 10:59:22 |
| 10 | I had a really good punch line.  You want to hear | 10:59:30 |
| 11 | my punch line? | 10:59:33 |
| 12 | Q    Not really -- | 10:59:34 |
| 13 | A    Oh, too bad. | 10:59:35 |
| 14 | Q    -- but it seems like you want to tell | 10:59:35 |
| 15 | me. | 10:59:36 |
| 16 | A    That's okay. | 10:59:36 |
| 17 | Q    What was it? | 10:59:36 |
| 18 | A    Well, it's about truth conditions.  So | 10:59:36 |
| 19 | the attorney for Nationwide was cross-examining me | 10:59:39 |
| 20 | and he said, you know -- he was questioning my | 10:59:45 |
| 21 | analysis and I just said to him that -- I agreed | 10:59:49 |
| 22 | that, yeah, I thought he would have to agree that | 10:59:52 |
| 23 | the point where he was standing was at the side of | 10:59:55 |
| 24 | the attorney for Sovereign Bank.  He agreed that | 10:59:58 |
| 25 | was true. | 11:00:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    62

| | | |
|---|---|---|
| 1 | And I said you are certainly not on his | 11:00:03 |
| 2 | side, are you?  And he agreed that that was not | 11:00:05 |
| 3 | true. | 11:00:08 |
| 4 | So, I made the point that they were not | 11:00:08 |
| 5 | truth conditionally synonymous and in linguistic | 11:00:11 |
| 6 | terms, that means they're not synonymous. | 11:00:14 |
| 7 | Q    Okay, so let's -- | 11:00:18 |
| 8 | A    Sorry, may -- the reason I told that | 11:00:19 |
| 9 | you is that I think it has a -- | 11:00:20 |
| 10 | -- (overspeaking) -- | 11:00:21 |
| 11 | Q    That's okay.  That's fine. The next -- | 11:00:23 |
| 12 | you don't have to continue.  The next thing on | 11:00:24 |
| 13 | here is Deters and Benzinger. | 11:00:29 |
| 14 | A    That's the one we talked about -- | 11:00:35 |
| 15 | -- (overspeaking) -- | 11:00:36 |
| 16 | A    -- the Kentucky magistrate. | 11:00:36 |
| 17 | Q    Okay.  There's a matter on here about | 11:00:37 |
| 18 | midway down, Dritz, PLL interpretation of email | 11:00:56 |
| 19 | correspondence at issue in a criminal case. | 11:01:01 |
| 20 | A    Yes, that's correct. | 11:01:09 |
| 21 | Q    What were your opinions in that case? | 11:01:10 |
| 22 | A    I did not write an expert opinion.  I | 11:01:10 |
| 23 | gave them informal information about my | 11:01:10 |
| 24 | interpretation. | 11:01:13 |
| 25 | Q    Are any of these other cases ones in | 11:01:16 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    63

| | | |
|---|---|---|
| 1 | which you actually wrote a report? | 11:01:23 |
| 2 | A    Several of them are ones in which I | 11:01:26 |
| 3 | wrote a report, yeah. | 11:01:27 |
| 4 | Q    And you've indicated here if you wrote | 11:01:29 |
| 5 | a report or not? | 11:01:31 |
| 6 | A    Sorry, I didn't put that on the CV. | 11:01:33 |
| 7 | I'd have to look at my records to tell you which | 11:01:34 |
| 8 | ones I actually ended up writing formal reports | 11:01:37 |
| 9 | for. | 11:01:39 |
| 10 | Q    Okay, in some -- a few of these cases | 11:01:40 |
| 11 | it appears that the testimony you gave was about | 11:01:44 |
| 12 | interpretation of statutes or contracts; is that | 11:01:46 |
| 13 | correct? | 11:01:49 |
| 14 | A    Yes. | 11:01:49 |
| 15 | Q    In interpreting a statute or a | 11:01:55 |
| 16 | contract, have you done work where you're | 11:02:00 |
| 17 | examining solely the language of the contract to | 11:02:04 |
| 18 | interpret intent or have you looked to any other | 11:02:07 |
| 19 | resources, such as -- well, let me just stop right | 11:02:10 |
| 20 | there. | 11:02:13 |
| 21 | A    When I give my report, my expert | 11:02:19 |
| 22 | opinion as a linguist, I am not giving you my | 11:02:23 |
| 23 | expert opinion as someone with expertise in the | 11:02:26 |
| 24 | law.  The hardest thing about teaching a course on | 11:02:28 |
| 25 | language in the law is that I'm not an expert on | 11:02:31 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          64

| | | |
|---|---|---|
| 1 | the law.  So when I write an opinion or give an | 11:02:33 |
| 2 | opinion in testimony, I'm talking about the plain | 11:02:36 |
| 3 | meaning of whatever it is I am analyzing. | 11:02:40 |
| 4 |     Q    Let me ask you this though.  If you -- | 11:02:44 |
| 5 | in one of these cases, let's talk about the Sparks | 11:02:44 |
| 6 | case here just to be specific. | 11:02:47 |
| 7 |     A    Which one is this? | 11:02:48 |
| 8 |     Q    It's about midway through -- | 11:02:50 |
| 9 |     A    Commercial contracts. | 11:02:51 |
| 10 |     Q    On the interpretation of a commercial | 11:02:51 |
| 11 | contract. | 11:02:53 |
| 12 |     A    Yes. | 11:02:54 |
| 13 |     Q    In that case did you interpret solely | 11:02:54 |
| 14 | the language of the contract? | 11:02:57 |
| 15 |     A    Yes. | 11:02:58 |
| 16 |     Q    And did you consider any other | 11:02:59 |
| 17 | information, such as statutory history? | 11:03:09 |
| 18 |     A    No, I was not told to do so.  These are | 11:03:12 |
| 19 | cases where the plain language of the document was | 11:03:15 |
| 20 | at issue. | 11:03:17 |
| 21 |     Q    Okay.  Let's go to the beginning of | 11:03:18 |
| 22 | your report here.  Back to the beginning. | 11:03:36 |
| 23 | Actually, if you go back to the very first page of | 11:03:37 |
| 24 | the caption to the "Plaintiff's Rule 26(a)(2) | 11:03:49 |
| 25 | Disclosures (Phase One)." | 11:03:50 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    65

| | | |
|---|---|---|
| 1 | A     Sorry, where are you?  Oh, yes, okay. | 11:03:50 |
| 2 | Yes. | 11:03:54 |
| 3 | Q     Got that?  Okay.  That indicates you're | 11:04:03 |
| 4 | going to testify at trial for Nicholas Sandmann; | 11:04:06 |
| 5 | is that correct? | 11:04:10 |
| 6 | A     Yes, I have agreed to do so. | 11:04:10 |
| 7 | Q     And do you understand what Phase I | 11:04:12 |
| 8 | means in this case? | 11:04:14 |
| 9 | A     No.  I mean, I know what the English | 11:04:15 |
| 10 | means but I don't really know the legal | 11:04:20 |
| 11 | implications. | 11:04:22 |
| 12 | Q     Okay, your report is dated | 11:04:23 |
| 13 | November 10th, as we talked about before and is | 11:04:24 |
| 14 | attached to this.  When were you first contacted | 11:04:26 |
| 15 | about this matter? | 11:04:31 |
| 16 | A     I believe that was in September of '21. | 11:04:33 |
| 17 | Q     September of '21, okay.  And who were | 11:04:42 |
| 18 | you contacted by? | 11:04:42 |
| 19 | A     Todd McMurtry. | 11:04:43 |
| 20 | Q     Was anyone else present? | 11:04:45 |
| 21 | A     No, it was an email contact initially | 11:04:46 |
| 22 | and then phone. | 11:04:48 |
| 23 | Q     And what -- you spoke with Mr. McMurtry | 11:04:50 |
| 24 | by phone? | 11:04:56 |
| 25 | A     Initially, yes. | 11:04:57 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              66

```
1        Q    And what was said in that conversation?        11:04:58
2        A    He told me that there was a case               11:05:02
3   involving defamation.  He told me roughly what it        11:05:04
4   was about.                                               11:05:07
5             I remembered having seen the news              11:05:08
6   report of the initial -- the initial news reports        11:05:10
7   about the encounter between Mr. -- I didn't              11:05:14
8   remember the name, Sandmann or Phillips and he           11:05:17
9   asked me if I would be willing to give my expert         11:05:22
10  opinion about the meaning of two passages, and I         11:05:24
11  said I would but I reminded him that I only say          11:05:26
12  what I think it actually means.  I'm not                 11:05:30
13  testifying to an end.                                    11:05:34
14       Q    And did you discuss the matter with           11:05:40
15  anyone else?                                             11:05:43
16       A    No, I was asked to retain -- to keep           11:05:44
17  this in confidence.                                      11:05:48
18       Q    When did you begin preparing your             11:05:53
19  report?                                                  11:05:56
20       A    I'm sorry, I'd have to look at my             11:05:57
21  records but I think it was in September, to my           11:05:59
22  recollection.                                            11:06:01
23       Q    And --                                         11:06:03
24       A    Maybe it wasn't until October.  I'm           11:06:07
25  sorry, I think -- I'm not sure exactly when I            11:06:09
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    67

| | | |
|---|---|---|
| 1 | started doing the work. | 11:06:12 |
| 2 | Q    Did you do it over a long period of | 11:06:16 |
| 3 | time in October -- or not a long period.  I | 11:06:19 |
| 4 | shouldn't characterize it that way -- did you do | 11:06:22 |
| 5 | it over a month -- | 11:06:23 |
| 6 | -- (overspeaking) -- | 11:06:24 |
| 7 | A    I think I -- no, I think I wrote the | 11:06:24 |
| 8 | report.  I think what happened in September was | 11:06:26 |
| 9 | that I initially had access to the videos and the | 11:06:28 |
| 10 | passages that I was to look at and I gave -- I | 11:06:32 |
| 11 | reviewed those and I gave Todd a preliminary | 11:06:37 |
| 12 | assessment of whether I thought those passages | 11:06:40 |
| 13 | were true or not of what I saw in the videos.  And | 11:06:44 |
| 14 | then he came back later, probably in late October | 11:06:46 |
| 15 | and said we'd like you to write a report, and | 11:06:49 |
| 16 | I believe it took me about seven or eight days to | 11:06:52 |
| 17 | write the report. | 11:06:57 |
| 18 | Q    Did you have any in-person meetings | 11:06:58 |
| 19 | with anyone or just telephone calls -- | 11:07:03 |
| 20 | -- (overspeaking) -- | 11:07:04 |
| 21 | A    No. | 11:07:05 |
| 22 | Q    -- with Mr. -- | 11:07:05 |
| 23 | A    Telephone calls and video ...used Zoom. | 11:07:07 |
| 24 | Q    Can you look on your report at page -- | 11:07:13 |
| 25 | continuing on from where we were before, page 5 -- | 11:07:20 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              68

| | | | |
|---|---|---|---|
| 1 | A | The report. | 11:07:23 |
| 2 | Q | -- at the end of your legal work. | 11:07:23 |
| 3 | A | Oh, you're talking about my appendix? | 11:07:31 |
| 4 | Q | I know you took the clip off of it, so | 11:07:34 |
| 5 | | it's a little out of order.  You might want to put | 11:07:36 |
| 6 | | the clip back on. | 11:07:38 |
| 7 | A | There's separate numbers on the CV.  I | 11:07:40 |
| 8 | | wasn't sure you were talking about the report or | 11:07:42 |
| 9 | | the CV. | 11:07:44 |
| 10 | Q | Yes, I'm sorry, I'm talking about the | 11:07:44 |
| 11 | | report at this time. | 11:07:46 |
| 12 | A | Okay.  Page 5. | 11:07:47 |
| 13 | Q | Page 5. | 11:07:48 |
| 14 | A | Yes. | 11:08:03 |
| 15 | Q | Okay, "IV Bases for Opinions and | 11:08:03 |
| 16 | | Materials Considered." | 11:08:03 |
| 17 | | It says here, "I have been provided | 11:08:06 |
| 18 | | with the following materials on which to base my | 11:08:09 |
| 19 | | opinion" and then it goes on page 5, 6 and | 11:08:10 |
| 20 | | continues onto page 7; is that correct? | 11:08:15 |
| 21 | A | Correct. | 11:08:16 |
| 22 | Q | Are the materials -- strike that. | 11:08:21 |
| 23 | | Are all the materials that you reviewed | 11:08:22 |
| 24 | | in connection with your report listed here on | 11:08:23 |
| 25 | | Pages 5 to 7? | 11:08:25 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              69

| | | |
|---|---|---|
| 1 | A     That's correct. | 11:08:27 |
| 2 | Q     Okay, so those that are listed here on | 11:08:27 |
| 3 | pages 5 to 7 are the only materials you reviewed, | 11:08:30 |
| 4 | correct? | 11:08:32 |
| 5 | A     That is correct. | 11:08:34 |
| 6 | Q     On page -- | 11:08:34 |
| 7 | -- (overspeaking) -- | 11:08:35 |
| 8 | A     May I say, in the original material, | 11:08:35 |
| 9 | set of materials I was given, there was some more | 11:08:37 |
| 10 | videos, but they were parts of the videos that | 11:08:40 |
| 11 | I have listed here so I didn't see any other | 11:08:42 |
| 12 | additional materials. | 11:08:45 |
| 13 | In other words, there were snippets of | 11:08:46 |
| 14 | some of these videos that were separate from them | 11:08:50 |
| 15 | for some reason in among the original materials I | 11:08:50 |
| 16 | looked at but they are all included in the videos | 11:08:50 |
| 17 | here on the report. | 11:08:55 |
| 18 | Q     So just to clarify, you have videos of | 11:08:56 |
| 19 | scene in front of the Lincoln Memorial on January | 11:08:59 |
| 20 | 18th of 2019 -- | 11:09:02 |
| 21 | A     Correct. | 11:09:02 |
| 22 | Q     -- and it lists video 1 through video | 11:09:02 |
| 23 | 18. | 11:09:04 |
| 24 | A     Correct. | 11:09:06 |
| 25 | Q     Correct?  And what you're talking about | 11:09:07 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              70

| | | |
|---|---|---|
| 1 | is those are the 18 videos that you had? | 11:09:08 |
| 2 | A    That's right. | 11:09:11 |
| 3 | Q    And that there may have been additional | 11:09:12 |
| 4 | videos, but they were just snippets of the same 18 | 11:09:13 |
| 5 | videos, correct? | 11:09:16 |
| 6 | A    That's correct. | 11:09:18 |
| 7 | Q    And other than those videos and the | 11:09:18 |
| 8 | newspaper articles listed and the other materials | 11:09:25 |
| 9 | listed on pages 6 and 7, there were no other | 11:09:28 |
| 10 | materials that you reviewed? | 11:09:31 |
| 11 | A    That's correct. | 11:09:34 |
| 12 | Q    On page 5 it states: "I have been | 11:09:34 |
| 13 | provided with the following materials on which to | 11:09:36 |
| 14 | base my opinion," at the bottom there.  Do you see | 11:09:40 |
| 15 | that? | 11:09:44 |
| 16 | A    Yeah. | 11:09:44 |
| 17 | Q    Who provided the materials to you? | 11:09:45 |
| 18 | A    Mr. McMurtry's office.  His secretary | 11:09:47 |
| 19 | sent them. | 11:09:49 |
| 20 | Q    So under videos we just talked about, | 11:09:57 |
| 21 | the next category is newspaper articles reporting | 11:10:00 |
| 22 | on the incident of interest on page 6.  And is | 11:10:05 |
| 23 | this list here a complete list of all the news | 11:10:09 |
| 24 | articles you were provided and reviewed in | 11:10:13 |
| 25 | connection with your report? | 11:10:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    71

| | | |
|---|---|---|
| 1 | A    That is correct. | 11:10:16 |
| 2 | Q    And did you review any of the TV news | 11:10:17 |
| 3 | broadcasts or video news segments that accompanied | 11:10:20 |
| 4 | the online news articles or did you just review | 11:10:23 |
| 5 | the online articles? | 11:10:25 |
| 6 | A    If you go to those links, if on the | 11:10:27 |
| 7 | link there was a video of the news reporter, I | 11:10:30 |
| 8 | looked at that or there was, you know -- and that | 11:10:32 |
| 9 | is to say, if embedded in the news article there | 11:10:35 |
| 10 | was a video, I watched it. | 11:10:38 |
| 11 | Q    Umm... | 11:10:42 |
| 12 | A    But that's all. | 11:10:44 |
| 13 | Q    So, for example, in the second entry | 11:10:44 |
| 14 | here on page 6 for ABC's on-line article, Chris | 11:10:51 |
| 15 | Francescani and Bill Hutchinson you reviewed the | 11:10:52 |
| 16 | online article and if there was a video segment | 11:11:02 |
| 17 | linked to that you would have reviewed that, as | 11:11:05 |
| 18 | well? | 11:11:07 |
| 19 | A    I would have watched it, yes. | 11:11:08 |
| 20 | Q    Do you recall watching it? | 11:11:10 |
| 21 | A    No, I do not. | 11:11:11 |
| 22 | Q    So for the next one, the CBS online | 11:11:12 |
| 23 | article it just lists the online article, Native | 11:11:15 |
| 24 | American veteran in viral video by Justin | 11:11:18 |
| 25 | Carissimo.  Did you review just that online | 11:11:18 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    72

| | | |
|---|---|---|
| 1 | article or a broadcast linked within that article? | 11:11:27 |
| 2 | A    I'm sorry, I'd have to look at the | 11:11:33 |
| 3 | links that I was sent and look exactly at what I | 11:11:34 |
| 4 | saw. | 11:11:37 |
| 5 | As I recall, the only videos embedded | 11:11:38 |
| 6 | in these articles in general -- I don't remember | 11:11:40 |
| 7 | which was which, were either a news reporter | 11:11:43 |
| 8 | saying this is what happened and -- or a short | 11:11:46 |
| 9 | clip from one of the 18 videos that we have seen | 11:11:51 |
| 10 | here. | 11:11:54 |
| 11 | Q    Okay, so sitting here today with | 11:11:54 |
| 12 | respect to CBS's online article that you have | 11:11:56 |
| 13 | listed do you recall whether or not you also | 11:11:59 |
| 14 | watched the video segment, went to that article? | 11:12:02 |
| 15 | A    I do not recall about specific | 11:12:06 |
| 16 | articles.  The reason I do not recall is that | 11:12:09 |
| 17 | after I had viewed all this material I decided to | 11:12:11 |
| 18 | base my report entirely on the videos 1 through | 11:12:14 |
| 19 | 18, which is what I have done so I did not review | 11:12:18 |
| 20 | those subsequently, those newspaper articles. | 11:12:23 |
| 21 | Q    And would that be the same if I asked | 11:12:30 |
| 22 | you for the other newspaper articles -- | 11:12:32 |
| 23 | A    Yes, yes. | 11:12:34 |
| 24 | -- (overspeaking) . | 11:12:35 |
| 25 | Q    Let me finish the question.  Okay, | 11:12:36 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    73

| | | |
|---|---|---|
| 1 | thank you.  As to the other news articles listed | 11:12:37 |
| 2 | here, you don't recall sitting here today whether | 11:12:41 |
| 3 | you reviewed anything but the online article; | 11:12:43 |
| 4 | you'd have to go back and... | 11:12:46 |
| 5 | A    I do recall that I did not seek out | 11:12:48 |
| 6 | additional information linked to or associated | 11:12:50 |
| 7 | with the articles. | 11:12:54 |
| 8 | If there was in the article a video | 11:12:54 |
| 9 | clip, I clicked on that and watched it, otherwise | 11:12:58 |
| 10 | I did not go further. | 11:13:02 |
| 11 | Q    Sitting here today you don't recall | 11:13:07 |
| 12 | which specific ones you would have clicked on | 11:13:09 |
| 13 | links within the articles, correct? | 11:13:11 |
| 14 | A    No, I do not. | 11:13:13 |
| 15 | Q    Under "other materials" on page 7, I | 11:13:16 |
| 16 | list four other materials; do you see that there? | 11:13:23 |
| 17 | A    Yes. | 11:13:29 |
| 18 | Q    Final investigative report.  Letter | 11:13:31 |
| 19 | from Nick Sandmann to Bob Rowe.  Transcription of | 11:13:33 |
| 20 | Nick Sandmann's deposition.  Statement of Nick | 11:13:38 |
| 21 | Sandmann.  Are these the only materials that you | 11:13:40 |
| 22 | reviewed in connection with your report? | 11:13:44 |
| 23 | A    That is correct. | 11:13:46 |
| 24 | Q    And on page 8 you list at the top of | 11:13:47 |
| 25 | page 8, you know, you consulted several of the | 11:13:56 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              74

| | | |
|---|---|---|
| 1 | most respected dictionaries.  And you list three | 11:13:58 |
| 2 | dictionaries there:  The Oxford English Dictionary | 11:14:01 |
| 3 | on Historical Principles, Oxford University Press, | 11:14:03 |
| 4 | the Merriam-Webster's Collegiate Dictionary (11th | 11:14:08 |
| 5 | Edition) and The American Heritage Dictionary of | 11:14:11 |
| 6 | the American Language." You consulted those three | 11:14:16 |
| 7 | dictionaries, correct? | 11:14:20 |
| 8 | A   That's correct. | 11:14:21 |
| 9 | Q   Did you consult any other dictionaries? | 11:14:22 |
| 10 | A   No, I did not. | 11:14:23 |
| 11 | Q   We have been going about an hour now; | 11:14:36 |
| 12 | is that right?  Should we take like a five-minute | 11:14:39 |
| 13 | break?  Is that okay? | 11:14:42 |
| 14 | MR. McMURTRY:  Sure. | 11:14:44 |
| 15 | MS. SPEARS:  Okay, thanks. | 11:14:46 |
| 16 | THE VIDEOGRAPHER:  The going | 11:14:48 |
| 17 | off-the-record, the time is 11:14 a.m. | 11:14:48 |
| 18 | (Recess taken from 11:14 a.m. to 11:29 a.m.) | 11:14:51 |
| 19 | THE VIDEOGRAPHER:  We are going back on | 11:29:36 |
| 20 | the record.  The time is 11:29 a.m. | 11:29:37 |
| 21 | BY MS. SPEARS: | 11:29:41 |
| 22 | Q   Okay, we're back on the record.  So in | 11:29:42 |
| 23 | your report -- going back to your report | 11:29:52 |
| 24 | (indiscernible) on page 1 of the actual report | 11:29:55 |
| 25 | (indiscernible) the page that's dated November | 11:29:55 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          75

| | | |
|---|---|---|
| 1 | 10th 2021. | 11:29:55 |
| 2 | A    Yes. | 11:29:55 |
| 3 | Q    Because there's several page ones. I | 11:29:55 |
| 4 | want to make sure I'm on (inaudible) you state | 11:29:55 |
| 5 | that you have been retained to answer the | 11:30:15 |
| 6 | following two questions pertaining to the above | 11:30:15 |
| 7 | cases basing my answers on the videos provided to | 11:30:15 |
| 8 | me (listed in section IV) below.  And then those | 11:30:15 |
| 9 | are -- just let me stop there for a second.  Those | 11:30:33 |
| 10 | are videos 1 through 18, correct? | 11:30:36 |
| 11 | A    Correct. | 11:30:39 |
| 12 | Q    And then you state later in the report, | 11:30:39 |
| 13 | that you've relied on videos provided to acquaint | 11:30:43 |
| 14 | you with as much details as possible of the | 11:30:48 |
| 15 | situation, correct? | 11:30:51 |
| 16 | A    Correct. | 11:30:52 |
| 17 | Q    How did you use the videos 1 to 18 in | 11:30:52 |
| 18 | reaching your decision?  What was your process? | 11:30:55 |
| 19 | A    I watched them many times and tried to | 11:30:58 |
| 20 | grab what was going on in each one and how they | 11:31:04 |
| 21 | correlated with each other, what was going on | 11:31:06 |
| 22 | generally in the situation and then, very | 11:31:09 |
| 23 | specifically, I watched repeatedly the segments of | 11:31:11 |
| 24 | the videos, especially the ones that I mentioned | 11:31:15 |
| 25 | in the report, where there was the lead-up to the | 11:31:18 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    76

| | | |
|---|---|---|
| 1 | interaction between Phillips and Sandmann and the | 11:31:22 |
| 2 | actual confrontation and the time at which it | 11:31:26 |
| 3 | broke off and what followed immediately after | 11:31:35 |
| 4 | that. | 11:31:35 |
| 5 | So I watched those many, many times. | 11:31:36 |
| 6 | Stopped them, went back, tried to see at which | 11:31:37 |
| 7 | point which things happened and what evidence I | 11:31:40 |
| 8 | could have about -- could see in the videos about | 11:31:41 |
| 9 | the nature of the interaction. | 11:31:45 |
| 10 | Q    Where did you watch the videos? | 11:31:49 |
| 11 | A    In my home office. | 11:31:50 |
| 12 | Q    And what type of screen or device did | 11:31:52 |
| 13 | you watch the videos on? | 11:31:54 |
| 14 | A    I have two large Dell monitors and I | 11:31:55 |
| 15 | put usually documents on one and videos on the | 11:31:58 |
| 16 | other. | 11:32:00 |
| 17 | Q    And did you utilize any software to | 11:32:01 |
| 18 | watch them faster or slower or frame-by-frame? | 11:32:05 |
| 19 | A    No. | 11:32:08 |
| 20 | Q    How much time did you say you spent | 11:32:09 |
| 21 | watching the videos?  You say you spent a lot of | 11:32:11 |
| 22 | time, quantify it for me. | 11:32:15 |
| 23 | A    My.  Well, I did it over the course of, | 11:32:18 |
| 24 | you know, first a couple of days when I gave my | 11:32:21 |
| 25 | initial and formal opinion and then over a week. | 11:32:25 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    77

| | | |
|---|---|---|
| 1 | I must have spent at least two or three | 11:32:28 |
| 2 | hours looking at those segments of the videos. | 11:32:32 |
| 3 | Q    So in total you'd say you spent what | 11:32:36 |
| 4 | two or three hours looking at the -- | 11:32:38 |
| 5 | -- (overspeaking) -- | 11:32:39 |
| 6 | A    The relevant segments. | 11:32:39 |
| 7 | Q    -- 18 videos? | 11:32:39 |
| 8 | -- (overspeaking) -- | 11:32:41 |
| 9 | A    The relevant segments.  Some of the | 11:32:41 |
| 10 | videos I just reviewed quickly. | 11:32:45 |
| 11 | They were much more overall characters | 11:32:48 |
| 12 | of what's going on in the situation at the time, | 11:32:49 |
| 13 | for example with the Black Hebrew Israelites and | 11:32:50 |
| 14 | things like that. | 11:32:54 |
| 15 | I subsequently didn't pay much | 11:32:54 |
| 16 | attention to the segments, except for ones that | 11:32:57 |
| 17 | pertained to the -- immediate lead-up to the | 11:32:59 |
| 18 | Phillips Sandmann confrontation. | 11:33:03 |
| 19 | Q    And so what was your goal then in | 11:33:05 |
| 20 | reviewing the videos? | 11:33:10 |
| 21 | A    My methodology is very simple: As I | 11:33:13 |
| 22 | told you, as a linguist I tried to get the truth | 11:33:17 |
| 23 | conditions. | 11:33:20 |
| 24 | Meaning is very rich and we talked | 11:33:21 |
| 25 | about slurs, for example, so there's many aspects | 11:33:23 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    78

| | | |
|---|---|---|
| 1 | of meaning that you can't characterize in terms of | 11:33:25 |
| 2 | true or false and straightforward.  There's | 11:33:28 |
| 3 | emotional responses and offence and things.  I | 11:33:29 |
| 4 | wasn't looking for that. | 11:33:33 |
| 5 | I was trying to look at getting at when | 11:33:34 |
| 6 | would one of these passages that I was asked to | 11:33:36 |
| 7 | weigh in on, what would the situation be like in | 11:33:40 |
| 8 | order for that to be true and then I needed to | 11:33:45 |
| 9 | look at the videos to see, is this a situation in | 11:33:47 |
| 10 | which, given those truth conditions as I | 11:33:49 |
| 11 | understand them, given the plain language there, | 11:33:51 |
| 12 | is this a situation in which this passage is true. | 11:33:55 |
| 13 | So in order to do that I had to | 11:33:58 |
| 14 | acquaint myself as thoroughly as possible with the | 11:34:01 |
| 15 | events of that day as presented in the videos. | 11:34:03 |
| 16 | That's the only evidence that I had about what | 11:34:05 |
| 17 | actually occurred. | 11:34:07 |
| 18 | Q    Okay, and so you were reviewing the | 11:34:10 |
| 19 | videos to determine the facts of what happened? | 11:34:13 |
| 20 | A    Correct, insofar as they're represented | 11:34:16 |
| 21 | in the videos. | 11:34:20 |
| 22 | Q    And trying to reconstruct from the | 11:34:20 |
| 23 | videos what happened, correct? | 11:34:23 |
| 24 | A    Right. | 11:34:24 |
| 25 | Q    And later in your opinion on page 8, | 11:34:25 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    79

| | | |
|---|---|---|
| 1 | that last paragraph there on page 8, you explain | 11:34:33 |
| 2 | that, "Although (you) subsequently read | 11:34:37 |
| 3 | statements, interviews and depositions by Mr. | 11:34:37 |
| 4 | Phillips and Mr. Sandmann pertaining to their | 11:34:37 |
| 5 | encounter (that you) endeavored to form (your) | 11:34:37 |
| 6 | opinion not on the basis of those subsequent | 11:34:37 |
| 7 | statements, but solely on the basis of the | 11:34:37 |
| 8 | evidence in the videos," is that right? | 11:34:37 |
| 9 |     A   Correct. | 11:34:55 |
| 10 |     Q   And I think you said that before. | 11:34:56 |
| 11 | Why -- or when did you decide to base your report | 11:34:58 |
| 12 | solely on the videos 1 through 18? | 11:35:00 |
| 13 |     A   As soon as I had reviewed all the | 11:35:03 |
| 14 | materials in the initial informal reviews that I | 11:35:05 |
| 15 | did, I -- knowing what my expertise is, is my | 11:35:08 |
| 16 | expertise is solely is were these statements, as I | 11:35:14 |
| 17 | understand them, as a native speaker and a | 11:35:18 |
| 18 | linguist, were these statements true of the | 11:35:23 |
| 19 | situation? | 11:35:24 |
| 20 |     The only evidence I have about what | 11:35:25 |
| 21 | actually occurred there is the videos.  All the | 11:35:27 |
| 22 | statements subsequent are people's opinions about | 11:35:29 |
| 23 | it or the way they represented it.  That has no | 11:35:32 |
| 24 | bearing on whether the statements were true. | 11:35:35 |
| 25 |     Q   Okay, and so that's why -- well, strike | 11:35:43 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    80

| | |
|---|---|
| 1 | that.  So why was it important to form your | 11:35:43 |
| 2 | opinions solely on the basis of the videos then? | 11:35:45 |
| 3 |     A    The video is the only direct evidence | 11:35:53 |
| 4 | we have of what actually -- or that I have, | 11:35:54 |
| 5 | anyway, of what occurred there.  I wasn't there | 11:35:55 |
| 6 | and anything anybody tells me, they'd be skewed by | 11:35:58 |
| 7 | their own -- you know, what's at stake for them. | 11:36:03 |
| 8 |     Q    And you note that on page 8 here: | 11:36:05 |
| 9 | "Someone's memory or construal of an event may not | 11:36:07 |
| 10 | correspond to the facts about the situation in | 11:36:07 |
| 11 | which it occurred.  It is only the situation | 11:36:07 |
| 12 | itself that is relevant to the truth of a | 11:36:07 |
| 13 | statement purporting to describe it." What do you | 11:36:07 |
| 14 | mean by their construal of an event?  Do you mean | 11:36:20 |
| 15 | the way a person perceives an event or what do you | 11:36:25 |
| 16 | mean? | 11:36:27 |
| 17 |     A    "Perceives" is too crude.  I think | 11:36:28 |
| 18 | people interpret what's happening to them all the | 11:36:31 |
| 19 | time it and that that can lead them to distort or | 11:36:33 |
| 20 | misrepresent what they're actually seeing right in | 11:36:37 |
| 21 | front of them.  And so as we know, in the law, | 11:36:40 |
| 22 | testimony always has to be understood relative to | 11:36:43 |
| 23 | the state of the person testifying, so I'm much | 11:36:45 |
| 24 | more interested in what I could see with my own | 11:36:50 |
| 25 | eyes in the videos. | 11:36:51 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          81

```
1        Q    So what do you mean by "construal"        11:36:53
2    then?                                              11:36:59
3        A    Construal's like, for example -- in the   11:36:59
4    statements, Mr. Phillips says that "the guy..."    11:37:03
5    Let me find one of the passages, that Sandmann     11:37:13
6    positioned himself in front of him.  Well, it's no 11:37:16
7    doubt true that Sandmann was in front of Phillips. 11:37:19
8             Did Sandmann position himself in front    11:37:23
9    of Phillips?  That's another matter.  That's       11:37:26
10   Phillips' construal of the interaction that took   11:37:29
11   place between them.  So I didn't want to consider  11:37:32
12   anybody else's interpretation of the situation     11:37:38
13   because they might have interests that lend them   11:37:40
14   to misunderstand what happened in front of them.   11:37:42
15       Q    So that's his interpretation of that      11:37:48
16   situation.                                         11:37:50
17       A    That's his -- it's his representation     11:37:50
18   of the situation.  I'm not a psychologist.  I'm    11:37:51
19   not trying to say why he represented it that way.  11:37:53
20       Q    What -- so, a person can perceive an      11:37:57
21   event in a certain way but their perception may be 11:38:03
22   mistaken, is that what you're saying?              11:38:07
23       A    It may be that their perception is        11:38:11
24   mistaken or they may interpret what they actually  11:38:12
25   see, in terms of intentions in particular in a way 11:38:15
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                               82

| | | |
|---|---|---|
| 1 | that does not necessarily reflect what occurred. | 11:38:18 |
| 2 | Q    Okay, so you'd -- by design your | 11:38:20 |
| 3 | ultimate opinions are purposefully based only on | 11:38:23 |
| 4 | the videos and not based on what anyone who was | 11:38:27 |
| 5 | there said about what they remembered or construed | 11:38:31 |
| 6 | about the event, correct? | 11:38:34 |
| 7 | A    That's correct. | 11:38:35 |
| 8 | Q    And so in forming your opinions to | 11:38:35 |
| 9 | answer the two questions you were asked in this | 11:38:37 |
| 10 | case you did not rely on Mr. Sandmann's deposition | 11:38:39 |
| 11 | transcript or his other statements about the | 11:38:44 |
| 12 | incident; is that correct? | 11:38:45 |
| 13 | A    That is correct.  In fact, I didn't | 11:38:47 |
| 14 | even finish reading the Sandmann deposition.  I | 11:38:48 |
| 15 | decided that it would be a waste of their time and | 11:38:51 |
| 16 | money for me to do that. | 11:38:53 |
| 17 | Q    I take it you did not interview | 11:38:55 |
| 18 | Mr. Sandmann either? | 11:38:56 |
| 19 | A    I have never met him or talked with | 11:38:57 |
| 20 | him. | 11:38:59 |
| 21 | Q    Why not? | 11:39:00 |
| 22 | A    I don't think that bears on my expert | 11:39:02 |
| 23 | witness testimony.  My expertise is about:  Were | 11:39:04 |
| 24 | these true in the situation as it actually | 11:39:09 |
| 25 | occurred?  The only evidence I have of what | 11:39:12 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              83

| | | |
|---|---|---|
| 1 | actually occurred is the video. | 11:39:14 |
| 2 | Q    Okay, and in forming your opinions to | 11:39:16 |
| 3 | answer the two questions you were asked in this | 11:39:19 |
| 4 | case, you also did not interview Mr. Phillips or | 11:39:20 |
| 5 | rely on any of Mr. Phillips' other statements | 11:39:24 |
| 6 | about the incident for the same reasons then, | 11:39:27 |
| 7 | correct? | 11:39:28 |
| 8 | A    That's correct. | 11:39:29 |
| 9 | Q    And I take it you also did not discuss | 11:39:30 |
| 10 | the facts of the incident with any Covington | 11:39:35 |
| 11 | Catholic High School students or chaperones or any | 11:39:41 |
| 12 | of the bystanders or participants who were present | 11:39:44 |
| 13 | for the same reasons; is that correct? | 11:39:47 |
| 14 | A    So far as I know, I've never met any of | 11:39:47 |
| 15 | these people or spoken to them and for that reason | 11:39:50 |
| 16 | I would not want to. | 11:39:52 |
| 17 | Q    Okay, so if I understand you're | 11:39:53 |
| 18 | endeavoring to be as objective as possible, to | 11:39:54 |
| 19 | review the video evidence and tell the court | 11:39:57 |
| 20 | objectively what happened here, based solely on | 11:40:00 |
| 21 | your review of the videos; right? | 11:40:02 |
| 22 | A    That's what I endeavored to do. | 11:40:04 |
| 23 | Q    Let's look at page 13 of your report. | 11:40:14 |
| 24 | In page 13 of the report, in the last paragraph | 11:40:43 |
| 25 | you conclude, based on your review of the videos | 11:40:45 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    84

1    that -- if you look at that last paragraph there:          11:40:49

2    "Phillips' outward behavior was consistent with            11:40:49

3    his merely intending to confront Sandmann. Hence           11:40:49

4    Phillips' claim that Sandmann intended to block            11:40:49

5    Phillips' way seems to be a conjecture on his              11:40:49

6    part."                                                     11:40:49

7            So Phillips' statement seems to you, to            11:41:03

8    be his conjecture that Sandmann intended to block          11:41:05

9    him, right?                                                11:41:08

10        A    That is his interpretation of the                11:41:08

11   situation.  That's the way he represents it.               11:41:09

12        Q    So it's his conjecture, as you say?              11:41:12

13        A    That's the best understanding I have of          11:41:14

14   it, yes.                                                   11:41:16

15        Q    Did you consider that Phillips'                  11:41:17

16   experience as a Native American may have                   11:41:18

17   influenced how he perceived Mr. Sandmann's intent?         11:41:21

18        A    I have no doubt that that's true but             11:41:25

19   that does not fall within my expertise.                    11:41:27

20        Q    Are you a Native American?                       11:41:30

21        A    No, I'm not.                                     11:41:32

22        Q    You didn't grow up with Mr. Phillips'            11:41:33

23   life experiences, right?                                   11:41:35

24        A    Of course I did not.                             11:41:37

25        Q    And you are not trying to suggest that           11:41:38

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    85

| | | |
|---|---|---|
| 1 | you understand what his life experiences are as a | 11:41:39 |
| 2 | Native American or his experiences earlier in the | 11:41:45 |
| 3 | day in March, such that you know what he was | 11:41:47 |
| 4 | thinking during the encounter with Mr. Sandmann, | 11:41:52 |
| 5 | right? | 11:41:54 |
| 6 | MR. McMURTRY: Objection. Go ahead. | 11:41:55 |
| 7 | THE WITNESS: I have no idea of what | 11:41:56 |
| 8 | those are, no. I did not represent myself as | 11:41:56 |
| 9 | understanding that. | 11:42:01 |
| 10 | BY MS. SPEARS: | 11:42:01 |
| 11 | Q And you wouldn't deny the legitimacy of | 11:42:02 |
| 12 | someone else's cultural experiences or | 11:42:05 |
| 13 | perceptions, right? | 11:42:08 |
| 14 | MR. McMURTRY: Objection. | 11:42:09 |
| 15 | THE WITNESS: I think that has no | 11:42:09 |
| 16 | bearing on my expert witness testimony. | 11:42:10 |
| 17 | BY MS. SPEARS: | 11:42:13 |
| 18 | Q But you're not trying to substitute | 11:42:15 |
| 19 | your perception for Mr. Phillips' perception as a | 11:42:17 |
| 20 | Native American, right? | 11:42:20 |
| 21 | MR. McMURTRY: Objection. | 11:42:22 |
| 22 | THE WITNESS: Again, I think that has | 11:42:22 |
| 23 | no bearing on what I have done here. I'm not | 11:42:23 |
| 24 | doing that. | 11:42:26 |
| 25 | BY MS. SPEARS: | 11:42:27 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    86

| | | |
|---|---|---|
| 1 | Q    People expressing their perceptions and | 11:42:29 |
| 2 | experiences, as we talked about before, typically | 11:42:30 |
| 3 | filter them through their own life experiences and | 11:42:33 |
| 4 | cultural references.  You'd agree with that, | 11:42:37 |
| 5 | right, we all do? | 11:42:39 |
| 6 |     A    Most people do, yes. | 11:42:40 |
| 7 |     Q    Yes.  And you've done that before in | 11:42:46 |
| 8 | your life, right? | 11:42:47 |
| 9 |         MR. McMURTRY:  Objection.  Go ahead. | 11:42:49 |
| 10 |         THE WITNESS:  I presume I have, yes. | 11:42:50 |
| 11 | BY MS. SPEARS: | 11:42:52 |
| 12 |     Q    And you've seen others do so, right? | 11:42:52 |
| 13 |     A    I have seen that. | 11:42:54 |
| 14 |     Q    Isn't that also the case where someone | 11:42:57 |
| 15 | is trying to decipher another person's intent, | 11:42:59 |
| 16 | they reference their own life experiences and | 11:43:03 |
| 17 | cultural experiences? | 11:43:06 |
| 18 |     A    You are asking me for opinions that | 11:43:07 |
| 19 | I have as a private person and I have views about | 11:43:09 |
| 20 | these things but they have no bearing on what I've | 11:43:12 |
| 21 | done in this report. | 11:43:15 |
| 22 |     Q    No, I'm asking in your capacity as an | 11:43:16 |
| 23 | expert here.  Isn't it the case when somebody is | 11:43:18 |
| 24 | speaking and trying to decipher someone else's | 11:43:24 |
| 25 | intent, they filter through their life experiences | 11:43:26 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    87

| | | |
|---|---|---|
| 1 | when doing so -- | 11:43:30 |
| 2 | -- (overspeaking) -- | 11:43:31 |
| 3 | A    It may very well be that -- | 11:43:32 |
| 4 | -- (overspeaking) -- | 11:43:34 |
| 5 | Q    Sorry. | 11:43:34 |
| 6 | A    It may very well be that people do this | 11:43:34 |
| 7 | but it has no bearing on the truth of what occurs. | 11:43:35 |
| 8 | Q    But they may be expressing their | 11:43:41 |
| 9 | perception, based on their life experiences, their | 11:43:43 |
| 10 | cultural references, what they are perceiving in | 11:43:48 |
| 11 | the world at the time; is that fair? | 11:43:50 |
| 12 | A    I would not agree with what you said | 11:43:52 |
| 13 | unless you interpret perception not as perception | 11:43:54 |
| 14 | of the actual circumstances, but as construable | 11:43:57 |
| 15 | and that is not the same thing. | 11:44:01 |
| 16 | Q    Okay, what do you mean? | 11:44:04 |
| 17 | A    One can construe what is happening in | 11:44:06 |
| 18 | front of one's eyes, especially when it comes to | 11:44:08 |
| 19 | intent, without actually having heard evidence and | 11:44:11 |
| 20 | may be incorrect, one's construal. | 11:44:14 |
| 21 | That construal may be in part a | 11:44:17 |
| 22 | function of one's background and experience.  I | 11:44:19 |
| 23 | don't dispute that; we do that all the time. | 11:44:21 |
| 24 | That's how misunderstanding arises.  But that has | 11:44:26 |
| 25 | no bearing on the truth of what actually occurs | 11:44:28 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                            88

1   and that only the truth of what I saw was what          11:44:29

2   bore on my report.                                       11:44:32

3        Q    Have you ever studied Native Americans         11:44:36

4   culture before?                                          11:44:38

5        A    Not as an expert.  I have no expertise         11:44:39

6   in it.  I've been interested, but that's a               11:44:41

7   distinct issue --                                        11:44:45

8        Q    What do you know Mr. Phillips'                 11:44:47

9   background, anything?                                    11:44:48

10       A    Not as an expert.                              11:44:51

11       Q    Do you know how old Mr. Phillips is?           11:44:52

12       A    I believe it said in one of the                11:44:57

13  reports, but I don't remember.  He might have been      11:44:59

14  in his 60s or 70s.  Not reports, the articles.          11:45:01

15       Q    Do you know where he was born or what          11:45:03

16  tribe he's affiliated with?                             11:45:05

17       A    Again, I believe it said in one of the        11:45:08

18  articles but I don't remember that.                     11:45:09

19       Q    At the your conclusion of your report         11:45:11

20  at page 14, in one of the penultimate, sort of,         11:45:14

21  paragraphs there, you say that you endeavored to        11:45:16

22  be completely neutral about the apparent views of       11:45:19

23  the individuals involved, not speculating about         11:45:23

24  motives or intentions and paid attention solely to      11:45:26

25  the facts as evident in the videos; do you see          11:45:29

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    89

| | | |
|---|---|---|
| 1 | that there? | 11:45:33 |
| 2 | A    Yes, I do. | 11:45:34 |
| 3 | Q    And that's right?  You did that? | 11:45:35 |
| 4 | A    I did say that, yes. | 11:45:37 |
| 5 | Q    And that's what you did? | 11:45:38 |
| 6 | A    And that is what I did. | 11:45:40 |
| 7 | Q    When you refer to the individuals | 11:45:41 |
| 8 | involved, are you talking about Mr. Phillips and | 11:45:42 |
| 9 | Mr. Sandmann? | 11:45:43 |
| 10 | A    Those are the people I was primarily | 11:45:44 |
| 11 | talking about, yes. | 11:45:46 |
| 12 | Q    And you write that you tried to be | 11:45:48 |
| 13 | completely neutral about their apparent views.  So | 11:45:50 |
| 14 | obviously it appears to you that they -- Sandmann | 11:45:54 |
| 15 | and Phillips each have expressed views about what | 11:45:57 |
| 16 | happened, right? | 11:46:00 |
| 17 | A    Each what? | 11:46:00 |
| 18 | Q    Have expressed views about what | 11:46:02 |
| 19 | happened, correct? | 11:46:03 |
| 20 | A    Yes. | 11:46:03 |
| 21 | Q    And so with respect to Mr. Phillips' | 11:46:04 |
| 22 | expression that Sandmann intended to block | 11:46:07 |
| 23 | Phillips' way, you're not taking the position that | 11:46:10 |
| 24 | Mr. Phillips was lying, right? | 11:46:13 |
| 25 | A    No, I'm making no attributions to them | 11:46:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                               90

| | | |
|---|---|---|
| 1 | about his intent or what he meant to say -- why he | 11:46:18 |
| 2 | meant -- said what he said. | 11:46:20 |
| 3 | Q    You are not disputing that that may be | 11:46:22 |
| 4 | Mr. Phillips' opinion, right? | 11:46:25 |
| 5 | A    I am not disputing it. | 11:46:27 |
| 6 | Q    And the same for Mr. Sandmann.  You are | 11:46:28 |
| 7 | not taking a position on his motives, right? | 11:46:29 |
| 8 | A    No. | 11:46:32 |
| 9 | Q    But it's your opinion that the view | 11:46:32 |
| 10 | Mr. Phillips expressed about Sandmann's intent was | 11:46:34 |
| 11 | mistaken? | 11:46:39 |
| 12 | A    No, I am not talking about what he said | 11:46:40 |
| 13 | about his intent, except insofar as it said that | 11:46:42 |
| 14 | he -- that he attributed to Sandmann moving in | 11:46:45 |
| 15 | specific ways so as to block him.  I saw no | 11:46:49 |
| 16 | evidence of that in the videos. | 11:46:52 |
| 17 | Q    So -- | 11:46:57 |
| 18 | A    I'm not bringing any psychological | 11:46:57 |
| 19 | analysis to bear on this. | 11:47:00 |
| 20 | Q    So, it's your opinion that the view | 11:47:01 |
| 21 | that Mr. Phillips expressed about Mr. Sandmann's | 11:47:04 |
| 22 | intent was not correct? | 11:47:06 |
| 23 | A    I think he misrepresented the | 11:47:08 |
| 24 | situation.  For whatever reason, I do not know. | 11:47:10 |
| 25 | Q    How do -- let's talk a bit more about | 11:47:19 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                     91

| | | |
|---|---|---|
| 1 | how people convey intent. | 11:47:22 |
| 2 | In your experience, other than by | 11:47:26 |
| 3 | speaking or using words, how do people convey | 11:47:27 |
| 4 | their intent? | 11:47:30 |
| 5 | A    I can only testify as a non-expert | 11:47:35 |
| 6 | about that.  Do you want me to say my personal | 11:47:37 |
| 7 | opinion?  It has no bearing on the report. | 11:47:40 |
| 8 | Q    Because you don't have expertise in | 11:47:45 |
| 9 | answering that question. | 11:47:49 |
| 10 | A    I am not here as a psychologist. | 11:47:51 |
| 11 | I have no expertise in that domain.  Yes. | 11:47:52 |
| 12 | Q    So, you have no expertise in how people | 11:48:01 |
| 13 | convey intent? | 11:48:03 |
| 14 | A    I do.  How they convey intent | 11:48:04 |
| 15 | linguistically.  Linguistic meaning is something | 11:48:08 |
| 16 | people who are native speakers of the language | 11:48:13 |
| 17 | intend to convey when they make an utterance, as | 11:48:13 |
| 18 | long as they are not delusionary or talking in | 11:48:15 |
| 19 | their sleep. | 11:48:17 |
| 20 | I don't think that that has a bearing | 11:48:18 |
| 21 | on this case, so what Mr. Phillips said is | 11:48:19 |
| 22 | something he had a -- had a meaning that he | 11:48:21 |
| 23 | intended to convey.  And it is that meaning, | 11:48:24 |
| 24 | taking it -- him to be a native speaker of the | 11:48:27 |
| 25 | language which I was assessing and whether it is | 11:48:30 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          92

| | | |
|---|---|---|
| 1 | true with respect to the videos that I observed. | 11:48:32 |
| 2 | That is all. | 11:48:35 |
| 3 | Q    Okay, so you don't have any expertise. | 11:48:36 |
| 4 | You are not here portraying yourself as having | 11:48:37 |
| 5 | expertise about how people might convey intent | 11:48:43 |
| 6 | through movement or body language or facial | 11:48:45 |
| 7 | expressions, correct? | 11:48:48 |
| 8 | A    Correct. | 11:48:50 |
| 9 | Q    In addition to life experiences in | 11:48:58 |
| 10 | culture which we talked about can impact the way | 11:49:00 |
| 11 | people perceive things, can someone else's body | 11:49:04 |
| 12 | language and facial expressions influence how | 11:49:09 |
| 13 | someone, potentially perceives another person's | 11:49:12 |
| 14 | intent? | 11:49:14 |
| 15 | A    I am told that that is the case.  Again | 11:49:15 |
| 16 | I have no expertise. | 11:49:17 |
| 17 | Q    Have you experienced that in your own | 11:49:18 |
| 18 | life? | 11:49:20 |
| 19 | A    Of course I have.  Yes, of course. | 11:49:20 |
| 20 | Q    How about the setting or atmosphere of | 11:49:22 |
| 21 | the situation?  In other words, what's happening | 11:49:23 |
| 22 | around someone, what others around someone are | 11:49:25 |
| 23 | doing in that moment, can that affect perception? | 11:49:28 |
| 24 | A    Of course it does. | 11:49:30 |
| 25 | Q    You agree, by the way, and it's also on | 11:49:36 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    93

| | | |
|---|---|---|
| 1 | page 14 of your report if you want to reference | 11:49:38 |
| 2 | that, on the videos you see the other students | 11:49:40 |
| 3 | parted for Mr. Phillips as he approached and | 11:49:43 |
| 4 | Mr. Sandmann did not, right? | 11:49:45 |
| 5 | A    I did not say that all the other | 11:49:48 |
| 6 | students did.  I said that some students moved | 11:49:50 |
| 7 | aside as he walked up, yes. | 11:49:52 |
| 8 | Q    And some students let him go by, but | 11:49:54 |
| 9 | Mr. Sandmann stayed put, correct. | 11:49:57 |
| 10 | A    It wasn't that he was the only person | 11:49:59 |
| 11 | remaining.  The way you put the question, I think | 11:50:01 |
| 12 | distorts the situation. | 11:50:04 |
| 13 | Q    Right.  But you just -- you have it | 11:50:05 |
| 14 | here in your report on 14.  "Some of the other | 11:50:07 |
| 15 | boys..." | 11:50:11 |
| 16 | A    Some of them. | 11:50:12 |
| 17 | Q    "...moved away from Phillips as the | 11:50:12 |
| 18 | latter approached and let him go by, while | 11:50:14 |
| 19 | Sandmann stayed in one place," right? | 11:50:18 |
| 20 | A    And that's what I was saying.  "Some of | 11:50:19 |
| 21 | the other boys," yes.  Thank you. | 11:50:20 |
| 22 | Q    Absent somebody saying "this is my | 11:50:24 |
| 23 | intent," can one ever be sure what someone else's | 11:50:26 |
| 24 | intent is? | 11:50:30 |
| 25 | A    Again, I have no expertise but I doubt | 11:50:32 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    94

| | | |
|---|---|---|
| 1 | it. | 11:50:34 |
| 2 | Q   And you are not considering whatever | 11:50:36 |
| 3 | Mr. Sandmann said his intent was, obviously | 11:50:38 |
| 4 | because you didn't talk to him or review his | 11:50:41 |
| 5 | deposition, correct? | 11:50:43 |
| 6 | MR. McMURTRY:  Objection, go ahead. | 11:50:45 |
| 7 | THE WITNESS:  That's correct.  I do not | 11:50:46 |
| 8 | have any idea what his intent was in that | 11:50:47 |
| 9 | circumstance.  That would be pure speculation as a | 11:50:50 |
| 10 | private person. | 11:50:53 |
| 11 | BY MS. SPEARS: | 11:50:53 |
| 12 | Q   Okay, what you're trying to infer | 11:50:56 |
| 13 | though is Sandmann and Phillips' intention solely | 11:50:57 |
| 14 | from watching the videos, right? | 11:51:00 |
| 15 | A   No -- | 11:51:01 |
| 16 | MR. McMURTRY:  Objection.  Go ahead. | 11:51:02 |
| 17 | THE WITNESS:  -- that is not what I'm | 11:51:02 |
| 18 | doing.  I am not inferring intentions.  I'm | 11:51:04 |
| 19 | looking at the meanings of the words that Phillips | 11:51:07 |
| 20 | said in his -- those two statements.  I know what | 11:51:09 |
| 21 | the meanings are, the expertise that bears on | 11:51:13 |
| 22 | that. | 11:51:15 |
| 23 | Then I look at the videos and I see, | 11:51:16 |
| 24 | given the truth conditions, what would have to be | 11:51:18 |
| 25 | the case for those two statements to be true. | 11:51:20 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    95

| | | |
|---|---|---|
| 1 | I'd look at what I see in the video and | 11:51:23 |
| 2 | I decide whether that seems to be true, given that | 11:51:25 |
| 3 | video evidence.  I have no -- I do not bring any | 11:51:29 |
| 4 | evidence of intent to bear here except for | 11:51:33 |
| 5 | linguistic intent.  Phillips uttered the | 11:51:37 |
| 6 | statement.  He was conscious.  He's a native | 11:51:40 |
| 7 | speaker of English.  He know what they mean.  I | 11:51:43 |
| 8 | take him to mean what he meant, so that's | 11:51:46 |
| 9 | intention.  Apart from that, I attribute no | 11:51:48 |
| 10 | intention no anyone in my report. | 11:51:50 |
| 11 | BY MS. SPEARS: | 11:51:52 |
| 12 | Q   By the way, in your report you | 11:51:53 |
| 13 | described the situation as a confrontation.  Why | 11:51:54 |
| 14 | do you use that word? | 11:51:57 |
| 15 | A   I think that is, in fact, what | 11:51:58 |
| 16 | happened.  It was a confrontation.  If you look up | 11:51:59 |
| 17 | the word "confrontation" in the dictionary, it's | 11:52:01 |
| 18 | two people standing face-to-face unmoving.  In | 11:52:04 |
| 19 | this case, very, very close range.  I would call | 11:52:07 |
| 20 | that a confrontation. | 11:52:10 |
| 21 | Q   Is a confrontation indicative that | 11:52:11 |
| 22 | people are on opposing sides? | 11:52:15 |
| 23 | A   I think it has that connotation, yes. | 11:52:18 |
| 24 | This was not a friendly interaction.  It wasn't, | 11:52:24 |
| 25 | you know -- yeah. | 11:52:27 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                96

| | |
|---|---|
| 1 | Q    Why was it not friendly? | 11:52:28 |
| 2 | A    Oh, well, we can discuss that.  That | 11:52:31 |
| 3 | has to do with intentions and history and that's | 11:52:32 |
| 4 | not my expertise. | 11:52:34 |
| 5 | I'm just looking at what I saw in the | 11:52:36 |
| 6 | video.  Two people extremely close, face-to-face. | 11:52:37 |
| 7 | One person beating a drum in the other's face. | 11:52:42 |
| 8 | The other one's eyes blinking because the drum is | 11:52:46 |
| 9 | disturbing and -- | 11:52:49 |
| 10 | -- (overspeaking) -- | 11:52:51 |
| 11 | Q    Why wasn't it friendly? | 11:52:52 |
| 12 | MR. McMURTRY:  Can she finish her guess | 11:52:53 |
| 13 | -- answer? | 11:52:54 |
| 14 | MS. SPEARS:  Oh sure.  I thought she | 11:52:54 |
| 15 | was done. | 11:52:55 |
| 16 | THE WITNESS:  So, I'm simply saying | 11:52:56 |
| 17 | that it did not look like a comfortable | 11:52:57 |
| 18 | interaction and it was unusually close range. | 11:52:59 |
| 19 | Most people who don't know each other | 11:53:01 |
| 20 | and I took it these individuals did not know each | 11:53:03 |
| 21 | other, do not come so close to each other in that | 11:53:06 |
| 22 | way. | 11:53:09 |
| 23 | BY MS. SPEARS: | 11:53:09 |
| 24 | Q    Okay, anything else about the | 11:53:11 |
| 25 | atmosphere that was not friendly, you said a | 11:53:11 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    97

| | | |
|---|---|---|
| 1 | second ago? | 11:53:13 |
| 2 | A    I think -- | 11:53:14 |
| 3 | Q    The history of it, you said. | 11:53:15 |
| 4 | A    The history meaning the (inaudible) -- | 11:53:17 |
| 5 | that particular circumstance. | 11:53:17 |
| 6 | -- (overspeaking) -- | 11:53:18 |
| 7 | Q    You said, we can talk about the history | 11:53:18 |
| 8 | of it. | 11:53:20 |
| 9 | A    Okay, I'm not sure exactly what I was | 11:53:21 |
| 10 | alluding to.  But if you look at the situation | 11:53:23 |
| 11 | where there are two, three groups of people in DC | 11:53:25 |
| 12 | for different kinds of protests, and some of them | 11:53:30 |
| 13 | are on different sides of various kinds of | 11:53:33 |
| 14 | political issues and they all know that about each | 11:53:36 |
| 15 | other, as evident in their attire and their | 11:53:38 |
| 16 | behavior and what they're saying, so I would say | 11:53:41 |
| 17 | that that was not a friendly interaction because | 11:53:44 |
| 18 | of that.  That is part of the context and they all | 11:53:46 |
| 19 | knew that. | 11:53:49 |
| 20 | Q    They had cultural differences? | 11:53:50 |
| 21 | A    I didn't say they were cultural.  There | 11:53:53 |
| 22 | were very clear political differences in this | 11:53:56 |
| 23 | case. | 11:53:58 |
| 24 | Q    And that impacted the atmosphere in the | 11:54:00 |
| 25 | sense of the participants involved, correct? | 11:54:05 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                98

1        A    I would say so.                           11:54:08

2        Q    Some other places in your report you     11:54:15

3   use the word "encounter."  Any difference in the   11:54:17

4   word choices there?                                11:54:21

5        A    That's just a -- I wasn't using that to  11:54:22

6   be -- make a particular point.  It's a slightly    11:54:24

7   more neutral term than confrontation.              11:54:26

8             Encounter is more neutral and it's more  11:54:29

9   vague.  Two people can encounter each other        11:54:31

10  accidentally.  I don't think this was an           11:54:34

11  accidental encounter.  So the confrontation means  11:54:37

12  it's not friendly and it's not accidental.         11:54:41

13       Q    In terms of the clear political          11:54:44

14  differences you noted, how do you know             11:54:47

15  Mr. Phillips' political --                          11:54:50

16            -- (overspeaking) --                      11:54:53

17       A    I actually don't know his political      11:54:54

18  views, but I do know, like I said, that he was     11:54:58

19  there to protest for Native American rights.  And  11:54:59

20  I know that he -- as a -- I'm assuming as a person 11:55:03

21  who knows some -- has some background about        11:55:10

22  American politics at the time of this occasion,    11:55:13

23  that someone who was protesting for Native         11:55:15

24  American rights and also given other things that   11:55:19

25  other protestors with Phillips were saying to the  11:55:23

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    99

| | | |
|---|---|---|
| 1 | boys from Covington Catholic High about "Go back | 11:55:26 |
| 2 | to Europe" and stuff like that, that they -- there | 11:55:31 |
| 3 | was a lot of bad feeling at that time between | 11:55:35 |
| 4 | Native Americans and people on the far right | 11:55:38 |
| 5 | which, wearing a MAGA hat identifies oneself as | 11:55:40 |
| 6 | being.  There were -- so political differences | 11:55:46 |
| 7 | about what constituted being native but -- and | 11:55:48 |
| 8 | that these things were evident to all of the | 11:55:50 |
| 9 | participants in that interaction. | 11:55:57 |
| 10 | Q    And that is what you talked about in | 11:56:00 |
| 11 | terms of contributing to the atmosphere that | 11:56:01 |
| 12 | made it -- | 11:56:04 |
| 13 | A    Yes. | 11:56:04 |
| 14 | Q    -- unfriendly, correct? | 11:56:04 |
| 15 | A    That's correct.  I think so. | 11:56:05 |
| 16 | Q    Let's go back to your report at the | 11:56:13 |
| 17 | beginning on page 1 and 2 of the actual report. | 11:56:16 |
| 18 | A    Yes. | 11:56:20 |
| 19 | Q    Where the date, November 10, 2021 was | 11:56:20 |
| 20 | on page 1.  Are you there? | 11:56:23 |
| 21 | A    Yes. | 11:56:30 |
| 22 | Q    And you were asked to provide your | 11:56:30 |
| 23 | opinion on two questions, correct? | 11:56:32 |
| 24 | A    Correct. | 11:56:34 |
| 25 | Q    And who came up with those questions? | 11:56:34 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    100

| | | |
|---|---|---|
| 1 | A      Mr. McMurtry so far as I know.  He's | 11:56:37 |
| 2 | the one that posed them to me. | 11:56:40 |
| 3 | Q      Okay, and when was that? | 11:56:41 |
| 4 | A      That was probably in October.  It was | 11:56:42 |
| 5 | probably -- it was either late October or the | 11:56:45 |
| 6 | beginning of November.  I really only worked on | 11:56:47 |
| 7 | this report part-time for seven or eight or ten | 11:56:50 |
| 8 | days.  I can't remember exactly.  I have the | 11:56:53 |
| 9 | notes, if you need to know. | 11:56:56 |
| 10 | Q      And that was in October? | 11:56:57 |
| 11 | A      Either late October or early November. | 11:56:58 |
| 12 | It might have just all been in November.  I don't | 11:57:00 |
| 13 | remember exactly when I started working on the | 11:57:02 |
| 14 | formal report, but I have the notes. | 11:57:04 |
| 15 | Q      Did you have the questions that -- when | 11:57:06 |
| 16 | did you have the questions? | 11:57:08 |
| 17 | A      I believe -- first of all, I knew he | 11:57:10 |
| 18 | was interested in those passages in September when | 11:57:12 |
| 19 | we had the informal discussion about the case | 11:57:14 |
| 20 | because he informally asked me what I thought | 11:57:17 |
| 21 | these passages meant and whether they were true in | 11:57:22 |
| 22 | those videos.  But the formal questions that he | 11:57:24 |
| 23 | posed were posed -- you know, let's say it's | 11:57:26 |
| 24 | either the last of October or the beginning of | 11:57:29 |
| 25 | November. | 11:57:31 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    101

| | | |
|---|---|---|
| 1 | Q    Okay. | 11:57:32 |
| 2 | A    But I knew he -- previously that he was | 11:57:32 |
| 3 | interested in those passages. | 11:57:35 |
| 4 | Q    Okay, and how did you develop your | 11:57:36 |
| 5 | processes for how you would approach answering | 11:57:38 |
| 6 | those questions? | 11:57:40 |
| 7 | A    Pretty simple.  As I told you, I had | 11:57:43 |
| 8 | already informally reviewed the material.  I gave | 11:57:45 |
| 9 | more careful consideration.  I didn't have the | 11:57:48 |
| 10 | deposition when I did the first -- had the first | 11:57:50 |
| 11 | informal conversations with Mr. McMurtry, and so | 11:57:53 |
| 12 | then I was given the deposition and some of the | 11:57:57 |
| 13 | other report from the investigator and so forth | 11:58:00 |
| 14 | and the formal questions.  So I had these | 11:58:04 |
| 15 | materials. | 11:58:11 |
| 16 |     I spent another day or so looking | 11:58:12 |
| 17 | through all the materials and then quickly decided | 11:58:13 |
| 18 | that I wanted to ignore everything except what was | 11:58:15 |
| 19 | in the videos, that that would be the most | 11:58:20 |
| 20 | appropriate methodology given that, as I told you, | 11:58:21 |
| 21 | my methodology is to determine the truth | 11:58:25 |
| 22 | conditional character of the passages. | 11:58:28 |
| 23 |     When would they be true, on the basis | 11:58:31 |
| 24 | of a linguistic analysis of the plain meaning and | 11:58:34 |
| 25 | then look at the evidence that we have about what | 11:58:41 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    102

| | | |
|---|---|---|
| 1 | actually occurred, which I think the most -- which | 11:58:41 |
| 2 | I think the only high quality evidence we have of | 11:58:45 |
| 3 | what actually occurred was the videos because I | 11:58:48 |
| 4 | told you I want to disregard people's opinions | 11:58:48 |
| 5 | about them or reports on them.  So I decided the | 11:58:51 |
| 6 | best thing to do was just do my linguistic | 11:58:53 |
| 7 | analysis, look at the videos and see whether I | 11:58:56 |
| 8 | thought these things were true in those | 11:58:59 |
| 9 | circumstances as represented in the videos. | 11:59:00 |
| 10 | Q    And you talk about reasonable reader in | 11:59:11 |
| 11 | your -- in question 1. Would a reasonable | 11:59:12 |
| 12 | reader under -- and question 2 -- | 11:59:15 |
| 13 | A    Yes. | 11:59:15 |
| 14 | Q    You used the phrase "reasonable | 11:59:15 |
| 15 | reader," right? | 11:59:17 |
| 16 | MR. McMURTRY:  Objection.  She said | 11:59:17 |
| 17 | that I posed the questions. | 11:59:18 |
| 18 | THE WITNESS:  Yeah. | 11:59:20 |
| 19 | MS. SPEARS:  Fair enough. | 11:59:20 |
| 20 | THE WITNESS:  Todd posed the question. | 11:59:20 |
| 21 | BY MS. SPEARS: | 11:59:23 |
| 22 | Q    Fair enough.  Let me rephrase that. | 11:59:23 |
| 23 | Mr. McMurtry in his question 1 says -- | 11:59:25 |
| 24 | or uses the phrase "reasonable reader." | 11:59:29 |
| 25 | Do you use that phrase and what does it | 11:59:33 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    103

| | | |
|---|---|---|
| 1 | mean to you? | 11:59:41 |
| 2 | A    As an expert, I would be more inclined | 11:59:42 |
| 3 | to say a rational native speaker of the language | 11:59:43 |
| 4 | in question -- | 11:59:47 |
| 5 | Q    This -- | 11:59:49 |
| 6 | A    -- who read and understood the | 11:59:49 |
| 7 | passages, yes; that's what I'm looking at. | 11:59:51 |
| 8 | Q    Is that just a more highbrow way of | 11:59:52 |
| 9 | saying "reasonable reader"? | 11:59:55 |
| 10 | A    It's more accurate, in some ways.  I | 11:59:56 |
| 11 | mean, if you were a reader of -- if you're a | 11:59:59 |
| 12 | French person who doesn't speak English very well | 12:00:01 |
| 13 | and you read this, I'm not sure if they're the | 12:00:03 |
| 14 | person we're aiming at.  We want plain meaning of | 12:00:06 |
| 15 | English, so we want a native speaker.  That's why | 12:00:09 |
| 16 | just any old reader isn't good enough.  That's why | 12:00:11 |
| 17 | I say a native speaker.  And I want rational | 12:00:14 |
| 18 | because irrationality can lead people to | 12:00:17 |
| 19 | misinterpret all kind of things so, yeah. | 12:00:20 |
| 20 | Q    So, it doesn't -- so reasonable reader | 12:00:23 |
| 21 | doesn't just mean an ordinary person reading the | 12:00:25 |
| 22 | statements? | 12:00:27 |
| 23 | A    Oh, it does -- ordinary people are | 12:00:28 |
| 24 | typically not insane, so they're rational and if | 12:00:30 |
| 25 | they're native speakers they fall within this | 12:00:33 |

| | | |
|---|---|---|
| 1 | group so, yes, your ordinary native speaker who is | 12:00:36 |
| 2 | not out of their mind would be a reasonable reader | 12:00:41 |
| 3 | that we had in mind here. | 12:00:42 |
| 4 | Q    Does culture matter? | 12:00:46 |
| 5 | A    No. | 12:00:48 |
| 6 | Q    Does context matter? | 12:00:48 |
| 7 | A    In so far as you've got words like "I" | 12:00:49 |
| 8 | and "now" and "tense," yes, that matters.  Yes. | 12:00:49 |
| 9 | Q    And that's part of your study -- | 12:00:56 |
| 10 | A    Yes, that's correct. | 12:00:57 |
| 11 | Q    -- in your background in pragmatics, | 12:00:58 |
| 12 | correct? | 12:01:00 |
| 13 | A    Correct. | 12:01:00 |
| 14 | Q    See, I'm learning already. | 12:01:02 |
| 15 | A    You are. | 12:01:03 |
| 16 | Q    Are there unreasonable readers? | 12:01:03 |
| 17 | A    Umm... well -- | 12:01:07 |
| 18 | Q    Would that be someone who is insane; is | 12:01:10 |
| 19 | that -- | 12:01:13 |
| 20 | A    Well, there's another matter here.  So, | 12:01:14 |
| 21 | understand the following statement to be false in | 12:01:16 |
| 22 | view of the videos.  A person might watch the | 12:01:18 |
| 23 | videos and have very strong prejudices.  For | 12:01:22 |
| 24 | example, be a far right-wing person and have an | 12:01:27 |
| 25 | interpretation of what Mr. Phillips does that | 12:01:32 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              105

| | | |
|---|---|---|
| 1 | attributes him -- things to him or intentions that | 12:01:34 |
| 2 | he did not have, right? | 12:01:36 |
| 3 | So, I think the reasonable (sic) there | 12:01:38 |
| 4 | could be if you're going to set aside prejudice | 12:01:40 |
| 5 | and distortion of what you see, given what you can | 12:01:43 |
| 6 | see in the video and you're a native speaker and | 12:01:48 |
| 7 | you're rational, would you take this to be false? | 12:01:51 |
| 8 | Q    Go to page 5 of your report.  This is a | 12:01:58 |
| 9 | summary in the middle of the page under III, | 12:02:09 |
| 10 | "Summary of Opinions." | 12:02:12 |
| 11 | A    Yes. | 12:02:15 |
| 12 | Q    Is that right? | 12:02:15 |
| 13 | A    Correct. | 12:02:16 |
| 14 | Q    Are all of the opinions you intend to | 12:02:17 |
| 15 | offer in this case expressed in your written | 12:02:19 |
| 16 | report that we've marked here? | 12:02:21 |
| 17 | A    Yes. | 12:02:22 |
| 18 | Q    So you don't have any other opinions | 12:02:24 |
| 19 | that are not expressed in your written report | 12:02:26 |
| 20 | here? | 12:02:28 |
| 21 | A    I have not been asked as an expert to | 12:02:29 |
| 22 | give any additional opinions.  These are they. | 12:02:31 |
| 23 | Q    Let's go on that same page.  Again, I | 12:02:37 |
| 24 | want to ask you about this reasonable native | 12:02:40 |
| 25 | speaker and I think you just answered it, but I | 12:02:44 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    106

1    want to make sure I'm clear.  So you say:                    12:02:47

2              "A reasonable native speaker of English            12:02:50

3    reading (each) passage would take it to be false            12:02:50

4    in the circumstances captured in the videos of the          12:02:50

5    encounter which have been provided to me."                   12:02:50

6              And we talked about a reasonable                   12:03:04

7    reader. So is a reasonable reader a native speaker           12:03:04

8    of English or are you qualifying your opinion to             12:03:06

9    pertain to native English speakers?                          12:03:10

10        A    I didn't understand your question.                 12:03:14

11        Q    What are you -- by saying "Native                  12:03:15

12   speaker of English," who are you excluding?                  12:03:17

13        A    I'm excluding people who might have not            12:03:19

14   learned English perfectly.  So by saying "native            12:03:23

15   speaker" I'm talking about people who command the            12:03:26

16   English language.                                            12:03:29

17        Q    And what does -- "would take it to be              12:03:33

18   false" mean?                                                 12:03:36

19        A    If they were to watch the video and                12:03:39

20   they were a native speaker and they only looked at          12:03:41

21   what actually occurred in the video, they would             12:03:45

22   say this was false.                                          12:03:47

23        Q    And what does: "In the circumstances               12:03:50

24   captured in the videos of the encounter" mean?              12:03:53

25        A    That means what the video showed                   12:03:55

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              107

| | | |
|---|---|---|
| 1 | occurred.  Videos do not show intent; they show | 12:03:56 |
| 2 | action, behavior, what actually occurs. | 12:04:01 |
| 3 | Q    And again, this is you -- well, strike | 12:04:05 |
| 4 | that.  Let's go to page 7 of your report. | 12:04:07 |
| 5 | Page 7 of your report, you say:  "In | 12:04:35 |
| 6 | determining truth conditions, the science of | 12:04:37 |
| 7 | linguistics is purely descriptive aiming to | 12:04:37 |
| 8 | determine the plain meaning of an expression that | 12:04:37 |
| 9 | is understood by ordinary speakers of the language | 12:04:37 |
| 10 | in which it is couched." | 12:04:37 |
| 11 | What you mean by "purely descriptive"? | 12:04:47 |
| 12 | A    Many times people think that either a | 12:04:53 |
| 13 | dictionary or grammar is prescriptive, telling you | 12:04:55 |
| 14 | how you should speak, what something should mean. | 12:04:59 |
| 15 | You shouldn't say "ain't."  You should say "whom" | 12:05:02 |
| 16 | instead of "who" in certain cases. | 12:05:05 |
| 17 | This is not what we do in linguistics. | 12:05:09 |
| 18 | We describe what native -- ordinary people, who | 12:05:10 |
| 19 | have never even necessarily had a grammar class | 12:05:14 |
| 20 | say and understand by what they say.  That's the | 12:05:17 |
| 21 | crucial point. | 12:05:21 |
| 22 | Q    Okay, and page 7 you also discuss what | 12:05:23 |
| 23 | you call truth conditions. | 12:05:27 |
| 24 | A    Correct. | 12:05:28 |
| 25 | Q    You describe truth conditions as, "What | 12:05:29 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

108

| | | |
|---|---|---|
| 1 | a situation would have to be like in order for the | 12:05:32 |
| 2 | sentence to truthfully describe that situation." | 12:05:35 |
| 3 | What are truth conditions to you? | 12:05:40 |
| 4 | A    Truth conditions is -- well, I can tell | 12:05:44 |
| 5 | you again, informally, which I've done several | 12:05:45 |
| 6 | times, truth conditions are specific conditions | 12:05:51 |
| 7 | that would have to be satisfied in order for this | 12:05:52 |
| 8 | to be true, okay? | 12:05:55 |
| 9 | Q    Okay. | 12:05:58 |
| 10 | A    I can characterize that.  Remember, I | 12:05:58 |
| 11 | said I'm a formal semanticist.  I can characterize | 12:06:01 |
| 12 | that logically.  So it's often useful if you're | 12:06:02 |
| 13 | teaching the computer English, you translate it | 12:06:06 |
| 14 | into a logical language and then the computer goes | 12:06:13 |
| 15 | from -- the computer -- native computer languages | 12:06:14 |
| 16 | are mathematical, logical languages and they can | 12:06:16 |
| 17 | use the translation to go to the database to get | 12:06:19 |
| 18 | information and then translate it back into | 12:06:20 |
| 19 | English.  Or if you're translating between two | 12:06:22 |
| 20 | languages you often translate and you get the | 12:06:24 |
| 21 | truth conditions that's a logical statement.  It | 12:06:25 |
| 22 | doesn't matter.  Truth conditions are truth | 12:06:28 |
| 23 | conditions.  They are things -- the way things | 12:06:30 |
| 24 | would have to be in order for this to be true. | 12:06:32 |
| 25 | Q    Is there a set number of definitive | 12:06:41 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    109

| | | |
|---|---|---|
| 1 | truth conditions for any particular phrase? | 12:06:43 |
| 2 | A    No, actually that's a very -- that's a | 12:06:45 |
| 3 | very challenging question and that's why we refer | 12:06:47 |
| 4 | to multiple dictionaries, to look at multiple | 12:06:49 |
| 5 | things that a word might mean and connotations | 12:06:52 |
| 6 | that it might have, etcetera, to determine what, | 12:06:56 |
| 7 | you know, the range of possible meanings are.  And | 12:06:58 |
| 8 | then we look at the context, the syntax to | 12:07:02 |
| 9 | determine what the actual intended meaning was in | 12:07:04 |
| 10 | that case. | 12:07:06 |
| 11 | Q    And what is the plain meaning -- use | 12:07:10 |
| 12 | from a phrase, mean to you? | 12:07:12 |
| 13 | A    I use that because it's common in the | 12:07:16 |
| 14 | law and I think by "plain meaning" they mean what | 12:07:17 |
| 15 | an ordinary speaker who is a native speaker, who | 12:07:21 |
| 16 | has command of the English language, would take | 12:07:23 |
| 17 | the expression to mean. | 12:07:28 |
| 18 | Q    And how does an ordinary speaker | 12:07:29 |
| 19 | determine what plain meaning of a word or a | 12:07:31 |
| 20 | passage is? | 12:07:33 |
| 21 | A    Ahhh, there you'd have to take language | 12:07:34 |
| 22 | and the law, wouldn't you?  So, the -- people | 12:07:35 |
| 23 | think that they teach their children language, but | 12:07:38 |
| 24 | the fascinating thing is that they do not. | 12:07:40 |
| 25 | Children -- like a little deer is born | 12:07:44 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    110

| | | |
|---|---|---|
| 1 | to walk, it gets up and walks almost as soon as | 12:07:45 |
| 2 | it's born.  Little children have been learning the | 12:07:48 |
| 3 | language of their mothers in the womb.  They've | 12:07:51 |
| 4 | learned the sound patterns, the prosody.  And they | 12:07:54 |
| 5 | are learning the sound patterns of their native -- | 12:07:57 |
| 6 | their maternal -- not because it's their birth | 12:08:00 |
| 7 | mother, but the language that's spoken around them | 12:08:03 |
| 8 | all the time as they develop and mature till about | 12:08:05 |
| 9 | nine months to a year. | 12:08:07 |
| 10 | In two months they start speaking and | 12:08:09 |
| 11 | they make all kinds of errors that are things that | 12:08:11 |
| 12 | nobody around them would ever say.  For example, | 12:08:13 |
| 13 | they'll over-generalize regular verb tense, past | 12:08:15 |
| 14 | tense. | 12:08:20 |
| 15 | So instead of saying "went" they'll say | 12:08:20 |
| 16 | "go'd."  Anybody who has a child and listens hard | 12:08:20 |
| 17 | enough will see that at a certain point an | 12:08:24 |
| 18 | ordinary, average, normal child developing will | 12:08:24 |
| 19 | over-generalize the grammatical rules that they're | 12:08:24 |
| 20 | learning and the language that they're studying | 12:08:24 |
| 21 | around them.  So children are born to absorb and | 12:08:24 |
| 22 | learn a language.  It's a fascinating thing and | 12:08:24 |
| 23 | that's one of the things that modern linguistics | 12:08:40 |
| 24 | as a science studies. | 12:08:43 |
| 25 | Therefore, when we study the plain | 12:08:45 |

| | | |
|---|---|---|
| 1 | meaning, we study the meaning as ordinary speakers | 12:08:47 |
| 2 | learn it from each other and use it with each | 12:08:52 |
| 3 | other, not some idealized grammar, or some | 12:08:54 |
| 4 | idealized language. | 12:08:57 |
| 5 | Q    So by the time one is no longer a child | 12:08:59 |
| 6 | but a adult -- | 12:09:02 |
| 7 | A    Right. | 12:09:03 |
| 8 | Q    -- and fits into the category of | 12:09:03 |
| 9 | reasonable reader -- | 12:09:05 |
| 10 | A    Okay. | 12:09:06 |
| 11 | Q    That you've said before.  At that point | 12:09:07 |
| 12 | plain meaning of words is a matter of everyday | 12:09:10 |
| 13 | common experience, correct? | 12:09:12 |
| 14 | A    Correct.  You don't think about it. | 12:09:14 |
| 15 | Q    A matter of common-sense, so to speak? | 12:09:19 |
| 16 | A    Common-sense is not the way I would use | 12:09:22 |
| 17 | it, but it is a matter of linguistics competence, | 12:09:24 |
| 18 | and everyone, even people of relatively low | 12:09:28 |
| 19 | intelligence, as long as they are not -- they | 12:09:30 |
| 20 | don't have a defective mind, brain, have | 12:09:32 |
| 21 | linguistic competence. | 12:09:43 |
| 22 | Q    You've consulted respected dictionaries | 12:09:45 |
| 23 | of modern English, you say, and my question for | 12:09:46 |
| 24 | you, and we went through the three listed in your | 12:09:48 |
| 25 | report, do you recall that? | 12:09:53 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              112

| | | |
|---|---|---|
| 1 | A    My question what? | 12:09:54 |
| 2 | Q    I'm sorry.  That was a bad question. | 12:09:55 |
| 3 | You cite three dictionaries in your report, | 12:09:56 |
| 4 | correct? | 12:09:58 |
| 5 | A    Correct. | 12:09:59 |
| 6 | Q    And my question to you is: Did anyone | 12:09:59 |
| 7 | provide those dictionaries to you? | 12:10:03 |
| 8 | A    I keep them on my shelf. | 12:10:06 |
| 9 | Well, actually, the Oxford English | 12:10:09 |
| 10 | Dictionary I get on line -- I have it on my shelf, | 12:10:10 |
| 11 | but it's a lot easier and the print's a lot bigger | 12:10:12 |
| 12 | if I read it on line.  So, yes, that's why I | 12:10:14 |
| 13 | access the online version.  Because it's just | 12:10:17 |
| 14 | easier than taking the book off my shelf. | 12:10:19 |
| 15 | Q    And they are publicly available so it's | 12:10:21 |
| 16 | easy -- | 12:10:23 |
| 17 | -- (overspeaking) -- | 12:10:23 |
| 18 | A    Anybody can -- | 12:10:24 |
| 19 | Q    -- I've got to finish the question, | 12:10:25 |
| 20 | sorry.  I know it's -- as a linguist you might | 12:10:26 |
| 21 | appreciate it is common for people to talk over | 12:10:30 |
| 22 | each other, but in this world it is very | 12:10:33 |
| 23 | challenging for the Court Reporter when we do | 12:10:36 |
| 24 | that.  So I'm not trying to be rude but I have to | 12:10:38 |
| 25 | cut you off. | 12:10:41 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                            113

| | | |
|---|---|---|
| 1 | So those dictionaries you consulted are | 12:10:42 |
| 2 | publicly available, correct? | 12:10:49 |
| 3 | A    Correct. | 12:10:50 |
| 4 | Q    And it's easy for anyone like myself or | 12:10:51 |
| 5 | counsel in this room or the judge in this case, to | 12:10:56 |
| 6 | obtain those dictionaries, correct? | 12:10:58 |
| 7 | A    Correct. | 12:10:59 |
| 8 | Q    You don't need a special library | 12:11:03 |
| 9 | linguist card to check 'em out. | 12:11:07 |
| 10 | A    No. | 12:11:10 |
| 11 | Q    And the average person, adult person, | 12:11:11 |
| 12 | is capable of understanding dictionary | 12:11:16 |
| 13 | definitions, correct? | 12:11:21 |
| 14 | A    I think so. | 12:11:22 |
| 15 | Q    You looked up certain words, you say, | 12:11:23 |
| 16 | and I quote "passages of interest."  How did you | 12:11:25 |
| 17 | determine which words to look up? | 12:11:28 |
| 18 | A    I looked up the ones that I thought | 12:11:35 |
| 19 | most bore on why these passages were possibly | 12:11:37 |
| 20 | contentious, like "block", and some of the others | 12:11:40 |
| 21 | that I looked up.  I thought that most -- I have | 12:11:43 |
| 22 | to look at the passage, most of the passage was | 12:11:45 |
| 23 | just very simple, you know, English, I was | 12:11:48 |
| 24 | thinking -- I mean, everybody knows what Phillips | 12:11:52 |
| 25 | says in these things -- so, I was thinking at that | 12:11:54 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    114

| | | |
|---|---|---|
| 1 | time, I started going that way and "that guy in | 12:11:57 |
| 2 | the hat," those not contentious, there's nothing | 12:12:01 |
| 3 | really to look up, "that guy in the hat" | 12:12:03 |
| 4 | presumably because he's talking about the | 12:12:04 |
| 5 | interaction with Sandmann.  He's talking about | 12:12:05 |
| 6 | Sandmann.  And "impasse." Now, there, were they at | 12:12:09 |
| 7 | an impasse?  "Blocked my way," "wouldn't let me | 12:12:14 |
| 8 | retreat," those are the things that I thought | 12:12:17 |
| 9 | might be at issue about whether Phillips correctly | 12:12:18 |
| 10 | represented the situation, so those are the words | 12:12:22 |
| 11 | that I looked up to make sure that I had what I | 12:12:25 |
| 12 | take to be objective support for the construal | 12:12:29 |
| 13 | that I made of the meanings of these expressions. | 12:12:39 |
| 14 |     Q    Okay, and we talked earlier about | 12:12:41 |
| 15 | lexicography being the description of plain | 12:12:44 |
| 16 | meanings of expressions as (indiscernible) native | 12:12:50 |
| 17 | speakers, that's how you define it, correct? | 12:12:52 |
| 18 |     A    Yes. | 12:12:58 |
| 19 |     Q    And you said a second ago that doesn't | 12:12:58 |
| 20 | prescribe -- | 12:13:01 |
| 21 |     A    Correct. | 12:13:01 |
| 22 |     Q    -- what the meaning should be? | 12:13:01 |
| 23 |     A    Yes. | 12:13:02 |
| 24 |     Q    So then I take it it's fair to say that | 12:13:08 |
| 25 | there is not only one plain meaning of any | 12:13:10 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    115

| | | |
|---|---|---|
| 1 | particular word to native speakers, correct? | 12:13:12 |
| 2 | A     I will hedge on that question.  May I | 12:13:16 |
| 3 | explain? | 12:13:19 |
| 4 | Q     Sure. | 12:13:19 |
| 5 | A     Many expressions have multiple | 12:13:20 |
| 6 | meanings, I have shown you some in the case in | 12:13:23 |
| 7 | hand.  But it is not Humpty Dumpty.  Individuals | 12:13:24 |
| 8 | don't get to decide what a word means. | 12:13:28 |
| 9 | The word has a meaning in convention | 12:13:31 |
| 10 | with its use among the group of native speakers | 12:13:36 |
| 11 | and that's what a lexicographer tries to capture | 12:13:39 |
| 12 | by looking at not one, but many, many sources of | 12:13:41 |
| 13 | competent native speakers to decide the range of | 12:13:44 |
| 14 | meanings that are attested and attributed to | 12:13:49 |
| 15 | native speakers by other native speakers.  Okay? | 12:13:55 |
| 16 | So it's not that a given person gets to | 12:13:58 |
| 17 | decide what "block" means or "impasse"; it is | 12:14:01 |
| 18 | something that we as a community mean and that | 12:14:03 |
| 19 | this is objectively observed by lexicographers and | 12:14:08 |
| 20 | others who study the use of language and its | 12:14:13 |
| 21 | meaning. | 12:14:16 |
| 22 | Q     And just looking at general dictionary | 12:14:17 |
| 23 | definitions, you need context to determine which | 12:14:19 |
| 24 | definition is most suitable, correct? | 12:14:21 |
| 25 | A     Typically, correct. | 12:14:23 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                               116

| | | |
|---|---|---|
| 1 | Q   And that's important, for example, you | 12:14:25 |
| 2 | know, with idioms you might say, "It's raining | 12:14:28 |
| 3 | cats and dog," it's not literally raining cats and | 12:14:34 |
| 4 | dogs, right?  That's just an example of something | 12:14:38 |
| 5 | where -- | 12:14:41 |
| 6 |         -- (overspeaking) -- | 12:14:41 |
| 7 | A   Of course.  Well, that's ... | 12:14:42 |
| 8 | Q   You also state that you looked at -- | 12:14:43 |
| 9 | well, strike that.  We talked earlier about | 12:14:52 |
| 10 | lexicography and compiling dictionary definitions | 12:14:55 |
| 11 | and that essentially means collecting different | 12:14:57 |
| 12 | possible definitions of a given word, correct? | 12:15:01 |
| 13 | A   Not definitions, uses. | 12:15:04 |
| 14 | Q   Uses.  Now you state -- | 12:15:06 |
| 15 | A   May I say something about a definition? | 12:15:15 |
| 16 | A definition is a characterization of a meaning. | 12:15:18 |
| 17 | It is a paraphrase.  A good definition is an art | 12:15:21 |
| 18 | to defining.  And the defined term has to fit in | 12:15:24 |
| 19 | the same syntactic slot, as the term being | 12:15:27 |
| 20 | defined.  It's the verb -- you've given any type | 12:15:31 |
| 21 | of verb form as a definition.  It is not a | 12:15:34 |
| 22 | definition that says what it should be mean, it is | 12:15:36 |
| 23 | a characterization of one usage, one way people | 12:15:39 |
| 24 | use it, one meaning it has in current plain | 12:15:41 |
| 25 | language. | 12:15:45 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    117

1      Q    Okay.  And now on page -- let's          12:15:45

2  continue on then.  Page 8 you talked about         12:15:48

3  syntactic structure and we talked about that at     12:15:52

4  the beginning of the morning, right?                12:15:55

5      A    Correct.                                   12:15:57

6      Q    And you say you also considered           12:16:01

7  syntactic structure?                                12:16:02

8      A    Yes.                                       12:16:03

9      Q    How does syntactic structure matter to    12:16:09

10  truth conditions?                                   12:16:13

11     A    May I give you an example from one of      12:16:14

12  the passages?                                       12:16:17

13     Q    Sure.                                      12:16:18

14     A    In the first passage, the one in          12:16:18

15  question 1 at the bottom of page 1, Mr. Phillips    12:16:19

16  is heard as saying, "He" -- Sandmann -- "just       12:16:21

17  blocked my way and wouldn't allow me to retreat."   12:16:26

18  Now, as you pointed out "blocked" is ambiguous or   12:16:27

19  it has not -- well, you'd say it was ambiguous.     12:16:33

20  Anyway, it has some very -- two or three closely    12:16:36

21  related senses that one might -- that one might     12:16:40

22  take to relevant to a circumstance like this.       12:16:44

23          One of them is a more passive sense so     12:16:45

24  you can say an inanimate object blocked your way    12:16:48

25  like the construction, you know -- the crane        12:16:52

| | | |
|---|---|---|
| 1 | blocked my way, right?  Or the crane, you know -- | 12:16:57 |
| 2 | was in the way, in effect, without the crane -- | 12:16:58 |
| 3 | without attributing any intention to the crane, | 12:17:00 |
| 4 | correct?  But in this particular passage there's | 12:17:04 |
| 5 | another active sense of block, which is moved to | 12:17:07 |
| 6 | block or intended to block my way, okay?  And I | 12:17:10 |
| 7 | thought that in this context it was more | 12:17:13 |
| 8 | probable -- likely, that Phillips intended or | 12:17:16 |
| 9 | would expect his audience to understand him as | 12:17:18 |
| 10 | meaning that Sandmann actively blocked his way. | 12:17:20 |
| 11 |      If you look at the second conjunct, it | 12:17:24 |
| 12 | said "Wouldn't allow me to retreat," which does | 12:17:27 |
| 13 | attribute intention to refuse to let Phillips do | 12:17:31 |
| 14 | what he wanted to do.  So I took the first | 12:17:39 |
| 15 | conjunct, the sense of block to have the active | 12:17:41 |
| 16 | sense of intending to be in the way. | 12:17:44 |
| 17 |      There is an example where syntax in | 12:17:47 |
| 18 | this particular case, if he said, "He was blocking | 12:17:50 |
| 19 | way," that is not as clear, when you have an | 12:17:54 |
| 20 | agentive "block my way," that seems more likely | 12:17:58 |
| 21 | that it would be agentive, and there is also | 12:18:03 |
| 22 | passive "block" where there is not even an agent. | 12:18:05 |
| 23 | So in this particular case, the fact that it was | 12:18:06 |
| 24 | transitive use of "block" and that it was | 12:18:09 |
| 25 | conjoined with another sentence where there was an | 12:18:12 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    119

| | | |
|---|---|---|
| 1 | attribution of intent to Mr. Phillips seemed to | 12:18:15 |
| 2 | disambiguate which sense of "block" Phillips would | 12:18:20 |
| 3 | have expected his native speaker interlocutor to | 12:18:23 |
| 4 | understand him to mean. | 12:18:29 |
| 5 | Q    Okay.  At page 8 at the bottom you | 12:18:34 |
| 6 | conclude that you used these resources and | 12:18:37 |
| 7 | techniques to determine the truth conditions of | 12:18:46 |
| 8 | the sentences which you took to be crucial in | 12:18:53 |
| 9 | these passages; is that right? | 12:18:55 |
| 10 | A    Correct. | 12:18:58 |
| 11 | Q    And by "resources" you mean the | 12:18:59 |
| 12 | dictionaries, correct? | 12:19:01 |
| 13 | A    The dictionaries and my knowledge of | 12:19:01 |
| 14 | grammar.  I didn't refer to grammars here but if | 12:19:06 |
| 15 | you wanted me to I could, and my knowledge of how | 12:19:09 |
| 16 | context influences interpretation which is -- | 12:19:11 |
| 17 | again, I could give you long bibliographies, but I | 12:19:15 |
| 18 | refrained from doing that.  They are in the | 12:19:20 |
| 19 | report. | 12:19:22 |
| 20 | Q    And you also consulted the | 12:19:23 |
| 21 | dictionaries, correct? | 12:19:24 |
| 22 | A    I did consult the dictionaries, yes. | 12:19:24 |
| 23 | Q    And then you say, continuing on page 8, | 12:19:33 |
| 24 | that you "considered the video evidence provided | 12:19:36 |
| 25 | to me to understand the situation in which the | 12:19:37 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    120

| | | |
|---|---|---|
| 1 | confrontation occurred", correct? | 12:19:40 |
| 2 | A    Correct. | 12:19:45 |
| 3 | Q    And so, essentially, you reviewed the | 12:19:47 |
| 4 | videos and then determined whether, after having | 12:19:50 |
| 5 | reviewed the videos, the statements were false | 12:19:55 |
| 6 | based on what you observed in the videos, correct? | 12:19:57 |
| 7 | A    That's correct. | 12:19:58 |
| 8 | MS. SPEARS:  Can we go off on the | 12:19:59 |
| 9 | record but stay seated for a second.  I just want | 12:20:17 |
| 10 | to consult and decide on the lunch break timing | 12:20:18 |
| 11 | here for everyone.  Are you happy for me to do a | 12:20:18 |
| 12 | little bit more or we can break now? | 12:20:18 |
| 13 | THE VIDEOGRAPHER:  We're going off the | 12:20:23 |
| 14 | record, the time is 12:20 p.m. | 12:20:24 |
| 15 | (Recess taken from 12:20 p.m. to 1:20 p.m.) | 12:20:26 |
| 16 | THE VIDEOGRAPHER:  Going back on the | 01:27:31 |
| 17 | record, the time is 1:27 p.m. | 01:27:32 |
| 18 | BY MS. SPEARS: | 01:27:35 |
| 19 | Q    Okay, thank you.  Let's look at your | 01:27:36 |
| 20 | report -- I'm sorry, can you wait one second. | 01:27:42 |
| 21 | All right.  We're back on the record | 01:27:55 |
| 22 | after our lunch break. | 01:27:56 |
| 23 | Let's look at your report on page 9, | 01:27:57 |
| 24 | please. | 01:27:59 |
| 25 | Okay, page 9, section 5 you titled | 01:28:04 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    121

| | | |
|---|---|---|
| 1 | "Facts"? | 01:28:07 |
| 2 | A    Yes. | 01:28:10 |
| 3 | Q    And you write: "Here are the facts | 01:28:10 |
| 4 | about the January 18, 2019 incident as I'm aware | 01:28:11 |
| 5 | of them from materials provided to me principally | 01:28:15 |
| 6 | in the videos listed in section 4 above." | 01:28:17 |
| 7 | And my first question for you is, you | 01:28:21 |
| 8 | say "as I am aware of them."  Did you draft this | 01:28:26 |
| 9 | "Facts" section? | 01:28:29 |
| 10 | A    Yes. | 01:28:30 |
| 11 | Q    So no portions of it were provided to | 01:28:31 |
| 12 | you? | 01:28:33 |
| 13 | A    Nothing. | 01:28:34 |
| 14 | Q    And describe just very briefly your | 01:28:35 |
| 15 | process for drafting the "facts" section. | 01:28:37 |
| 16 | A    Well, I had already conducted an | 01:28:41 |
| 17 | analysis and so I decided to present it first in | 01:28:42 |
| 18 | terms of the facts as I observed them, then the | 01:28:45 |
| 19 | relevant law and the linguistic analysis and then | 01:28:50 |
| 20 | say, given the facts, whether the passages I was | 01:28:58 |
| 21 | asked to comment on were true.  That's it. | 01:29:01 |
| 22 | Q    And -- | 01:29:07 |
| 23 | A    So in reporting what I saw on the | 01:29:09 |
| 24 | videos, of course, I focused on the interaction | 01:29:10 |
| 25 | between Mr. Phillips and Mr. Sandmann particularly | 01:29:13 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          122

```
 1   but other members of the group and the              01:29:17

 2   circumstances immediately around them, as those     01:29:19

 3   might bear on the truth of the passages.  I didn't   01:29:21

 4   talk about birds flying overhead or something,       01:29:25

 5   yeah.                                                01:29:27

 6        Q    Right.  And you did that by reviewing      01:29:28

 7   the videos 1 to 18?                                  01:29:30

 8        A    Yes.                                       01:29:32

 9        Q    On page 9 here you say:                    01:29:32

10        "Three different groups interacted in           01:29:40

11   the event in question as well as various             01:29:41

12   bystanders who seemed to be unrelated to any of      01:29:43

13   these groups."                                       01:29:45

14             Which bystanders are you referring to?     01:29:47

15        A    I can't tell in all the videos who is a    01:29:50

16   bystander and who is a Covington boy and who is a    01:29:53

17   member of the Native American group.  Sometimes it   01:29:56

18   is evident from the way they behave or are           01:29:58

19   dressed, other times it is not.                      01:30:00

20             The reason I said "bystanders" is that     01:30:03

21   I was aware in reviewing the earlier tape, a very    01:30:04

22   long tape made by the videographer for the Black     01:30:07

23   Hebrew Israelites, that there were a number of --    01:30:12

24   just ordinary people, I presume many of them         01:30:14

25   possibly tourists, I don't know who they were, in    01:30:16
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    123

| | | |
|---|---|---|
| 1 | the area who were interacting at least with that | 01:30:18 |
| 2 | particular group, and might have been hanging | 01:30:21 |
| 3 | around as, you know, during the interaction | 01:30:23 |
| 4 | between Phillips and Sandmann. | 01:30:25 |
| 5 | So I can't tell, especially far -- to | 01:30:26 |
| 6 | the left and back of Phillips, you know, down on | 01:30:29 |
| 7 | the flat part, I'm not really sure who was a | 01:30:33 |
| 8 | Covington boy and who was not. | 01:30:35 |
| 9 | Q    Mm-hmm.  And you note in here that | 01:30:38 |
| 10 | there are also stray passersby of several races | 01:30:41 |
| 11 | and apparent ethnic backgrounds? | 01:30:45 |
| 12 | A    That was again based on, partly on the | 01:30:47 |
| 13 | observation of the tape, the long tape with the | 01:30:50 |
| 14 | Black Hebrew Israelites.  They interacted with | 01:30:53 |
| 15 | many different kinds of people. | 01:30:55 |
| 16 | Q    Why did you conclude that they seemed | 01:30:56 |
| 17 | to be unrelated to any of the three groups you | 01:30:58 |
| 18 | refer to:  The Covington students, the Native | 01:31:00 |
| 19 | Americans or the -- | 01:31:02 |
| 20 | -- (overspeaking) -- | 01:31:03 |
| 21 | A    Well, for example, there was a group | 01:31:03 |
| 22 | that stood and exchanged heckling with the Black | 01:31:05 |
| 23 | Hebrew Israelites for quite some time and the | 01:31:10 |
| 24 | people in them, I think there was a man and some | 01:31:15 |
| 25 | women, again, I haven't reviewed those details | 01:31:18 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              124

| | | |
|---|---|---|
| 1 | before this deposition, who were African American, | 01:31:21 |
| 2 | quite obviously, and they were not of a mind with | 01:31:24 |
| 3 | the views being promoted by the Black Hebrew | 01:31:28 |
| 4 | Israelites and there was a lot of exchange between | 01:31:33 |
| 5 | those passersby out there and the Black Hebrew | 01:31:37 |
| 6 | Israelites and the -- I'm just aware that there | 01:31:40 |
| 7 | were different kinds of people interacting with | 01:31:43 |
| 8 | them in that way so I presume some of the people | 01:31:46 |
| 9 | at the -- during the exchange between Phillips and | 01:31:48 |
| 10 | Sandmann might have been stray passersby. | 01:31:51 |
| 11 | Q    And that's an assumption that you | 01:31:55 |
| 12 | made -- | 01:31:57 |
| 13 | A    -- (overspeaking) -- | 01:31:58 |
| 14 | Q    You have to wait until I am done. | 01:31:58 |
| 15 | A    Sorry. | 01:32:00 |
| 16 | Q    That's an assumption you made based on | 01:32:00 |
| 17 | your personal review of the videos, correct? | 01:32:02 |
| 18 | A    Based on my review of the video, yes. | 01:32:04 |
| 19 | Q    Okay.  And you note: races and apparent | 01:32:06 |
| 20 | ethnic backgrounds.  How can you tell from the | 01:32:10 |
| 21 | video what someone's ethnic background is? | 01:32:12 |
| 22 | A    I said apparent ethnic backgrounds | 01:32:16 |
| 23 | because there were a number of people dressed in | 01:32:18 |
| 24 | such a way as to suggest that they identified with | 01:32:20 |
| 25 | the Native American that was protesting, so I | 01:32:23 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                         125

1    assumed sort some of them might have been part          01:32:24

2    Native Americans.                                       01:32:28

3         Q    But you don't know.                           01:32:30

4         A    I don't know.                                 01:32:31

5         Q    And then on page 9 in the first bullet        01:32:32

6    point you write that the Black Hebrew Israelites        01:32:34

7    were there to, quote, "preach a religious and           01:32:35

8    political message."  How did you determine their        01:32:38

9    purpose in being there?                                 01:32:40

10        A    That was pretty obvious.  They had a          01:32:44

11   loudspeaker and a videographer.  They were making       01:32:48

12   a point.  Think wanted people to hear their views.      01:32:51

13   A kind of soap box.                                     01:32:54

14        Q    And you say in your report here that --       01:32:55

15   you say, and I quote, "There may have been five or      01:32:56

16   six of them standing together, perhaps others           01:32:58

17   circulating in the crowd in front of the Lincoln        01:33:01

18   Memorial."  So you couldn't say for sure how many       01:33:03

19   Black Hebrew Israelites were there based on the         01:33:07

20   video; right?                                           01:33:08

21        A    Correct.                                      01:33:11

22        Q    And you say the Black Hebrew Israelites       01:33:12

23   used, quote, "incendiary language to insult or          01:33:13

24   degrade those that they engaged with," close            01:33:16

25   quote.  What incendiary language were you               01:33:19

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    126

| | | |
|---|---|---|
| 1 | referring to? | 01:33:22 |
| 2 | A    I don't want to mention some of the | 01:33:22 |
| 3 | names that they called the African Americans they | 01:33:24 |
| 4 | interacted with -- I beg pardon.  You can look at | 01:33:25 |
| 5 | the videos if you want to see.  But they called | 01:33:28 |
| 6 | the boys from Covington "crackers" repeatedly, and | 01:33:30 |
| 7 | they also engaged in an insulting exchange with | 01:33:34 |
| 8 | the Native Americans, but I don't remember the | 01:33:36 |
| 9 | character of the exchange.  As I said, I only | 01:33:40 |
| 10 | watched that video once and it was back in the end | 01:33:42 |
| 11 | of October/beginning of November. | 01:33:44 |
| 12 | So I ignored that part in my subsequent | 01:33:46 |
| 13 | reviews because it didn't bear on the direct | 01:33:48 |
| 14 | exchange between Phillips and Sandmann. | 01:33:50 |
| 15 | Q    And how did you know that it was the | 01:33:53 |
| 16 | Black Hebrew Israelites' intent to insult or | 01:33:55 |
| 17 | degrade people? | 01:33:57 |
| 18 | A    They used insulting, degrading terms. | 01:33:59 |
| 19 | There were slurs, by the way. | 01:34:01 |
| 20 | Q    And how does that square with your | 01:34:03 |
| 21 | statement that they were there to preach a | 01:34:05 |
| 22 | religious and political message? | 01:34:07 |
| 23 | MR. McMURTRY:  Objection. | 01:34:09 |
| 24 | BY MS. SPEARS: | 01:34:10 |
| 25 | Q    Is that they were they doing both? | 01:34:10 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          127

| | | |
|---|---|---|
| 1 | A    Sure, why not?  Some people do. | 01:34:12 |
| 2 | Q    The second bullet of page 9 you say: "A | 01:34:13 |
| 3 | large group of people who, according to the | 01:34:18 |
| 4 | articles that I have read about the event cited in | 01:34:21 |
| 5 | Section 4 had come to DC for the Indigenous | 01:34:23 |
| 6 | Peoples March." | 01:34:26 |
| 7 | A    Yes. | 01:34:28 |
| 8 | Q    Which articles did you refer to | 01:34:28 |
| 9 | specifically for that? | 01:34:31 |
| 10 | A    I'm sorry, I'd have to review the | 01:34:32 |
| 11 | article to tell you. | 01:34:33 |
| 12 | Q    Sitting here today, you can't tell me? | 01:34:34 |
| 13 | A    I don't remember which piece of data I | 01:34:37 |
| 14 | got from which article, no. | 01:34:39 |
| 15 | Q    You say, quote, reading along here: | 01:34:40 |
| 16 | "Mr. Phillips was a member of this | 01:34:43 |
| 17 | group as it seems at least one of those who made | 01:34:45 |
| 18 | the videos of the interaction with the boys from | 01:34:48 |
| 19 | Covington Catholic school." | 01:34:52 |
| 20 | And I think you have brought with you | 01:34:53 |
| 21 | today a sheet that you said there were some typos | 01:34:55 |
| 22 | on.  Is this where there is a typo and it was | 01:34:58 |
| 23 | meant to be "as was, it seems"? | 01:35:01 |
| 24 | A    Yes, mm-hmm. | 01:35:04 |
| 25 | Q    So the sentence should read: | 01:35:05 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    128

| | | |
|---|---|---|
| 1 | "Mr. Phillips was a member of this | 01:35:06 |
| 2 | group as was it seems at least one of those who | 01:35:08 |
| 3 | made the videos of the interaction with the boys | 01:35:10 |
| 4 | from Covington Catholic school." | 01:35:13 |
| 5 | A    Correct. | 01:35:16 |
| 6 | Q    How did you determine that Mr. Phillips | 01:35:16 |
| 7 | was a member of this quote, unquote group. | 01:35:18 |
| 8 | A    I believe he identified as someone who | 01:35:19 |
| 9 | had been there with that group, or was identified | 01:35:22 |
| 10 | as such by one of the articles that I read, those | 01:35:25 |
| 11 | news articles that are cited here as one of my | 01:35:27 |
| 12 | sources. | 01:35:31 |
| 13 | Q    Okay, and you're saying here that | 01:35:32 |
| 14 | someone else "with the group" based on your | 01:35:37 |
| 15 | review, you believe made videos of the interaction | 01:35:40 |
| 16 | but you're not saying Mr. Phillips made a video of | 01:35:42 |
| 17 | the interaction -- | 01:35:45 |
| 18 | A    No.  No -- | 01:35:45 |
| 19 | Q    -- that was the typo that was -- | 01:35:46 |
| 20 | -- (overspeaking) -- | 01:35:47 |
| 21 | A    No, there's no typo.  Let me look at | 01:35:48 |
| 22 | the passage. | 01:35:49 |
| 23 | MR. McMURTRY:  Just be sure to let her | 01:35:51 |
| 24 | finish, so it's clear. | 01:35:52 |
| 25 | THE WITNESS:  I beg your pardon. | 01:35:53 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    129

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 01:35:54 |
| 2 | Q    Sure.  You are not saying that | 01:35:54 |
| 3 | Mr. Phillips is making a video of the interaction? | 01:35:55 |
| 4 | A    No, no. | 01:35:57 |
| 5 | Q    In the next -- you say here: | 01:35:58 |
| 6 | "These people sang, danced and chanted | 01:35:59 |
| 7 | to drums, sometimes forming a large circle as they | 01:36:01 |
| 8 | did so." | 01:36:04 |
| 9 | How did you determine if they were | 01:36:06 |
| 10 | singing, dancing and chanting? | 01:36:08 |
| 11 | A    In, again, the first video, I think, | 01:36:10 |
| 12 | the longest one which is from the -- made by the | 01:36:13 |
| 13 | videographer for the Black Hebrew Israelites, | 01:36:16 |
| 14 | there is -- are a couple of short pieces -- not -- | 01:36:17 |
| 15 | you can't really tell exactly where they are but | 01:36:21 |
| 16 | they are in the vicinity of these Native American | 01:36:25 |
| 17 | peoples singing and dancing in a large circle and | 01:36:27 |
| 18 | chanting. | 01:36:31 |
| 19 | Q    And then you say:  "During the circle | 01:36:31 |
| 20 | dance there appeared to be at least as many people | 01:36:34 |
| 21 | participating as there were boys from Covington | 01:36:37 |
| 22 | though I cannot give a reliable estimate of their | 01:36:40 |
| 23 | number." | 01:36:40 |
| 24 | Why do you call it a circle dance? | 01:36:40 |
| 25 | A    They were in a circle dancing. | 01:36:44 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    130

| | | |
|---|---|---|
| 1 | Q    Okay, are you aware that it's is | 01:36:46 |
| 2 | actually called a round dance in Native -- | 01:36:47 |
| 3 | A    No, I'm not. | 01:36:49 |
| 4 | -- (overspeaking) -- | 01:36:49 |
| 5 | Q    You've got to wait until I'm | 01:36:49 |
| 6 | done talking. Are you aware that it is actually | 01:36:49 |
| 7 | called a round dance in Native American culture? | 01:36:54 |
| 8 | A    No, I'm not. | 01:36:56 |
| 9 | Q    Why can't you give a reliable estimate | 01:36:57 |
| 10 | of the number of participants in the Indigenous | 01:37:00 |
| 11 | Peoples March? | 01:37:04 |
| 12 | A    Two reasons.  First of all, I never | 01:37:06 |
| 13 | stopped the frame to count the number of people I | 01:37:09 |
| 14 | could see in the frame who were doing the dance. | 01:37:12 |
| 15 | I just didn't think that was really material here. | 01:37:15 |
| 16 | And secondly, because the videographer | 01:37:21 |
| 17 | only captured part of that scene, so I'm really | 01:37:23 |
| 18 | not aware of how many people might have been | 01:37:25 |
| 19 | standing outside the circle that were dancing. | 01:37:27 |
| 20 | Q    Okay.  And would that be the same | 01:37:29 |
| 21 | reason why you weren't able to tell how many of | 01:37:32 |
| 22 | Black Hebrew Israelites there are? | 01:37:33 |
| 23 | A    Those are part of the reasons and part | 01:37:35 |
| 24 | of the reason is that I did observe that a couple | 01:37:36 |
| 25 | of people with that group were moving around, | 01:37:38 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    131

| | | |
|---|---|---|
| 1 | either doing videography or recording -- I don't | 01:37:40 |
| 2 | know what all they were doing.  So I wasn't sure | 01:37:47 |
| 3 | that the group was all in one place. | 01:37:49 |
| 4 |     Q    And why did you think it was relevant | 01:37:51 |
| 5 | to compare the number of people in the circle | 01:37:52 |
| 6 | dance with the number of Covington students? | 01:37:54 |
| 7 |     A    It isn't particularly.  I just thought | 01:37:57 |
| 8 | I'd mention that. | 01:38:00 |
| 9 |     Q    Are you claiming that all of the people | 01:38:01 |
| 10 | in the circle dance later approached the students? | 01:38:02 |
| 11 | Is that the relevance? | 01:38:05 |
| 12 |     A    No, it seemed to be a much smaller | 01:38:06 |
| 13 | group. | 01:38:09 |
| 14 |     Q    Okay.  And then you say:  "A group of | 01:38:11 |
| 15 | boys, possibly 30 to 40 of them from Covington | 01:38:13 |
| 16 | ..." | 01:38:15 |
| 17 |     Why do you say "possibly"? | 01:38:16 |
| 18 |     A    Again, first of all, I never stopped to | 01:38:17 |
| 19 | count because I didn't think that was relevant to | 01:38:19 |
| 20 | the case; and secondly because I didn't know -- | 01:38:21 |
| 21 | well, there are three reasons.  Secondly, I didn't | 01:38:25 |
| 22 | know which of the people that I saw in those | 01:38:27 |
| 23 | frames were with the group versus just passersby | 01:38:30 |
| 24 | who just happened to be dressed similar to the | 01:38:34 |
| 25 | boys. | 01:38:36 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              132

| | | |
|---|---|---|
| 1 | And third, I knew from what I read in | 01:38:36 |
| 2 | the deposition by Sandmann, that they had been | 01:38:38 |
| 3 | told to gather there by a certain time, that they | 01:38:41 |
| 4 | were going to be taken to buses, but I didn't know | 01:38:43 |
| 5 | if all the boys were already there.  Some of them | 01:38:46 |
| 6 | might have been up in the Memorial or out looking | 01:38:49 |
| 7 | at the reflecting pool, so I didn't know how many | 01:38:50 |
| 8 | boys there were there. | 01:38:54 |
| 9 | Q    And wouldn't the best way to get an | 01:38:55 |
| 10 | estimate be to count them in the videos? | 01:38:57 |
| 11 | A    Again, I didn't think that was material | 01:39:00 |
| 12 | or worth the time and money. | 01:39:01 |
| 13 | Q    But it would be a good way to do it if | 01:39:03 |
| 14 | you wanted to go back and do it, right? | 01:39:06 |
| 15 | A    If you wanted to, that would be a | 01:39:07 |
| 16 | start, yes. | 01:39:09 |
| 17 | Q    Is it your assertion that if somebody | 01:39:16 |
| 18 | did count the numbers that it would be at 30 to 50 | 01:39:18 |
| 19 | or could it be much larger than that? | 01:39:21 |
| 20 | A    I really don't know.  I was trying to | 01:39:23 |
| 21 | indicate that I had a vague idea of the group | 01:39:25 |
| 22 | sizes and I was only doing this to set the scene. | 01:39:28 |
| 23 | Q    You state that it was: quote, "Not | 01:39:31 |
| 24 | clear exactly where they" -- referring to the | 01:39:34 |
| 25 | Native Americans -- "were in the early parts of | 01:39:38 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    133

| | | |
|---|---|---|
| 1 | the videos." | 01:39:40 |
| 2 | Why, again, is that unclear from the | 01:39:41 |
| 3 | videos? | 01:39:42 |
| 4 | A    Because they were -- the video in which | 01:39:43 |
| 5 | I saw the circle dance, which you call the round | 01:39:44 |
| 6 | dance, was taken, I believe, by the videographer | 01:39:47 |
| 7 | for the Black Hebrew Israelites. | 01:39:50 |
| 8 | There was no -- he didn't pan from the | 01:39:52 |
| 9 | Black Hebrew Israelites across the scene to | 01:39:56 |
| 10 | wherever it was that the Native Americans -- the | 01:39:58 |
| 11 | indigenous people were dancing.  So all he did was | 01:40:00 |
| 12 | just -- I saw a shot of that group and part of -- | 01:40:03 |
| 13 | I didn't even see the entire circle, I don't | 01:40:08 |
| 14 | think, as I recall.  And there was no context | 01:40:10 |
| 15 | given that would permit me to say where they were | 01:40:13 |
| 16 | vis-a-vis the Lincoln Memorial, the reflecting | 01:40:17 |
| 17 | pond and the rest of the landscape there. | 01:40:20 |
| 18 | Q    So continuing on page 9, the paragraph | 01:40:27 |
| 19 | that starts "The Hebrew Israelites..." | 01:40:31 |
| 20 | A    Yes. | 01:40:37 |
| 21 | Q    It is the third paragraph, if you will. | 01:40:38 |
| 22 | In the last sentence you say that:  "The boys were | 01:40:39 |
| 23 | about 30 to 40 feet from the Hebrew Israelites | 01:40:43 |
| 24 | facing them." | 01:40:47 |
| 25 | And then you state: "I cannot judge | 01:40:47 |

| | | |
|---|---|---|
| 1 | distances from the videos, so this is a very rough | 01:40:50 |
| 2 | impression." | 01:40:52 |
| 3 | How did you reach that very rough | 01:40:54 |
| 4 | impression, given that you can't judge distances | 01:40:56 |
| 5 | from the videos? | 01:40:58 |
| 6 | A   I just tried to think how big it was | 01:40:59 |
| 7 | and it seemed to be bigger, at least twice as long | 01:41:02 |
| 8 | as my living room, but it was hard to tell because | 01:41:07 |
| 9 | of the angle at which the film was made.  So I | 01:41:09 |
| 10 | just guessed.  And I'm not very good at distances. | 01:41:12 |
| 11 | Q   You don't have expertise in that area? | 01:41:18 |
| 12 | A   No, I do not. | 01:41:20 |
| 13 | Q   I take did you don't have specialized | 01:41:21 |
| 14 | training in analyzing distances on videos, then? | 01:41:24 |
| 15 | A   No, I do not. | 01:41:27 |
| 16 | Q   Do you have any training in | 01:41:35 |
| 17 | videography? | 01:41:36 |
| 18 | A   I believe I said I do not. | 01:41:37 |
| 19 | Q   So viewing the videos themselves then | 01:41:43 |
| 20 | is not based on special expertise you have; right? | 01:41:45 |
| 21 | A   That is correct. | 01:41:47 |
| 22 | Q   Let's look on page 9 again:  "At | 01:41:50 |
| 23 | various points as filmed by the Black Hebrew | 01:41:51 |
| 24 | Israelites' cameraman..." | 01:41:57 |
| 25 | And you say: "I believe this is videoed | 01:41:57 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          135

| | |
|---|---|
| 1 | for Banyamyan video NS116." It's the sentence | 01:42:01 |
| 2 | right above the sentence at the end there; do you | 01:42:13 |
| 3 | see that? | 01:42:15 |
| 4 | A    Yes. | 01:42:15 |
| 5 | Q    Why did you state that you believed the | 01:42:15 |
| 6 | cameraman was in video 4, rather than stating so | 01:42:18 |
| 7 | affirmatively? | 01:42:23 |
| 8 | A    I said that because I had watched the | 01:42:24 |
| 9 | whole video and the person who took it seemed to | 01:42:28 |
| 10 | be focusing on the Black Hebrew Israelites and I | 01:42:31 |
| 11 | believe that he was there at their behest -- or | 01:42:35 |
| 12 | maybe he wasn't, he was somebody who was | 01:42:39 |
| 13 | interested in that.  So he was the person who | 01:42:40 |
| 14 | was -- videotaping their interaction with what was | 01:42:43 |
| 15 | going on in that situation. | 01:42:47 |
| 16 | Q    Okay.  And are you referring then to | 01:42:48 |
| 17 | the person filming that video? | 01:42:51 |
| 18 | A    Yes. | 01:42:55 |
| 19 | Q    And on page 9 you refer to "racist | 01:42:56 |
| 20 | slurs" again and racist and insulting language. | 01:43:00 |
| 21 | Again, what language are you referring to? | 01:43:05 |
| 22 | A    I would have to review the video | 01:43:08 |
| 23 | carefully to remember exactly which slurs were | 01:43:10 |
| 24 | used towards the African Americans at the time but | 01:43:13 |
| 25 | I believe the N word might have passed the lips of | 01:43:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    136

| | |
|---|---|
| 1 | some of these people and that's pretty racist and | 01:43:18 |
| 2 | incendiary. | 01:43:21 |
| 3 | Q    Any other words? | 01:43:24 |
| 4 | A    I don't remember. | 01:43:25 |
| 5 | Q    Did you ever hear anyone on the video | 01:43:26 |
| 6 | say anything racist back to the Black Hebrew | 01:43:28 |
| 7 | Israelites? | 01:43:31 |
| 8 | A    You know, I don't remember that | 01:43:31 |
| 9 | actually.  I don't think so but maybe somebody | 01:43:33 |
| 10 | did.  There was hostility going both ways. | 01:43:35 |
| 11 | Q    You don't contend that there's nothing | 01:43:39 |
| 12 | audible in any of the videos where somebody said | 01:43:42 |
| 13 | something racist back to them, back to the Black | 01:43:45 |
| 14 | Hebrew Israelites? | 01:43:46 |
| 15 | A    I'm not making that contention.  I | 01:43:47 |
| 16 | didn't -- (overspeaking) -- | 01:43:49 |
| 17 | Q    What about insulting?  Did you hear | 01:43:53 |
| 18 | anyone say anything insulting to the Black Hebrew | 01:43:57 |
| 19 | Israelites? | 01:43:59 |
| 20 | A    I don't remember. | 01:43:59 |
| 21 | Q    Are you contending that there was | 01:44:00 |
| 22 | nothing audible in any of the videos that was said | 01:44:01 |
| 23 | that was insulting to the Black Hebrew Israelites? | 01:44:04 |
| 24 | A    No, I'm not. | 01:44:06 |
| 25 | Q    You just can't recall, sitting here | 01:44:07 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    137

| | | |
|---|---|---|
| 1 | today? | 01:44:09 |
| 2 | A    I'm telling you it didn't strike me and | 01:44:09 |
| 3 | I don't remember it.  I didn't think it was | 01:44:11 |
| 4 | material to the case so I did not review it. | 01:44:13 |
| 5 | Q    Page 9, the last line continuing onto | 01:44:20 |
| 6 | page 10, it says: "Finally, one of the Covington | 01:44:25 |
| 7 | boys raced down the steps in front of the school | 01:44:30 |
| 8 | ... faced the boys, tore off his shirt and led | 01:44:32 |
| 9 | what seemed to be a sports cheer ... in which the | 01:44:35 |
| 10 | boys enthusiastically took up, making a lot of | 01:44:40 |
| 11 | noise, cheering, jumping up and down as if at a | 01:44:43 |
| 12 | pep rally." | 01:44:47 |
| 13 | Do you see that? | 01:44:51 |
| 14 | A    Yes. | 01:44:52 |
| 15 | Q    You appear to make an analogy to a | 01:44:53 |
| 16 | school sporting event here.  Why? | 01:44:55 |
| 17 | A    It was my impression that what that boy | 01:44:57 |
| 18 | did might have been an actual pep rally cheer. | 01:45:00 |
| 19 | The boys knew the cheer, the fellow who did it | 01:45:04 |
| 20 | behaved as if he were kind of a cheer leader, so | 01:45:09 |
| 21 | I had the impression that this was really | 01:45:13 |
| 22 | something that they recognized immediately from | 01:45:14 |
| 23 | sports rally. | 01:45:17 |
| 24 | Q    And that's based on your personal | 01:45:17 |
| 25 | experience at sports rallies. | 01:45:19 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              138

| | | |
|---|---|---|
| 1 | A    I grew up in the midwest.  I saw a lot | 01:45:21 |
| 2 | of them.  Yes. | 01:45:24 |
| 3 | Q    That's not based on your linguistic | 01:45:24 |
| 4 | expertise? | 01:45:27 |
| 5 | A    No, this is not based on my linguistic | 01:45:27 |
| 6 | expertise? | 01:45:32 |
| 7 | Q    Okay, don't cultural differences -- you | 01:45:32 |
| 8 | say you grew up in the midwest matter in how | 01:45:33 |
| 9 | people might view something like this? | 01:45:36 |
| 10 | A    Yes. | 01:45:38 |
| 11 | MR. McMURTRY:  Objection. | 01:45:39 |
| 12 | BY MS. SPEARS: | 01:45:39 |
| 13 | Q    Your answer is "yes"? | 01:45:39 |
| 14 | A    Yes, I said of course. | 01:45:41 |
| 15 | THE COURT REPORTER:  Was there an | 01:45:49 |
| 16 | objection there?  I believe there was. | 01:45:49 |
| 17 | MR. McMURTRY:  Yes. | 01:45:49 |
| 18 | THE COURT REPORTER:  Thank you. | 01:45:49 |
| 19 | BY MS. SPEARS: | 01:45:49 |
| 20 | Q    And again, same thing, a pep rally is | 01:45:50 |
| 21 | something you know about based on your own | 01:45:58 |
| 22 | personal experience? | 01:45:59 |
| 23 | A    Yes, I do not assume that others | 01:46:01 |
| 24 | viewing the scene would have recognized it as | 01:46:04 |
| 25 | such. | 01:46:06 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              139

```
1        Q    You use the word in the next sentence         01:46:07
2   "rowdy" spectators; why did you use the word           01:46:07
3   "rowdy"?                                                01:46:11
4        A    Let me look at the sentence again.            01:46:13
5             Yes, the boys were acting as if they          01:46:13
6   were rowdy spectators in a sports encounter,            01:46:15
7   because that's what it looked like to me.  And not      01:46:18
8   just on my basis of growing up in the midwest but       01:46:20
9   on any television sporting event when they focus        01:46:23
10  on a crowd, whether it is in Europe or the United       01:46:25
11  States.                                                 01:46:28
12       Q    You refer to this as an encounter             01:46:29
13  between the boy's "team", you used the word, and        01:46:33
14  the Black Hebrew Israelites?                            01:46:37
15       A    I didn't say that's what it was.  I           01:46:38
16  said they acted as if they were rowdy spectators        01:46:41
17  and it was their team versus the Black Hebrew           01:46:44
18  Israelites, yes.                                        01:46:47
19       Q    Do you think the boys had an "us versus       01:46:48
20  them" mentality in that sense, watching it?             01:46:52
21       A    I believe -- I can't attribute motives,       01:46:54
22  again, I told you that's not my expertise, but          01:46:56
23  usually sporting events are about an "us versus         01:46:58
24  them" event.                                            01:47:02
25       Q    And does it seem, watching the videos,        01:47:03
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          140

| | | |
|---|---|---|
| 1 | that that's sort of the mentality that they had in | 01:47:05 |
| 2 | that moment? | 01:47:07 |
| 3 | A    I had that impression, that it was like | 01:47:08 |
| 4 | they were acting like they were at a sports event, | 01:47:09 |
| 5 | yes.  This was their team and that was the other | 01:47:12 |
| 6 | guy's team. | 01:47:14 |
| 7 | Q    So an "us versus them" mentality? | 01:47:15 |
| 8 | A    You want to put words in my mouth, I | 01:47:17 |
| 9 | really don't want to accept them, no. | 01:47:19 |
| 10 | Q    That's -- but what you are saying is | 01:47:22 |
| 11 | that it seemed to you that's what was going on at | 01:47:24 |
| 12 | the time? | 01:47:27 |
| 13 | A    It seemed to me that they felt like | 01:47:28 |
| 14 | they were on one team.  They were acting as if -- | 01:47:29 |
| 15 | I don't know what they thought.  They were acting | 01:47:33 |
| 16 | as if they were -- they were rooting for their | 01:47:34 |
| 17 | team, whatever that meant to them, and that they | 01:47:36 |
| 18 | were doing this in response to what the Black | 01:47:39 |
| 19 | Hebrew Israelites had been doing. | 01:47:42 |
| 20 | Q    And hence sort of a desire to root for | 01:47:43 |
| 21 | their team? | 01:47:48 |
| 22 | A    That's what people do at sporting | 01:47:49 |
| 23 | events, yes. | 01:47:53 |
| 24 | Q    And that's what it looked like to you | 01:47:53 |
| 25 | they were doing? | 01:47:54 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                141

| | | |
|---|---|---|
| 1 | A    It looked to me like that, yes. | 01:47:55 |
| 2 | Q    And as you said a moment ago, others | 01:47:57 |
| 3 | witnessing the boys' conduct might not have viewed | 01:47:59 |
| 4 | that behavior as akin to a sporting event, right? | 01:48:02 |
| 5 | A    Yes. | 01:48:05 |
| 6 | Q    And they wouldn't be wrong if they | 01:48:05 |
| 7 | didn't; right? | 01:48:08 |
| 8 | A    I am -- yes, I am not attributing | 01:48:09 |
| 9 | any -- that the one way you view it as a sporting | 01:48:11 |
| 10 | event is the way you should view it or others | 01:48:15 |
| 11 | should view it that way.  I was just trying to | 01:48:19 |
| 12 | describe the -- the behavior of the boys. | 01:48:21 |
| 13 | Q    To characterize it from what you saw? | 01:48:23 |
| 14 | A    Yes, yes. | 01:48:26 |
| 15 | Q    Could a person watching a large group | 01:48:27 |
| 16 | of boys responding to the Black Hebrew Israelites | 01:48:29 |
| 17 | by yelling loudly and jumping up and down and | 01:48:32 |
| 18 | grunting with clenched fists that are held up | 01:48:36 |
| 19 | toward them potentially perceive that as | 01:48:40 |
| 20 | expressing hostility towards the Black Hebrew | 01:48:43 |
| 21 | Israelites? | 01:48:45 |
| 22 | MR. McMURTRY:  Objection, go ahead. | 01:48:46 |
| 23 | THE WITNESS:  I imagine they might, | 01:48:47 |
| 24 | yes. | 01:48:48 |
| 25 | BY MS. SPEARS: | 01:48:48 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    142

| | | |
|---|---|---|
| 1 | Q    Especially when it's a group of white | 01:48:48 |
| 2 | teenagers -- | 01:48:51 |
| 3 | MR. McMURTRY:  Objection to the -- | 01:48:53 |
| 4 | BY MS. SPEARS: | 01:48:54 |
| 5 | Q    -- responding to five or six -- | 01:48:54 |
| 6 | MR. McMURTRY:  Double objection. | 01:48:55 |
| 7 | Triple objection. | 01:48:58 |
| 8 | MS. SPEARS:  You have to wait until I | 01:48:59 |
| 9 | am done with the question. | 01:48:59 |
| 10 | MR. McMURTRY:  (Inaudible) triple | 01:48:59 |
| 11 | objection (overspeaking). | 01:48:59 |
| 12 | BY MS. SPEARS: | 01:49:00 |
| 13 | Q    Especially when there is a group of | 01:49:00 |
| 14 | large white teenagers responding to -- a large | 01:49:03 |
| 15 | group of white teenagers responding to five or six | 01:49:05 |
| 16 | black men? | 01:49:09 |
| 17 | MR. McMURTRY:  Triple objection, thank | 01:49:10 |
| 18 | you. | 01:49:11 |
| 19 | THE WITNESS:  As I said earlier in my | 01:49:12 |
| 20 | comments, I recognize this as an interaction | 01:49:14 |
| 21 | between three groups who had political interests | 01:49:16 |
| 22 | that might be viewed as at odds with each other. | 01:49:19 |
| 23 | So I think that it could be very possible in such | 01:49:22 |
| 24 | a circumstance that someone from one group might | 01:49:24 |
| 25 | interpret what other people were doing from | 01:49:27 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    143

| | | |
|---|---|---|
| 1 | another group in a way that the other group didn't | 01:49:29 |
| 2 | necessarily intend. | 01:49:31 |
| 3 | BY MS. SPEARS: | 01:49:33 |
| 4 | Q    In a way that would be hostile | 01:49:33 |
| 5 | potentially? | 01:49:36 |
| 6 | A    I could appreciate that might be the | 01:49:37 |
| 7 | case in this case, yes. | 01:49:39 |
| 8 | Q    Do you think the students' behavior | 01:49:42 |
| 9 | might was appropriate? | 01:49:45 |
| 10 | A    That would be a matter for my personal | 01:49:46 |
| 11 | opinion and I didn't think that my expertise -- | 01:49:47 |
| 12 | that I have anything to say that about that. | 01:49:49 |
| 13 | Q    You describe Phillips on the next -- on | 01:49:53 |
| 14 | page 10, the next page, as chanting loudly in a | 01:49:55 |
| 15 | language other than English; right? | 01:50:01 |
| 16 | A    Yes. | 01:50:03 |
| 17 | Q    Do you know what led Phillips to chant | 01:50:04 |
| 18 | loudly in a language other than English, as you | 01:50:06 |
| 19 | say? | 01:50:09 |
| 20 | A    I can only surmise.  He had been | 01:50:09 |
| 21 | performing what I took to be a Native American | 01:50:13 |
| 22 | drum chant and typically those -- those chants are | 01:50:15 |
| 23 | in the language of the tribe to which this is | 01:50:20 |
| 24 | ceremonial behavior -- for which it is ceremonial | 01:50:24 |
| 25 | behavior.  So I assumed that the chant and the | 01:50:30 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    144

| | |
|---|---|
| 1 | language in which he spoke were the same.  That | 01:50:33 |
| 2 | may or may not be correct but it's typical. | 01:50:35 |
| 3 | Q    And -- | 01:50:41 |
| 4 | A    In ceremonial circumstances. | 01:50:41 |
| 5 | Q    Is that based on your experience or | 01:50:44 |
| 6 | expertise as a linguist or just your personal | 01:50:48 |
| 7 | experience? | 01:50:50 |
| 8 | A    I would say that is my personal | 01:50:52 |
| 9 | experience watching people behave that way in | 01:50:53 |
| 10 | powwows. | 01:50:58 |
| 11 | Q    And you state he was chanting words in | 01:50:59 |
| 12 | the language of the tribe -- are you familiar with | 01:51:01 |
| 13 | the American Indian movement song? | 01:51:03 |
| 14 | A    No, no. | 01:51:07 |
| 15 | Q    Would it surprise you to know that this | 01:51:08 |
| 16 | is what Phillips was chanting? | 01:51:10 |
| 17 | A    No, it would not.  I did not know. | 01:51:11 |
| 18 | Q    Would it surprise you to know that the | 01:51:13 |
| 19 | song does not have any words? | 01:51:14 |
| 20 | A    Not necessarily, no. | 01:51:16 |
| 21 | Q    Wouldn't, as a linguist, you be able to | 01:51:21 |
| 22 | distinguish between the spoken word and sound? | 01:51:23 |
| 23 | A    Especially not in a chant, no. | 01:51:26 |
| 24 | Q    Why not? | 01:51:28 |
| 25 | A    Every language has different sound | 01:51:29 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    145

| | | |
|---|---|---|
| 1 | patterns that they use.  A chant does have | 01:51:32 |
| 2 | specific sounds that are regularly uttered in -- | 01:51:35 |
| 3 | usually typically jointly with -- rhythmically | 01:51:40 |
| 4 | with the music and I couldn't say whether they | 01:51:44 |
| 5 | were saying, like, an English, "Yes, yes, yes," or | 01:51:46 |
| 6 | whether they were just saying, "Wah, wah, wah," | 01:51:49 |
| 7 | okay?  But the -- because I don't know what | 01:51:52 |
| 8 | language it would be and I wouldn't know whether | 01:51:56 |
| 9 | it was a word in that language. | 01:51:59 |
| 10 |     Q    Do you think it's possible that | 01:52:00 |
| 11 | Mr. Phillips was praying? | 01:52:02 |
| 12 |     A    Oh, yes, definitely.  I think it | 01:52:03 |
| 13 | likely. | 01:52:05 |
| 14 |     Q    You state that Mr. Phillips was: | 01:52:11 |
| 15 |          "... leading a group of Native | 01:52:12 |
| 16 | Americans towards the boys." | 01:52:13 |
| 17 |          What do you mean by stating that | 01:52:16 |
| 18 | Mr. Phillips was leading the group? | 01:52:19 |
| 19 |     A    The reason I seemed to think he was | 01:52:21 |
| 20 | leading was that he was the one who was doing the | 01:52:24 |
| 21 | performance, which was the ceremonial chant, | 01:52:26 |
| 22 | whatever its content, and beating the drum loudly | 01:52:32 |
| 23 | to draw attention and that the others were | 01:52:35 |
| 24 | trailing behind him or photographing him. | 01:52:37 |
| 25 |     Q    You say -- well, how did you make that | 01:52:41 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    146

| | | |
|---|---|---|
| 1 | determination? | 01:52:43 |
| 2 | A    I watched the videos. | 01:52:43 |
| 3 | Q    You say on page 10: | 01:52:45 |
| 4 | "It is not clear how many are in | 01:52:48 |
| 5 | Mr. Phillips' group at this point and how many are | 01:52:50 |
| 6 | mere onlookers following the show, but I might | 01:52:54 |
| 7 | guess there are 10 or 20 people in that encourage, | 01:52:57 |
| 8 | including a cameraman filming the situation." | 01:53:02 |
| 9 | I want to talk about a couple of things | 01:53:05 |
| 10 | you say in there.  What do you mean by | 01:53:05 |
| 11 | "Mr. Phillips' group," group of what? | 01:53:07 |
| 12 | A    I did not mean it was an organized | 01:53:08 |
| 13 | group.  I have no idea how it came to follow along | 01:53:10 |
| 14 | after him.  Some of the people who were there, | 01:53:13 |
| 15 | given their behavior once the confrontation began | 01:53:16 |
| 16 | were clearly members of the indigenous people's | 01:53:19 |
| 17 | group given the arguments that they had with the | 01:53:23 |
| 18 | boys and the things they were yelling at the | 01:53:27 |
| 19 | Covington boys. | 01:53:29 |
| 20 | Q    What do you mean by "indigenous | 01:53:29 |
| 21 | people's group"? | 01:53:31 |
| 22 | A    Well, they were dressed as if they had | 01:53:32 |
| 23 | come for the ceremonial dance and so forth. | 01:53:34 |
| 24 | Another one had another drum and was drumming | 01:53:36 |
| 25 | along with Phillips.  And one of them was a | 01:53:40 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    147

1    cameraman who was -- who, like the Black Hebrew            01:53:43

2    Israelites' videographer, focusing on them, one of        01:53:47

3    the camera people in this group of people was             01:53:51

4    focusing on Phillips and his group, so I assumed          01:53:56

5    he was with them.                                         01:53:58

6          Q    So that's based on your assumptions,           01:53:59

7    though, you don't know for sure.                          01:54:01

8          A    I could say -- yeah, I don't know for          01:54:03

9    sure.  I only know what I saw in the videos.              01:54:06

10         Q    And you are making an assumption about         01:54:08

11   who was with who?                                         01:54:10

12         A    Yes, I am -- on the bases of what I saw        01:54:11

13   and their behavior in the group.                          01:54:13

14         Q    But you don't know for sure?                   01:54:15

15         A    I think I do know what I saw and I do          01:54:18

16   think those people were together.                         01:54:21

17         Q    And again, those are based on                  01:54:25

18   assumptions you made about what they were wearing         01:54:26

19   and watching the videos, correct?                         01:54:29

20         A    On their -- an assumption about their          01:54:30

21   behavior.                                                 01:54:34

22         Q    Mm-hmm.                                        01:54:35

23         A    And when they entered the scene.               01:54:35

24         Q    Why do you call it a "show"?  Why do           01:54:38

25   you use that word?                                        01:54:41

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                148

```
1         A    I just meant that Phillips did that to      01:54:42

2   draw attention, for whatever reason, he approached     01:54:44

3   from outside.  There was an interaction going on       01:54:47

4   between the boys and the Black Hebrew Israelites.       01:54:50

5   And he came from the side, beating a drum loudly        01:54:53

6   and chanting, in such a way as to draw attention.      01:54:57

7   That's a show.                                          01:54:59

8         Q    And you talk about an entourage, why        01:55:00

9   did you use the phrase "entourage"?                     01:55:04

10        A    I used it because I do believe from         01:55:08

11  what I saw in the video that many of those people       01:55:09

12  followed him to support him in what he was doing.       01:55:11

13        Q    At one point you say 10 to 20 people in     01:55:20

14  the entourage.  In what video did you see 10 to 20      01:55:22

15  people in the entourage --                              01:55:27

16        A    I didn't count, again, as in these          01:55:29

17  other cases, I did not count, so that number is         01:55:32

18  not intended to be accurate, but I did see a small      01:55:34

19  clot of people following Phillips from different        01:55:37

20  angles in the different videos and I assumed that       01:55:40

21  those were the people with him.                         01:55:44

22        Q    Okay.  And you referenced a cameraman,      01:55:45

23  why do you call a person a cameraman?                   01:55:47

24        A    Well, videographer.                          01:55:49

25        Q    And who was the cameraman or                01:55:51
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    149

| | | |
|---|---|---|
| 1 | videographer? | 01:55:53 |
| 2 | A    I'd have to look at my records again to | 01:55:54 |
| 3 | tell you, which video it was. | 01:55:56 |
| 4 | Q    Okay.  Let's pull up what we've marked | 01:56:02 |
| 5 | as Exhibit 10, Video 10, which, for the record, is | 01:56:04 |
| 6 | the Video 10 that is stipulated in the case. | 01:56:07 |
| 7 | A    Not one of the ones I cite. | 01:56:13 |
| 8 | Q    It is one of the ones you cite.  It is | 01:56:18 |
| 9 | Video 10. | 01:56:20 |
| 10 | A    I am just looking for it.  Where do I | 01:56:35 |
| 11 | cite it?  Can you tell me? | 01:56:35 |
| 12 | I mean, I say I watched it but I don't | 01:56:35 |
| 13 | see in the report where I cite it. | 01:56:37 |
| 14 | Q    Okay, so let me ask you a question | 01:56:42 |
| 15 | about that. | 01:56:43 |
| 16 | We already went through in the | 01:56:44 |
| 17 | beginning of your report, you list the 10 videos | 01:56:45 |
| 18 | that were given to you.  That's on page -- | 01:56:49 |
| 19 | A    Sure. | 01:56:51 |
| 20 | MR. McMURTRY:  5 or 6, I think. | 01:56:53 |
| 21 | MS. SPEARS:  5. | 01:56:54 |
| 22 | THE WITNESS:  Of course I know I | 01:56:55 |
| 23 | watched that but when I state the facts I don't | 01:56:56 |
| 24 | believe I cited video 10 in the statement of | 01:56:59 |
| 25 | facts. | 01:57:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          150

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 01:57:02 |
| 2 |     Q    And what's the significance of that? | 01:57:02 |
| 3 |     A    Not -- nothing -- I'm not denying that | 01:57:04 |
| 4 | I saw the video.  I'm saying that it was not the | 01:57:06 |
| 5 | one which provided the scenes that I felt were | 01:57:08 |
| 6 | most telling when I stated these things as facts. | 01:57:12 |
| 7 | I'm perfectly willing to concede that I | 01:57:15 |
| 8 | watched it. | 01:57:17 |
| 9 |     Q   Okay, so for the record we just, to | 01:57:18 |
| 10 | correspond with the videos that are stipulated in | 01:57:24 |
| 11 | this case, marked exhibits to the deposition | 01:57:26 |
| 12 | accordingly.  So this is Video 10, Exhibit 10, and | 01:57:29 |
| 13 | why don't you start at the beginning and stop at | 01:57:35 |
| 14 | around the 10 second mark. | 01:57:41 |
| 15 |       MS. MEEK:  I am playing Video 10, | 01:57:43 |
| 16 | starting at the beginning. | 01:57:50 |
| 17 |           (Video 10 played.) | 01:57:51 |
| 18 |       MS. MEEK:  I just paused Video 10 at | 01:58:05 |
| 19 | 10 seconds. | 01:58:08 |
| 20 | BY MS. SPEARS: | 01:58:08 |
| 21 |     Q   Do you see in that video who you refer | 01:58:08 |
| 22 | to in your report as the cameraman? | 01:58:11 |
| 23 |     A   I'm not sure, no. | 01:58:13 |
| 24 |     Q   Let me go a second further and point | 01:58:14 |
| 25 | the cursor. | 01:58:16 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                         151

| | | |
|---|---|---|
| 1 | (Video 10 played.) | 01:58:17 |
| 2 | A    I wonder if it's the fellow who -- | 01:58:22 |
| 3 | okay, so you see the fellow in the white hat? | 01:58:23 |
| 4 | Yep, there.  Is it the fellow to his left?  No, | 01:58:25 |
| 5 | above.  Above and -- there, that guy, is that the | 01:58:28 |
| 6 | fellow? | 01:58:32 |
| 7 | Q    I'm asking you. | 01:58:35 |
| 8 | A    Well, I don't know in this video.  I | 01:58:36 |
| 9 | haven't studied it as carefully as some of the | 01:58:36 |
| 10 | others. | 01:58:36 |
| 11 | I'd have look further at the video to | 01:58:38 |
| 12 | decide whether I thought he had come in with that | 01:58:41 |
| 13 | group. | 01:58:43 |
| 14 | Q    And why did you call him a cameraman as | 01:58:44 |
| 15 | opposed to a person holding a camera; are you | 01:58:48 |
| 16 | giving him an official title? | 01:58:52 |
| 17 | A    I wasn't trying to implicate that he | 01:58:54 |
| 18 | was a professional or anything like that.  He was | 01:58:55 |
| 19 | just a person holding a camera taking a video. | 01:58:57 |
| 20 | Q    Okay.  So you weren't assuming it was | 01:59:00 |
| 21 | his job -- | 01:59:03 |
| 22 | A    No. | 01:59:03 |
| 23 | Q    -- to video the -- | 01:59:03 |
| 24 | A    No. | 01:59:05 |
| 25 | Q    -- event? | 01:59:05 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          152

| | | |
|---|---|---|
| 1 | A    No. | 01:59:06 |
| 2 | Q    Did you think the cameraman, as you | 01:59:08 |
| 3 | called him, was somebody Mr. Phillips brought with | 01:59:10 |
| 4 | him to film the video? | 01:59:13 |
| 5 | A    I don't know, no.  He might have been | 01:59:15 |
| 6 | just somebody who just trailed along with him. | 01:59:17 |
| 7 | Q    There were lots of people in the videos | 01:59:19 |
| 8 | holding cameras up, correct? | 01:59:21 |
| 9 | A    Correct. | 01:59:22 |
| 10 | Q    Students included? | 01:59:24 |
| 11 | A    Absolutely. | 01:59:25 |
| 12 | Q    Let's go back to -- you can take that | 01:59:34 |
| 13 | down.  Thank you. | 01:59:36 |
| 14 | Let's go back to page 10 of your | 01:59:37 |
| 15 | report.  You describe Mr. Phillips as walking up | 01:59:41 |
| 16 | to the boys and ignoring, is the word you used, | 01:59:43 |
| 17 | the BHI, the Black Hebrew Israelites. | 01:59:47 |
| 18 | Why did you say "ignoring"? | 01:59:51 |
| 19 | A    From what I could see when Mr. Phillips | 01:59:54 |
| 20 | came on the scene, he, from what I described as | 01:59:55 |
| 21 | the north of the steps, coming down, he passed | 01:59:59 |
| 22 | between the boys and the Black Hebrew Israelites | 02:00:05 |
| 23 | but his attention was focused on the boys, the | 02:00:09 |
| 24 | direction he moved and the direction of his gaze, | 02:00:12 |
| 25 | so it seemed to me that he -- that was his | 02:00:14 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    153

| | | |
|---|---|---|
| 1 | intention in moving there was to direct himself to | 02:00:17 |
| 2 | them. | 02:00:22 |
| 3 | Q    Are you implying that he should have | 02:00:28 |
| 4 | paid attention to the Black Hebrew Israelites in | 02:00:30 |
| 5 | some way? | 02:00:33 |
| 6 | A    No. | 02:00:33 |
| 7 | Q    No? | 02:00:34 |
| 8 | A    No. | 02:00:34 |
| 9 | Q    Do you know what Mr. Phillips was | 02:00:35 |
| 10 | trying to do? | 02:00:36 |
| 11 | A    No.  Not -- (overspeaking) -- | 02:00:37 |
| 12 | Q    Do you know whether he had a purpose in | 02:00:41 |
| 13 | the moment? | 02:00:42 |
| 14 | A    I suspect he did from his behavior but | 02:00:43 |
| 15 | I'm not in a position to analyze it. | 02:00:45 |
| 16 | Q    You don't know what he was feeling in | 02:00:47 |
| 17 | the moment, for example? | 02:00:48 |
| 18 | A    No, of course I don't. | 02:00:49 |
| 19 | Q    You don't believe it to would be | 02:00:52 |
| 20 | important to your opinions to know the answers to | 02:00:54 |
| 21 | those questions? | 02:00:56 |
| 22 | A    I have no expertise that would bear on | 02:00:56 |
| 23 | that.  I would be telling pure -- purely on the | 02:00:58 |
| 24 | basis of my surmise and I don't think I have the | 02:01:00 |
| 25 | expertise to back it up. | 02:01:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                        154

| | |
|---|---|
| 1 | Q   You state you couldn't see from the | 02:01:06 |
| 2 | videos whether Mr. Phillips climbed any of the | 02:01:08 |
| 3 | steps and you assumed he was on the flat area, | 02:01:11 |
| 4 | correct? | 02:01:13 |
| 5 | A   He did climb them later, after Sandmann | 02:01:14 |
| 6 | left, you can see clearly in one of the videos and | 02:01:16 |
| 7 | I had it on the summary sheet that I brought | 02:01:20 |
| 8 | today, where Phillips climbs the steps to where | 02:01:25 |
| 9 | Sandmann had been and turns around to face the | 02:01:29 |
| 10 | crowd.  But I believe that's the only time he | 02:01:32 |
| 11 | climbed a step that I could see in the videos. | 02:01:34 |
| 12 | Q   When Mr. Phillips first approached the | 02:01:43 |
| 13 | students and stood in front of them, how far away | 02:01:46 |
| 14 | was Mr. Sandmann from him? | 02:01:50 |
| 15 | A   Well, it is difficult to say.  I told | 02:01:51 |
| 16 | you I'm not good at distances.  I would say that | 02:01:53 |
| 17 | initially Mr. Phillips was walking in front of a | 02:01:55 |
| 18 | larger group of boys and not that close to him, so | 02:01:57 |
| 19 | I would say maybe he was 2 or 3 feet out from the | 02:02:00 |
| 20 | large group of boys and, in turn, Phillips -- | 02:02:04 |
| 21 | Sandmann was up two or three steps.  So, I don't | 02:02:06 |
| 22 | know, maybe 5, 6, 7 feet. | 02:02:08 |
| 23 | I mean, he also came from the north and | 02:02:11 |
| 24 | passed down along, so even when he was passing in | 02:02:13 |
| 25 | front of Phillips he must have been 5 or 6 feet in | 02:02:16 |

| | | |
|---|---|---|
| 1 | front of him.  That's a guess, I don't know how | 02:02:19 |
| 2 | far he was. | 02:02:21 |
| 3 | Q    Okay.  Weren't there multiple rows of | 02:02:22 |
| 4 | students at first between Phillips and | 02:02:25 |
| 5 | Mr. Sandmann? | 02:02:27 |
| 6 | A    Yes, yes, but some were on the ground | 02:02:28 |
| 7 | and some were on the steps. | 02:02:30 |
| 8 | Q    And how did Mr. Phillips get to the | 02:02:36 |
| 9 | place where Mr. Sandmann was standing? | 02:02:37 |
| 10 | A    From what I saw he walked along and he | 02:02:40 |
| 11 | actually walked into the group of boys who were on | 02:02:43 |
| 12 | the ground and some of them -- | 02:02:45 |
| 13 | -- (overspeaking) -- | 02:02:46 |
| 14 | Q    Sorry. | 02:02:50 |
| 15 | A    It's okay, he walked into that group of | 02:02:51 |
| 16 | boys.  He just began to walk past Sandmann and | 02:02:52 |
| 17 | then for some reason Sandmann caught his | 02:02:55 |
| 18 | attention.  He turned around and faced Sandmann -- | 02:02:59 |
| 19 | face on, direct on, and walked up to him on the | 02:03:04 |
| 20 | steps. | 02:03:06 |
| 21 | Q    That's your interpretation after | 02:03:07 |
| 22 | reviewing the videos? | 02:03:10 |
| 23 | A    I have it on the video there, yes. | 02:03:13 |
| 24 | Q    That's your interpretation? | 02:03:15 |
| 25 | A    That's what I saw on the video. | 02:03:16 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              156

| | | |
|---|---|---|
| 1 | Q    So you already testified and we saw in | 02:03:18 |
| 2 | your report that on the videos you say that there | 02:03:20 |
| 3 | were some other students who parted from | 02:03:22 |
| 4 | Mr. Phillips as he approached; right? | 02:03:24 |
| 5 | A    Yes, the ones who -- as he walked into | 02:03:26 |
| 6 | the crowd, it parted to let him by. | 02:03:28 |
| 7 | Q    And so didn't Mr. Phillips get there by | 02:03:31 |
| 8 | moving forward through this space that other | 02:03:33 |
| 9 | students opened up to let him by, as you say? | 02:03:36 |
| 10 | A    I believe so, yes.  I said that. | 02:03:39 |
| 11 | Q    Let's discuss -- on page 10 you talk | 02:03:46 |
| 12 | about -- I want to talk a bit more about what you | 02:03:49 |
| 13 | were just talking about. | 02:03:51 |
| 14 | In Video 2 you mention on page 10 of | 02:03:56 |
| 15 | your report -- do you see that there in the | 02:03:59 |
| 16 | middle? | 02:04:01 |
| 17 | A    "At the beginning of Video 2", yes. | 02:04:01 |
| 18 | Q    Yes.  So let's walk you through your | 02:04:04 |
| 19 | description of what's happening.  You write there: | 02:04:15 |
| 20 | "At the beginning of Video 2, Phillips walks from | 02:04:17 |
| 21 | the right along the front edge of the boys | 02:04:21 |
| 22 | drumming and chanting loudly." | 02:04:24 |
| 23 | What do you mean by that?  From whose | 02:04:24 |
| 24 | right and what direction are you claiming he's | 02:04:28 |
| 25 | walking? | 02:04:29 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                      157

```
1         A    As I said at the beginning of the        02:04:30
2    paragraph, it is shot from in front of the Hebrew  02:04:31
3    Israelites and facing the Lincoln Memorial.        02:04:34
4         As I said earlier -- I'm going to have        02:04:36
5    to get my directions right again, the Lincoln      02:04:41
6    Memorial, I think, faces ... I said in which       02:04:44
7    direction -- I looked it up, which direction the   02:05:03
8    Lincoln Memorial faces.                            02:05:05
9         I think it faces east across the              02:05:06
10   reflecting pond.  Yes, I think it -- let's assume   02:05:10
11   that it faces east along the reflecting pond and    02:05:12
12   then -- so the steps of the Memorial would be then  02:05:16
13   north/south, on a north/south axis, if I'm correct  02:05:18
14   about that.  I'm trying to find the passage here    02:05:21
15   and I'm not finding it.                             02:05:23
16        So when I say that the cameraman in           02:05:25
17   this particular video is -- and I mean by that,     02:05:27
18   whoever took the shot, I don't mean they're         02:05:30
19   professional, is looking with his back to the       02:05:32
20   Black Hebrew Israelites facing the Lincoln          02:05:36
21   Memorial, then he'd be facing west with the steps   02:05:38
22   to his right, would be the north, coming along the  02:05:44
23   north from the steps that -- along the steps.       02:05:46
24        So I saw Mr. Phillips and a group of          02:05:49
25   people following him come, I first heard them from  02:05:52
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                               158

| | | |
|---|---|---|
| 1 | behind, from the right, that would be to the north | 02:05:57 |
| 2 | of -- east, and then they come down in between the | 02:05:59 |
| 3 | two groups in front of the person taking this | 02:06:03 |
| 4 | video and go along the front of the boys.  So | 02:06:06 |
| 5 | that's going from north to south along the front | 02:06:09 |
| 6 | of the steps, from this cameraman's right to left, | 02:06:13 |
| 7 | the Covington boys are more or less directly ahead | 02:06:17 |
| 8 | and the -- Phillips walks into the crowd of boys | 02:06:24 |
| 9 | which pours down from the steps onto the flat | 02:06:25 |
| 10 | ground and as he does so, some of the boys who are | 02:06:30 |
| 11 | on the flat ground part to let him go.  I never | 02:06:33 |
| 12 | saw any place where any of them they blocked him. | 02:06:36 |
| 13 |     Q    Let's go to Video 2. | 02:06:38 |
| 14 |         MR. McMURTRY:  Just so I'm clear, the | 02:06:44 |
| 15 | numbers are the same in the report and our | 02:06:45 |
| 16 | exhibits; right? | 02:06:47 |
| 17 |         MS. SPEARS:  Correct.  Let's pull up | 02:06:50 |
| 18 | what we've marked as Video 2, Exhibit 2 and start | 02:06:51 |
| 19 | at the beginning and pause at -- one sec. | 02:06:55 |
| 20 |         MS. MEEK:  I'm starting Video 2, | 02:07:10 |
| 21 | Exhibit 2 at the beginning. | 02:07:12 |
| 22 |         (Video 2 played.) | 02:07:13 |
| 23 |         MS. MEEK:  I just paused Video 2, | 02:07:33 |
| 24 | Exhibit 2, at 20 seconds. | 02:07:35 |
| 25 | BY MS. SPEARS: | 02:07:37 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    159

| | | |
|---|---|---|
| 1 | Q    So where in the video do you see | 02:07:37 |
| 2 | Mr. Phillips walking from the right? | 02:07:38 |
| 3 | A    I might have the wrong video.  I have | 02:07:41 |
| 4 | to look at the other videos and find the one I | 02:07:58 |
| 5 | saw.  I think it was Banyamyan maybe, I'm not | 02:08:02 |
| 6 | sure. | 02:08:03 |
| 7 | Q    Because he's not walking from the | 02:08:04 |
| 8 | right, that's incorrect. | 02:08:06 |
| 9 | A    No, no, that's not the correct video, | 02:08:06 |
| 10 | I've got the wrong video. | 02:08:07 |
| 11 | Q    So that's incorrect in the report? | 02:08:08 |
| 12 | A    That is incorrect in the report. | 02:08:10 |
| 13 | Q    Let's -- can you jump back to the | 02:08:11 |
| 14 | beginning of this, play from beginning to pause | 02:08:13 |
| 15 | about the 8-second mark? | 02:08:15 |
| 16 | MS. MEEK:  I'm starting Video 2 back | 02:08:20 |
| 17 | from the beginning. | 02:08:21 |
| 18 | (Video 2 played.) | 02:08:22 |
| 19 | MS. MEEK:  I just paused Video 2 at | 02:08:28 |
| 20 | 8 seconds. | 02:08:34 |
| 21 | BY MS. SPEARS: | 02:08:35 |
| 22 | Q    So for the first couple of seconds we | 02:08:35 |
| 23 | don't see Mr. Phillips, at all? | 02:08:37 |
| 24 | A    No, we don't.  This is the wrong video. | 02:08:38 |
| 25 | MS. SPEARS:  Okay.  Then let's restart | 02:08:41 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                160

| | | |
|---|---|---|
| 1 | it at the 8-second mark or where we are at right | 02:08:41 |
| 2 | now and play on until the 20-second mark. | 02:08:45 |
| 3 | MS. MEEK:  Restarting Video 2 at 8 | 02:08:48 |
| 4 | seconds. | 02:08:51 |
| 5 | (Video 2 played.) | 02:08:51 |
| 6 | MS. MEEK:  I just paused Video 2 at | 02:09:03 |
| 7 | 20 seconds. | 02:09:06 |
| 8 | BY MS. SPEARS: | 02:09:06 |
| 9 | Q    Okay, and at these seconds that we just | 02:09:06 |
| 10 | walked, Phillips just turns to his own right, | 02:09:08 |
| 11 | correct? | 02:09:10 |
| 12 | A    Yes, to his right. | 02:09:11 |
| 13 | Q    And towards the right side of the crowd | 02:09:13 |
| 14 | of boys, correct? | 02:09:15 |
| 15 | A    Correct. | 02:09:16 |
| 16 | Q    Do you know why? | 02:09:17 |
| 17 | A    I don't know where this -- the angle is | 02:09:18 |
| 18 | on this one so I can't tell you what he's doing. | 02:09:19 |
| 19 | I think he is just wading into the boys, but -- I | 02:09:21 |
| 20 | don't know why, but he's wading into the crowd of | 02:09:24 |
| 21 | boys. | 02:09:27 |
| 22 | MS. SPEARS:  Okay, and restart it at | 02:09:27 |
| 23 | where we just left off, the 20-second mark, and | 02:09:31 |
| 24 | pause at the 32-second mark. | 02:09:34 |
| 25 | MS. MEEK:  Restarting Video 2 at | 02:09:39 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    161

| | | |
|---|---|---|
| 1 | 20 seconds. | 02:09:41 |
| 2 | (Video 2 played.) | 02:09:42 |
| 3 | MS. MEEK:  I just paused Video 2 at 32 | 02:09:54 |
| 4 | seconds. | 02:09:56 |
| 5 | BY MS. SPEARS: | 02:09:56 |
| 6 | Q    Do you recognize some of the students | 02:09:56 |
| 7 | as doing what's known as the tomahawk chop? | 02:09:59 |
| 8 | A    Yes, I mentioned that in my report. | 02:10:02 |
| 9 | Q    Are you familiar with the tomahawk | 02:10:04 |
| 10 | chop? | 02:10:04 |
| 11 | A    I've seen it in sports games. | 02:10:05 |
| 12 | Q    Then in your report you say it's a | 02:10:06 |
| 13 | controversial gesture seen in Atlanta baseball | 02:10:09 |
| 14 | games and other sporting events.  Why is it | 02:10:12 |
| 15 | controversial? | 02:10:13 |
| 16 | A    I believe it's regarded as offensive by | 02:10:13 |
| 17 | many indigenous people, Native American people. | 02:10:15 |
| 18 | Q    Did you consider whether Mr. Phillips | 02:10:18 |
| 19 | could have viewed the tomahawk chop in this moment | 02:10:20 |
| 20 | as offensive or mocking him? | 02:10:23 |
| 21 | A    That was not part of my expertise in | 02:10:26 |
| 22 | writing the report.  I have no doubt that he would | 02:10:27 |
| 23 | have. | 02:10:29 |
| 24 | MS. SPEARS:  Can you restart it at the | 02:10:30 |
| 25 | 30-second mark and then pause just a little after | 02:10:37 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    162

| | | |
|---|---|---|
| 1 | the 41-second mark? | 02:10:39 |
| 2 | MS. MEEK:  I'm starting at 32 seconds, | 02:10:41 |
| 3 | Video 2. | 02:10:43 |
| 4 | (Video 2 played.) | 02:10:44 |
| 5 | THE WITNESS:  Can we stop. | 02:10:57 |
| 6 | The guy in the red hat is the cameraman | 02:10:57 |
| 7 | with Phillips.  That's what I was talking about. | 02:10:59 |
| 8 | BY MS. SPEARS: | 02:11:00 |
| 9 | Q    Where we just paused that? | 02:11:00 |
| 10 | A    No, just before that.  There, that's | 02:11:02 |
| 11 | the guy. | 02:11:03 |
| 12 | MS. MEEK:  For the record, the witness | 02:11:06 |
| 13 | just pointed to 39 seconds in Video 2. | 02:11:07 |
| 14 | THE WITNESS:  The guy in the red cap. | 02:11:11 |
| 15 | That's the guy with Phillips. | 02:11:12 |
| 16 | BY MS. SPEARS: | 02:11:15 |
| 17 | Q    Okay, let's talk about this for another | 02:11:15 |
| 18 | second.  So you are referring to my earlier | 02:11:15 |
| 19 | questions when I asked you who you were referring | 02:11:18 |
| 20 | to as the cameraman -- | 02:11:19 |
| 21 | -- (overspeaking) -- | 02:11:20 |
| 22 | A    That's right. | 02:11:20 |
| 23 | Q    You got to wait until I'm done.  Sorry. | 02:11:21 |
| 24 | You were referring to the earlier questions where | 02:11:24 |
| 25 | I asked you about the person you called the | 02:11:26 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    163

| | | |
|---|---|---|
| 1 | "cameraman" in your report; is that right? | 02:11:29 |
| 2 | A    Correct. | 02:11:32 |
| 3 | Q    And you are stating that the person you | 02:11:33 |
| 4 | are referencing is the person depicted the red cap | 02:11:36 |
| 5 | holding a camera at second 40? | 02:11:41 |
| 6 | MS. MEEK:  39. | 02:11:45 |
| 7 | BY MS. SPEARS: | 02:11:47 |
| 8 | Q    39 in Video 2? | 02:11:47 |
| 9 | A    That's now who I think -- in the other | 02:11:48 |
| 10 | video I couldn't identify him because I wasn't as | 02:11:49 |
| 11 | familiar with that video, but this is who I had | 02:11:52 |
| 12 | assumed was with Phillips. | 02:11:56 |
| 13 | Q    And I was just going to ask that.  You | 02:11:57 |
| 14 | are assuming he was with Phillips but you have no | 02:11:59 |
| 15 | idea whether he was with Phillips or not? | 02:12:02 |
| 16 | A    I could be wrong. | 02:12:04 |
| 17 | MS. SPEARS:  Okay.  So go back again in | 02:12:04 |
| 18 | this -- restart at 32 and pause again a little | 02:12:07 |
| 19 | after 41, please. | 02:12:15 |
| 20 | MS. MEEK:  Restarting video 2 at | 02:12:18 |
| 21 | 32 seconds. | 02:12:22 |
| 22 | (Video 2 played.) | 02:12:24 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:12:33 |
| 24 | 43 seconds. | 02:12:35 |
| 25 | BY MS. SPEARS: | 02:12:36 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    164

| | | |
|---|---|---|
| 1 | Q    You described Mr. Sandmann, who we can | 02:12:36 |
| 2 | see there, as laughing and grinning at his | 02:12:38 |
| 3 | companions, correct? | 02:12:41 |
| 4 | A    Correct. | 02:12:41 |
| 5 | Q    What's a grin? | 02:12:44 |
| 6 | A    What do you mean, what's the grin? | 02:12:45 |
| 7 | Q    What is a grin? | 02:12:46 |
| 8 | A    A grin is a smile of a certain sort. | 02:12:51 |
| 9 | That's all I can tell you.  He was laughing, | 02:12:53 |
| 10 | having fun with his buddies. | 02:12:53 |
| 11 | Q    So that's your characterization of | 02:12:56 |
| 12 | Mr. Sandmann's expression at the time? | 02:12:58 |
| 13 | A    Yes. | 02:13:01 |
| 14 | Q    Why do you use the word "companions"? | 02:13:01 |
| 15 | A    By companions -- it looks like another | 02:13:04 |
| 16 | boy from Covington, one of his schoolmates. | 02:13:04 |
| 17 |        MS. SPEARS:  Okay, can you restart a | 02:13:06 |
| 18 | little before this.  Start a little before 41 and | 02:13:07 |
| 19 | pause a little after the 46 mark, please? | 02:13:11 |
| 20 |        MS. MEEK:  Restarting Video 2 at | 02:13:16 |
| 21 | 39 seconds. | 02:13:19 |
| 22 |             (Video 2 played.) | 02:13:20 |
| 23 |        MS. MEEK:  I just paused Video 2 at | 02:13:32 |
| 24 | 47 seconds. | 02:13:33 |
| 25 | BY MS. SPEARS: | 02:13:37 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    165

```
1        Q    In your report in reference to Video 2,      02:13:37
2    you say that between 41 and 46 seconds,               02:13:38
3    Mr. Phillips was continuing south; what do you        02:13:40
4    mean by that?  Or is that incorrect?                  02:13:43
5        A    Let's see what I say.                        02:13:46
6        Q    Because you were referring to the wrong      02:13:46
7    video.                                                02:13:48
8        A    (Reading):                                   02:13:49
9             "21 seconds one sees Sandmann one or         02:13:49
10   two steps above Phillips in the crowd wearing his     02:13:54
11   hat laughing, grinning.  Phillips continued south,    02:13:56
12   nearly walks past Sandmann" -- I don't say how        02:13:59
13   long it took -- "who is on his right and slightly     02:14:02
14   above, still grinning.  Then Phillips pulls up and    02:14:05
15   turns right to face Sandmann."                        02:14:08
16       Q    Stop there a second.  Where -- I want        02:14:09
17   to ask you about it.  You say he's continuing         02:14:10
18   south; what do you mean by that?  Continuing from     02:14:13
19   what?                                                 02:14:15
20       A    For a while he had been walking from         02:14:15
21   the right to the left.  If you back up to 40, you     02:14:17
22   will see he had been walking from the right to the    02:14:21
23   left and then for some reason he turned and went      02:14:24
24   to face Sandmann.                                     02:14:26
25       Q    Okay, so is it your contention that          02:14:27
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    166

| | |
|---|---|
| 1 | before Phillips got to where Mr. Sandmann was | 02:14:30 |
| 2 | standing, he was not moving in the direction of | 02:14:33 |
| 3 | Lincoln Memorial? | 02:14:36 |
| 4 | A    No, that's not the direction -- yeah, | 02:14:37 |
| 5 | he was walking in front of the boys, not up the | 02:14:39 |
| 6 | steps. | 02:14:42 |
| 7 | Q    Okay, so -- | 02:14:44 |
| 8 | A    I never saw him go up toward the | 02:14:45 |
| 9 | Memorial in this, until the end of the videos. | 02:14:46 |
| 10 | Q    And that's -- | 02:14:51 |
| 11 | A    I saw him walking into the group of | 02:14:51 |
| 12 | boys along the front of the steps. | 02:14:53 |
| 13 | Q    And so it's your position that he was | 02:14:55 |
| 14 | not walking towards the Memorial? | 02:14:56 |
| 15 | A    I cannot comment on his intentions.  I | 02:14:59 |
| 16 | can only say I did not see him go toward the steps | 02:15:00 |
| 17 | to go up until after this encounter. | 02:15:03 |
| 18 | Q    You didn't see him going in the | 02:15:10 |
| 19 | direction of the steps? | 02:15:11 |
| 20 | A    No.  It looks to me like he's walking | 02:15:12 |
| 21 | in front of the steps into the crowd of boys, | 02:15:14 |
| 22 | until he turns and goes towards Sandmann. | 02:15:16 |
| 23 | Q    And that's part of what informs your | 02:15:18 |
| 24 | opinion that the blocking statement is false? | 02:15:21 |
| 25 | A    That's only part of it. | 02:15:25 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              167

| | | |
|---|---|---|
| 1 | Q    Let's go back to page 10 of your | 02:15:30 |
| 2 | report. | 02:15:31 |
| 3 | A    You could review the video if you want | 02:15:32 |
| 4 | to look one more time.  I don't see him going up | 02:15:33 |
| 5 | the steps. | 02:15:36 |
| 6 | Q    Well, hang on for a second.  In terms | 02:15:37 |
| 7 | of the direction he's facing, that's one thing. | 02:15:41 |
| 8 | And then actually physically going up the steps | 02:15:43 |
| 9 | that's another thing. | 02:15:45 |
| 10 | -- (overspeaking) -- | 02:15:46 |
| 11 | A    -- the direction -- | 02:15:46 |
| 12 | -- (overspeaking) -- | 02:15:47 |
| 13 | Q    Do you agree that he was facing -- | 02:15:47 |
| 14 | (overspeaking) -- | 02:15:48 |
| 15 | A    No, not until he turned to face | 02:15:49 |
| 16 | Sandmann, no. | 02:15:51 |
| 17 | Q    Let's go to page 10 in your report. | 02:15:54 |
| 18 | You say: | 02:15:57 |
| 19 | "Phillips nearly walks past Sandmann." | 02:16:01 |
| 20 | What does this mean? | 02:16:04 |
| 21 | A    The way I saw it in multiple videos, | 02:16:06 |
| 22 | including this one, he's walking from north to | 02:16:08 |
| 23 | south, roughly, along the front edge of the steps | 02:16:11 |
| 24 | into the crowd of boys, many of whom are on the | 02:16:14 |
| 25 | ground.  I didn't see him make a gesture to turn | 02:16:17 |

| | | |
|---|---|---|
| 1 | towards the west, toward the Memorial as if going | 02:16:20 |
| 2 | up the steps, until he turns around and faces | 02:16:23 |
| 3 | Sandmann. | 02:16:26 |
| 4 | So he was walking from north to south | 02:16:26 |
| 5 | and -- Sandmann is facing east, so he's walking | 02:16:29 |
| 6 | from north to south in front -- roughly, in front | 02:16:36 |
| 7 | of -- perpendicular to the line of Sandmann's | 02:16:39 |
| 8 | gaze.  He walks slightly past him and then he | 02:16:44 |
| 9 | turns and goes up to face Sandmann directly. | 02:16:47 |
| 10 | That's what I see in the video. | 02:16:50 |
| 11 | Q    That's your interpretation. | 02:16:51 |
| 12 | A    It is not my interpretation; it's what | 02:16:52 |
| 13 | I see in the videos. | 02:16:54 |
| 14 | Q    Based on your personal review of the | 02:16:55 |
| 15 | videos? | 02:16:57 |
| 16 | A    To use your language, it is what I see | 02:17:01 |
| 17 | in the videos. | 02:17:03 |
| 18 | Q    And you're saying -- when you say he | 02:17:06 |
| 19 | nearly walked past Sandmann, you are talking about | 02:17:12 |
| 20 | a moment when Phillips turns to his left, correct? | 02:17:14 |
| 21 | A    No, he turns to his right.  He was | 02:17:16 |
| 22 | walking from north to south past -- slightly past | 02:17:20 |
| 23 | Sandmann, then for some reason he turns back and | 02:17:24 |
| 24 | comes to face him which is turning to his -- | 02:17:26 |
| 25 | toward his right.  So he was walking -- he was | 02:17:30 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    169

| 1 | walking along the steps, Sandmann is over here on | 02:17:33 |
| 2 | his right.  He slightly goes past him, he turns | 02:17:35 |
| 3 | around and comes back and faces Sandmann.  That's | 02:17:38 |
| 4 | what I see in the video. | 02:17:40 |
| 5 |     Q    Did you watch this -- this is your | 02:17:44 |
| 6 | interpretation of Video 2? | 02:17:46 |
| 7 |          MR. McMURTRY:  Objection. | 02:17:50 |
| 8 |          THE WITNESS:  This is what I see in | 02:17:51 |
| 9 | Video 2. | 02:17:52 |
| 10 | BY MS. SPEARS: | 02:17:52 |
| 11 |     Q    Did you watch this same moment in time | 02:17:52 |
| 12 | on any other video? | 02:17:54 |
| 13 |     A    I watched all the videos for this | 02:17:55 |
| 14 | moment in particular. | 02:17:58 |
| 15 |     Q    Do you recall any other specific videos | 02:17:59 |
| 16 | where you see this? | 02:18:01 |
| 17 |     A    I did not take notes on the numbers. | 02:18:02 |
| 18 |          MS. SPEARS:  Let's restart at | 02:18:03 |
| 19 | 47 seconds and pause around 58 second. | 02:18:37 |
| 20 |          MS. MEEK:  Restarting Video 2 at | 02:18:43 |
| 21 | 47 seconds. | 02:18:44 |
| 22 |               (Video 2 played). | 02:18:45 |
| 23 |          MS. MEEK:  I just paused Video 2 at | 02:18:59 |
| 24 | 58 seconds. | 02:19:01 |
| 25 | BY MS. SPEARS: | 02:19:04 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          170

| | |
|---|---|
| 1       Q    Okay, you describe Sandmann as grinning | 02:19:04 |
| 2  earlier.  Would you characterize this look he's | 02:19:06 |
| 3  giving right now as a smirk? | 02:19:09 |
| 4           MR. McMURTRY:  Objection.  Go ahead. | 02:19:11 |
| 5           THE WITNESS:  A smirk attributes | 02:19:12 |
| 6  intention.  I cannot do that reliably. | 02:19:14 |
| 7  BY MS. SPEARS: | 02:19:18 |
| 8       Q    So it's a matter of interpretation? | 02:19:18 |
| 9       A    Correct. | 02:19:29 |
| 10      Q    In another of the videos you reference | 02:19:29 |
| 11 Video 14 here, Exhibit 14. | 02:19:31 |
| 12      A    Yes. | 02:19:34 |
| 13      Q    Can you pull that up and just pause at | 02:19:35 |
| 14 the beginning, please? | 02:19:39 |
| 15      A    Yep. | 02:19:40 |
| 16      Q    You note that -- strike that.  You note | 02:19:40 |
| 17 that Mr. Sandmann's hands are behind his back? | 02:20:21 |
| 18 Clasped behind his back. | 02:20:22 |
| 19      A    Correct. | 02:20:26 |
| 20      Q    Why did you note this?  What's the | 02:20:26 |
| 21 significance to you? | 02:20:27 |
| 22      A    Again, that had significance to me from | 02:20:28 |
| 23 my upbringing, that especially if a young man was | 02:20:31 |
| 24 in church or in a respectful situation, they were | 02:20:34 |
| 25 expected to put their hands behind their back to | 02:20:36 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          171

| | | |
|---|---|---|
| 1 | indicate lack of aggression and respect. | 02:20:39 |
| 2 | Q    Do you know why he has his hands behind | 02:20:43 |
| 3 | his back? | 02:20:45 |
| 4 | A    No, I don't. | 02:20:45 |
| 5 | Q    Let's go back to page 10 of your report | 02:20:48 |
| 6 | here in the last paragraph.  You cite Video 16. | 02:20:50 |
| 7 | Do you see that? | 02:21:05 |
| 8 | A    Yes. | 02:21:06 |
| 9 | Q    And -- just wait one second.  You talk | 02:21:07 |
| 10 | about a 3-foot corridor.  I want you pull up | 02:21:18 |
| 11 | Video 16 and start it at the 6-second mark and | 02:21:23 |
| 12 | pause it at the 11-second mark. | 02:21:26 |
| 13 | MS. MEEK:  I am starting Video 16 at | 02:21:41 |
| 14 | 6 seconds. | 02:21:44 |
| 15 | (Video 16 played.) | 02:21:45 |
| 16 | MS. MEEK:  I just paused Video 16 at | 02:21:53 |
| 17 | 11 seconds. | 02:21:56 |
| 18 | BY MS. SPEARS: | 02:21:57 |
| 19 | Q    Where do you see, as you state here, a | 02:21:57 |
| 20 | "3-foot corridor between Sandmann and a group of | 02:21:59 |
| 21 | the students to his left going up the stairs"? | 02:22:04 |
| 22 | A    Well, if you look at the fellow in the | 02:22:07 |
| 23 | red cap, who, by the way, was chanting with | 02:22:08 |
| 24 | Sandmann earlier, but I don't want to interrupt | 02:22:11 |
| 25 | your question, he's got a camera held high, | 02:22:11 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    172

| | | |
|---|---|---|
| 1 | photographing Sandmann. | 02:22:15 |
| 2 | Right behind him, there's at least -- I | 02:22:17 |
| 3 | can't say exactly, of course, but quite a few | 02:22:19 |
| 4 | steps going up where there is nobody between | 02:22:21 |
| 5 | Sandmann and the group of boys to the north to | 02:22:25 |
| 6 | Sandmann's left for at least three feet until you | 02:22:28 |
| 7 | get quite a few steps higher. | 02:22:31 |
| 8 | Q    Okay, earlier in your report and we | 02:22:33 |
| 9 | talked about it, you said you can't judge | 02:22:35 |
| 10 | distances from the videos.  And you are a | 02:22:38 |
| 11 | horrible, I think you said, judge of distances. | 02:22:42 |
| 12 | So how did you come up with this | 02:22:44 |
| 13 | approximation? | 02:22:46 |
| 14 | A    Well, that one is easier because that | 02:22:46 |
| 15 | is wider than a yardstick, I can just tell, and I | 02:22:48 |
| 16 | use yardsticks all the time, and that's 3 feet. | 02:22:51 |
| 17 | Q    What do you use yardsticks for? | 02:22:55 |
| 18 | A    I have done a lot of work, | 02:22:58 |
| 19 | construction, on five houses now, so yardsticks | 02:22:59 |
| 20 | I'm good with, but 20 feet, I'm not. | 02:23:02 |
| 21 | Q    So it looks -- | 02:23:08 |
| 22 | A    It looks like 3, it might be 4.  I was | 02:23:09 |
| 23 | being conservative.  That might be 4 feet, but at | 02:23:12 |
| 24 | least 3 feet. | 02:23:14 |
| 25 | Q    And that's based on your personal | 02:23:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                     173

| | | |
|---|---|---|
| 1 | approximation? | 02:23:17 |
| 2 | A     I could see putting a yardstick there | 02:23:18 |
| 3 | between Sandmann's left shoulder and the boys to | 02:23:20 |
| 4 | the right on the screen and there would still be | 02:23:24 |
| 5 | room. | 02:23:28 |
| 6 | Q     But that's your approximation, you | 02:23:30 |
| 7 | don't know for sure; right? | 02:23:32 |
| 8 | A     I'm pretty sure about that one.  I can | 02:23:34 |
| 9 | see it. | 02:23:35 |
| 10 | MS. SPEARS:  Restart at the beginning, | 02:23:36 |
| 11 | and pause right at the beginning. | 02:23:44 |
| 12 | MS. MEEK:  For the record, the | 02:23:49 |
| 13 | television is displaying Video 16 at zero seconds. | 02:23:49 |
| 14 | BY MS. SPEARS: | 02:23:54 |
| 15 | Q     Would you agree with me at the start of | 02:23:54 |
| 16 | this video there is no open corridor because there | 02:23:55 |
| 17 | is another student standing to Sandmann's -- on | 02:23:57 |
| 18 | Sandmann's left.  Can you see him there in the red | 02:24:01 |
| 19 | shirt and Notre Dame hat? | 02:24:04 |
| 20 | A     I don't think he's immediately to | 02:24:10 |
| 21 | Sandmann's left and everyone that Phillips had | 02:24:10 |
| 22 | gone up to that point, as he move the boys moved | 02:24:13 |
| 23 | aside.  So I think there was plenty of room, at | 02:24:13 |
| 24 | least three or four steps above Sandmann, although | 02:24:16 |
| 25 | it is not easy to judge exactly how many steps. | 02:24:19 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          174

```
1          Q     You don't see right here in this moment        02:24:20
2    a 3-foot open corridor, do you?                            02:24:23
3          A     Yeah, immediately to Sandmann's left, I        02:24:25
4    do.  There's a group of boys, this ranging group           02:24:27
5    of boys with a white cap, a red cap, a blue cap,           02:24:29
6    the brown hair, that group is at least 3 feet to          02:24:30
7    the -- away, more, away from Sandmann and you             02:24:36
8    could go up several steps before you hit Notre            02:24:39
9    Dame.                                                      02:24:42
10         Q     But what you are saying is that space          02:24:43
11   opens up because the other students, including            02:24:46
12   that student in the Notre Dame cap, moves to the          02:24:47
13   side, correct?                                             02:24:52
14         A     All I can say is that right now                02:24:53
15   Phillips could pass to his -- to the left of              02:24:54
16   Sandmann, up several of the steps.                         02:24:55
17         Q     Okay.                                          02:24:58
18         A     Sandmann was not precluding him from           02:24:59
19   moving up the steps.                                       02:25:01
20         Q     You are not disagreeing with me                02:25:05
21   though --                                                  02:25:06
22               -- (overspeaking) --                           02:25:07
23         A     The boys higher-up -- (overspeaking) --        02:25:07
24         Q     Hold on a second.  You are not                 02:25:09
25   disagreeing with me, though, that there's a                02:25:11
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    175

1    student in a Notre Dame hat to Sandmann's left          02:25:14

2    that is in the space that you pointed out moments       02:25:18

3    later, as the 3-foot corridor, correct?                 02:25:21

4         A    I think you are misconstruing what I'm        02:25:23

5    saying.  I think there is space for Phillips to         02:25:32

6    move to the left of Sandmann up the steps, now, in      02:25:34

7    this point in the video, clearly.                       02:25:38

8         Q    And no, the space opens up after the          02:25:42

9    student in the Notre Dame hat moves aside; is that      02:25:49

10   what you are saying?                                    02:25:54

11        A    The boy is not immediately -- the boy         02:25:55

12   in the Notre Dame hat is not immediately to             02:25:55

13   Phillips' left.  Sandmann could have moved up the       02:26:00

14   steps.                                                  02:26:02

15        Q    And what do you base that on?                 02:26:02

16        A    I can see.                                    02:26:05

17        Q    It's based on your perception of the          02:26:06

18   video.                                                  02:26:08

19        A    I think I see steps there between that        02:26:08

20   boy's legs and Sandmann, gray steps.  That means        02:26:12

21   that boy is higher up on the steps than Sandmann.       02:26:17

22             MR. McMURTRY:  Can we take a break at         02:26:20

23   some point, in the next five minutes or so.             02:26:24

24   BY MS. SPEARS:                                          02:26:26

25        Q    Sure.  Do you think that Phillips could       02:26:26

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          176

| | | |
|---|---|---|
| 1 | have felt surrounded in certain moments of the | 02:26:29 |
| 2 | encounter, like this one? | 02:26:31 |
| 3 | A    I think he waded into the middle of a | 02:26:33 |
| 4 | crowd of boys, so in a sense he was surrounded. | 02:26:35 |
| 5 | Q    If he felt surrounded, would he be | 02:26:39 |
| 6 | wrong? | 02:26:41 |
| 7 | A    No, he was surrounded by the boys.  He | 02:26:41 |
| 8 | walked into the middle of the crowd. | 02:26:43 |
| 9 | Q    And you believe that this part of | 02:26:46 |
| 10 | Video 16, which you cite in your report here, | 02:26:49 |
| 11 | supports your opinion that Phillips' statements | 02:26:51 |
| 12 | that Sandmann was blocking him or sort of stopping | 02:26:55 |
| 13 | him -- stopping his exit was incorrect? | 02:26:58 |
| 14 | A    There are two aspects to that | 02:27:01 |
| 15 | statement.  One of them is that he was not | 02:27:05 |
| 16 | passively blocking, meaning that his being there, | 02:27:07 |
| 17 | where he was on the steps did not prevent Phillips | 02:27:09 |
| 18 | from going further up the steps.  That is a fact | 02:27:13 |
| 19 | that you can see in this video, as well as in part | 02:27:15 |
| 20 | of Video 2, which we didn't discuss when we saw | 02:27:18 |
| 21 | it, as well as earlier in this video. | 02:27:20 |
| 22 | Second, I see no evidence at all that | 02:27:23 |
| 23 | Phillips has, in any way, moved to prevent -- | 02:27:25 |
| 24 | MR. McMURTRY:  Sandmann -- | 02:27:32 |
| 25 | (overspeaking) -- | 02:27:33 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                  177

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sorry, I'm getting my | 02:27:34 |
| 2 | names mixed up. | 02:27:35 |
| 3 | Sandmann has not done anything to | 02:27:37 |
| 4 | prevent Phillips from moving up the steps.  That | 02:27:39 |
| 5 | is not to say he is not -- as an agent blocking | 02:27:40 |
| 6 | Phillips. | 02:27:44 |
| 7 | So neither is he passively blocking | 02:27:47 |
| 8 | him, there is room to his left, nor is he actively | 02:27:50 |
| 9 | blocking him in the sense of his intention | 02:27:52 |
| 10 | being -- putting himself in the way.  That's what | 02:27:55 |
| 11 | I'm saying. | 02:27:57 |
| 12 | BY MS. SPEARS: | 02:27:58 |
| 13 | Q   But you don't know of Sandmann's | 02:27:58 |
| 14 | intent, you are not -- | 02:28:02 |
| 15 | A   It doesn't matter his intent.  He did | 02:28:03 |
| 16 | not move. | 02:28:05 |
| 17 | Q   Let me ask you this.  Video 16 and this | 02:28:06 |
| 18 | 3-foot corridor you say you see, you say that | 02:28:08 |
| 19 | supports your opinion that Phillips' statements | 02:28:12 |
| 20 | that Sandmann was blocking him or sort of stopping | 02:28:14 |
| 21 | his exit is incorrect.  In other words, you are | 02:28:16 |
| 22 | relying on this corridor you see in the video as | 02:28:19 |
| 23 | part of your opinion, correct? | 02:28:23 |
| 24 | A   Part of the opinion.  That is not the | 02:28:24 |
| 25 | whole thing.  I want to emphasize that. | 02:28:25 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          178

| | | |
|---|---|---|
| 1 | MS. SPEARS:  That's fine.  You want to | 02:28:27 |
| 2 | take a break? | 02:28:28 |
| 3 | MR. McMURTRY:  Yes, I do.  Ten minutes? | 02:28:29 |
| 4 | MS. SPEARS:  Sure. | 02:28:31 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 02:28:33 |
| 6 | record.  The time is 2:28 p.m. | 02:28:34 |
| 7 | (Recess taken from 2:28 p.m. to 3:01 p.m.) | 02:28:35 |
| 8 | THE VIDEOGRAPHER:  We're going back on | 03:01:03 |
| 9 | the record.  The time is 3:01 p.m. | 03:01:05 |
| 10 | BY MS. SPEARS: | 03:01:08 |
| 11 | Q    Okay.  Looking at your report we talked | 03:01:08 |
| 12 | about Video 2 which you also have cited. | 03:01:17 |
| 13 | A    Yes. | 03:01:20 |
| 14 | Q    And we talked a moment ago, before the | 03:01:20 |
| 15 | break, about your reference to what you perceive | 03:01:23 |
| 16 | as a 3-foot corridor, correct? | 03:01:27 |
| 17 | A    Yes. | 03:01:30 |
| 18 | Q    And I take it your position is that | 03:01:31 |
| 19 | Video 2 shows that same corridor that you believe | 03:01:34 |
| 20 | you see? | 03:01:40 |
| 21 | A    Yes. | 03:01:41 |
| 22 | Q    Okay.  So let's go -- (overspeaking) -- | 03:01:42 |
| 23 | A    So it's at 50 seconds (inaudible) -- | 03:02:03 |
| 24 | THE COURT REPORTER:  I am sorry, I | 03:02:04 |
| 25 | didn't hear that at all. | 03:02:04 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    179

| | | |
|---|---|---|
| 1 | THE WITNESS:  At 50 seconds in Video 2 | 03:02:04 |
| 2 | you can see a passageway to Sandmann's left going | 03:02:04 |
| 3 | up the steps and as I saw it, that passage way | 03:02:08 |
| 4 | stays there until at least 1 minute 50 seconds | 03:02:11 |
| 5 | when some of the other boys come down closer | 03:02:15 |
| 6 | behind Sandmann. | 03:02:17 |
| 7 | BY MS. SPEARS: | 03:02:18 |
| 8 | Q    Okay.  So continuing on in your report | 03:02:18 |
| 9 | on page 11, you state, and it's in the middle | 03:02:22 |
| 10 | there, the first full paragraph: | 03:02:35 |
| 11 | "After a couple of minutes of the | 03:02:41 |
| 12 | face-to-face confrontation one of Phillips' | 03:02:43 |
| 13 | companions (judging by his apparel and what he | 03:02:46 |
| 14 | says) starts to argue with another boy." | 03:02:49 |
| 15 | And you reference to Video 3. | 03:02:52 |
| 16 | I'd like to pull that up, Video 3, | 03:02:55 |
| 17 | Exhibit 3. | 03:02:58 |
| 18 | Can you just jump to 147 and pause | 03:02:59 |
| 19 | there so we can see the image. | 03:03:01 |
| 20 | A    According to me that already starts by | 03:03:13 |
| 21 | 1:48 on Video 3, for what it's worth. | 03:03:15 |
| 22 | Q    That's fine. | 03:03:18 |
| 23 | Q    So is this the "companion" you are | 03:03:23 |
| 24 | referring to? | 03:03:26 |
| 25 | A    Yes. | 03:03:26 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    180

| | |
|---|---|
| 1 | Q    What do you mean by "companion" here? | 03:03:26 |
| 2 | A    If you go back to the earlier videos | 03:03:30 |
| 3 | watching Sandmann walk onto the scene he is there | 03:03:33 |
| 4 | with the guy taking a video, he is there with this | 03:03:35 |
| 5 | fellow, and there's several women, there's a group | 03:03:38 |
| 6 | of people walking with Phillips up toward the | 03:03:40 |
| 7 | group of Covington boys and this is one of the | 03:03:44 |
| 8 | people among that group. | 03:03:45 |
| 9 | Q    And what about his apparel made you | 03:03:46 |
| 10 | describe him as a companion? | 03:03:48 |
| 11 | A    I think that the hat he's wearing might | 03:03:50 |
| 12 | have a -- well, first of all, he has -- I think | 03:03:51 |
| 13 | that's braids which is a very common kind of hair | 03:03:54 |
| 14 | style for indigenous Native American men and I | 03:03:59 |
| 15 | think he might have a hat that has an image on it, | 03:04:04 |
| 16 | but I don't remember. | 03:04:07 |
| 17 | Q    Okay. | 03:04:08 |
| 18 | A    But his behavior was the principal | 03:04:11 |
| 19 | thing here. | 03:04:14 |
| 20 | Q    And -- | 03:04:15 |
| 21 | A    He was telling the boys to go back to | 03:04:19 |
| 22 | Europe. | 03:04:21 |
| 23 | Q    And why would you associate that | 03:04:21 |
| 24 | comment with Mr. Phillips?  Simply because | 03:04:23 |
| 25 | Mr. Phillips is Native American? | 03:04:25 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    181

```
1         A    No, I said he was one of the people         03:04:27

2    with Phillips quite clearly all throughout the        03:04:29

3    scene and he's arguing with these boys about who      03:04:32

4    has more right to be here in the country.             03:04:35

5         Q    Are you suggesting that he was speaking      03:04:37

6    for Mr. Phillips?                                      03:04:39

7         A    No.                                          03:04:40

8         Q    Are you suggesting that Mr. Phillips         03:04:41

9    approved what he was saying?                           03:04:43

10        A    Of course not.                              03:04:45

11        Q    And you are not sure whether he was         03:04:46

12   even with Mr. Phillips; you are just making that      03:04:48

13   assumption based on -- (overspeaking) --             03:04:51

14        A    I don't know whether Mr. Phillips knows     03:04:53

15   him.  I know he accompanied Mr. Phillips onto the     03:04:54

16   scene.                                                03:04:57

17        Q    And you are making an assumption --         03:04:58

18   that's what you base your assumption on, that he      03:05:02

19   was with Mr. Phillips based on --                     03:05:03

20        A    He was in the group of people              03:05:05

21   accompanying Mr. Phillips as they drummed and         03:05:06

22   chanted walking up to the Covington boys.             03:05:09

23        Q    What do you mean by "group"?               03:05:13

24        A    There was a small group of people.  We     03:05:14

25   could go back to the last video we reviewed.  They    03:05:17
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    182

| | | |
|---|---|---|
| 1 | come on to the scene with Phillips.  Some of them | 03:05:20 |
| 2 | are drumming.  I think he might have been one of | 03:05:21 |
| 3 | the ones drumming, but I don't remember, I'd have | 03:05:23 |
| 4 | to look at the video again, and chanting, they | 03:05:25 |
| 5 | were all chanting, and they were walking with | 03:05:27 |
| 6 | Phillips in front of -- between the two groups, | 03:05:30 |
| 7 | the Black Hebrew Israelites and the Covington | 03:05:32 |
| 8 | boys, and he accompanied Phillips with that small | 03:05:34 |
| 9 | group of people walking together into the middle | 03:05:37 |
| 10 | of the group of Covington boys and then he follows | 03:05:40 |
| 11 | him up the steps and above Sandmann there and | 03:05:43 |
| 12 | turns and starts to argue with one of the other | 03:05:47 |
| 13 | Covington boys. | 03:05:49 |
| 14 |     Q    And so your assumption that he's a | 03:05:50 |
| 15 | companion is because he's walking behind | 03:05:54 |
| 16 | Mr. Phillips? | 03:05:57 |
| 17 |        MR. McMURTRY:  Objection.  Go ahead. | 03:05:58 |
| 18 |        THE WITNESS:  I mean by "companion" | 03:05:59 |
| 19 | he's one of the people who accompanied | 03:06:01 |
| 20 | Mr. Phillips into this group. | 03:06:03 |
| 21 | BY MS. SPEARS: | 03:06:05 |
| 22 |     Q    You have no idea whether he knows | 03:06:05 |
| 23 | Mr. Phillips -- | 03:06:08 |
| 24 |     A    I said I do not know. | 03:06:09 |
| 25 |     Q    And your assumptions are based on | 03:06:13 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    183

| | | |
|---|---|---|
| 1 | watching the videos, correct? | 03:06:15 |
| 2 | A    All I know is from the videos, yes. | 03:06:16 |
| 3 | Q    And you are not claiming that | 03:06:30 |
| 4 | Mr. Phillips knew all the people in the -- what | 03:06:31 |
| 5 | you call the group behind him, correct? | 03:06:35 |
| 6 | A    He very well may not have known them | 03:06:38 |
| 7 | all.  I don't know. | 03:06:41 |
| 8 | Q    He may not have known any of them; you | 03:06:42 |
| 9 | don't know. | 03:06:44 |
| 10 | A    I don't know. | 03:06:45 |
| 11 | MS. SPEARS:  Let's go in that video to | 03:06:45 |
| 12 | 3:18 and pause at 3:33. | 03:07:03 |
| 13 | MS. MEEK:  I'm starting Video 3 at | 03:07:12 |
| 14 | 3:18. | 03:07:14 |
| 15 | (Video 3 played.) | 03:07:14 |
| 16 | MS. MEEK:  I just paused Video 3 at | 03:07:17 |
| 17 | 3 minutes and 33 seconds. | 03:07:34 |
| 18 | BY MS. SPEARS: | 03:07:36 |
| 19 | Q    You described one of the companions as | 03:07:36 |
| 20 | yelling something like "We won."  What does "we | 03:07:41 |
| 21 | won" mean? | 03:07:44 |
| 22 | A    I don't know.  That's what he says. | 03:07:44 |
| 23 | The same guy in the red hat we were just | 03:07:44 |
| 24 | discussing, is a guy who then says, "We won, | 03:07:47 |
| 25 | Grandpa, we won," and he shakes his hands in the | 03:07:48 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    184

| | | |
|---|---|---|
| 1 | air. | 03:07:51 |
| 2 | Q    Do you -- and you don't know what that | 03:07:52 |
| 3 | means? | 03:07:54 |
| 4 | A    I know what it means in English.  It | 03:07:54 |
| 5 | means we, inclusive, him and grandpa and whatever | 03:07:56 |
| 6 | else group he thought he was with, won some | 03:08:00 |
| 7 | confrontation, or whatever he meant, that was at | 03:08:02 |
| 8 | issue. | 03:08:05 |
| 9 | Q    That's your interpretation of what he | 03:08:06 |
| 10 | meant? | 03:08:07 |
| 11 | A    That's what English means, "we won." | 03:08:08 |
| 12 | Q    Do you know whether Mr. Phillips agreed | 03:08:10 |
| 13 | with that statement? | 03:08:12 |
| 14 | A    No, I don't. | 03:08:13 |
| 15 | Q    Is it possible different people were | 03:08:14 |
| 16 | thinking different things in that moment? | 03:08:16 |
| 17 | A    I have no idea what they were thinking. | 03:08:18 |
| 18 | Q    You state that the group was | 03:08:25 |
| 19 | "congratulating" Phillips, how do you determine | 03:08:27 |
| 20 | that they were congratulating Mr. Phillips? | 03:08:30 |
| 21 | A    Well, for one thing he said, "We won, | 03:08:33 |
| 22 | grandpa," and grandpa, as I understand it, in many | 03:08:35 |
| 23 | cultures is an honorific that you use for someone | 03:08:37 |
| 24 | that you respect and by making this gesture with | 03:08:41 |
| 25 | his arms in the air and saying, "We won" and doing | 03:08:44 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    185

| | | |
|---|---|---|
| 1 | the hoot, that's a celebratory gesture which he | 03:08:47 |
| 2 | was sharing with this man he respects, calling | 03:08:51 |
| 3 | "grandpa" which I think was Phillips. | 03:08:54 |
| 4 | Q   What are you -- what was he | 03:08:57 |
| 5 | congratulating him for? | 03:08:58 |
| 6 | A   I'm not going to put words in his | 03:09:00 |
| 7 | mouth. | 03:09:02 |
| 8 | Q   You don't know. | 03:09:04 |
| 9 | A   He thought there was an argument or a | 03:09:05 |
| 10 | fight being engaged in and he believed that the | 03:09:06 |
| 11 | group that he was with, which included him and | 03:09:09 |
| 12 | Phillips and the other person banging the drum, | 03:09:10 |
| 13 | had won that engagement. | 03:09:12 |
| 14 | Q   Do you know that's what he thought? | 03:09:13 |
| 15 | A   I know that's what he meant: "We won." | 03:09:15 |
| 16 | Q   You state that Phillips yelled | 03:09:23 |
| 17 | something to the crowd. | 03:09:24 |
| 18 | A   Right.  I didn't hear what he said. | 03:09:27 |
| 19 | MS. SPEARS:  Can you jump to 3:53 and | 03:09:33 |
| 20 | pause at 4:07. | 03:09:37 |
| 21 | MS. MEEK:  I'm restarting Video 3 at | 03:09:48 |
| 22 | 3:03. | 03:09:52 |
| 23 | (Video 3 played.) | 03:09:53 |
| 24 | MS. MEEK:  I just paused Video 3 at | 03:10:03 |
| 25 | 4:07. | 03:10:06 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    186

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 03:10:07 |
| 2 | Q   I take it that you don't know what he | 03:10:07 |
| 3 | was yelling there? | 03:10:09 |
| 4 | A   No, I couldn't hear what he said. | 03:10:10 |
| 5 | Q   And why do you reference that? | 03:10:12 |
| 6 | A   It -- (overspeaking) -- | 03:10:16 |
| 7 | Q   Was it -- (overspeaking) -- | 03:10:17 |
| 8 | A   It seemed to me to be concluding | 03:10:18 |
| 9 | remarks on Phillips' part but I don't know what he | 03:10:21 |
| 10 | said.  The reason I say it was conclusive was | 03:10:25 |
| 11 | after his friend had raised his arms in a | 03:10:25 |
| 12 | celebratory fashion, Phillips is doing this.  He's | 03:10:28 |
| 13 | also looking slightly up.  Among many Native | 03:10:31 |
| 14 | American peoples I've known, that can be a prayer | 03:10:35 |
| 15 | to a god or a thanks to the great spirit.  I don't | 03:10:36 |
| 16 | know if that's what Phillips was doing, but it | 03:10:39 |
| 17 | seemed to me that was some kind of grateful or | 03:10:41 |
| 18 | happy gesture on his part. | 03:10:44 |
| 19 | Q   You don't know what was in Phillips' | 03:10:46 |
| 20 | mind at that moment or what he was thinking? | 03:10:48 |
| 21 | A   No, I do not.  I do not. | 03:10:50 |
| 22 | Q   Let's look at section 11 in your report | 03:10:55 |
| 23 | entitled "Relevant law." | 03:10:58 |
| 24 | A   Yes. | 03:11:01 |
| 25 | Q   You note that the firm that retained | 03:11:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    187

| | | |
|---|---|---|
| 1 | you, on page 11, provided you with explanations of | 03:11:04 |
| 2 | falsehood under the law, followed by two | 03:11:06 |
| 3 | paragraphs there. | 03:11:09 |
| 4 | Are those paragraphs verbatim what the | 03:11:10 |
| 5 | firm, Mr. McMurtry's firm provided you? | 03:11:13 |
| 6 | A    Yes. | 03:11:16 |
| 7 | Q    And in the second paragraph you discuss | 03:11:16 |
| 8 | substantial truth.  What does that mean to you? | 03:11:34 |
| 9 | A    (Reading): | 03:11:36 |
| 10 | "The defense of truth overlooks minor | 03:11:36 |
| 11 | inaccuracies and concentrates upon substantial | 03:11:45 |
| 12 | truth." | 03:11:48 |
| 13 | If somebody had said something like | 03:11:49 |
| 14 | someone was 37 inches in front of me and in fact | 03:11:49 |
| 15 | we could measure and it turned out that they were | 03:11:53 |
| 16 | 33 or 40 inches in front of them but everything | 03:11:54 |
| 17 | else they said was true, then that would be | 03:12:00 |
| 18 | substantially true.  That's my understanding. | 03:12:02 |
| 19 | That the main force of what was considered in | 03:12:03 |
| 20 | adjudging whether this was true or not was in | 03:12:06 |
| 21 | keeping with the facts. | 03:12:10 |
| 22 | Q    Did you consider whether the statements | 03:12:12 |
| 23 | at issue were substantially true? | 03:12:15 |
| 24 | A    The statements at issue?  Yes. | 03:12:16 |
| 25 | Q    Did you try to determine whether they | 03:12:18 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    188

| | | |
|---|---|---|
| 1 | were literally true? | 03:12:19 |
| 2 | A    Literal has no meaning in linguistics. | 03:12:21 |
| 3 | Q    You reference pleadings here.  Do you | 03:12:27 |
| 4 | understand what pleadings mean in a lawsuit? | 03:12:28 |
| 5 | A    I probably don't understand what an | 03:12:33 |
| 6 | attorney would mean by pleadings. | 03:12:36 |
| 7 | Q    Do you have any understanding of what | 03:12:40 |
| 8 | the summary judgment phase of a case is? | 03:12:41 |
| 9 | A    No, I don't.  I mean, I've heard these | 03:12:44 |
| 10 | terms bantered around but I don't believe I know | 03:12:49 |
| 11 | what they mean in law. | 03:12:52 |
| 12 | Q    On page 12 of your report you said you | 03:12:53 |
| 13 | "kept these explanations in mind in forming my | 03:12:55 |
| 14 | opinion on the questions posed." | 03:12:58 |
| 15 | What does that mean? | 03:13:04 |
| 16 | A    Well, for example I told you that I | 03:13:06 |
| 17 | based my assessment of these passages on the truth | 03:13:07 |
| 18 | conditions, as I understood them as a linguist, | 03:13:12 |
| 19 | and on the facts in the video. | 03:13:14 |
| 20 | So when I talk about the truth | 03:13:17 |
| 21 | conditions, as I said to you earlier today, I am | 03:13:19 |
| 22 | interested in the plain meaning of the words as | 03:13:22 |
| 23 | they would mean to any native speaker of the | 03:13:24 |
| 24 | language and so when we talk about false having a | 03:13:30 |
| 25 | different effect on the mind of the reader from | 03:13:33 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    189

| | | |
|---|---|---|
| 1 | that which the truth would have produced, I'm | 03:13:35 |
| 2 | talking -- that, to me, is talking about truth | 03:13:37 |
| 3 | conditions.  That's exactly what I am talking | 03:13:40 |
| 4 | about. | 03:13:42 |
| 5 | So I think I was keeping that in mind | 03:13:42 |
| 6 | all along methodologically as well as in my | 03:13:44 |
| 7 | conclusions, and when I talk about overlooking | 03:13:47 |
| 8 | minor inaccuracies and not concentrating on | 03:13:49 |
| 9 | substantial truth, if there was some minor | 03:13:52 |
| 10 | discrepancy between what Mr. Phillips said and | 03:13:54 |
| 11 | what is on the videos that didn't bear on the | 03:13:56 |
| 12 | substantial truth of the statements I would have | 03:13:58 |
| 13 | overlooked that or at least mentioned that as | 03:14:01 |
| 14 | minor but not substantive, but I didn't find | 03:14:04 |
| 15 | anything along those lines. | 03:14:07 |
| 16 | Q    Let's go to your report at page 12, | 03:14:09 |
| 17 | section 7, "Analysis and reasoning." | 03:14:13 |
| 18 | With respect to question 1 you analyzed | 03:14:32 |
| 19 | whether the statement that's listed there was true | 03:14:34 |
| 20 | or false. | 03:14:36 |
| 21 | A    Right. | 03:14:36 |
| 22 | Q    Correct?  And you said: | 03:14:37 |
| 23 | "To answer this question" -- well, | 03:14:39 |
| 24 | strike that: | 03:14:41 |
| 25 | To answer this question was it | 03:14:42 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                         190

1    important to you to determine the truth conditions          03:14:44

2    of the sentences?                                           03:14:46

3          A    Yes.                                             03:14:49

4          Q    And what did you determine to be the            03:14:50

5    truth conditions of the sentences?                          03:14:51

6          A    Well, let's look -- I mean, I could go           03:14:55

7    clause by clause, blah, blah, but let's assume              03:15:01

8    that Mr. Phillips was reporting accurately on what          03:15:04

9    he was thinking.  I have no way of knowing.                 03:15:08

10   I know what this means and it says that he was              03:15:10

11   concerned he'd never get out of there.  Yeah?               03:15:12

12             I'm not disputing that.                           03:15:15

13             Really, I think the question is about             03:15:16

14   the meaning of the last two sentences of the                03:15:19

15   passage:                                                    03:15:22

16             "I started going that way and that guy            03:15:23

17   in the hat stood in my way and we were at an                03:15:25

18   impasse.  He just blocked my way and wouldn't               03:15:27

19   allow me to retreat."                                       03:15:30

20             Let me start with the last sentence:             03:15:34

21             "He just blocked my way and wouldn't             03:15:35

22   allow me to retreat."                                       03:15:37

23             As I told you, I base this partly on my           03:15:39

24   careful consideration of dictionary definitions,            03:15:41

25   which gives me a more objective way of                      03:15:44

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

191

| | | |
|---|---|---|
| 1 | characterizing what I think the plain meaning of | 03:15:46 |
| 2 | the passage is. | 03:15:47 |
| 3 | And as I said, "wouldn't allow me to | 03:15:48 |
| 4 | retreat," if you look in the Oxford English | 03:15:52 |
| 5 | Dictionary, when you look at the negative of the | 03:15:54 |
| 6 | past tense "wouldn't," that typically means that | 03:15:56 |
| 7 | the person in question refused or declined to | 03:15:59 |
| 8 | permit the other person to do what was going on. | 03:16:02 |
| 9 | So, if it's true -- if it were true | 03:16:05 |
| 10 | that Sandmann wouldn't allow Phillips to retreat, | 03:16:10 |
| 11 | then there was some way in which Phillips -- I | 03:16:13 |
| 12 | mean Sandmann refused, but for that to be true it | 03:16:17 |
| 13 | would have to be the case that Sandmann refused or | 03:16:21 |
| 14 | declined to permit Phillips to retreat. | 03:16:23 |
| 15 | Now, there's three ways you could | 03:16:27 |
| 16 | understand "retreat" here.  It could be retreat | 03:16:28 |
| 17 | the way he had come.  I don't think that's what he | 03:16:32 |
| 18 | could have meant because the way he had come was | 03:16:34 |
| 19 | not in the line where Sandmann stood. | 03:16:36 |
| 20 | It couldn't mean retreat away from the | 03:16:41 |
| 21 | Lincoln Memorial because that's where there | 03:16:45 |
| 22 | were -- that -- so Sandmann was not in the way, so | 03:16:49 |
| 23 | he couldn't have done anything that seemed to be | 03:16:53 |
| 24 | offering the resistance to anybody going back away | 03:16:55 |
| 25 | from the Lincoln Memorial. | 03:16:59 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                         192

| | | |
|---|---|---|
| 1 | So the retreat had to mean more retreat | 03:17:02 |
| 2 | from the situation, not retreat from the way he | 03:17:04 |
| 3 | had come but retreat from the situation, so the | 03:17:07 |
| 4 | only other thing I thought he could mean was that | 03:17:09 |
| 5 | he wanted to go up the steps. | 03:17:11 |
| 6 | But I couldn't -- so, that's -- that | 03:17:14 |
| 7 | that passage.  He would -- it would have to mean, | 03:17:18 |
| 8 | as I then say, Phillips' claims that he intended | 03:17:20 |
| 9 | to exit -- this is on page 13A, he intended to | 03:17:24 |
| 10 | exit the situation and finish his song -- I just | 03:17:28 |
| 11 | take that verbatim from what Phillips said, I have | 03:17:30 |
| 12 | no argument with that.  He intended to go to the | 03:17:33 |
| 13 | top of the stairs to get away from the group of | 03:17:37 |
| 14 | boys.  I take that -- yeah, he was going to finish | 03:17:39 |
| 15 | his song at the Lincoln Memorial and then he was | 03:17:42 |
| 16 | going to go up. | 03:17:43 |
| 17 | Then he says he started going up to the | 03:17:44 |
| 18 | Memorial and found himself at an impasse with | 03:17:46 |
| 19 | Sandmann.  I think that's pretty clear where that | 03:17:48 |
| 20 | comes in, and that Sandmann intentionally blocked | 03:17:50 |
| 21 | his way and therefore refused to allow Phillips to | 03:17:53 |
| 22 | retreat, by which I meant -- I take it he means | 03:17:57 |
| 23 | retreat from the situation up the stairs away from | 03:18:00 |
| 24 | the group of boys. | 03:18:02 |
| 25 | Q    Okay.  So let's break this down.  So in | 03:18:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                      193

| | | |
|---|---|---|
| 1 | analyzing question 1 you refer to dictionary | 03:18:06 |
| 2 | definitions of "block," "will" and "impasse"; | 03:18:08 |
| 3 | right? | 03:18:12 |
| 4 |     A    Yes. | 03:18:13 |
| 5 |     Q    Do you think you have a better | 03:18:13 |
| 6 | understanding or knowledge of what those words | 03:18:14 |
| 7 | mean, black, will, impasse than other people do? | 03:18:16 |
| 8 |     A    No. | 03:18:19 |
| 9 |     Q    Do you -- why did you examine those | 03:18:20 |
| 10 | words, block, will, and impasse as opposed to | 03:18:23 |
| 11 | other words in the first statement? | 03:18:27 |
| 12 |     A    When I look at the statement the only | 03:18:29 |
| 13 | thing that I thought could be in question, I can't | 03:18:30 |
| 14 | question in any way what Mr. Phillips was | 03:18:32 |
| 15 | thinking.  I am not privy to that, so I was not | 03:18:34 |
| 16 | going to take that first passage -- that first | 03:18:38 |
| 17 | part of the passage into consideration -- I just | 03:18:41 |
| 18 | assume that's what he was thinking.  I have no | 03:18:44 |
| 19 | reason to think otherwise.  Then the last two | 03:18:46 |
| 20 | sentences are the things that we should have | 03:18:48 |
| 21 | evidence for or against in the videos. | 03:18:50 |
| 22 |     So I considered the videos with respect | 03:18:53 |
| 23 | to those sentences and what was at issue was not | 03:18:54 |
| 24 | "I started going that way," he does turn towards | 03:18:57 |
| 25 | the steps, I agreed about that.  "The guy in the | 03:19:01 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    194

| | |
|---|---|
| 1 | hat stood in my way."  Well, it happened that when | 03:19:04 |
| 2 | he turned he walked straight up to Sandmann, so | 03:19:08 |
| 3 | Sandmann was standing there in the way that he | 03:19:11 |
| 4 | says he was going to go.  "And we were at an | 03:19:13 |
| 5 | impasse."  Well, that's where the question comes | 03:19:16 |
| 6 | up.  What's an impasse and why does Sandmann stay | 03:19:18 |
| 7 | -- Sandmann never moved, so why does Sandmann | 03:19:21 |
| 8 | staying there, constitute being at an impasse? | 03:19:25 |
| 9 | That's the question. | 03:19:27 |
| 10 | -- (overspeaking) -- | 03:19:28 |
| 11 | Q    So you looked at -- | 03:19:29 |
| 12 | A    The second part -- if I may finish my | 03:19:30 |
| 13 | answer. | 03:19:32 |
| 14 | Q    Sure. | 03:19:32 |
| 15 | Q    The second part is, "He blocked my way | 03:19:32 |
| 16 | and wouldn't allow me to retreat." | 03:19:34 |
| 17 | I said "wouldn't allow me to retreat" | 03:19:36 |
| 18 | attributes to Sandmann agency in refusing to allow | 03:19:38 |
| 19 | Phillips to retreat, and because of that, I took | 03:19:43 |
| 20 | "block" to mean not passively block, but actively | 03:19:46 |
| 21 | block.  I mentioned that and discussed that | 03:19:51 |
| 22 | earlier. | 03:19:52 |
| 23 | So those are the bases upon which -- | 03:19:53 |
| 24 | those are the reasons I looked at impasse, at | 03:19:55 |
| 25 | block and I told you about wouldn't.  Yeah.  I | 03:19:58 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                         195

| | | |
|---|---|---|
| 1 | thought retreat was clear enough. | 03:20:04 |
| 2 | Q    Couldn't someone without a Ph.D. in | 03:20:06 |
| 3 | linguistics look up the same words in the | 03:20:09 |
| 4 | dictionary? | 03:20:11 |
| 5 | A    Sure could. | 03:20:12 |
| 6 | Q    Okay, and apply those definitions to | 03:20:13 |
| 7 | the facts as shown in the video? | 03:20:14 |
| 8 | A    Sure could. | 03:20:16 |
| 9 | Q    Are you offering an opinion on the | 03:20:19 |
| 10 | meaning of the word block that's different than | 03:20:20 |
| 11 | the dictionary definition of the word? | 03:20:24 |
| 12 | A    No, I'm not, that's the plain meaning. | 03:20:25 |
| 13 | Q    You know that the Oxford English | 03:20:26 |
| 14 | Dictionary definition of block and a full list of | 03:20:29 |
| 15 | the senses of block in that dictionary and then | 03:20:33 |
| 16 | you note comparable entries from Merriam Webster | 03:20:35 |
| 17 | and from American Heritage Dictionaries in the | 03:20:39 |
| 18 | appendix.  Why did you select the Oxford | 03:20:42 |
| 19 | definitions to include in the main part of your | 03:20:44 |
| 20 | report, as opposed to the other dictionaries.  Any | 03:20:47 |
| 21 | -- | 03:20:49 |
| 22 | -- (overspeaking) -- | 03:20:52 |
| 23 | A    I thought it was clearest. | 03:20:52 |
| 24 | Q    You noted that the Merriam Webster and | 03:20:54 |
| 25 | American Heritage are comparable -- | 03:20:56 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    196

| | | |
|---|---|---|
| 1 | A     Yes. | 03:20:58 |
| 2 | Q     -- right?  Does that mean it's fair to | 03:20:58 |
| 3 | say you also think they have valid definitions of | 03:21:00 |
| 4 | the word block in those two dictionaries? | 03:21:03 |
| 5 | A     Sure do. | 03:21:06 |
| 6 | Q     Do you believe that lay persons and | 03:21:08 |
| 7 | folks with without a Ph.D. in linguistics would | 03:21:11 |
| 8 | generally agree with the definitions you provided | 03:21:14 |
| 9 | for block and will, and impasse? | 03:21:19 |
| 10 | A     Well, what people tend to do -- first | 03:21:21 |
| 11 | of all, I don't think any native speaker could | 03:21:22 |
| 12 | doubt that the words have all the meanings that | 03:21:25 |
| 13 | are given in those dictionary entries. | 03:21:27 |
| 14 | I don't like the word "definition" | 03:21:30 |
| 15 | because it -- that suggests the lexicographer is | 03:21:31 |
| 16 | deciding what they mean, they are just discerning | 03:21:33 |
| 17 | what they mean, it's the plain meanings of the | 03:21:37 |
| 18 | words. | 03:21:39 |
| 19 | Q     Right, so -- but my point is anybody | 03:21:39 |
| 20 | could go to a dictionary and look up those usages, | 03:21:41 |
| 21 | correct? | 03:21:44 |
| 22 | A     Right, but I'm not just looking at the | 03:21:45 |
| 23 | dictionary.  People think that's what a linguist | 03:21:47 |
| 24 | does.  You've got it wrong.  You start with the | 03:21:49 |
| 25 | dictionary but I also look at the syntax and the | 03:21:52 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    197

1    context and all the things I'm doing here look at        03:21:54

2    all three factors.                                       03:21:56

3        Q    So if, hypothetically, one agrees with          03:21:58

4    the definition of block that you chose, is the one       03:22:00

5    that Phillips intended in his statement, what are        03:22:03

6    you offering beyond that as a linguist?                  03:22:06

7        A    Well, first of all, I don't think               03:22:09

8    anybody else in this trial has said what I said,         03:22:11

9    so you tell me.                                          03:22:13

10          Secondly, I think that the -- the                 03:22:15

11   understanding of what truth condition is -- this         03:22:25

12   is the thing people don't understand.  Everybody         03:22:27

13   uses language, like everything drives a car but          03:22:30

14   they don't know how it works, just like most             03:22:32

15   people don't know how a car works.                       03:22:35

16          I spent 40 years learning a little bit            03:22:37

17   about how it works.  We don't completely                 03:22:40

18   understand it yet.  It's very deep and very              03:22:42

19   complex.  So, by bringing to bear these different        03:22:44

20   factors it may seem perfectly natural and simple         03:22:47

21   when I give you the explanation because I thought        03:22:50

22   hard about how to try to explain it to a lay             03:22:53

23   person, but it isn't obvious to everybody where          03:22:55

24   the truth conditional meaning ends and other             03:22:58

25   factors come in because, as I said, at an earlier        03:23:01

| | | |
|---|---|---|
| 1 | point in this deposition, meaning is much richer | 03:23:04 |
| 2 | than truth conditions, much richer. | 03:23:07 |
| 3 | I gave the example of slurs.  But I'm | 03:23:09 |
| 4 | saying the truth conditional content of an | 03:23:11 |
| 5 | utterance is where the rubber hits the road. | 03:23:13 |
| 6 | If the utterance is true, in virtue of | 03:23:15 |
| 7 | the plain meaning, then there's something -- you | 03:23:20 |
| 8 | can assess that by looking at the facts in the | 03:23:22 |
| 9 | situation.  If it's false you can point to a | 03:23:25 |
| 10 | particular fact and say, like in the other thing, | 03:23:27 |
| 11 | "he wouldn't allow me to retreat." | 03:23:30 |
| 12 | I said Sandmann's standing there, he | 03:23:33 |
| 13 | doesn't move.  He's got his hands behind his back. | 03:23:35 |
| 14 | Wait, so I'm saying I don't think so that's true | 03:23:38 |
| 15 | that he wouldn't allow him to retreat. | 03:23:40 |
| 16 | Q    Okay.  So as I understand it, there are | 03:23:43 |
| 17 | two parts to your analysis.  In the first part you | 03:23:45 |
| 18 | look at the passages -- | 03:23:47 |
| 19 | A    Yeah. | 03:23:49 |
| 20 | Q    -- to determine the meaning of the | 03:23:49 |
| 21 | usage of the words, right?  And then the second | 03:23:51 |
| 22 | part -- | 03:23:55 |
| 23 | A    Not just the words, the whole sentences | 03:23:56 |
| 24 | in which they pertain. | 03:23:58 |
| 25 | Q    The whole sentences. | 03:23:59 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    199

```
 1              And then in the second part of your    03:24:00
 2   analysis you review the videos to determine the   03:24:02
 3   meaning -- whether the meaning of the two passages 03:24:05
 4   seems to be true?                                  03:24:08
 5        A    That it's consistent with the facts     03:24:08
 6   that I observed in the videos, yes.                03:24:09
 7        Q    And you are not more qualified than      03:24:13
 8   anyone else to perform part 2 of the analysis,     03:24:16
 9   right?                                             03:24:19
10        A    No, I'm not -- (overspeaking) .         03:24:19
11        Q    So once you've determined the meaning   03:24:21
12   of the passages, that's where your expertise ends  03:24:23
13   as a witness, right?                               03:24:26
14        A    Well, I understand what truth           03:24:29
15   conditions are and I can see what's in front of my 03:24:31
16   eyes, so I'm as competent as anybody else to       03:24:33
17   assess whether, given the truth conditions, it is  03:24:38
18   true or false.                                     03:24:40
19        Q    But anyone could review the videos in   03:24:41
20   the same way you did and determine whether the     03:24:43
21   meaning you assigned to them seems to be true;     03:24:46
22   right?                                             03:24:48
23        A    I think so.                              03:24:48
24        Q    Let's look at your report again and you  03:24:54
25   also lay out the definitions from the dictionaries 03:25:04
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    200

| | |
|---|---|
| 1 | you've consulted or the usages -- and the | 03:25:09 |
| 2 | dictionaries you've consulted for will and | 03:25:17 |
| 3 | impasse, and you list a number then in the | 03:25:20 |
| 4 | appendix, correct? | 03:25:23 |
| 5 | A    Yes. | 03:25:23 |
| 6 | Q    And those are valid possible | 03:25:24 |
| 7 | definitions of will and impasse to a native | 03:25:25 |
| 8 | speaker, correct? | 03:25:28 |
| 9 | A    Yes. | 03:25:31 |
| 10 | Q    And on page 13, if you flip to the next | 03:25:31 |
| 11 | page there. | 03:25:44 |
| 12 | A    Yes. | 03:25:45 |
| 13 | Q    You state that: "Where there are two or | 03:25:45 |
| 14 | more agents the word 'impasse" is typically used | 03:25:50 |
| 15 | to imply a situation in which the agents are | 03:25:50 |
| 16 | unable to negotiate movement, real or figurative, | 03:25:50 |
| 17 | in this case about whether Phillips could proceed | 03:25:50 |
| 18 | up the stairs to make his exit." | 03:25:50 |
| 19 | Do you see that? | 03:25:55 |
| 20 | A    Yes. | 03:26:00 |
| 21 | Q    And your basis for stating how the word | 03:26:00 |
| 22 | impasse is typically use is the definitions that | 03:26:02 |
| 23 | you've consulted in the dictionaries, correct? | 03:26:04 |
| 24 | A    Yes.  The figurative use of impasse is | 03:26:06 |
| 25 | the one that most people use today. | 03:26:15 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    201

| | | |
|---|---|---|
| 1 | Q    And you've concluded on page 13 that | 03:26:16 |
| 2 | Phillips is using the figurative -- | 03:26:20 |
| 3 | A    Yes. | 03:26:22 |
| 4 | Q    -- use of the word impasse, correct? | 03:26:22 |
| 5 | A    Yes. | 03:26:25 |
| 6 | Q    And the definition, the Oxford English | 03:26:26 |
| 7 | Dictionary definition defines impasse in a | 03:26:29 |
| 8 | figurative way as "affix"; right? | 03:26:32 |
| 9 | A    Yes. | 03:26:35 |
| 10 | Q    So that's a valid possible definition | 03:26:36 |
| 11 | of impasse to a native speaker, correct? | 03:26:39 |
| 12 | A    Yes. | 03:26:42 |
| 13 | Q    And if we were look at the appendix on | 03:26:42 |
| 14 | page 18, the American Heritage definition 2 for | 03:26:45 |
| 15 | impasse is: a situation that is so difficult that | 03:26:50 |
| 16 | no progress can be made. | 03:26:56 |
| 17 | Do you see that? | 03:27:00 |
| 18 | A    Yep. | 03:27:00 |
| 19 | Q    Okay.  So that's a valid possible | 03:27:01 |
| 20 | definition of impasse to a native speaker, | 03:27:03 |
| 21 | correct? | 03:27:06 |
| 22 | A    Yes. | 03:27:06 |
| 23 | Q    And then Merriam Webster's definition, | 03:27:07 |
| 24 | one of them is, on the same page there: a | 03:27:11 |
| 25 | predicament affording no obvious escape, as a | 03:27:14 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    202

| | | |
|---|---|---|
| 1 | definition of impasse, and that's a valid possible | 03:27:17 |
| 2 | definition of impasse to a native speaker, | 03:27:20 |
| 3 | correct? | 03:27:22 |
| 4 | A    All are native speaker meanings of | 03:27:23 |
| 5 | impasse. | 03:27:25 |
| 6 | Q    Do you know whether Mr. Phillips felt | 03:27:26 |
| 7 | he was in a fix in that moment? | 03:27:28 |
| 8 | A    May I say something?  It is not about | 03:27:31 |
| 9 | Mr. Phillips.  He didn't say, "I was at an | 03:27:34 |
| 10 | impasse."  He said, "We were at an impasse."  And | 03:27:37 |
| 11 | that's an important factor.  Remember, I am not | 03:27:40 |
| 12 | just looking at the definition of impasse.  You | 03:27:42 |
| 13 | have to look at the fact that this is -- | 03:27:44 |
| 14 | Q    But my question is, do you know whether | 03:27:45 |
| 15 | -- | 03:27:45 |
| 16 | MR. McMURTRY:  Can she finish her | 03:27:46 |
| 17 | answer. | 03:27:46 |
| 18 | MS. SPEARS:  Sure. | 03:27:46 |
| 19 | THE WITNESS:  Your question is | 03:27:47 |
| 20 | misguided.  It is not about -- Mr. Phillips | 03:27:47 |
| 21 | doesn't say, "I was at an impasse," and that's | 03:27:50 |
| 22 | very important.  He said, "We were at an impasse," | 03:27:53 |
| 23 | and the only "we" there was him and Nick Sandmann. | 03:27:55 |
| 24 | So that has to mean that we, as two agents, were | 03:27:59 |
| 25 | at an impasse, and that is what -- I've said that | 03:28:02 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                           203

| | | |
|---|---|---|
| 1 | when it denotes -- when the subject denotes two or | 03:28:05 |
| 2 | more agents it is typically used to imply a | 03:28:09 |
| 3 | situation which they are unable to negotiate | 03:28:11 |
| 4 | movement -- (overspeaking) -- | 03:28:14 |
| 5 | BY MS. SPEARS: | 03:28:15 |
| 6 |     Q    So -- | 03:28:15 |
| 7 |     A    Negotiate is the key. | 03:28:16 |
| 8 |     Q    So let me rephrase my question.  Do you | 03:28:17 |
| 9 | know whether Mr. Phillips felt he was in a fix or | 03:28:20 |
| 10 | a predicament vis-a-vis his position -- | 03:28:24 |
| 11 | (overspeaking) -- | 03:28:27 |
| 12 |     A    I'm not in a position to read his mind. | 03:28:28 |
| 13 |     Q    -- with Mr. Sandmann. | 03:28:30 |
| 14 |     And I think you would say the same with | 03:28:32 |
| 15 | Mr. Sandmann, you don't know whether he felt he | 03:28:34 |
| 16 | was in a predicament? | 03:28:36 |
| 17 |     A    No, I cannot. | 03:28:37 |
| 18 |     Q    You did not know what Mr. Phillips | 03:28:39 |
| 19 | perceived in those moments, correct? | 03:28:43 |
| 20 |     A    No, I do not.  I only know what I see | 03:28:45 |
| 21 | in the video. | 03:28:47 |
| 22 |     Q    Okay.  Let's talk a little bit further. | 03:28:50 |
| 23 | You state on page -- let's go back to 13. | 03:28:52 |
| 24 |     A    Mm-hmm. | 03:28:55 |
| 25 |     Q    You stated: "Sandmann did not move from | 03:29:03 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    204

| | | |
|---|---|---|
| 1 | where he had been standing prior to Phillips' | 03:29:05 |
| 2 | approach."  What do you mean? | 03:29:07 |
| 3 | A    I reviewed every single video and | 03:29:10 |
| 4 | looked where Nick Sandmann was standing and from | 03:29:12 |
| 5 | the time that Mr. Phillips was anywhere near the | 03:29:15 |
| 6 | front of the steps where Sandmann was standing, I | 03:29:18 |
| 7 | never saw Sandmann move a foot, left, right, up or | 03:29:20 |
| 8 | down. | 03:29:25 |
| 9 | Q    And which videos did you review to | 03:29:28 |
| 10 | reach that conclusion? | 03:29:30 |
| 11 | A    All of them.  All 18.  And in | 03:29:30 |
| 12 | particular, I didn't see him move an inch from | 03:29:41 |
| 13 | where he was standing from the time that | 03:29:43 |
| 14 | Sandmann -- that Phillips walked in front of him | 03:29:46 |
| 15 | and then turned and walked away. | 03:29:49 |
| 16 | Q    Why do you say "in particular"? | 03:29:55 |
| 17 | A    Because that's where it bears on | 03:29:56 |
| 18 | whether they were at an impasse or whether | 03:29:58 |
| 19 | Sandmann blocked Phillips way by moving, as he | 03:30:02 |
| 20 | says in the second passage. | 03:30:06 |
| 21 | I could also point out that from what | 03:30:16 |
| 22 | -- (overspeaking) -- | 03:30:20 |
| 23 | Q    There's not a question pending. | 03:30:21 |
| 24 | A    Well, it bears on one of the questions | 03:30:22 |
| 25 | you've been asking me.  But you if you don't want | 03:30:24 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                205

| | | |
|---|---|---|
| 1 | to hear it, fine. | 03:30:28 |
| 2 | MR. McMURTRY:  That's okay. | 03:30:29 |
| 3 | BY MS. SPEARS: | 03:30:34 |
| 4 | Q    Your -- one second.  Okay.  So, you | 03:30:34 |
| 5 | wanted to say something.  Go ahead and say it. | 03:31:21 |
| 6 | A    From Sandmann's perspective he could | 03:31:26 |
| 7 | have known that immediately to his left there were | 03:31:28 |
| 8 | no boys.  There was no reason for him to think | 03:31:30 |
| 9 | that he was impeding Mr. Phillips' progress. | 03:31:33 |
| 10 | Phillips could very readily have walked one step | 03:31:37 |
| 11 | to the right and on up the stairs as long as | 03:31:40 |
| 12 | Sandmann knew. | 03:31:44 |
| 13 | Q    Do you know what Sandmann knew? | 03:31:46 |
| 14 | A    I know what peripheral vision is and | 03:31:47 |
| 15 | I know that if he had any idea in his peripheral | 03:31:49 |
| 16 | vision what was to his left he would have known | 03:31:52 |
| 17 | there was empty space. | 03:31:54 |
| 18 | Q    And in the same moment your -- you are | 03:31:56 |
| 19 | saying that once Phillips stood in front of | 03:32:01 |
| 20 | Sandmann, he locked eyes with him, correct? | 03:32:04 |
| 21 | A    That's what I see. | 03:32:06 |
| 22 | Q    So Phillips was locked eyes on Sandmann | 03:32:08 |
| 23 | in that moment, correct? | 03:32:12 |
| 24 | A    Yes.  He seemed to pick him out. | 03:32:12 |
| 25 | Q    So you don't know whether Phillips had | 03:32:24 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                            206

1    peripheral vision to his right or left if he was        03:32:27

2    locking eyes on Sandmann; wouldn't that be true?        03:32:31

3         A    If I was standing where Phillips was          03:32:34

4    standing, looking at Sandmann I would be able to        03:32:35

5    see that there was space to Sandmann's left but         03:32:38

6    not to his right.  Yes.                                 03:32:40

7         Q    But you don't know what Mr. Phillips          03:32:42

8    could see, do you?                                      03:32:43

9         A    I do, as a human being, standing there,      03:32:44

10   I could put myself in his position, and I know if       03:32:47

11   he has good peripheral vision -- not even good          03:32:50

12   peripheral, it's not that far peripheral.  Looking      03:32:52

13   directly in Sandmann's eyes he could see no space       03:32:53

14   to Sandmann right, space to Sandmann's left.  I am      03:32:56

15   looking at you.  I can see all the way down to the      03:33:00

16   end of the table.  I'm looking at you, I can see        03:33:02

17   all the way over past the videographer.                 03:33:05

18        Q    You are not an expert on visual --           03:33:06

19        A    No, I'm a human -- (overspeaking) --         03:33:08

20        Q    Hold on, you have to wait until I'm          03:33:10

21   done with that.  You are not an expert on visual        03:33:12

22   perception, correct?                                    03:33:14

23        A    No.                                           03:33:14

24        Q    And you are not an expert on peripheral      03:33:15

25   vision; right?                                          03:33:17

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                              207

| | | |
|---|---|---|
| 1 | A    No. | 03:33:18 |
| 2 | Q    And you don't know what specifically | 03:33:18 |
| 3 | Mr. Phillips could see in that moment, do you? | 03:33:20 |
| 4 | A    I know what Mr. Phillips could see if | 03:33:23 |
| 5 | he were a normal human being standing where he was | 03:33:25 |
| 6 | standing in that video with normal vision. | 03:33:28 |
| 7 | Q    And that's based on your personal | 03:33:30 |
| 8 | experience; it is not your expertise in any kind | 03:33:33 |
| 9 | of visual perception, correct? | 03:33:35 |
| 10 | A    No, I think we all -- that's what we | 03:33:36 |
| 11 | look at when we look at a video.  We know what's | 03:33:37 |
| 12 | there.  That's what I think.  It is not expertise. | 03:33:41 |
| 13 | Q    You don't have any expert -- | 03:33:44 |
| 14 | -- (overspeaking) -- | 03:33:45 |
| 15 | A    I am not a perceptual psychologist, | 03:33:46 |
| 16 | I am not a videographer.  I completely agree with | 03:33:50 |
| 17 | you. | 03:33:54 |
| 18 | Q    You agree with me that you have no | 03:33:55 |
| 19 | expertise on visual perception or what somebody | 03:33:56 |
| 20 | else could see peripherally, correct? | 03:33:59 |
| 21 | A    No. | 03:34:01 |
| 22 | Q    As in yes, correct, you agree with me. | 03:34:04 |
| 23 | A    Oh, yes, I agree with you. | 03:34:07 |
| 24 | Q    So a little down in your report here | 03:34:10 |
| 25 | you then say: "There was no publicly evident | 03:34:16 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    208

```
1    indication that Phillips wanted to go up the          03:34:23
2    stairs."                                              03:34:25
3              Now, you testified -- well, strike          03:34:30
4    that.                                                 03:34:34
5              What's a publicly evident indication?       03:34:35
6         A    If his trajectory had suggested that he     03:34:38
7    was trying to get up the stairs, that would have      03:34:40
8    been a publicly evident intention.                    03:34:42
9         Q    Okay.  And if he had been walking in        03:34:48
10   the direction of the Lincoln Memorial could that      03:34:50
11   have been a publicly evident indication then?         03:34:54
12   Hypothetically, if he had been?                       03:34:56
13        A    Not -- it's more complicated than that.     03:34:59
14   Just facing in that direction doesn't constitute      03:35:02
15   walking there.                                        03:35:05
16        Q    But if he was facing in that direction      03:35:07
17   that could have been a publicly evident               03:35:09
18   indication?                                           03:35:11
19        A    No, that's not sufficient.                  03:35:12
20        Q    What do you base that on?                   03:35:14
21        A    How I understand people's intentions.       03:35:17
22   This is just normal human reading what each other     03:35:19
23   are doing.                                            03:35:22
24        Q    But that's not based on any specific        03:35:23
25   expertise you have.                                   03:35:25
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    209

```
 1        A    I'm not an expertise.  I'm not an      03:35:26

 2   expert on public and human behavior, no.         03:35:28

 3        Q    You are not an expert on publicly      03:35:32

 4   evident indications then, correct?               03:35:34

 5        A    I guess not, except for the linguistic 03:35:35

 6   ones.                                            03:35:40

 7        Q    You agreed that other students, we     03:35:42

 8   talked about before, were moving aside for       03:35:44

 9   Mr. Phillips; right?                             03:35:45

10        A    Yes.                                   03:35:47

11        Q    And when they did, he walked into the  03:35:47

12   space they left open, correct?                   03:35:49

13        A    Yes.                                   03:35:51

14        Q    Couldn't that be a publicly evident    03:35:52

15   indication that he wanted to keep going?         03:35:54

16        A    If he were walking that way up the     03:35:55

17   steps, yes.                                      03:35:57

18        Q    You say that other students -- well,   03:35:59

19   strike that.                                     03:36:04

20             Why do you think other students moved  03:36:05

21   out Mr. Phillips' way?                           03:36:06

22        A    I'm not going to try to read their     03:36:09

23   minds.  Evidently they wanted to let him through.03:36:12

24        Q    And other students moved to create a   03:36:19

25   corridor; right?                                 03:36:21
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                           210

| | | | |
|---|---|---|---|
| 1 | A | That's what I saw. | 03:36:23 |
| 2 | Q | That's what you believe you've seen. | 03:36:23 |
| 3 | A | That's what I saw. | 03:36:25 |
| 4 | Q | And they did that for the same reason, | 03:36:26 |
| 5 | | correct? | 03:36:28 |
| 6 | A | As far as I could tell, yes.  Yep. | 03:36:28 |
| 7 | Q | But Mr. Sandmann stayed put, correct? | 03:36:31 |
| 8 | A | He stood still. | 03:36:33 |
| 9 | Q | Let's pull up Video number 2.  We've | 03:36:41 |
| 10 | | looked at that one before.  Can you play, please. | 03:36:45 |
| 11 | | She's going to play Video 2, Exhibit 2 | 03:37:16 |
| 12 | | of this deposition. | 03:37:19 |
| 13 | | Why don't you play from minute 3:28 to | 03:37:20 |
| 14 | | minute 3:32? | 03:37:24 |
| 15 | | MS. MEEK:  Starting Video 2 at 3:28. | 03:37:27 |
| 16 | | (Video 2 played.) | 03:37:30 |
| 17 | | MS. MEEK:  I just paused Video 2 at | 03:37:37 |
| 18 | | 3:32. | 03:37:39 |
| 19 | BY MS. SPEARS: | | 03:37:41 |
| 20 | Q | Did you just hear on the video a | 03:37:41 |
| 21 | | student yelling, "you can't move him"?  We can | 03:37:42 |
| 22 | | play it again for you. | 03:37:45 |
| 23 | A | No, no, I didn't.  Let's hear it again. | 03:37:45 |
| 24 | Q | Okay, let's hear it again.  I should | 03:37:46 |
| 25 | | have asked you that first before I played it. | 03:37:47 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                            211

| | | |
|---|---|---|
| 1 | Sorry.  Pardon me. | 03:37:49 |
| 2 | MS. MEEK:  Re-starting Video 2 at 3 | 03:37:49 |
| 3 | minutes and 28 seconds. | 03:37:49 |
| 4 | (Video 2 played.) | 03:37:49 |
| 5 | THE WITNESS:  I did that time. | 03:37:49 |
| 6 | BY MS. MEEK: | 03:37:49 |
| 7 | Q    Okay.  I take it you don't need | 03:37:49 |
| 8 | linguistics training to understand what "you can't | 03:37:49 |
| 9 | move him" means; right? | 03:37:49 |
| 10 | A    Don't need it. | 03:37:49 |
| 11 | Q    Let's play again from 1:18 to 1:22 and | 03:38:12 |
| 12 | this time I'd like you to tell me if you hear a | 03:38:12 |
| 13 | student yelling, "He ain't moving." | 03:38:12 |
| 14 | MS. MEEK:  Starting Video 2 at 1:18. | 03:38:12 |
| 15 | (Video 2 played.) | 03:38:12 |
| 16 | MS. MEEK:  Just paused at 1:22 in | 03:38:12 |
| 17 | Video 2. | 03:38:12 |
| 18 | THE WITNESS:  I'm not sure what he | 03:38:36 |
| 19 | said.  I could interpret that as "He ain't | 03:38:37 |
| 20 | moving," but I'm not sure, and I didn't hear it | 03:38:41 |
| 21 | previously. | 03:38:41 |
| 22 | BY MS. SPEARS: | 03:38:41 |
| 23 | Q    I'll play it once again.  Sometimes | 03:38:41 |
| 24 | it's easier once you've heard it once. | 03:38:41 |
| 25 | MS. MEEK:  Re-starting at 1:18 in | 03:38:54 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    212

| | | |
|---|---|---|
| 1 | Video 2. | 03:38:55 |
| 2 | (Video 2 played.) | 03:38:57 |
| 3 | THE WITNESS:  I'm sorry.  I can't tell | 03:39:04 |
| 4 | what he said.  He ain't something, but I can't | 03:39:06 |
| 5 | tell what it was. | 03:39:07 |
| 6 | BY MS. SPEARS: | 03:39:08 |
| 7 | Q   Let's play video 2, Exhibit 2 from | 03:39:08 |
| 8 | 1:22 to 1:29. | 03:39:11 |
| 9 | THE WITNESS:  Starting video 2 at 1:22. | 03:39:16 |
| 10 | (Video 2 played.) | 03:39:18 |
| 11 | MS. MEEK:  Just paused video 2 at 1:29. | 03:39:25 |
| 12 | BY MS. SPEARS: | 03:39:31 |
| 13 | Q   Do you hear in there someone say "he's | 03:39:31 |
| 14 | an unmovable object"? | 03:39:33 |
| 15 | A   No, I didn't. | 03:39:35 |
| 16 | Q   So we talked about you did hear someone | 03:39:39 |
| 17 | say, "You can't move him."  You might have heard | 03:39:43 |
| 18 | somebody say "He ain't moving."  My question is, | 03:39:46 |
| 19 | are statements in the moment, that's what the | 03:39:48 |
| 20 | students said, what they were perceiving was | 03:39:51 |
| 21 | happening at the time, based on outward behaviors; | 03:39:54 |
| 22 | is that fair to say? | 03:39:58 |
| 23 | A   I don't know.  I'm not joking.  I'm not | 03:40:03 |
| 24 | trying to evade your question.  That is to say, it | 03:40:05 |
| 25 | would reflect what they thought was important | 03:40:07 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    213

```
1   there in the standoff, in the confrontation.  I        03:40:09
2   will say that.                                          03:40:12
3        Q    So it may be evidence of what they            03:40:14
4   thought was important, in terms of what they            03:40:16
5   were --                                                 03:40:18
6        A    The confrontation.                            03:40:20
7             -- (overspeaking) --                          03:40:20
8        Q    Seeing in the moment --                       03:40:20
9             -- (overspeaking) --                          03:40:21
10       A    What was in issue.  What was in issue.        03:40:21
11            -- (overspeaking) --                          03:40:23
12       Q    You have to wait until I'm done with my       03:40:25
13   question.                                              03:40:27
14       A    All right.                                    03:40:29
15       Q    Sorry, just for the court reporter.  So       03:40:29
16   statements like those from students in the moment      03:40:30
17   may be evidence of what they were perceiving as        03:40:33
18   important to what was happening at the time?           03:40:36
19       A    Yes.                                          03:40:38
20       Q    And it -- it could be, you talk about         03:40:39
21   outward behaviors, it could be an indication of        03:40:43
22   what they believed the outward behaviors they were     03:40:45
23   seeing at the time were, right?                        03:40:48
24       A    Yes.  I'm conceding in my report that         03:40:50
25   Nick Sandmann was one student that did not move.       03:41:03
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          214

| | | |
|---|---|---|
| 1 | That's not an issue with me.  It is whether he | 03:41:06 |
| 2 | intentionally blocked Mr. Phillips' path or | 03:41:08 |
| 3 | refused to allow him to retreat and that's all I'm | 03:41:13 |
| 4 | talking about. | 03:41:16 |
| 5 |     Q    Can you pull up Exhibit 17.  I'm sorry. | 03:41:19 |
| 6 | You're right, Exhibit 8, video 8. | 03:41:28 |
| 7 |          Can you play it -- play it from 34 to | 03:42:08 |
| 8 | 37. | 03:42:11 |
| 9 |          MS. MEEK:  Starting video 8, Exhibit 8 | 03:42:14 |
| 10 | at 34 seconds. | 03:42:16 |
| 11 |               (Video 8 played.) | 03:42:17 |
| 12 |          MS. MEEK:  Just paused video 8 at 37 | 03:42:22 |
| 13 | seconds. | 03:42:24 |
| 14 | BY MS. SPEARS: | 03:42:24 |
| 15 |     Q    Do you hear a student say, "Surrounded | 03:42:24 |
| 16 | you" there? | 03:42:29 |
| 17 |     A    No. | 03:42:30 |
| 18 |     Q    I'll play it again. | 03:42:30 |
| 19 |          MS. MEEK:  Restarting video 8 at 34 | 03:42:36 |
| 20 | seconds. | 03:42:38 |
| 21 |               (Video 8 played.) | 03:42:38 |
| 22 | BY MS. SPEARS: | 03:42:42 |
| 23 |     Q    Did you hear it that time? | 03:42:42 |
| 24 |     A    No.  I'm serious.  I can't tell what | 03:42:44 |
| 25 | they're saying.  I hear people yelling.  I don't | 03:42:45 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    215

| | | |
|---|---|---|
| 1 | know -- and somebody says something started "su.." | 03:42:48 |
| 2 | but I don't know what else they said. | 03:42:54 |
| 3 | Q    That's fine.  Let's go back to your | 03:42:57 |
| 4 | report here on page 14.  One second. | 03:42:59 |
| 5 | A    I'd also like to make it evident that | 03:43:16 |
| 6 | in the video clip that you just pointed out to me, | 03:43:17 |
| 7 | the corridor that I'm interested in was already -- | 03:43:18 |
| 8 | was available to Mr. Phillips at that point and it | 03:43:20 |
| 9 | went up considerably behind Mr. Sandmann. | 03:43:23 |
| 10 | So, as far as I could tell, there was | 03:43:25 |
| 11 | no inter -- there was no blockage of Mr. Phillips' | 03:43:28 |
| 12 | path at that point, and it was behind Sandmann so | 03:43:34 |
| 13 | Phillips could have seen that. | 03:43:39 |
| 14 | Q    Again, that's your interpretation of | 03:43:41 |
| 15 | the video that we just watched? | 03:43:43 |
| 16 | A    Of what Sandmann -- of what Phillips | 03:43:46 |
| 17 | could have seen if he was looking at Sandmann's | 03:43:48 |
| 18 | face at that time.  Okay. | 03:43:51 |
| 19 | Q    Okay, let's go to page 14 of your | 03:43:59 |
| 20 | report.  Give me one second.  Page 14 of the | 03:44:02 |
| 21 | report you provide your analysis of the second | 03:44:49 |
| 22 | passage, correct? | 03:44:55 |
| 23 | A    Yes. | 03:44:57 |
| 24 | Q    And then you offered two paragraphs | 03:44:58 |
| 25 | analyzing passage 2, correct? | 03:45:00 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    216

| | |
|---|---|
| 1 | A    Yes. | 03:45:02 |
| 2 | Q    Okay, and looking at those two | 03:45:03 |
| 3 | paragraphs, you did not analyze the dictionary | 03:45:05 |
| 4 | definitions of any of the words contained in | 03:45:07 |
| 5 | passage 2, right? | 03:45:09 |
| 6 | A    No, I did not feel that was necessary. | 03:45:10 |
| 7 | Q    Okay.  All right.  You simply reviewed | 03:45:12 |
| 8 | the videos to determine whether the passage was | 03:45:15 |
| 9 | true or not? | 03:45:18 |
| 10 | A    Given the truth conditions of the | 03:45:19 |
| 11 | passage and plain English, yes. | 03:45:21 |
| 12 | Q    Okay, and you state that in -- | 03:45:24 |
| 13 | A    I didn't think that any of the word | 03:45:26 |
| 14 | meanings would be at issue.  That's why I didn't | 03:45:28 |
| 15 | offer any definitions. | 03:45:31 |
| 16 | Q    So you just went on to the second | 03:45:33 |
| 17 | part of your -- | 03:45:36 |
| 18 | A    Well, I analyzed this in terms of -- | 03:45:36 |
| 19 | for example, we have an intransitive verb:  He | 03:45:38 |
| 20 | slided to the left.  He slided to the right.  I | 03:45:41 |
| 21 | slided to the left.  He slided to the left. | 03:45:43 |
| 22 | There's slide.  I know what that means.  You know | 03:45:46 |
| 23 | what that means.  I don't think I needed to give | 03:45:47 |
| 24 | you a dictionary definition. | 03:45:47 |
| 25 | Q    All right.  So, you just didn't look up | 03:45:51 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                          217

```
1    any of the words that are in there in the          03:45:52

2    dictionary, as you had with the others?            03:45:53

3         A    Not necessary.                           03:45:56

4         Q    And so let's discuss, just a few points  03:45:57

5    here in your review.  You state: "I saw no         03:46:00

6    evidence that Sandmann moved as Phillips passed by 03:46:06

7    and then turned back to approach him."             03:46:08

8              What do you mean by that first           03:46:12

9    sentence?  Is that just what we've talked about    03:46:13

10   before that --                                     03:46:17

11        A    Yes, that Sandmann -- as Phillips        03:46:18

12   passed by and turned and then approached him, I    03:46:20

13   saw no evidence that Sandmann moved his feet       03:46:22

14   at all to -- in order to slide to the left or to   03:46:24

15   the right or go up or go down.  I saw no evidence  03:46:27

16   that he moved in that way.                         03:46:31

17        Q    Okay, and that's based on your           03:46:32

18   review --                                          03:46:35

19        A    Review of all the videos --             03:46:36

20        Q    You've got to wait until I'm done with   03:46:37

21   the question.                                      03:46:39

22        A    Sorry.                                   03:46:39

23        Q    That's based on your review of the       03:46:40

24   videos 1 to 18?                                    03:46:42

25        A    Correct.                                 03:46:44
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    218

1      Q   And you say in relation to that, "So          03:46:44

2   far as I could see, Sandmann stood in one place      03:47:06

3   throughout the incident."                            03:47:09

4          You used the phrase "So as far as I           03:47:12

5   could see."  Why do you use that phrase?             03:47:14

6      A   All the evidence that I saw, as               03:47:19

7   presented in all the videos, that's so as far as I   03:47:20

8   could see.                                           03:47:22

9      Q   Because it's based on your personal           03:47:24

10  view, as far as you could tell?                      03:47:26

11     A   No, no, no, no.  I mean, I don't deny         03:47:27

12  that no one video had Nick Sandmann in the camera    03:47:30

13  100 percent of the time throughout the entire        03:47:35

14  incident.                                            03:47:37

15         Every single camera must have moved           03:47:38

16  somewhat to the left, somewhat to the right during   03:47:40

17  the incidents, except for the very short clips.      03:47:44

18         However, the composite of them shows          03:47:47

19  him in one place throughout.  That's what I'm        03:47:49

20  saying.                                              03:47:51

21     Q   So, when you say so far as you could          03:47:55

22  see, it's based on your personal review of the       03:47:56

23  videos, what you saw in the videos?                  03:47:58

24     A   My review of the videos.  What I saw.         03:48:00

25     Q   Okay, would your answer be the same          03:48:02

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    219

| | | |
|---|---|---|
| 1 | with respect to your use of the phrase "It seems | 03:48:13 |
| 2 | to have been..." where we say -- | 03:48:15 |
| 3 |     A    Where is this, please? | 03:48:17 |
| 4 |     Q    "It seems to have been." | 03:48:18 |
| 5 |     A    Where? | 03:48:20 |
| 6 |     Q    In the same paragraph. | 03:48:22 |
| 7 |     MR. McMURTRY:  How many lines down? | 03:48:24 |
| 8 |     THE WITNESS:  Well, there's -- it's | 03:48:25 |
| 9 | a long paragraph, so I'm trying to get where | 03:48:26 |
| 10 | you're looking at. | 03:48:27 |
| 11 | BY MS. SPEARS:  Sure.  The last sentence, "It | 03:48:29 |
| 12 | seems to have been..." You're saying "It seems..." | 03:48:31 |
| 13 |     A    No, I don't see it.  Sorry.  Stop. | 03:48:34 |
| 14 |     Q    Oh, I'm sorry.  The second to the last | 03:48:36 |
| 15 | sentence. | 03:48:37 |
| 16 |     A    Okay.  Thank you.  "While Sandmann | 03:48:39 |
| 17 | stayed in one place, it seems to have been | 03:48:41 |
| 18 | Phillips who aligned himself with Sandmann..." | 03:48:41 |
| 19 |     Q    And why do you use the phrase "seems | 03:48:48 |
| 20 | have been"?  Again, that's because it's based on | 03:48:50 |
| 21 | your -- | 03:48:51 |
| 22 |     -- (overspeaking) -- | 03:48:51 |
| 23 |     A    Well, no -- | 03:48:51 |
| 24 |     Q    -- personal review? | 03:48:51 |
| 25 |     A    -- when I say "...it seems to have been | 03:48:53 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    220

| | | |
|---|---|---|
| 1 | Phillips who aligned himself." Again, I can't read | 03:48:55 |
| 2 | Phillips' mind.  I don't know why he went the | 03:48:59 |
| 3 | direction he went from the point of view of his | 03:49:01 |
| 4 | intentions.  Aligned is agentive verb.  In fact, | 03:49:01 |
| 5 | his movement aligned its -- was in such a way as | 03:49:05 |
| 6 | to align itself, so as to walk straight up to | 03:49:08 |
| 7 | Sandmann, okay? | 03:49:11 |
| 8 | Q    And -- | 03:49:14 |
| 9 | A    He moved in such a way as to align | 03:49:19 |
| 10 | himself with Sandmann. | 03:49:21 |
| 11 | Q    And again, that's based on your -- | 03:49:24 |
| 12 | A    No, that's what I saw in the videos. | 03:49:26 |
| 13 | Q    Wait.  You've got to wait until I'm | 03:49:27 |
| 14 | done my question.  That's based on your review of | 03:49:29 |
| 15 | the videos, correct? | 03:49:34 |
| 16 | A    Based on what I saw in the videos. | 03:49:37 |
| 17 | Q    All right.  Why don't we take a short | 03:49:44 |
| 18 | break.  Maybe like five, ten minutes and come | 03:49:47 |
| 19 | back? | 03:49:51 |
| 20 | MR. McMURTRY:  Thank you. | 03:49:52 |
| 21 | THE VIDEOGRAPHER:  Going off the | 03:49:53 |
| 22 | record, the time is 3:50 p.m. | 03:49:53 |
| 23 | (Recess taken from 3:50 p.m. to 4:05 p.m.) | 03:49:56 |
| 24 | THE VIDEOGRAPHER:  Going back on the | 04:05:51 |
| 25 | record, the time is 4:05 p.m. | 04:05:52 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    221

| | |
|---|---|
| 1 | BY MS. SPEARS: | 04:05:55 |
| 2 | Q    All right.  Can you pull your report | 04:05:58 |
| 3 | out one last time, please, page 2 of the report | 04:06:08 |
| 4 | itself. | 04:06:16 |
| 5 | A    Yes. | 04:06:16 |
| 6 | Q    Where you indicate your compensation in | 04:06:18 |
| 7 | the case is $300 per hour -- | 04:06:19 |
| 8 | A    Yes. | 04:06:22 |
| 9 | Q    -- of work.  How many hours of work | 04:06:23 |
| 10 | have you completed? | 04:06:25 |
| 11 | A    Oh gosh, I don't know.  I think I | 04:06:28 |
| 12 | billed for 17 and I've worked for another six or | 04:06:31 |
| 13 | something.  I'm not sure.  That doesn't count | 04:06:36 |
| 14 | today. | 04:06:37 |
| 15 | Q    And we talked earlier about | 04:06:38 |
| 16 | Mr. McMurtry was the person who initially reached | 04:06:42 |
| 17 | out to you for this engagement, correct? | 04:06:45 |
| 18 | A    Yes. | 04:06:46 |
| 19 | Q    When did Mr. McMurtry first reach out | 04:06:48 |
| 20 | to you. | 04:06:50 |
| 21 | A    It was in September, this last year, | 04:06:51 |
| 22 | September '21.  I don't have the exact date here. | 04:06:53 |
| 23 | I can get it for you if you need to know. | 04:06:56 |
| 24 | Q    Was -- do you know if -- yeah, I'd like | 04:06:58 |
| 25 | to know the exact date. | 04:06:59 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                     222

```
1        A     Okay, well you keep asking.  I'll        04:07:01
2   just --                                            04:07:02
3        Q     We'll just pause for a second.           04:07:03
4        A     Well ... whatever.  The 21st of          04:07:12
5   September.                                          04:07:31
6        Q     The 21st?                                04:07:32
7        A     Mm-hmm.  That day I worked about four    04:07:33
8   hours for them, just to do some very preliminary   04:07:35
9   review of those passages in the videos and I       04:07:38
10  worked for a total of four hours, and then I       04:07:41
11  started working again the 27th of October they     04:07:44
12  commissioned this report.                          04:07:47
13       Q     Do you have an engagement letter in the 04:07:53
14  matter?                                            04:07:56
15       A     I believe I do.                          04:07:56
16       Q     You came in this morning with some       04:07:59
17  notes which you have dated December 7th, 2021.  I  04:08:01
18  want to mark them for the record.                  04:08:07
19       A     Yes, of course.                          04:08:08
20       Q     So we're going to call this Exhibit B.   04:08:09
21             Her report was Exhibit A and this will   04:08:21
22  be Exhibit B, which I think is just easier to      04:08:22
23  distinguish, given the video exhibits.             04:08:26
24             (Exhibit B was marked for
25  identification.)
```

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    223

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 04:08:28 |
| 2 |     Q   Just for the record, would you agree | 04:08:28 |
| 3 | with me this is a two pages -- | 04:08:29 |
| 4 |     A   Yes, the first part is two pages. | 04:08:32 |
| 5 |     Q   Yes, it's -- and it's titled at the top | 04:08:37 |
| 6 | "Craig Roberts, Sandmann deposition notes, | 04:08:39 |
| 7 | December 7, 2021," is that correct? | 04:08:46 |
| 8 |     A   Correct. | 04:08:55 |
| 9 |     Q   I do not have any further questions. | 04:08:56 |
| 10 | Does anyone else? | 04:08:59 |
| 11 |     MR. McMURTRY:  Thank you.  Anybody | 04:09:00 |
| 12 | online? | 04:09:00 |
| 13 |     MS. SPEARS:  Does anyone online have | 04:09:02 |
| 14 | any questions?  Okay, thank you for your time. | 04:09:04 |
| 15 |     MR. McMURTRY:  Thank you. | 04:09:14 |
| 16 |     THE VIDEOGRAPHER:  This marks the end | 04:09:15 |
| 17 | of Craig Roberts.  We are going off the record at | 04:09:16 |
| 18 | 4:09 p.m. | 04:09:19 |
| 19 | (Whereupon at 4:09 p.m. the deposition concluded.) | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                                    224

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC:

2            I, Lisa M. Barrett, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto

14    set my hand this 11th day of December, 2021

15

16    _____

17    Lisa M. Barrett, RPR, CRR, CRC, CSR

18    My commission expires:  06/23/2023

19

20

21

22

23

24

25

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

225

**A**

**a) (2**
64:24
**a) 2**
46:10
**abate**
5:22, 5:24,
10:20, 10:21,
10:25
**abc**
2:10, 4:10,
4:11, 9:9,
10:19, 11:4
**abc's**
71:14
**able**
18:11, 49:20,
130:21, 144:21,
206:4
**above**
75:6, 121:6,
135:2, 151:5,
165:10, 165:14,
173:24, 182:11
**absent**
93:22
**absolutely**
152:11
**absorb**
110:21
**academia**
38:5
**accent**
30:24, 31:21,
33:3, 33:12,
33:18, 33:19,
33:25
**accents**
33:22
**accept**
140:9
**accepted**
35:13
**access**
34:9, 34:13,
34:14, 42:1,
67:9, 112:13

**accidental**
98:11, 98:12
**accidentally**
98:10
**accompanied**
71:3, 181:15,
182:8, 182:19
**accompanying**
181:21
**according**
127:3, 179:20
**accordingly**
150:12
**accurate**
103:10, 148:18
**accurately**
190:8
**accused**
50:1
**acquaint**
75:13, 78:14
**across**
52:9, 133:9,
157:9
**acted**
139:16
**acting**
139:5, 140:4,
140:14, 140:15
**action**
48:1, 107:2
**active**
42:4, 118:5,
118:15
**actively**
118:10, 177:8,
194:20
**actual**
23:16, 24:7,
33:25, 74:24,
76:2, 87:14,
99:17, 109:9,
137:18
**actually**
25:9, 28:20,
30:25, 39:19,
42:9, 47:3,
52:19, 63:1,

63:8, 64:23,
66:12, 78:17,
79:21, 80:4,
80:20, 81:24,
82:24, 83:1,
87:19, 87:25,
98:17, 102:1,
102:3, 106:21,
107:2, 109:2,
112:9, 130:2,
130:6, 136:9,
155:11, 167:8
**addition**
20:13, 92:9
**additional**
69:12, 70:3,
73:6, 105:22
**address**
13:5, 13:11
**adjudging**
187:20
**admissible**
59:15, 59:22
**admitted**
15:19
**adult**
111:6, 113:11
**advance**
8:18
**advanced**
38:12
**advent**
23:4, 23:20
**advertising**
60:12, 60:18,
60:24
**advisor**
17:12
**affect**
92:23
**affiliate**
42:13, 43:3,
43:10
**affiliated**
88:16
**affirmatively**
135:7
**affix"**
201:8

**affording**
201:25
**african**
124:1, 126:3,
135:24
**after**
16:13, 35:2,
35:12, 58:23,
72:17, 76:3,
120:4, 120:22,
146:14, 154:5,
155:21, 161:25,
163:19, 164:19,
166:17, 175:8,
179:11, 186:11
**again**
13:25, 23:8,
29:19, 33:10,
85:22, 88:17,
92:15, 93:25,
105:23, 107:3,
108:5, 119:17,
123:12, 123:25,
129:11, 131:18,
132:11, 133:2,
134:22, 135:20,
135:21, 138:20,
139:4, 139:22,
147:17, 148:16,
149:2, 157:5,
163:17, 163:18,
170:22, 182:4,
199:24, 210:22,
210:23, 210:24,
211:11, 211:23,
214:18, 215:14,
219:20, 220:1,
220:11, 222:11
**against**
193:21
**agency**
194:18
**agent**
118:22, 177:5
**agentive**
118:20, 118:21,
220:4
**agents**
200:14, 200:15,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

226

| | | | |
|---|---|---|---|
| 202:24, 203:2 | **align** | 190:19, 190:22, | **always** |
| **aggression** | 220:6, 220:9 | 191:3, 191:10, | 16:24, 49:23, |
| 171:1 | **aligned** | 192:21, 194:16, | 53:25, 54:5, |
| **ago** | 219:18, 220:1, | 194:17, 194:18, | 60:25, 61:8, |
| 55:3, 97:1, | 220:4, 220:5 | 198:11, 198:15, | 80:22 |
| 114:19, 141:2, | **all** | 214:3 | **ambiguous** |
| 178:14 | 13:2, 21:16, | **alluding** | 117:18, 117:19 |
| **agree** | 25:6, 25:17, | 97:10 | **american** |
| 61:22, 86:4, | 30:4, 32:11, | **almost** | 71:24, 74:5, |
| 87:12, 92:25, | 38:18, 39:7, | 56:6, 110:1 | 74:6, 84:16, |
| 167:13, 173:15, | 43:5, 43:11, | **along** | 84:20, 85:2, |
| 196:8, 207:16, | 43:21, 52:7, | 127:15, 146:13, | 85:20, 98:19, |
| 207:18, 207:22, | 54:4, 68:23, | 146:25, 152:6, | 98:22, 98:24, |
| 207:23, 223:2 | 69:16, 70:23, | 154:24, 155:10, | 122:17, 124:1, |
| **agreed** | 71:12, 72:17, | 156:21, 157:11, | 124:25, 129:16, |
| 61:21, 61:24, | 79:13, 79:21, | 157:22, 157:23, | 130:7, 143:21, |
| 62:2, 65:6, | 80:18, 86:5, | 158:4, 158:5, | 144:13, 161:17, |
| 184:12, 193:25, | 87:23, 92:2, | 166:12, 167:23, | 180:14, 180:25, |
| 209:7 | 93:5, 97:14, | 169:1, 189:6, | 186:14, 195:17, |
| **agrees** | 97:18, 99:8, | 189:15 | 195:25, 201:14 |
| 197:3 | 100:12, 100:17, | **already** | **americans** |
| **ahead** | 101:17, 103:19, | 101:8, 104:14, | 88:3, 99:4, |
| 10:7, 10:8, | 105:14, 110:8, | 121:16, 132:5, | 123:19, 125:2, |
| 85:6, 86:9, | 110:11, 120:21, | 149:16, 156:1, | 126:3, 126:8, |
| 94:6, 94:16, | 122:15, 130:12, | 179:20, 215:7 | 132:25, 133:10, |
| 141:22, 158:7, | 131:2, 131:3, | **also** | 135:24, 145:16 |
| 170:4, 182:17, | 131:9, 131:18, | 6:18, 10:16, | **americas** |
| 205:5 | 132:5, 133:11, | 11:3, 12:23, | 10:2 |
| **ahhh** | 159:23, 164:9, | 16:1, 20:3, | **amherst** |
| 109:21 | 169:13, 172:16, | 26:6, 28:9, | 15:9, 15:20, |
| **aiming** | 174:14, 176:22, | 29:11, 34:2, | 17:5, 17:8, |
| 103:14, 107:7 | 178:25, 180:12, | 36:24, 42:13, | 39:20 |
| **aims** | 181:2, 182:5, | 55:25, 72:13, | **among** |
| 25:16 | 183:2, 183:4, | 83:4, 83:9, | 31:16, 69:15, |
| **ain't** | 183:7, 189:6, | 86:14, 92:25, | 115:10, 180:8, |
| 107:15, 211:13, | 196:11, 196:12, | 98:24, 107:22, | 186:13 |
| 211:19, 212:4, | 197:1, 197:2, | 116:8, 117:6, | **amsterdam** |
| 212:18 | 197:7, 202:4, | 118:21, 119:20, | 36:6 |
| **air** | 204:11, 206:15, | 123:10, 126:7, | **analogy** |
| 184:1, 184:25 | 206:17, 207:10, | 154:23, 178:12, | 137:15 |
| **akin** | 213:14, 214:3, | 186:13, 196:3, | **analyses** |
| 141:4 | 216:7, 216:25, | 196:25, 199:25, | 38:1, 38:2 |
| **al** | 217:14, 217:19, | 204:21, 215:5 | **analysis** |
| 1:36, 2:10, | 218:6, 218:7, | **alternative** | 19:17, 27:11, |
| 2:32, 9:1, 9:6, | 220:17, 221:2 | 53:22 | 37:10, 45:23, |
| 9:9, 9:10, 9:13, | **alligator** | **alternatives** | 46:1, 48:5, |
| 9:21 | 20:19 | 31:1 | 61:21, 90:19, |
| **albany** | **allow** | **although** | 101:24, 102:7, |
| 6:6 | 117:17, 118:12, | 79:2, 173:24 | |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

227

121:17, 121:19,
189:17, 198:17,
199:2, 199:8,
215:21
**analyze**
47:25, 153:15,
216:3
**analyzed**
189:18, 216:18
**analyzing**
64:3, 134:14,
193:1, 215:25
**angle**
134:9, 160:17
**angles**
148:20
**another**
8:6, 15:7,
15:10, 51:9,
51:17, 81:9,
86:15, 92:13,
101:16, 104:20,
118:5, 118:25,
143:1, 146:24,
162:17, 164:15,
167:9, 170:10,
173:17, 179:14,
221:12
**answer**
18:4, 31:11,
31:14, 75:5,
82:9, 83:3,
96:13, 138:13,
189:23, 189:25,
194:13, 202:17,
218:25
**answered**
105:25
**answering**
91:9, 101:5
**answers**
31:22, 43:23,
75:7, 153:20
**anthropology**
37:3
**anticipate**
8:4
**any**
8:8, 8:18,

12:16, 39:23,
40:6, 42:7,
43:4, 43:18,
45:8, 45:22,
45:25, 47:22,
48:4, 48:18,
52:14, 57:12,
59:23, 62:25,
63:18, 64:16,
67:18, 69:11,
71:2, 74:9,
76:17, 83:5,
83:10, 83:11,
83:14, 90:18,
92:3, 94:8,
95:3, 98:3,
103:16, 105:18,
105:22, 109:1,
114:25, 116:20,
118:3, 122:12,
123:17, 134:16,
136:3, 136:12,
136:22, 139:9,
141:9, 144:19,
154:2, 158:12,
169:12, 169:15,
176:23, 183:8,
188:7, 188:23,
193:14, 195:20,
196:11, 205:15,
207:8, 207:13,
208:24, 216:4,
216:13, 216:15,
217:1, 223:9,
223:14, 224:10
**anybody**
80:6, 81:12,
110:16, 112:18,
191:24, 196:19,
197:8, 199:16,
223:11
**anymore**
43:10
**anyone**
65:20, 66:15,
67:19, 82:4,
95:10, 112:6,
113:4, 136:5,

136:18, 199:8,
199:19, 223:10,
223:13
**anything**
25:4, 26:14,
27:4, 40:15,
43:16, 53:2,
73:3, 80:6,
88:9, 96:24,
136:6, 136:18,
143:12, 151:18,
177:3, 189:15,
191:23
**anyway**
80:5, 117:20
**anywhere**
204:5
**apart**
95:9
**apartment**
13:7
**apologize**
8:17
**apparel**
179:13, 180:9
**apparent**
88:22, 89:13,
123:11, 124:19,
124:22
**appear**
137:15
**appeared**
129:20
**appears**
63:11, 89:14
**appendix**
46:25, 47:3,
68:3, 195:18,
200:4, 201:13
**apple**
24:12
**apply**
195:6
**appreciate**
112:21, 143:6
**approach**
48:5, 101:5,
204:2, 217:7

**approached**
38:25, 93:3,
93:18, 131:10,
148:2, 154:12,
156:4, 217:12
**appropriate**
31:11, 31:22,
101:20, 143:9
**approved**
181:9
**approximation**
172:13, 173:1,
173:6
**area**
17:10, 39:23,
40:6, 123:1,
134:11, 154:3
**areas**
51:23
**argue**
179:14, 182:12
**arguing**
52:8, 181:3
**argument**
185:9, 192:12
**arguments**
146:17
**arises**
87:24
**arms**
184:25, 186:11
**around**
92:22, 110:7,
110:12, 110:21,
122:2, 123:3,
130:25, 150:14,
154:9, 155:18,
168:2, 169:3,
169:19, 188:10
**art**
116:17
**arthur**
16:4
**article**
45:13, 49:5,
49:6, 71:9,
71:14, 71:16,
71:23, 72:1,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

228

72:12, 72:14,
73:3, 73:8,
127:11, 127:14
**articles**
49:7, 70:8,
70:21, 70:24,
71:4, 71:5,
72:6, 72:16,
72:20, 72:22,
73:1, 73:7,
73:13, 88:14,
88:18, 127:4,
127:8, 128:10,
128:11
**artificial**
50:7
**arts**
16:16
**aside**
93:7, 105:4,
173:23, 175:9,
209:8
**asked**
57:11, 66:9,
66:16, 72:21,
78:6, 82:9,
83:3, 99:22,
100:20, 105:21,
121:21, 162:19,
162:25, 210:25
**asking**
50:2, 86:18,
86:22, 151:7,
204:25, 222:1
**aspect**
53:22
**aspects**
29:1, 77:25,
176:14
**assassination**
54:10, 54:20
**assertion**
132:17
**assess**
34:1, 198:8,
199:17
**assessing**
38:21, 39:1,

91:25
**assessment**
67:12, 188:17
**assigned**
199:21
**assistant**
16:3, 49:3
**associate**
180:23
**associated**
73:6
**assume**
12:19, 48:13,
138:23, 157:10,
190:7, 193:18
**assumed**
125:1, 143:25,
147:4, 148:20,
154:3, 163:12
**assuming**
98:20, 151:20,
163:14
**assumption**
124:11, 124:16,
147:10, 147:20,
181:13, 181:17,
181:18, 182:14
**assumptions**
147:6, 147:18,
182:25
**atlanta**
161:13
**atmosphere**
92:20, 96:25,
97:24, 99:11
**attached**
65:14
**attempts**
21:22
**attend**
15:4
**attending**
8:3, 55:14
**attention**
77:16, 88:24,
145:23, 148:2,
148:6, 152:23,
153:4, 155:18

**attested**
115:14
**attire**
97:15
**attorney**
59:6, 61:19,
61:24, 188:6
**attorneys**
38:24, 57:4
**attribute**
95:9, 118:13,
139:21
**attributed**
90:14, 115:14
**attributes**
105:1, 170:5,
194:18
**attributing**
118:3, 141:8
**attribution**
119:1
**attributions**
89:25
**audible**
136:12, 136:22
**audience**
118:9
**audio**
13:16
**av**
6:19
**available**
34:10, 112:15,
113:2, 215:8
**avenue**
10:2
**average**
32:13, 110:18,
113:11
**avid**
44:5, 44:22
**aware**
8:7, 121:4,
121:8, 122:21,
124:6, 130:1,
130:6, 130:18
**away**
8:9, 93:17,

154:13, 174:7,
191:20, 191:24,
192:13, 192:23,
204:15
**axis**
157:13

**B**

**back**
8:8, 17:15,
27:9, 34:23,
47:4, 47:17,
52:23, 64:22,
64:23, 67:14,
68:6, 73:4,
74:19, 74:22,
74:23, 76:6,
99:1, 99:16,
108:18, 120:16,
120:21, 123:6,
126:10, 132:14,
136:6, 136:13,
152:12, 152:14,
153:25, 157:19,
159:13, 159:16,
163:17, 165:21,
167:1, 168:23,
169:3, 170:17,
170:18, 170:25,
171:3, 171:5,
178:8, 180:2,
180:21, 181:25,
191:24, 198:13,
203:23, 215:3,
217:7, 220:19,
220:24
**background**
13:12, 44:16,
87:22, 88:9,
98:21, 104:11,
124:21
**backgrounds**
123:11, 124:20,
124:22
**bad**
61:13, 99:3,
112:2
**badge**
56:6

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

229

banging
185:12
bank
60:22, 60:23,
60:24, 61:8,
61:24
bantered
188:10
banyamyan
135:1, 159:5
barbara
17:12
barnard
42:11
barrett
1:42, 3:23,
11:12, 224:2,
224:17
base
68:18, 70:14,
72:18, 79:11,
175:15, 181:18,
190:23, 208:20
baseball
161:13
based
30:25, 82:3,
82:4, 83:20,
83:25, 87:9,
120:6, 123:12,
124:16, 124:18,
125:19, 128:14,
134:20, 137:24,
138:3, 138:5,
138:21, 144:5,
147:6, 147:17,
168:14, 172:25,
175:17, 181:13,
181:19, 182:25,
188:17, 207:7,
208:24, 212:21,
217:17, 217:23,
218:9, 218:22,
219:20, 220:11,
220:14, 220:16
bases
68:15, 147:12,
194:23

basic
38:18, 43:15
basically
43:14
basing
75:7
basis
79:6, 79:7,
80:2, 101:23,
139:8, 153:24,
200:21
bear
18:12, 26:24,
29:11, 34:19,
38:20, 54:3,
55:18, 56:12,
90:19, 95:4,
122:3, 126:13,
153:22, 189:11,
197:19
bearing
31:20, 38:2,
79:24, 85:16,
85:23, 86:20,
87:7, 87:25,
91:7, 91:20
bears
50:20, 82:22,
94:21, 204:17,
204:24
beating
96:7, 145:22,
148:5
beautiful
44:7
because
13:20, 23:20,
30:4, 36:24,
37:2, 37:13,
42:21, 44:13,
48:23, 50:22,
51:16, 53:25,
54:1, 54:20,
59:7, 59:11,
59:20, 59:21,
75:3, 81:13,
91:8, 94:4,
96:8, 97:17,

100:20, 102:3,
103:18, 109:13,
110:6, 112:13,
114:4, 124:23,
126:13, 130:16,
131:19, 131:20,
133:4, 134:8,
135:8, 139:7,
145:7, 148:10,
159:7, 163:10,
165:6, 172:14,
173:16, 174:11,
180:24, 182:15,
191:18, 191:21,
194:19, 196:15,
197:21, 197:25,
204:17, 218:9,
219:20
been
11:15, 12:5,
16:12, 16:24,
20:18, 23:2,
23:5, 24:7,
41:17, 50:1,
53:9, 56:17,
57:8, 57:11,
58:10, 58:14,
58:20, 68:17,
70:3, 70:12,
74:11, 75:5,
88:6, 88:13,
100:12, 105:21,
106:5, 110:2,
123:2, 124:10,
125:1, 125:15,
128:9, 130:18,
132:2, 132:6,
137:18, 140:19,
143:20, 152:5,
154:9, 154:25,
165:20, 165:22,
182:2, 204:1,
204:25, 208:8,
208:9, 208:11,
208:12, 208:17,
219:2, 219:4,
219:12, 219:17,
219:20, 219:25

before
3:22, 8:17,
12:5, 36:1,
50:2, 56:15,
56:21, 57:9,
57:13, 65:13,
67:25, 79:10,
86:2, 86:7,
88:4, 111:11,
124:1, 162:10,
164:18, 166:1,
174:8, 178:14,
209:8, 210:10,
210:25, 217:10,
224:2
beg
126:4, 128:25
began
146:15, 155:16
begin
66:18
beginning
64:21, 64:22,
99:17, 100:6,
100:24, 117:4,
126:11, 149:17,
150:13, 150:16,
156:17, 156:20,
157:1, 158:19,
158:21, 159:14,
159:17, 170:14,
173:10, 173:11
begins
8:20
behalf
4:3, 4:10,
4:18, 5:1, 5:10,
5:20, 6:1, 6:9,
10:23
behave
122:18, 144:9
behaved
137:20
behavior
84:2, 97:16,
107:2, 141:4,
141:12, 143:8,
143:24, 143:25,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

146:15, 147:13,
147:21, 153:14,
180:18, 209:2
**behaviors**
212:21, 213:21,
213:22
**behest**
135:11
**behind**
145:24, 158:1,
170:17, 170:18,
170:25, 171:2,
172:2, 179:6,
182:15, 183:5,
198:13, 215:9,
215:12
**being**
16:20, 51:6,
99:6, 99:7,
114:15, 116:19,
124:3, 125:9,
172:23, 176:16,
177:10, 185:10,
194:8, 206:9,
207:5
**believe**
56:22, 65:16,
67:16, 88:12,
88:17, 100:17,
128:8, 128:15,
133:6, 134:18,
134:25, 135:11,
135:25, 138:16,
139:21, 148:10,
149:24, 153:19,
154:10, 156:10,
161:16, 176:9,
178:19, 188:10,
196:6, 210:2,
222:15
**believed**
135:5, 185:10,
213:22
**bell**
59:14
**below**
75:8
**benzinger**
59:2, 62:13

**besides**
26:15, 29:13
**best**
8:6, 54:1,
84:13, 102:6,
132:9
**better**
13:17, 13:23,
52:13, 58:18,
193:5
**between**
18:9, 25:14,
31:15, 41:18,
48:14, 50:23,
66:7, 76:1,
81:11, 99:3,
108:19, 121:25,
123:4, 124:4,
124:9, 126:14,
139:13, 142:21,
144:22, 148:4,
152:22, 155:4,
158:2, 165:2,
171:20, 172:4,
173:3, 175:19,
182:6, 189:10
**beyond**
33:5, 197:6
**bhi**
152:17
**bibliographies**
119:17
**bibliography**
53:7
**big**
134:6
**bigger**
112:11, 134:7
**bill**
29:16, 29:18,
29:20, 29:21,
29:24, 29:25,
30:1, 30:3,
30:4, 30:6,
30:24, 31:6,
31:10, 31:13,
31:14, 32:7,
33:12, 33:18,

71:15
**billed**
221:12
**bingham**
4:22
**bird**
5:24, 10:21
**birds**
122:4
**birth**
110:6
**bit**
12:8, 17:15,
50:10, 90:25,
120:12, 156:12,
197:16, 203:22
**black**
77:13, 122:22,
123:14, 123:22,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
134:23, 135:10,
136:6, 136:13,
136:18, 136:23,
139:14, 139:17,
140:18, 141:16,
141:20, 142:16,
147:1, 148:4,
152:17, 152:22,
153:4, 157:20,
182:7, 193:7
**blah**
190:7
**blinking**
96:8
**block**
84:4, 84:8,
89:22, 90:15,
113:20, 115:17,
118:5, 118:6,
118:15, 118:20,
118:22, 118:24,
119:2, 193:2,
193:10, 194:20,
194:21, 194:25,

195:10, 195:14,
195:15, 196:4,
196:9, 197:4
**blockage**
215:11
**blocked**
114:7, 117:17,
117:18, 117:24,
118:1, 118:10,
158:12, 190:18,
190:21, 192:20,
194:15, 204:19,
214:2
**blocking**
118:18, 166:24,
176:12, 176:16,
177:5, 177:7,
177:9, 177:20
**blue**
174:5
**bob**
73:19
**body**
92:6, 92:11
**boiling**
32:25
**book**
39:13, 112:14
**books**
25:12, 39:12,
48:9
**border**
14:8
**bore**
88:2, 113:19
**born**
13:13, 13:25,
88:15, 109:25,
110:2, 110:21
**both**
24:8, 31:20,
33:17, 40:12,
40:13, 126:25,
136:10
**bottom**
54:25, 56:23,
70:14, 117:15,
119:5

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

231

box
125:13
boy
122:16, 123:8,
137:17, 164:16,
175:11, 175:21,
179:14
boy's
139:13, 175:20
boys
93:15, 93:21,
99:1, 126:6,
127:18, 128:3,
129:21, 131:15,
131:25, 132:5,
132:8, 133:22,
137:7, 137:8,
137:10, 137:19,
139:5, 139:19,
141:3, 141:12,
141:16, 145:16,
146:18, 146:19,
148:4, 152:16,
152:22, 152:23,
154:18, 154:20,
155:11, 155:16,
156:21, 158:4,
158:7, 158:8,
158:10, 160:14,
160:19, 160:21,
166:5, 166:12,
166:21, 167:24,
172:5, 173:3,
173:22, 174:4,
174:5, 174:23,
176:4, 176:7,
179:5, 180:7,
180:21, 181:3,
181:22, 182:8,
182:10, 182:13,
192:14, 192:24,
205:8
braids
180:13
brain
111:20
break
12:16, 74:13,

120:10, 120:12,
120:22, 175:22,
178:2, 178:15,
192:25, 220:18
brief
47:5, 47:13,
58:7
briefly
53:11, 121:14
bring
18:11, 38:20,
95:3
bringing
90:18, 197:19
brings
36:20
broad
5:16
broadcast
72:1
broadcasts
71:3
broadly
40:7
broke
76:3
brooklyn
39:16, 39:17
brought
34:19, 127:20,
152:3, 154:7
brown
5:15, 10:15,
10:17, 174:6
buddies
164:10
bullet
125:5, 127:2
bunch
56:16
buses
132:4
bystander
122:16
bystanders
83:12, 122:12,
122:14, 122:20

C

c-r-a
11:21

c-r-a-i-g-e
11:22
call
22:2, 33:20,
50:21, 51:5,
95:19, 107:23,
129:24, 133:5,
147:24, 148:23,
151:14, 183:5,
222:20
called
38:6, 39:13,
54:19, 126:3,
126:5, 130:2,
130:7, 152:3,
162:25
calling
185:2
calls
54:16, 67:19,
67:23
came
16:13, 67:14,
99:25, 146:13,
148:5, 152:20,
154:23, 222:16
camera
147:3, 151:15,
151:19, 163:5,
171:25, 218:12,
218:15
cameraman
134:24, 135:6,
146:8, 147:1,
148:22, 148:23,
148:25, 150:22,
151:14, 152:2,
157:16, 162:6,
162:20, 163:1
cameraman's
158:6
cameras
152:8
can't
39:16, 60:22,
61:1, 78:1,
100:8, 122:15,
123:5, 127:12,

129:15, 130:9,
134:4, 136:25,
139:21, 160:18,
172:3, 172:9,
193:13, 210:21,
211:8, 212:3,
212:4, 212:17,
214:24, 220:1
cannot
129:22, 133:25,
166:15, 170:6,
203:17
cap
162:14, 163:4,
171:23, 174:5,
174:12
capable
113:12
capacity
86:22
caplan
52:8, 54:14
caption
2:1, 9:19,
64:24
capture
37:6, 115:11
captured
106:4, 106:24,
130:17
capturing
37:8
car
197:13, 197:15
card
113:9
careful
27:20, 101:9,
190:24
carefully
135:23, 151:9
carissimo
71:25
case
1:10, 1:20,
1:33, 2:7, 2:17,
2:29, 9:2, 9:3,
9:4, 9:6, 9:10,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

232

9:13, 9:21,
18:11, 21:6,
23:15, 38:23,
46:16, 56:15,
56:21, 56:23,
56:25, 57:1,
58:14, 58:20,
59:1, 59:2,
59:17, 59:18,
60:14, 60:16,
62:19, 62:21,
64:6, 64:13,
65:8, 66:2,
82:10, 83:4,
86:14, 86:23,
91:21, 92:15,
94:25, 95:19,
97:23, 100:19,
105:15, 109:10,
113:5, 115:6,
118:18, 118:23,
131:20, 137:4,
143:7, 149:6,
150:11, 188:8,
191:13, 200:17,
221:7, 224:11
**case's**
59:16
**cases**
39:2, 40:8,
40:18, 46:18,
52:12, 56:16,
56:24, 57:25,
58:5, 59:23,
62:25, 63:10,
64:5, 64:19,
75:7, 107:16,
148:17
**category**
70:21, 111:8
**catholic**
83:11, 99:1,
127:19, 128:4
**cats**
116:3
**caught**
155:17
**cbs**
1:36, 4:18,

4:19, 5:1, 5:2,
9:6, 11:10,
71:22
**cbs's**
72:12
**celebratory**
185:1, 186:12
**center**
6:14, 35:5,
36:19, 43:1
**centuries**
23:3, 37:1
**century**
25:10, 52:24
**ceremonial**
143:24, 144:4,
145:21, 146:23
**certain**
19:19, 23:25,
30:16, 33:4,
41:13, 53:16,
56:3, 81:21,
107:16, 110:17,
113:15, 132:3,
164:8, 176:1
**certainly**
25:11, 62:1
**certificate**
224:1
**certify**
224:4
**challenging**
109:3, 112:23
**chamber**
6:14
**changed**
18:9, 51:15
**changes**
51:2, 51:6
**chant**
143:17, 143:22,
143:25, 144:23,
145:1, 145:21
**chanted**
129:6, 181:22
**chanting**
129:10, 129:18,
143:14, 144:11,

144:16, 148:6,
156:22, 171:23,
182:4, 182:5
**chants**
143:22
**chaperones**
83:11
**character**
54:10, 54:17,
54:20, 54:21,
101:22, 126:9
**characterization**
116:16, 116:23,
164:11
**characterize**
53:15, 67:4,
78:1, 108:10,
108:11, 141:13,
170:2
**characterizing**
191:1
**characters**
77:11
**check**
113:9
**cheer**
137:9, 137:18,
137:19, 137:20
**cheering**
137:11
**chicago**
5:7, 14:10
**child**
110:16, 110:18,
111:5
**children**
109:23, 109:25,
110:2, 110:21
**choices**
98:4
**chop**
161:7, 161:10,
161:19
**chose**
197:4
**chris**
71:14
**church**
170:24

**circle**
129:7, 129:17,
129:19, 129:24,
129:25, 130:19,
131:5, 131:10,
133:5, 133:13
**circulating**
125:17
**circumstance**
94:9, 97:5,
117:22, 142:24
**circumstances**
34:1, 87:14,
102:9, 106:4,
106:23, 122:2,
144:4
**cite**
112:3, 149:7,
149:8, 149:11,
149:13, 171:6,
176:10
**cited**
127:4, 128:11,
149:24, 178:12
**city**
13:4, 13:10
**civil**
40:11
**claim**
84:4
**claiming**
131:9, 156:24,
183:3
**claims**
192:8
**clarification**
13:24
**clarify**
57:20, 58:16,
58:17, 69:18
**clarity**
54:7
**clasped**
170:18
**class**
38:6, 40:5,
40:16, 41:14,
107:19

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

233

classical
21:10
classwork
15:18
clause
190:7
clear
97:22, 98:13,
106:1, 118:19,
128:24, 132:24,
146:4, 158:14,
192:19, 195:1
clearest
195:23
clearly
146:16, 154:6,
175:7, 181:2
clenched
141:18
clicked
73:9, 73:12
climb
154:5
climbed
154:2, 154:11
climbs
154:8
clip
68:4, 68:6,
72:9, 73:9,
215:6
clips
218:17
close
13:20, 95:19,
96:6, 96:18,
96:21, 125:24,
154:18
closely
117:20
closer
179:5
clot
148:19
co-counsel
10:21, 10:25
cogni-science
36:20

cognition
36:22, 42:19
cognitive
35:8, 36:19,
42:16, 42:17,
42:25
colleague
11:9
collect
21:16
collecting
21:12, 116:11
collections
21:19
collector
16:17
college
16:13, 39:17,
42:11
collegiate
74:4
columbus
5:17
come
26:20, 26:24,
55:18, 56:12,
60:23, 96:21,
127:5, 146:23,
151:12, 157:25,
158:2, 172:12,
179:5, 182:1,
191:17, 191:18,
192:3, 197:25,
220:18
comes
29:11, 44:4,
54:3, 87:18,
168:24, 169:3,
192:20, 194:5
comfortable
96:17
coming
152:21, 157:22
command
106:15, 109:16
commencing
8:1
comment
121:21, 166:15,

180:24
comments
142:20
commercial
64:9, 64:10
commission
224:18
commissioned
222:12
committees
41:25, 43:12
common
38:4, 52:21,
109:13, 111:13,
112:21, 180:13
common-sense
111:15, 111:16
commonly
23:22
community
42:5, 43:7,
115:18
companion
179:23, 180:1,
180:10, 182:15,
182:18
companions
164:3, 164:14,
164:15, 179:13,
183:19
company
1:23, 4:12,
6:10, 9:20,
10:10, 11:1,
21:9
comparable
195:16, 195:25
compare
131:5
compensation
221:6
competence
111:17, 111:21
competent
115:13, 199:16
competition
37:2
compile
25:13

compiling
116:10
complete
15:21, 58:3,
70:23
completed
221:10
completely
88:22, 89:13,
197:17, 207:16
complex
18:24, 20:12,
23:6, 26:12,
32:1, 32:3,
51:3, 51:19,
51:20, 197:19
complicated
17:25, 208:13
compose
20:12, 26:11
composed
27:7
composite
218:18
computational
37:11
computer
8:10, 25:24,
37:1, 39:6,
42:23, 50:9,
108:13, 108:14,
108:15
computers
25:23
concede
150:7
conceding
213:24
concentrates
187:11
concentrating
189:8
concerned
190:11
conclude
83:25, 119:6,
123:16
concluded
201:1, 223:19

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

234

concluding
186:8
conclusion
88:19, 204:10
conclusions
189:7
conclusive
186:10
condition
55:19, 197:11
conditional
101:22, 197:24,
198:4
conditionally
56:8, 62:5
conditions
33:21, 61:18,
77:23, 78:10,
94:24, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 108:23,
109:1, 117:10,
119:7, 188:18,
188:21, 189:3,
190:1, 190:5,
198:2, 199:15,
199:17, 216:10
conduct
141:3
conducted
2:36, 3:2,
121:16
confidence
66:17
confront
84:3
confrontation
76:2, 77:18,
95:13, 95:16,
95:17, 95:20,
95:21, 98:7,
98:11, 120:1,
146:15, 179:12,
184:7, 213:1,
213:6
confused
31:8, 31:24

congratulating
184:19, 184:20,
185:5
conjecture
84:5, 84:8,
84:12
conjoined
118:25
conjunct
118:11, 118:15
connect
8:15
connecting
8:16
connection
57:12, 68:24,
70:25, 73:22
connotation
95:23
connotations
56:9, 109:5
conscious
95:6
consequence
37:22
conservative
172:23
consider
18:16, 64:16,
81:11, 84:15,
161:18, 187:22
considerably
215:9
consideration
31:2, 34:17,
38:3, 101:9,
190:24, 193:17
considered
68:16, 117:6,
119:24, 187:19,
193:22
considering
24:25, 94:2
consistent
84:2, 199:5
consists
21:11
constantly
44:5, 44:18

constitute
194:8, 208:14
constituted
99:7
construable
87:14
construal
80:9, 80:14,
81:1, 81:10,
87:20, 87:21,
114:12
construal's
81:3
construction
117:25, 172:19
construe
87:17
construed
82:5
consult
74:9, 119:22,
120:10
consulted
73:25, 74:6,
111:22, 113:1,
119:20, 200:1,
200:2, 200:23
contact
65:21
contacted
65:14, 65:18
contain
58:3
contained
216:4
contend
136:11
contending
136:21
content
44:6, 145:22,
198:4
contention
136:15, 165:25
contentious
39:2, 113:20,
114:2
context
20:21, 21:24,

26:16, 26:22,
27:8, 28:15,
28:17, 28:18,
28:21, 28:23,
29:1, 29:7,
29:11, 29:17,
30:8, 30:14,
33:1, 33:20,
34:2, 34:12,
34:18, 41:16,
41:19, 50:15,
50:17, 50:19,
50:20, 50:21,
50:22, 50:24,
51:2, 51:5,
51:11, 51:14,
51:15, 51:19,
97:18, 104:6,
109:8, 115:23,
118:7, 119:16,
133:14, 197:1
context-sensitive
26:25, 27:1,
29:10, 41:14
contextual
20:13, 31:5,
31:19, 51:21
continue
62:12, 117:2
continued
2:1, 4:27,
5:28, 165:11
continues
68:20
continuing
13:22, 67:25,
119:23, 133:18,
137:5, 165:3,
165:17, 165:18,
179:8
contract
63:16, 63:17,
64:11, 64:14
contracts
63:12, 64:9
contraposition
50:7
contributing
99:11

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

235

controversial
53:1, 53:3,
53:4, 161:13,
161:15
convention
115:9
conversation
66:1
conversations
8:12, 101:11
convey
17:24, 18:2,
19:20, 91:1,
91:3, 91:13,
91:14, 91:17,
91:23, 92:5
conveyed
17:3
copy
46:4, 46:10,
51:8
corporation
5:11
correctly
114:9
correlated
75:21
correlation
31:15
correspond
80:10, 150:10
correspondence
62:19
corridor
171:10, 171:20,
173:16, 174:2,
175:3, 177:18,
177:22, 178:16,
178:19, 209:25,
215:7
couched
107:10
could
17:3, 28:18,
28:22, 29:16,
33:15, 33:16,
33:25, 39:1,
49:13, 49:23,

51:4, 51:7,
53:16, 58:17,
76:8, 80:24,
105:4, 119:15,
119:17, 130:14,
132:19, 141:15,
142:23, 143:6,
147:8, 152:19,
154:11, 161:19,
163:16, 167:3,
173:2, 174:8,
174:15, 175:13,
175:25, 181:25,
187:15, 190:6,
191:15, 191:16,
191:18, 192:4,
193:13, 195:5,
195:8, 196:11,
196:20, 199:19,
200:17, 204:21,
205:6, 205:10,
206:8, 206:10,
206:13, 207:3,
207:4, 207:20,
208:10, 208:17,
210:6, 211:19,
213:20, 213:21,
215:10, 215:13,
215:17, 218:2,
218:5, 218:8,
218:10, 218:21
couldn't
125:18, 145:4,
154:1, 163:10,
186:4, 191:20,
191:23, 192:6,
195:2, 209:14
counsel
10:4, 113:5,
224:9
count
57:23, 130:13,
131:19, 132:10,
132:18, 148:16,
148:17, 221:13
country
181:4
couple
54:9, 76:24,

129:14, 130:24,
146:9, 159:22,
179:11
course
21:16, 28:24,
36:24, 38:11,
38:13, 38:15,
38:16, 38:17,
39:4, 39:9,
41:9, 41:11,
51:2, 51:22,
52:5, 52:17,
53:24, 63:24,
76:23, 84:24,
92:19, 92:24,
116:7, 121:24,
138:14, 149:22,
153:18, 172:3,
181:10, 222:19
courses
35:20, 35:23,
43:11
coursework
16:1
court
1:1, 11:11,
11:14, 12:12,
13:16, 13:23,
13:24, 14:2,
58:21, 60:6,
83:19, 112:23,
138:15, 138:18,
178:24, 213:15
courtroom
57:17
covington
1:3, 83:10,
99:1, 122:16,
123:8, 123:18,
126:6, 127:19,
128:4, 129:21,
131:6, 131:15,
137:6, 146:19,
158:7, 164:16,
180:7, 181:22,
182:7, 182:10,
182:13
crackers
126:6

craig
7:12, 11:24,
11:25, 223:6,
223:17
craige
2:35, 3:1, 7:3,
7:9, 8:21,
11:15, 11:20,
11:24, 26:20,
47:5
crane
117:25, 118:1,
118:2, 118:3
crc
224:17
create
209:24
creole
16:3, 48:9,
48:14, 48:16,
48:20, 49:14
criminal
40:11, 62:19
cross-examining
61:19
crowd
56:3, 125:17,
139:10, 154:10,
156:6, 158:8,
160:13, 160:20,
165:10, 166:21,
167:24, 176:4,
176:8, 185:17
crowd-sourcing
23:21, 24:5
crr
224:17
crucial
107:21, 119:8
crude
80:17
csr
224:17
cultural
56:10, 56:12,
85:12, 86:4,
86:17, 87:10,
97:20, 97:21,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

236

138:7
**culture**
88:4, 92:10,
104:4, 130:7
**cultures**
184:23
**current**
42:7, 116:24
**currently**
13:3, 41:20
**curriculum**
58:7
**cursor**
150:25
**cut**
112:25
**cv**
27:18, 47:8,
47:10, 47:13,
47:15, 54:9,
56:14, 63:6,
68:7, 68:9
**cv--wob-cjs**
1:11, 1:21,
1:34, 9:2, 9:5,
9:7, 9:21
**cycle**
18:25

**D**

**dame**
173:19, 174:9,
174:12, 175:1,
175:9, 175:12
**dance**
129:20, 129:24,
130:2, 130:7,
130:14, 131:6,
131:10, 133:5,
133:6, 146:23
**danced**
129:6
**dancing**
129:10, 129:17,
129:25, 130:19,
133:11
**darren**
6:12, 10:6,

10:8, 10:9
**data**
19:14, 20:23,
21:2, 21:4,
22:9, 22:11,
22:15, 22:19,
22:20, 22:25,
24:25, 25:25,
27:5, 27:6,
27:10, 27:13,
27:14, 54:3,
127:13
**database**
108:17
**date**
9:15, 9:22,
99:19, 221:22,
221:25
**dated**
46:12, 65:12,
74:25, 222:17
**david**
6:18, 9:24
**davis**
4:14
**day**
45:2, 78:15,
85:3, 101:16,
222:7, 224:14
**days**
67:16, 76:24,
100:8
**dc**
4:16, 97:11,
127:5
**dear**
46:23
**debate**
28:20, 51:25,
52:15, 52:23,
53:12
**december**
2:37, 4:2,
7:14, 9:16,
9:23, 222:17,
223:7, 224:14
**decide**
79:11, 95:2,

115:8, 115:13,
115:17, 120:10,
151:12
**decided**
59:15, 72:17,
82:15, 101:17,
102:5, 121:17
**deciding**
196:16
**decipher**
86:15, 86:24
**decision**
75:18
**declined**
191:7, 191:14
**deem**
43:5
**deemed**
36:3, 59:10,
59:25, 60:2
**deep**
197:18
**deeper**
17:2
**deeply**
43:24
**deer**
109:25
**defamation**
40:15, 40:19,
56:15, 56:20,
57:7, 66:3
**defective**
111:20
**defendant**
1:13, 1:25,
5:10
**defendants**
1:37, 2:11,
2:23, 2:33,
4:10, 4:18, 5:1,
5:20, 6:1, 6:9,
11:10
**defense**
187:10
**define**
114:17
**defined**
28:20, 116:18,

116:20
**defines**
201:7
**defining**
116:18
**definitely**
145:12
**definition**
22:3, 115:24,
116:15, 116:16,
116:17, 116:21,
116:22, 195:11,
195:14, 196:14,
197:4, 201:6,
201:7, 201:10,
201:14, 201:20,
201:23, 202:1,
202:2, 202:12,
216:24
**definitions**
22:2, 113:13,
115:23, 116:10,
116:12, 116:13,
190:24, 193:2,
195:6, 195:19,
196:3, 196:8,
199:25, 200:7,
200:22, 216:4,
216:15
**definitive**
108:25
**defrank**
4:6, 57:2, 57:9
**degrade**
125:24, 126:17
**degrading**
126:18
**degree**
14:25, 15:1,
15:16
**dell**
76:14
**delusionary**
91:18
**demanding**
38:16
**denotes**
203:1

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

237

dentons
4:22, 5:5, 10:2
deny
85:11, 218:11
denying
150:3
department
35:14, 36:11,
40:22
depends
18:6, 20:20,
28:18, 49:22,
56:6
depicted
163:4
depos
6:19, 9:25
deposed
12:5
deposition
2:35, 3:1,
7:14, 8:21,
8:25, 10:1,
46:5, 46:9,
57:18, 73:20,
82:10, 82:14,
94:5, 101:10,
101:12, 124:1,
132:2, 150:11,
198:1, 210:12,
223:6, 223:19,
224:3
depositions
12:24, 79:3
describe
80:13, 107:18,
107:25, 108:2,
121:14, 141:12,
143:13, 152:15,
170:1, 180:10
described
22:6, 95:13,
152:20, 164:1,
183:19
description
7:7, 114:15,
156:19
descriptive
107:7, 107:11

design
82:2
desire
140:20
detailed
38:1
details
52:8, 60:16,
75:14, 123:25
determination
146:1
determine
48:1, 78:19,
101:21, 107:8,
109:6, 109:9,
109:19, 113:17,
115:23, 119:7,
125:8, 128:6,
129:9, 184:19,
187:25, 190:1,
190:4, 198:20,
199:2, 199:20,
216:8
determined
120:4, 199:11
determining
107:6
deters
59:2, 62:13
develop
22:1, 101:4,
110:8
developed
38:6
developing
41:17, 110:18
development
55:11
device
76:12
dictionaries
16:8, 16:18,
22:8, 22:12,
22:14, 23:12,
23:13, 25:2,
74:1, 74:2,
74:7, 74:9,
109:4, 111:22,

112:3, 112:7,
113:1, 113:6,
119:12, 119:13,
119:21, 119:22,
195:17, 195:20,
196:4, 199:25,
200:2, 200:23
dictionary
16:2, 16:3,
22:2, 22:3,
22:19, 48:10,
48:24, 49:1,
49:4, 49:6,
49:9, 49:14,
74:2, 74:4,
74:5, 95:17,
107:13, 112:10,
113:12, 115:22,
116:10, 190:24,
191:5, 193:1,
195:4, 195:11,
195:14, 195:15,
196:13, 196:20,
196:23, 196:25,
201:7, 216:3,
216:24, 217:2
dictionary's
24:15
difference
32:22, 98:3
differences
56:10, 56:12,
97:20, 97:22,
98:14, 99:6,
138:7
different
12:8, 12:10,
18:9, 18:21,
20:5, 20:18,
21:23, 25:14,
29:23, 30:5,
37:7, 51:18,
56:25, 58:22,
97:12, 97:13,
116:11, 122:10,
123:15, 124:7,
144:25, 148:19,
148:20, 184:15,

184:16, 188:25,
195:10, 197:19
difficult
32:10, 154:15,
201:15
dinsmore
60:9
direct
80:3, 126:13,
153:1, 155:19
direction
51:9, 51:10,
51:17, 152:24,
156:24, 157:7,
166:2, 166:4,
166:19, 167:7,
167:11, 208:10,
208:14, 208:16,
220:3, 224:8
directions
157:5
directly
158:7, 168:9,
206:13
disagreeing
174:20, 174:25
disambiguate
119:2
discerning
196:16
disclosure
46:12
disclosures
46:11, 64:25
discourse
26:23, 28:24,
29:5, 50:15,
50:17, 50:21,
50:22
discrepancy
189:10
discuss
48:4, 66:14,
83:9, 96:2,
107:22, 156:11,
176:20, 187:7,
217:4
discussed
194:21

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

238

| | | | |
|---|---|---|---|
| **discussing** 183:24 | **doctoral** 35:4 | 137:7, 137:11, 141:17, 152:13, | 124:9, 129:19, 218:16 |
| **discussion** 20:20, 26:18, 26:20, 26:20, 31:3, 31:17, 31:19, 33:16, 33:23, 53:10, 53:13, 53:15, 55:15, 100:19 | **document** 7:12, 64:19 **documents** 76:15 **dog** 116:3 **dogs** 116:4 **doing** 37:9, 67:1, | 152:21, 154:24, 158:2, 158:9, 179:5, 192:25, 204:8, 206:15, 207:24, 217:15, 219:7 **draft** 121:8 **drafting** 121:15 | **dynamic** 50:4, 50:15, 51:1, 51:5, 51:19 |
| **discussion's** 53:5 **discussions** 8:9 **disney** 4:11 **displaying** 173:13 **dispute** 87:23 **disputing** 90:3, 90:5, 190:12 **disregard** 102:4 **dissing** 54:20 **distances** 134:1, 134:4, 134:10, 134:14, 154:16, 172:10, 172:11 **distinct** 88:7 **distinguish** 49:20, 144:22, 222:23 **distort** 80:19 **distortion** 105:5 **distorts** 93:12 **district** 1:1, 1:2 **disturbing** 96:9 **division** 1:3 | 85:24, 87:1, 92:23, 94:18, 119:18, 126:25, 130:14, 131:1, 131:2, 132:22, 140:18, 140:19, 140:25, 142:25, 145:20, 148:12, 160:18, 161:7, 184:25, 186:12, 186:16, 197:1, 208:23 **domain** 50:3, 50:12, 91:11 **done** 24:23, 63:16, 72:19, 85:23, 86:7, 86:21, 96:15, 108:5, 124:14, 130:6, 142:9, 162:23, 172:18, 177:3, 191:23, 206:21, 213:12, 217:20, 220:14 **double** 142:6 **doubt** 81:7, 84:18, 93:25, 161:22, 196:12 **down** 32:25, 48:8, 50:3, 50:10, 62:18, 123:6, | **draw** 23:7, 23:16, 25:25, 43:8, 145:23, 148:2, 148:6 **drawn** 28:25 **dressed** 122:19, 124:23, 131:24, 146:22 **dritz** 62:18 **drive** 4:7, 5:6, 6:14 **drives** 197:13 **drum** 96:7, 96:8, 143:22, 145:22, 146:24, 148:5, 185:12 **drummed** 181:21 **drumming** 146:24, 156:22, 182:2, 182:3 **drums** 129:7 **due** 14:9, 52:6 **duly** 11:15 **dumpty** 115:7 **during** 85:4, 123:3, | **E** **each** 8:17, 17:24, 29:6, 75:20, 75:21, 89:15, 89:17, 96:19, 96:20, 96:21, 97:14, 98:9, 106:3, 111:2, 112:22, 142:22, 208:22 **earlier** 48:11, 51:24, 85:2, 114:14, 116:9, 122:21, 142:19, 157:4, 162:18, 162:24, 170:2, 171:24, 172:8, 176:21, 180:2, 188:21, 194:22, 197:25, 221:15 **early** 25:10, 52:24, 100:11, 132:25 **easier** 112:11, 112:14, 172:14, 211:24, 222:22 **east** 157:9, 157:11, 158:2, 168:5 **eastern** 1:2 **easy** 112:16, 113:4, 173:25 **edge** 156:21, 167:23 **edition** 74:5 |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

239

education
15:17
edward
21:8
effect
118:2, 188:25
eight
67:16, 100:7
either
45:13, 72:7,
82:18, 100:5,
100:11, 100:24,
107:12, 131:1
elicit
26:4
eligible
41:25
ellipses
27:2, 29:13
ellipsis
20:15
else
25:4, 26:14,
27:4, 53:2,
65:20, 66:15,
96:24, 128:14,
184:6, 187:17,
197:8, 199:8,
199:16, 207:20,
215:2, 223:10
else's
81:12, 85:12,
86:24, 92:11,
93:23
em
113:9
email
62:18, 65:21
embedded
71:9, 72:5
emerita
41:21
emotional
56:9, 78:3
emphasis
30:5, 30:23,
31:16
emphasize
30:15, 177:25

empirical
19:19, 52:10
employed
224:10
employment
34:24, 43:15
empty
205:17
enabled
8:13
encode
26:21, 37:7
encounter
66:7, 79:5,
85:4, 98:3,
98:8, 98:9,
98:11, 106:5,
106:24, 139:6,
139:12, 166:17,
176:2
encourage
146:7
end
66:13, 68:2,
126:10, 135:2,
166:9, 206:16,
223:16
endeavored
79:5, 83:22,
88:21
endeavoring
83:18
ended
63:8
ends
197:24, 199:12
enforcement
38:14
engaged
56:17, 125:24,
126:7, 185:10
engagement
185:13, 221:17,
222:13
england
60:22
english
16:4, 18:13,

23:19, 24:1,
24:8, 24:11,
25:9, 26:6,
32:20, 32:22,
48:9, 48:14,
49:18, 52:21,
52:22, 65:9,
74:2, 95:7,
103:12, 103:15,
106:2, 106:8,
106:9, 106:12,
106:14, 106:16,
108:13, 108:19,
109:16, 111:23,
112:9, 113:23,
143:15, 143:18,
145:5, 184:4,
184:11, 191:4,
195:13, 201:6,
216:11
enormous
23:5
enough
13:20, 60:4,
102:19, 102:22,
103:16, 110:17,
195:1
entailments
26:9
entered
147:23
enthusiastically
137:10
entire
133:13, 218:13
entirely
72:18
entitled
7:12, 50:12,
186:23
entourage
148:8, 148:9,
148:14, 148:15
entries
195:16, 196:13
entry
71:13
errors
110:11

escape
201:25
especially
37:23, 75:24,
87:18, 123:5,
142:1, 142:13,
144:23, 170:23
esquire
4:4, 4:5, 4:13,
4:21, 5:4, 5:13,
5:14, 5:22, 6:4,
6:12
essays
21:14
essentially
22:7, 33:1,
47:1, 116:11,
120:3
establish
49:11
estimate
129:22, 130:9,
132:10
et
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:20
etcetera
20:7, 27:3,
37:25, 45:4,
59:2, 109:6
ethnic
56:3, 123:11,
124:20, 124:21,
124:22
europe
99:2, 139:10,
180:22
evade
212:24
even
41:7, 42:5,
43:9, 43:23,
59:14, 82:14,
107:19, 111:18,
118:22, 133:13,
154:24, 181:12,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

240

206:11
**event**
80:9, 80:14,
80:15, 81:21,
82:6, 122:11,
127:4, 137:16,
139:9, 139:24,
140:4, 141:4,
141:10, 151:25
**events**
46:1, 48:1,
48:6, 78:15,
139:23, 140:23,
161:14
**ever**
56:15, 56:20,
57:8, 57:11,
58:10, 58:14,
58:19, 58:23,
60:2, 88:3,
93:23, 110:12,
136:5
**every**
37:25, 45:2,
60:21, 144:25,
204:3, 218:15
**everybody**
11:8, 60:21,
113:24, 197:12,
197:23
**everyday**
43:25, 111:12
**everyone**
8:3, 111:18,
120:11, 173:21
**everything**
17:20, 101:18,
187:16, 197:13
**evidence**
18:12, 21:24,
23:7, 27:6,
52:10, 76:7,
78:16, 79:8,
79:20, 80:3,
82:25, 83:19,
87:19, 90:16,
95:3, 95:4,
101:25, 102:2,

119:24, 176:22,
193:21, 213:3,
213:17, 217:6,
217:13, 217:15,
218:6
**evident**
88:25, 97:15,
99:8, 122:18,
207:25, 208:5,
208:8, 208:11,
208:17, 209:4,
209:14, 215:5
**evidently**
209:23
**exact**
221:22, 221:25
**exactly**
54:7, 58:1,
66:25, 72:3,
97:9, 100:8,
100:13, 129:15,
132:24, 135:23,
172:3, 173:25,
189:3
**examination**
7:3
**examine**
193:9
**examining**
63:17
**example**
19:24, 25:22,
29:12, 30:7,
30:8, 30:13,
37:11, 39:12,
43:9, 51:7,
52:4, 71:13,
77:13, 77:25,
81:3, 104:24,
110:12, 116:1,
116:4, 117:11,
118:17, 123:21,
153:17, 188:16,
198:3, 216:19
**examples**
51:4
**excellent**
25:8

**except**
77:16, 90:13,
95:4, 101:18,
209:5, 218:17
**exchange**
124:4, 124:9,
126:7, 126:9,
126:14
**exchanged**
123:22
**excluded**
58:10, 58:12,
58:14
**excluding**
106:12, 106:13
**excuse**
58:4
**exhibit**
7:7, 7:9, 7:12,
46:5, 46:6,
46:9, 46:11,
149:5, 150:12,
158:18, 158:21,
158:24, 170:11,
179:17, 210:11,
212:7, 214:5,
214:6, 214:9,
222:20, 222:21,
222:22, 222:24
**exhibits**
150:11, 158:16,
222:23
**exists**
14:15
**exit**
176:13, 177:21,
192:9, 192:10,
200:18
**expect**
118:9
**expected**
119:3, 170:25
**expensive**
16:21
**experience**
84:16, 87:22,
91:2, 111:13,
137:25, 138:22,

144:5, 144:7,
144:9, 207:8
**experienced**
92:17
**experiences**
84:23, 85:1,
85:2, 85:12,
86:2, 86:3,
86:16, 86:17,
86:25, 87:9,
92:9
**expert**
7:9, 18:16,
46:4, 56:17,
57:6, 57:12,
57:16, 57:18,
57:21, 58:4,
58:11, 58:20,
59:12, 59:21,
62:22, 63:21,
63:23, 63:25,
66:9, 82:22,
85:16, 86:23,
88:5, 88:10,
103:2, 105:21,
206:18, 206:21,
206:24, 207:13,
209:2, 209:3
**expertise**
18:4, 18:10,
19:10, 45:22,
45:25, 51:23,
63:23, 79:15,
79:16, 82:23,
84:19, 88:5,
91:8, 91:11,
91:12, 92:3,
92:5, 92:16,
93:25, 94:21,
96:4, 134:11,
134:20, 138:4,
138:6, 139:22,
143:11, 144:6,
153:22, 153:25,
161:21, 199:12,
207:8, 207:12,
207:19, 208:25,
209:1

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

241

experts
52:20
expires
224:18
explain
32:10, 37:15,
44:4, 79:1,
115:3, 197:22
explanation
32:19, 54:2,
197:21
explanations
187:1, 188:13
exploring
26:4, 26:7
expressed
89:15, 89:18,
90:10, 90:21,
105:15, 105:19
expressing
86:1, 87:8,
141:20
expression
38:22, 89:22,
107:8, 109:17,
164:12
expressions
18:13, 26:25,
27:1, 29:10,
37:24, 41:14,
41:19, 92:7,
92:12, 114:13,
114:16, 115:5
extensive
43:22
external
34:6
extremely
96:6
eyes
80:25, 87:18,
96:8, 199:16,
205:20, 205:22,
206:2, 206:13

F

face
96:7, 154:9,

155:19, 165:15,
165:24, 167:15,
168:9, 168:24,
215:18
face-to-face
95:18, 96:6,
179:12
facebook
45:15
faced
137:8, 155:18
faces
157:6, 157:8,
157:9, 157:11,
168:2, 169:3
facial
92:6, 92:12
facilities
59:3
facing
133:24, 157:3,
157:20, 157:21,
167:7, 167:13,
168:5, 208:14,
208:16
fact
34:5, 58:24,
82:13, 95:15,
118:23, 176:18,
187:14, 198:10,
202:13, 220:4
factor
31:5, 31:19,
202:11
factors
20:1, 20:14,
26:22, 26:24,
197:2, 197:20,
197:25
facts
78:19, 80:10,
83:10, 88:25,
121:1, 121:3,
121:9, 121:15,
121:18, 121:20,
149:23, 149:25,
150:6, 187:21,
188:19, 195:7,

198:8, 199:5
faculty
43:8
fair
60:4, 87:11,
102:19, 102:22,
114:24, 196:2,
212:22
fall
84:19, 103:25
false
29:17, 30:2,
31:23, 33:22,
33:25, 55:20,
78:2, 104:21,
105:7, 106:3,
106:18, 106:22,
120:5, 166:24,
188:24, 189:20,
198:9, 199:18
falsehood
187:2
familiar
60:20, 144:12,
161:9, 163:11
family
12:2
famous
16:17, 52:6,
54:16
far
83:14, 99:4,
100:1, 104:7,
104:24, 123:5,
154:13, 155:2,
206:12, 210:6,
215:10, 218:2,
218:4, 218:7,
218:10, 218:21
fascinating
60:16, 109:24,
110:22
fashion
186:12
faster
76:18
feel
216:6

feeling
99:3, 153:16
feet
133:23, 154:19,
154:22, 154:25,
172:6, 172:16,
172:20, 172:23,
172:24, 174:6,
217:13
felicitous
32:23
felicity
31:20
fellow
137:19, 151:2,
151:3, 151:4,
151:6, 171:22,
180:5
fellowship
35:2, 35:4
felt
140:13, 150:5,
176:1, 176:5,
202:6, 203:9,
203:15
ferocious
52:22
few
63:10, 172:3,
172:7, 217:4
field
17:14, 17:18,
28:21, 51:25,
52:16, 54:16
fields
36:21, 36:23,
38:14
fight
185:10
figurative
200:16, 200:24,
201:2, 201:8
film
134:9, 152:4
filmed
134:23
filming
135:17, 146:8

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

242

| | | | |
|---|---|---|---|
| **filter**<br>86:3, 86:25<br>**final**<br>73:18<br>**finally**<br>137:6<br>**financial**<br>224:11<br>**find**<br>23:12, 23:16,<br>23:19, 24:7,<br>25:18, 81:5,<br>157:14, 159:4,<br>189:14<br>**finding**<br>21:11, 157:15<br>**fine**<br>12:11, 13:1,<br>24:2, 62:11,<br>178:1, 179:22,<br>205:1, 215:3<br>**finish**<br>28:1, 30:12,<br>30:20, 72:25,<br>82:14, 96:12,<br>112:19, 128:24,<br>192:10, 192:14,<br>194:12, 202:16<br>**finished**<br>25:5<br>**firm**<br>186:25, 187:5<br>**first**<br>28:2, 35:7,<br>38:17, 48:8,<br>49:2, 49:7,<br>60:6, 64:23,<br>65:14, 76:24,<br>100:17, 101:10,<br>117:14, 118:14,<br>121:7, 121:17,<br>125:5, 129:11,<br>130:12, 131:18,<br>154:12, 155:4,<br>157:25, 159:22,<br>179:10, 180:12,<br>193:11, 193:16,<br>196:10, 197:7, | **fists**<br>198:17, 210:25,<br>217:8, 221:19,<br>223:4<br>**fists**<br>141:18<br>**fit**<br>116:18<br>**fits**<br>111:8<br>**five**<br>13:10, 125:15,<br>142:5, 142:15,<br>172:19, 175:23,<br>220:18<br>**five-minute**<br>74:12<br>**fix**<br>202:7, 203:9<br>**flat**<br>123:7, 154:3,<br>158:9, 158:11<br>**flip**<br>200:10<br>**floor**<br>5:25, 6:6<br>**flying**<br>122:4<br>**focus**<br>38:11, 139:9<br>**focused**<br>39:25, 40:6,<br>52:2, 121:24,<br>152:23<br>**focuses**<br>40:20<br>**focusing**<br>135:10, 147:2,<br>147:4<br>**folks**<br>196:7<br>**follow**<br>146:13<br>**followed**<br>46:11, 76:3,<br>148:12, 187:2<br>**following**<br>15:21, 68:18,<br>70:13, 75:6, | **follows**<br>104:21, 146:6,<br>148:19, 157:25<br>**follows**<br>11:16, 182:10<br>**foot**<br>204:7<br>**force**<br>187:19<br>**ford**<br>6:12, 10:6,<br>10:7, 10:9<br>**foregoing**<br>224:3, 224:4<br>**foreign**<br>49:17<br>**foremost**<br>52:20<br>**form**<br>22:14, 22:16,<br>44:8, 46:22,<br>79:5, 80:1,<br>116:21<br>**formal**<br>18:17, 19:13,<br>37:5, 53:16,<br>63:8, 76:25,<br>100:14, 100:22,<br>101:14, 108:11<br>**formally**<br>28:22<br>**forming**<br>82:8, 83:2,<br>129:7, 188:13<br>**forth**<br>101:13, 146:23<br>**forward**<br>156:8<br>**foul**<br>28:6<br>**found**<br>23:8, 192:18<br>**four**<br>73:16, 173:24,<br>222:7, 222:10<br>**frame**<br>130:13, 130:14<br>**frame-by-frame**<br>76:18 | **frames**<br>131:23<br>**francescani**<br>71:15<br>**frega**<br>52:24<br>**french**<br>16:4, 48:10,<br>48:14, 48:16,<br>48:20, 48:22,<br>49:16, 103:12<br>**friend**<br>186:11<br>**friendly**<br>95:24, 96:1,<br>96:11, 96:25,<br>97:17, 98:12<br>**friends**<br>45:15<br>**front**<br>69:19, 80:21,<br>81:6, 81:7,<br>81:8, 81:14,<br>87:18, 125:17,<br>137:7, 154:13,<br>154:17, 154:25,<br>155:1, 156:21,<br>157:2, 158:3,<br>158:4, 158:5,<br>166:5, 166:12,<br>166:21, 167:23,<br>168:6, 182:6,<br>187:14, 187:16,<br>199:15, 204:6,<br>204:14, 205:19<br>**frost**<br>5:15, 10:15,<br>10:17<br>**ft**<br>4:8, 6:15, 57:4<br>**full**<br>21:18, 21:19,<br>179:10, 195:14<br>**fun**<br>164:10<br>**function**<br>20:1, 27:7,<br>33:17, 33:22, |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

243

87:22
**funny**
54:23
**further**
50:10, 73:10,
150:24, 151:11,
176:18, 203:22,
223:9

**G**

**games**
44:21, 161:11,
161:14
**gannett**
2:20, 5:20,
5:21, 6:1, 6:2,
9:20, 10:21,
10:22, 11:1
**gates**
21:8
**gather**
25:12, 132:3
**gave**
30:7, 62:23,
63:11, 67:10,
67:11, 76:24,
101:8, 198:3
**gaze**
152:24, 168:8
**general**
72:6, 115:22
**generally**
36:22, 75:22,
196:8
**generate**
25:17
**generative**
23:4, 25:15
**gesture**
161:13, 167:25,
184:24, 185:1,
186:18
**getting**
27:9, 78:5,
177:1
**give**
23:24, 29:12,
30:22, 38:18,

43:4, 51:4,
51:7, 51:8,
53:17, 54:2,
63:21, 64:1,
66:9, 105:22,
117:11, 119:17,
129:22, 130:9,
197:21, 215:20,
216:23
**given**
22:5, 33:10,
33:25, 36:2,
38:21, 44:16,
54:10, 58:19,
69:9, 78:10,
78:11, 94:24,
95:2, 98:24,
101:12, 101:20,
105:5, 115:16,
116:12, 116:20,
121:20, 133:15,
134:4, 146:15,
146:17, 149:18,
196:13, 199:17,
216:10, 222:23,
224:5
**gives**
190:25
**giving**
63:22, 151:16,
170:3
**glory**
43:5
**go**
10:7, 10:8,
13:21, 14:11,
23:14, 34:23,
43:11, 45:18,
46:3, 46:25,
53:6, 64:21,
64:23, 71:6,
73:4, 73:10,
85:6, 86:9,
93:8, 93:18,
94:6, 94:16,
99:1, 99:16,
105:8, 105:23,
107:4, 108:17,

120:8, 132:14,
141:22, 150:24,
152:12, 152:14,
158:4, 158:11,
158:13, 163:17,
166:8, 166:16,
166:17, 167:1,
167:17, 170:4,
171:5, 174:8,
178:22, 180:2,
180:21, 181:25,
182:17, 183:11,
189:16, 190:6,
192:5, 192:12,
192:16, 194:4,
196:20, 203:23,
205:5, 208:1,
215:3, 215:19,
217:15
**go'd**
110:16
**goal**
77:19
**god**
186:15
**goellner**
5:14, 10:16
**goes**
53:8, 68:19,
108:14, 166:22,
168:9, 169:2
**going**
11:23, 33:11,
38:13, 46:5,
49:14, 52:23,
65:4, 74:11,
74:16, 74:19,
74:23, 75:20,
75:21, 77:12,
105:4, 114:1,
120:13, 120:16,
132:4, 135:15,
136:10, 140:11,
148:3, 157:4,
158:5, 163:13,
166:18, 167:4,
167:8, 168:1,
171:21, 172:4,

176:18, 178:5,
178:8, 179:2,
185:6, 190:16,
191:8, 191:24,
192:14, 192:16,
192:17, 193:16,
193:24, 194:4,
209:15, 209:22,
210:11, 220:21,
220:24, 222:20,
223:17
**gone**
43:15, 43:23,
173:22
**good**
10:6, 10:14,
10:18, 11:7,
13:21, 54:6,
61:10, 103:16,
116:17, 132:13,
134:10, 154:16,
172:20, 206:11
**google**
26:19
**gosh**
221:11
**grab**
75:20
**graduate**
15:2, 15:4,
15:13, 15:17,
16:21, 35:2,
35:20, 35:23,
41:25, 43:12,
49:3, 55:9
**graduated**
15:3
**grammar**
18:2, 18:8,
23:4, 25:15,
25:16, 25:19,
107:13, 107:19,
111:3, 119:14
**grammarians**
23:15
**grammars**
17:21, 25:7,
25:8, 119:14

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

244

| | | | |
|---|---|---|---|
| **grammatical** 25:17, 26:5, 36:13, 110:19 | 128:2, 128:7, 128:9, 128:14, 130:25, 131:3, | **guessed** 155:1, 209:5 | 197:22 **hardest** 63:24 |
| **grandfather** 14:16 | 131:13, 131:14, 131:23, 132:21, | 134:10 **guy** | **hat** 99:5, 114:2, |
| **grandmother** 12:3, 12:4 | 133:12, 141:15, 142:1, 142:13, | 81:4, 114:1, 114:3, 151:5, | 114:3, 151:3, 162:6, 165:11, |
| **grandpa** 183:25, 184:5, | 142:15, 142:24, 143:1, 145:15, | 162:6, 162:11, 162:14, 162:15, | 173:19, 175:1, 175:9, 175:12, |
| 184:22, 185:3 **grandview** | 145:18, 146:5, 146:11, 146:13, | 180:4, 183:23, 183:24, 190:16, | 180:11, 180:15, 183:23, 190:17, |
| 4:7 **grateful** | 146:17, 146:21, 147:3, 147:4, | 193:25 **guy's** | 194:1 **haute** |
| 186:17 **gray** | 147:13, 151:13, 154:18, 154:20, | 54:14, 140:6 | 13:14, 14:1, 14:7, 14:8, |
| 175:20 **graydon** | 155:11, 155:15, 157:24, 166:11, | **H** | 14:12 **head** |
| 6:13 **great** | 171:20, 172:5, 174:4, 174:6, | **hair** 174:6, 180:13 | 6:13, 12:23 **healthcare** |
| 12:3, 12:4, 13:2, 14:4, | 180:5, 180:7, 180:8, 181:20, | **haitian** 16:3, 48:9, | 59:3 **hear** |
| 14:15, 186:15 **greenbaum** | 181:23, 181:24, 182:9, 182:10, | 48:14, 48:16, 48:20, 48:22, | 13:17, 14:1, 49:13, 59:13, |
| 4:22 **greenberg** | 182:20, 183:5, 184:6, 184:18, | 49:14 **half** | 61:10, 125:12, 136:5, 136:17, |
| 6:5, 10:24 **grew** | 185:11, 192:13, 192:24 | 53:8 **hand** | 178:25, 185:18, 186:4, 205:1, |
| 14:4, 138:1, 138:8 | **groups** 97:11, 122:10, | 115:7, 224:14 **hands** | 210:20, 210:23, 210:24, 211:12, |
| **grin** 164:5, 164:6, | 122:13, 123:17, 142:21, 158:3, | 170:17, 170:25, 171:2, 183:25, | 211:20, 212:13, 212:16, 214:15, |
| 164:7, 164:8 **grinning** | 182:6 **grow** | 198:13 **hang** | 214:23, 214:25 **heard** |
| 164:2, 165:11, 165:14, 170:1 | 13:15, 84:22 **growing** | 167:6 **hanging** | 87:19, 117:16, 157:25, 188:9, |
| **ground** 155:6, 155:12, | 139:8 **grunting** | 123:2 **happened** | 211:24, 212:17 **hearing** |
| 158:10, 158:11, 167:25 | 141:18 **grygiel** | 67:8, 72:8, 76:7, 78:19, | 55:25, 59:4 **hebrew** |
| **group** 55:1, 55:5, | 6:4, 10:24 **guardian** | 78:23, 81:14, 83:20, 89:16, | 77:13, 122:23, 123:14, 123:23, |
| 55:7, 55:8, 55:23, 56:2, | 45:16 **guardians** | 89:19, 95:16, 131:24, 194:1 | 124:3, 124:5, 125:6, 125:19, |
| 56:3, 56:6, 104:1, 115:10, | 1:8, 1:18, 1:31, 2:5, 2:15, | **happening** 80:18, 87:17, | 125:22, 126:16, 129:13, 130:22, |
| 122:1, 122:17, 123:2, 123:21, | 2:27 **guess** | 92:21, 156:19, 212:21, 213:18 | 133:7, 133:9, 133:19, 133:23, |
| 127:3, 127:17, | 96:12, 146:7, | **happy** 120:11, 186:18 **hard** 110:16, 134:8, | 134:23, 135:10, |

136:6, 136:14,
136:18, 136:23,
139:14, 139:17,
140:19, 141:16,
141:20, 147:1,
148:4, 152:17,
152:22, 153:4,
157:2, 157:20,
182:7
**heckling**
123:22
**hedge**
115:2
**held**
43:19, 141:18,
171:25
**hello**
13:17
**help**
8:13, 29:1
**helpful**
37:10, 54:22
**hemmer**
4:6, 57:2, 57:8
**hence**
28:24, 31:23,
84:3, 140:20
**here**
8:20, 8:24,
9:19, 11:5,
11:8, 12:8,
13:4, 13:9,
13:21, 16:14,
18:7, 26:6,
39:6, 39:11,
39:18, 41:15,
42:24, 43:24,
46:4, 47:20,
49:8, 57:25,
58:2, 59:1,
62:13, 62:17,
63:4, 64:6,
64:22, 68:17,
68:24, 69:2,
69:11, 69:17,
70:23, 71:14,
72:10, 72:11,
73:2, 73:11,

80:8, 83:20,
85:23, 86:23,
91:10, 92:4,
93:14, 95:4,
104:3, 104:20,
105:16, 105:20,
119:14, 120:11,
121:3, 122:9,
123:9, 125:14,
127:12, 127:15,
128:11, 128:13,
129:5, 130:15,
136:25, 137:16,
157:14, 169:1,
170:11, 171:6,
171:19, 174:1,
176:10, 180:1,
180:19, 181:4,
188:3, 191:16,
197:1, 207:24,
215:4, 217:5,
221:22
**hereby**
224:3
**hereunto**
224:13
**heritage**
74:5, 195:17,
195:25, 201:14
**hernandez**
6:18, 9:25
**high**
14:11, 14:13,
14:14, 14:17,
83:11, 99:1,
102:2, 171:25
**high-level**
37:13
**highbrow**
103:8
**higher**
172:7, 175:21
**higher-up**
174:23
**himself**
81:6, 81:8,
153:1, 177:10,
192:18, 219:18,

220:1, 220:10
**hired**
41:6, 41:7,
41:9
**historical**
18:8, 18:24,
74:3
**historically**
18:10
**history**
17:21, 34:24,
42:21, 43:16,
64:17, 96:3,
97:3, 97:4, 97:7
**hit**
174:8
**hits**
198:5
**hobby**
16:21
**hold**
30:12, 42:7,
174:24, 206:20
**holding**
151:15, 151:19,
152:8, 163:5
**home**
76:11
**honored**
42:3
**honorific**
184:23
**hoot**
185:1
**horrible**
172:11
**hostile**
143:4
**hostility**
136:14, 141:20
**hour**
74:11, 221:7
**hours**
77:2, 77:4,
221:9, 222:8,
222:10
**houses**
172:19

**however**
218:18
**huber**
4:5, 10:12
**huge**
21:19
**human**
25:23, 36:22,
42:19, 49:21,
49:23, 52:10,
206:9, 206:19,
207:5, 208:22,
209:2
**humpty**
115:7
**hungry**
20:17
**hutchinson**
71:15
**hypothesis**
53:25, 54:4
**hypothetically**
197:3, 208:12

I

**idea**
85:7, 94:8,
132:21, 146:13,
163:15, 182:22,
184:17, 205:15
**idealized**
111:3, 111:4
**identification**
46:7, 222:25
**identified**
124:24, 128:8,
128:9
**identifies**
99:5
**identify**
8:13, 8:16,
10:4, 163:10
**idioms**
116:2
**ignore**
101:18
**ignored**
126:12

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

246

ignoring
152:16, 152:18
iii
105:9
illinois
5:7, 14:9
image
179:19, 180:15
imagine
141:23
immediate
77:17
immediately
76:3, 122:2,
137:22, 173:20,
174:3, 175:11,
175:12, 205:7
impact
30:14, 33:2,
44:1, 92:10
impacted
97:24
impasse
114:6, 114:7,
190:18, 192:18,
193:7, 193:10,
194:5, 194:6,
194:8, 194:24,
196:9, 200:3,
200:7, 200:14,
200:22, 200:24,
201:4, 201:7,
201:11, 201:15,
201:20, 202:1,
202:2, 202:5,
202:10, 202:12,
202:21, 202:22,
202:25, 204:18
impasse"
115:17, 193:2
impeding
205:9
implicate
151:17
implications
56:9, 65:11
imply
200:15, 203:2

implying
153:3
important
29:7, 43:18,
55:10, 58:9,
80:1, 116:1,
153:20, 190:1,
202:11, 202:22,
212:25, 213:4,
213:18
impressed
44:8
impression
134:2, 134:4,
137:17, 137:21,
140:3
improves
53:23
in-crowd
56:5
in-person
2:36, 3:2,
67:18
in-utterances
32:24
inaccuracies
187:11, 189:8
inadequate
52:13
inadmissible
58:24, 59:11,
59:19, 59:25,
60:3
inanimate
117:24
inc
1:36, 2:10,
2:20, 4:10,
4:11, 4:18,
4:19, 5:1, 5:2,
5:20, 6:1, 9:6,
9:20, 10:22
incendiary
125:23, 125:25,
136:2
inch
204:12
inches
187:14, 187:16

incident
70:22, 82:12,
83:6, 83:10,
121:4, 218:3,
218:14
incidents
218:17
inclined
103:2
include
27:2, 41:15,
49:7, 195:19
included
69:16, 152:10,
185:11
includes
51:12
including
37:18, 146:8,
167:22, 174:11
inclusive
184:5
incorporated
9:10
incorrect
87:20, 159:8,
159:11, 159:12,
165:4, 176:13,
177:21
independent
37:9
indexi
41:13
indexical
54:17
indexicality
41:11, 41:12,
52:5, 52:6,
54:15
indexicals
41:13
indian
144:13
indiana
4:24, 13:14,
14:1, 14:7,
14:9, 14:19,
14:23, 15:7,

15:11, 15:23,
49:3
indianapolis
4:24
indicate
132:21, 171:1,
221:6
indicated
63:4
indicates
65:3
indication
208:1, 208:5,
208:11, 208:18,
209:15, 213:21
indications
209:4
indicative
95:21
indigenous
127:5, 130:10,
133:11, 146:16,
146:20, 161:17,
180:14
individuals
88:23, 89:7,
96:20, 115:7
infelicitous
44:12
infer
94:12
inferring
94:18
influence
59:16, 92:12
influenced
84:17
influences
26:16, 28:15,
119:16
influential
53:6, 54:15
informal
62:23, 79:14,
100:19, 101:11
informally
100:20, 101:8,
108:5

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

247

information
2:21, 5:21,
6:2, 10:22,
11:1, 19:15,
20:24, 25:12,
28:23, 28:25,
34:10, 34:13,
34:15, 35:6,
38:18, 38:20,
51:12, 51:22,
62:23, 64:17,
73:6, 108:18
informs
166:23
initial
27:10, 66:6,
76:25, 79:14
initially
65:21, 65:25,
67:9, 154:17,
221:16
insane
103:24, 104:18
insofar
78:20, 90:13
instead
16:16, 16:20,
107:16, 110:15
institutions
35:7
insult
125:23, 126:16
insulting
126:7, 126:18,
135:20, 136:17,
136:18, 136:23
insurance
60:17
intelligence
111:19
intend
28:6, 91:17,
105:14, 143:2
intended
84:4, 84:8,
89:22, 91:23,
109:9, 118:6,
118:8, 148:18,

192:8, 192:9,
192:12, 197:5
intending
84:3, 118:16
intent
63:18, 84:17,
86:15, 86:25,
87:19, 90:1,
90:10, 90:13,
90:22, 91:1,
91:4, 91:13,
91:14, 92:5,
92:14, 93:23,
93:24, 94:3,
94:8, 95:4,
95:5, 107:1,
119:1, 126:16,
177:14, 177:15
intention
94:13, 95:9,
95:10, 118:3,
118:13, 153:1,
170:6, 177:9,
208:8
intentionally
192:20, 214:2
intentions
81:25, 88:24,
94:18, 96:3,
105:1, 166:15,
208:21, 220:4
inter
215:11
inter-disciplina-
ry
35:9
interact
26:11, 38:3
interacted
122:10, 123:14,
126:4
interacting
123:1, 124:7
interaction
34:20, 76:1,
76:9, 81:10,
95:24, 96:18,
97:17, 99:9,

114:5, 121:24,
123:3, 127:18,
128:3, 128:15,
128:17, 129:3,
135:14, 142:20,
148:3
interactive
4:11, 4:19, 5:2
interdisciplinary
42:18, 42:22
interest
38:4, 70:22,
113:16, 224:11
interested
16:9, 16:15,
16:16, 16:18,
16:22, 16:24,
17:23, 19:3,
37:17, 37:24,
38:13, 42:20,
52:18, 55:10,
80:24, 88:6,
100:18, 101:3,
135:13, 188:22,
215:7
interesting
32:12, 39:15,
45:17, 59:5
interests
81:13, 142:21
interface
25:24
interjection
12:12, 13:16
interlocutor
55:25, 119:3
interlocutors
28:23, 29:3,
29:5, 34:9,
34:11, 50:23
interpret
44:2, 63:18,
64:13, 80:18,
81:24, 87:13,
142:25, 211:19
interpretation
21:24, 26:16,
28:15, 50:15,

50:20, 50:25,
51:1, 51:3,
51:22, 60:11,
62:18, 62:24,
63:12, 64:10,
81:12, 81:15,
84:10, 104:25,
119:16, 155:21,
155:24, 168:11,
168:12, 169:6,
170:8, 184:9,
215:14
interpreting
34:17, 63:15
interrupt
171:24
interruptions
8:19
interview
82:17, 83:4
interviews
79:3
intransitive
216:19
introduce
31:6, 31:9,
31:13
introduced
29:16, 29:18,
29:20, 29:21,
29:23, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12
investigative
73:18
investigator
101:13
invitation
42:10
invited
42:25
involved
88:23, 89:8,
97:25
involving
66:3
irrationality
103:18

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

248

**israelites**
77:13, 122:23,
123:14, 123:23,
124:4, 124:6,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:24, 135:10,
136:7, 136:14,
136:19, 136:23,
139:14, 139:18,
140:19, 141:16,
141:21, 147:2,
148:4, 152:17,
152:22, 153:4,
157:3, 157:20,
182:7
**issue**
40:19, 44:3,
62:19, 64:20,
88:7, 114:9,
184:8, 187:23,
187:24, 193:23,
213:10, 214:1,
216:14
**issued**
59:23
**issues**
13:22, 17:2,
17:20, 97:14
**itself**
19:21, 80:12,
220:6, 221:4
**iv**
68:15, 75:8

**J**

**january**
42:12, 69:19,
121:4
**jessica**
4:21
**jessie**
11:9
**job**
1:40, 151:21

**john**
20:4, 20:5,
20:19, 24:12,
29:15, 29:17,
29:20, 29:23,
30:1, 30:3,
31:7, 31:8,
31:9, 31:10,
31:12, 31:13,
32:9, 33:12,
39:16
**john's**
20:6
**johnson**
5:23, 10:21
**jointly**
145:3
**joke**
54:13
**joking**
212:23
**judge**
58:12, 59:12,
113:5, 133:25,
134:4, 172:9,
172:11, 173:25
**judges**
39:14
**judging**
179:13
**judgment**
188:8
**judgments**
23:24, 26:2,
26:9
**julie**
1:9, 1:19,
1:32, 2:6, 2:16,
2:28
**jump**
159:13, 179:18,
185:19
**jumping**
137:11, 141:17
**junior**
16:13
**justin**
71:24

**K**

**kaplan**
5:23, 10:20
**keep**
66:16, 112:8,
209:15, 222:1
**keeping**
187:21, 189:5
**kentucky**
1:2, 4:8, 5:26,
6:15, 59:8,
62:16
**kept**
57:24, 188:13
**kevin**
5:13, 10:14
**key**
203:7
**kind**
20:23, 25:24,
25:25, 26:2,
33:15, 44:19,
50:8, 50:24,
103:19, 125:13,
137:20, 180:13,
186:17, 207:8
**kinds**
19:14, 26:21,
26:23, 27:10,
27:13, 27:14,
40:8, 50:19,
97:12, 97:13,
110:11, 123:15,
124:7
**knew**
42:24, 59:6,
97:19, 100:17,
101:2, 132:1,
137:19, 183:4,
205:12, 205:13
**knowing**
79:15, 190:9
**knowledge**
18:8, 119:13,
119:15, 193:6
**known**
26:17, 161:7,

183:6, 183:8,
186:14, 205:7,
205:16
**knows**
98:21, 113:24,
181:14, 182:22
**krishnan**
4:13, 10:18,
10:19

**L**

**lack**
171:1
**landscape**
133:17
**language**
17:18, 18:8,
21:21, 23:7,
23:9, 23:10,
25:18, 25:22,
26:5, 29:10,
35:6, 35:11,
36:2, 36:4,
36:15, 36:22,
36:25, 37:9,
37:18, 37:19,
37:21, 38:7,
38:25, 39:14,
39:21, 40:1,
40:5, 42:20,
49:17, 49:22,
49:23, 50:5,
50:6, 50:9,
50:21, 50:25,
52:22, 55:16,
63:17, 63:25,
64:14, 64:19,
74:6, 78:11,
91:16, 91:25,
92:6, 92:12,
103:3, 106:16,
107:9, 108:14,
109:16, 109:21,
109:23, 110:3,
110:7, 110:20,
110:22, 111:4,
115:20, 116:25,
125:23, 125:25,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

249

135:20, 135:21,
143:15, 143:18,
143:23, 144:1,
144:12, 144:25,
145:8, 145:9,
168:16, 188:24,
197:13
**languages**
17:21, 17:22,
18:10, 18:13,
37:7, 48:18,
49:20, 50:7,
50:8, 50:9,
52:10, 52:11,
108:15, 108:16,
108:20
**large**
17:18, 53:6,
53:7, 76:14,
127:3, 129:7,
129:17, 141:15,
142:14, 154:20
**larger**
132:19, 154:18
**larry**
39:13, 39:14
**last**
79:1, 83:24,
84:1, 100:24,
133:22, 137:5,
171:6, 181:25,
190:14, 190:20,
193:19, 219:11,
219:14, 221:3,
221:21
**late**
25:10, 52:24,
67:14, 100:5,
100:11
**later**
67:14, 75:12,
78:25, 131:10,
154:5, 175:3
**latter**
93:18
**laughing**
164:2, 164:9,
165:11

**laughter**
54:24
**laurin**
4:21
**lavelle**
59:2
**law**
38:7, 38:14,
38:23, 39:3,
39:21, 39:23,
40:6, 40:11,
40:16, 57:4,
60:11, 63:24,
63:25, 64:1,
80:21, 109:14,
109:22, 121:19,
186:23, 187:2,
188:11
**lawsuit**
188:4
**lay**
196:6, 197:22,
199:25
**lead**
80:19, 103:18
**lead-up**
75:25, 77:17
**leader**
137:20
**leading**
145:15, 145:18,
145:20
**leads**
51:20
**learn**
17:24, 110:22,
111:2
**learned**
106:14, 110:4
**learning**
104:14, 110:2,
110:5, 110:20,
197:16
**least**
22:22, 77:1,
123:1, 127:17,
128:2, 129:20,
134:7, 172:2,

172:6, 172:24,
173:24, 174:6,
179:4, 189:13
**lecture**
53:17
**led**
137:8, 143:17
**left**
19:23, 43:16,
43:19, 123:6,
151:4, 154:6,
158:6, 160:23,
165:21, 165:23,
168:20, 171:21,
172:6, 173:3,
173:18, 173:21,
174:3, 174:15,
175:1, 175:6,
175:13, 177:8,
179:2, 204:7,
205:7, 205:16,
206:1, 206:5,
206:14, 209:12,
216:20, 216:21,
217:14, 218:16
**legal**
58:4, 58:5,
59:7, 65:10,
68:2
**legally**
59:15
**legitimacy**
85:11
**legs**
175:20
**lend**
81:13
**less**
158:7
**let's**
17:15, 34:23,
46:3, 56:14,
62:7, 64:5,
64:21, 83:23,
90:25, 99:16,
100:23, 105:23,
107:4, 117:1,
120:19, 120:23,

134:22, 149:4,
152:12, 152:14,
156:11, 156:18,
157:10, 158:13,
158:17, 159:13,
159:25, 162:17,
165:5, 167:1,
167:17, 169:18,
171:5, 178:22,
183:11, 186:22,
189:16, 190:6,
190:7, 192:25,
199:24, 203:22,
203:23, 210:9,
210:23, 210:24,
211:11, 212:7,
215:3, 215:19,
217:4
**letter**
46:22, 73:18,
222:13
**letters**
43:13, 53:22
**lexicographer**
21:8, 21:22,
115:11, 196:15
**lexicographers**
22:7, 24:6,
115:19
**lexicographic**
21:11
**lexicography**
16:1, 16:6,
16:7, 16:10,
16:23, 21:6,
114:15, 116:10
**library**
113:8
**licensure**
59:3
**licit**
25:17, 34:19
**lie**
19:11
**life**
43:25, 84:23,
85:1, 86:3,
86:8, 86:16,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

250

86:25, 87:9,
92:9, 92:18
**likely**
44:9, 44:10,
118:8, 118:20,
145:13
**lincoln**
69:19, 125:17,
133:16, 157:3,
157:5, 157:8,
157:20, 166:3,
191:21, 191:25,
192:15, 208:10
**line**
61:10, 61:11,
112:10, 112:12,
137:5, 168:7,
191:19
**lines**
189:15, 219:7
**linguist**
18:6, 19:5,
19:6, 19:12,
27:15, 27:24,
37:11, 43:22,
63:22, 77:22,
79:18, 112:20,
113:9, 144:6,
144:21, 188:18,
196:23, 197:6
**linguistic**
17:11, 17:24,
18:15, 23:23,
25:7, 39:1,
54:13, 59:12,
62:5, 91:15,
95:5, 101:24,
102:6, 111:21,
121:19, 138:3,
138:5, 209:5
**linguistically**
91:15
**linguistics**
15:12, 15:24,
16:16, 17:7,
17:10, 17:16,
17:17, 17:23,
18:20, 18:22,

18:23, 18:24,
18:25, 35:14,
36:17, 36:23,
37:2, 37:14,
38:2, 39:19,
40:22, 41:4,
52:15, 59:21,
107:7, 107:17,
110:23, 111:17,
188:2, 195:3,
196:7, 211:8
**linguists**
18:3, 19:15,
22:17, 23:2,
24:25, 27:10,
29:8, 38:3
**link**
53:8, 71:7
**linked**
71:17, 72:1,
73:6
**links**
71:6, 72:3,
73:13
**lips**
135:25
**lisa**
1:42, 3:22,
11:12, 224:2,
224:17
**list**
42:13, 47:20,
48:8, 56:16,
56:24, 58:2,
58:3, 70:23,
73:16, 73:24,
74:1, 149:17,
195:14, 200:3
**listed**
8:24, 24:11,
56:23, 57:25,
60:4, 68:24,
69:2, 69:11,
70:8, 70:9,
72:13, 73:1,
75:8, 111:24,
121:6, 189:19
**listener**
55:25

**listening**
34:16
**listens**
110:16
**listing**
60:6
**lists**
69:22, 71:23
**literal**
188:2
**literally**
116:3, 188:1
**literature**
21:13
**little**
12:8, 12:10,
17:15, 31:24,
50:10, 58:18,
60:22, 68:5,
109:25, 110:2,
120:12, 161:25,
163:18, 164:18,
164:19, 197:16,
203:22, 207:24
**live**
13:2, 13:4,
47:25, 48:6
**lived**
13:9, 13:10,
16:14
**living**
16:12, 44:17,
134:8
**llc**
1:12, 2:22,
2:32, 5:10,
5:15, 5:21, 6:2,
6:9, 9:2, 9:13,
10:11, 10:15,
10:17
**llp**
4:14, 4:22,
5:5, 5:24, 6:5,
6:13, 10:2
**local**
45:16
**locked**
205:20, 205:22

**locking**
206:2
**logic**
50:8
**logical**
37:6, 108:14,
108:16, 108:21
**logically**
108:12
**logicians**
37:23
**long**
13:9, 16:11,
34:8, 39:21,
41:7, 42:21,
67:2, 67:3,
91:18, 111:19,
119:17, 122:22,
123:13, 134:7,
165:13, 205:11,
219:9
**longer**
14:15, 111:5
**longest**
129:12
**look**
20:13, 28:19,
39:3, 39:5,
44:14, 45:3,
45:12, 46:21,
47:23, 56:14,
61:2, 63:7,
66:20, 67:10,
67:24, 72:2,
72:3, 78:5,
78:9, 83:23,
84:1, 94:23,
95:1, 95:16,
96:17, 97:10,
101:25, 102:7,
109:4, 109:8,
113:17, 113:22,
114:3, 118:11,
120:19, 120:23,
126:4, 128:21,
134:22, 139:4,
149:2, 151:11,
159:4, 167:4,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

251

170:2, 171:22,
182:4, 186:22,
190:6, 191:4,
191:5, 193:12,
195:3, 196:20,
196:25, 197:1,
198:18, 199:24,
201:13, 202:13,
207:11, 216:25
**looked**
27:18, 38:23,
40:7, 40:18,
52:9, 63:18,
69:16, 71:8,
106:20, 113:15,
113:18, 113:21,
114:11, 116:8,
139:7, 140:24,
141:1, 157:7,
194:11, 194:24,
204:4, 210:10
**looking**
21:24, 44:6,
44:18, 77:2,
77:4, 78:4,
94:19, 96:5,
101:16, 103:7,
115:12, 115:22,
132:6, 149:10,
157:19, 178:11,
186:13, 196:22,
198:8, 202:12,
206:4, 206:12,
206:15, 206:16,
215:17, 216:2,
219:10
**looks**
20:17, 45:17,
164:15, 166:20,
172:21, 172:22
**loosely**
28:22
**lot**
27:16, 39:13,
50:18, 76:21,
99:3, 112:11,
124:4, 137:10,
138:1, 172:18

**lots**
152:7
**loudly**
141:17, 143:14,
143:18, 145:22,
148:5, 156:22
**loudspeaker**
125:11
**louisville**
5:26
**loves**
20:4, 20:5
**low**
111:18
**lunch**
120:10, 120:22
**lying**
89:24

## M

**made**
23:5, 34:3,
62:4, 99:12,
114:13, 122:22,
124:12, 124:16,
127:17, 128:3,
128:15, 128:16,
129:12, 134:9,
147:18, 180:9,
201:16
**maga**
99:5
**magistrate**
59:13, 59:18,
62:16
**magistrate's**
59:4
**main**
5:25, 22:20,
27:5, 187:19,
195:19
**major**
22:22
**make**
13:21, 16:8,
23:17, 26:9,
75:4, 91:17,
98:6, 106:1,

110:11, 114:11,
137:15, 145:25,
167:25, 200:18,
215:5
**makes**
52:11
**making**
16:2, 25:22,
89:25, 125:11,
129:3, 136:15,
137:10, 147:10,
181:12, 181:17,
184:24
**male**
20:19
**man**
123:24, 170:23,
185:2
**manual**
49:8
**many**
23:5, 29:9,
43:17, 51:19,
57:15, 57:20,
75:19, 76:5,
77:25, 107:12,
115:5, 115:12,
122:24, 123:15,
125:18, 129:20,
130:18, 130:21,
132:7, 146:4,
146:5, 148:11,
161:17, 167:24,
173:25, 184:22,
186:13, 219:7,
221:9
**march**
85:3, 127:6,
130:11
**mark**
46:3, 46:5,
150:14, 159:15,
160:1, 160:2,
160:23, 160:24,
161:25, 162:1,
164:19, 171:11,
171:12, 222:18
**marked**
46:6, 105:16,

149:4, 150:11,
158:18, 222:24
**market**
4:23
**marking**
46:9
**marks**
223:16
**mary**
20:4, 20:5
**maryland**
3:24
**mass**
17:8
**massachusetts**
15:9, 15:20,
17:5, 21:10,
39:20
**master's**
15:16, 15:21
**material**
69:8, 72:17,
101:8, 130:15,
132:11, 137:4
**materials**
68:16, 68:18,
68:22, 68:23,
69:3, 69:9,
69:12, 69:15,
70:8, 70:10,
70:13, 70:17,
73:15, 73:16,
73:21, 79:14,
101:15, 101:17,
121:5
**maternal**
110:6
**mathematical**
108:16
**matter**
8:22, 8:25,
9:5, 9:8, 9:12,
9:19, 15:17,
56:1, 62:17,
65:15, 66:14,
81:9, 104:4,
104:6, 104:20,
108:22, 111:12,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

252

111:15, 111:17,
117:9, 138:8,
143:10, 170:8,
177:15, 222:14
**matters**
8:23, 57:15,
57:21, 104:8
**matthews**
6:19
**mature**
110:8
**maybe**
66:24, 135:12,
136:9, 154:19,
154:22, 159:5,
220:18
**mcmurtry**
4:4, 11:5,
24:24, 28:1,
28:4, 46:23,
65:19, 65:23,
74:14, 85:6,
85:14, 85:21,
86:9, 94:6,
94:16, 96:12,
100:1, 101:11,
102:16, 102:23,
126:23, 128:23,
138:11, 138:17,
141:22, 142:3,
142:6, 142:10,
142:17, 149:20,
158:14, 169:7,
170:4, 175:22,
176:24, 178:3,
182:17, 202:16,
205:2, 219:7,
220:20, 221:16,
221:19, 223:11,
223:15
**mcmurtry's**
70:18, 187:5
**mean**
22:21, 23:14,
24:3, 24:10,
26:7, 29:4,
32:24, 32:25,
33:8, 35:25,

41:23, 43:2,
50:18, 51:1,
53:4, 57:17,
57:18, 65:9,
80:14, 80:16,
81:1, 87:16,
95:7, 95:8,
103:1, 103:11,
103:21, 106:18,
106:24, 107:11,
107:14, 109:5,
109:12, 109:14,
109:17, 113:24,
115:18, 116:22,
119:4, 119:11,
145:17, 146:10,
146:12, 146:20,
149:12, 154:23,
156:23, 157:17,
157:18, 164:6,
165:4, 165:18,
167:20, 180:1,
181:23, 182:18,
183:21, 187:8,
188:4, 188:6,
188:9, 188:11,
188:15, 188:23,
190:6, 191:12,
191:20, 192:1,
192:4, 192:7,
193:7, 194:20,
196:2, 196:16,
196:17, 202:24,
204:2, 217:8,
218:11
**meaning**
16:24, 17:1,
17:3, 17:11,
17:24, 18:2,
18:12, 18:19,
19:2, 19:20,
19:25, 20:16,
20:25, 22:22,
24:13, 26:5,
26:12, 27:7,
29:2, 30:14,
34:19, 37:7,
37:8, 38:21,

39:2, 52:25,
54:16, 54:18,
55:17, 55:21,
58:12, 59:8,
64:3, 66:10,
77:24, 78:1,
91:15, 91:22,
91:23, 97:4,
101:24, 103:14,
107:8, 109:9,
109:11, 109:14,
109:19, 111:1,
111:12, 114:22,
114:25, 115:9,
115:21, 116:16,
116:24, 118:10,
176:16, 188:2,
188:22, 190:14,
191:1, 195:10,
195:12, 197:24,
198:1, 198:7,
198:20, 199:3,
199:11, 199:21
**meanings**
20:2, 20:8,
20:11, 20:12,
22:4, 26:8,
26:10, 27:21,
94:19, 94:21,
109:7, 114:13,
114:16, 115:6,
115:14, 196:12,
196:17, 202:4,
216:14
**means**
20:4, 20:17,
41:24, 56:8,
62:6, 65:8,
65:10, 66:12,
98:11, 106:25,
115:8, 115:17,
116:11, 175:20,
184:3, 184:4,
184:5, 184:11,
190:10, 191:6,
192:22, 211:9,
216:22, 216:23
**meant**
33:10, 90:1,

90:2, 95:8,
100:21, 127:23,
140:17, 148:1,
184:7, 184:10,
185:15, 191:18,
192:22
**measure**
187:15
**mechanical**
23:22, 26:3
**media**
1:12, 5:11,
6:9, 9:1, 10:11
**meek**
4:21, 11:9,
150:15, 150:18,
158:20, 158:23,
159:16, 159:19,
160:3, 160:6,
160:25, 161:3,
162:2, 162:12,
163:6, 163:20,
163:23, 164:20,
164:23, 169:20,
169:23, 171:13,
171:16, 173:12,
183:13, 183:16,
185:21, 185:24,
210:15, 210:17,
211:2, 211:6,
211:14, 211:16,
211:25, 212:11,
214:9, 214:12,
214:19
**meenakshi**
4:13, 10:18
**meetings**
67:18
**member**
42:5, 43:7,
122:17, 127:16,
128:1, 128:7
**members**
122:1, 146:16
**memorial**
69:19, 125:18,
132:6, 133:16,
157:3, 157:6,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

253

157:8, 157:12,
157:21, 166:3,
166:9, 166:14,
168:1, 191:21,
191:25, 192:15,
192:18, 208:10
**memory**
80:9
**men**
142:16, 180:14
**mentality**
139:20, 140:1,
140:7
**mention**
20:24, 126:2,
131:8, 156:14
**mentioned**
36:1, 36:18,
48:10, 51:24,
75:24, 161:8,
189:13, 194:21
**mere**
146:6
**merely**
84:3
**merriam**
195:16, 195:24,
201:23
**merriam-webster**
21:9
**merriam-webster's**
74:4
**message**
125:8, 126:22
**met**
16:17, 29:25,
30:4, 82:19,
83:14
**methodologically**
189:6
**methodologies**
19:19
**methodology**
77:21, 101:20,
101:21
**mic**
8:11
**michael**
5:22, 6:4,

10:20, 10:24
**michigan**
36:7, 36:12
**middle**
105:9, 156:16,
176:3, 176:8,
179:9, 182:9
**midway**
50:11, 62:18,
64:8
**midwest**
138:1, 138:8,
139:8
**might**
16:15, 19:24,
22:23, 26:4,
26:6, 28:25,
38:20, 40:17,
45:15, 58:8,
68:5, 81:13,
88:13, 92:5,
100:12, 104:22,
106:13, 109:5,
109:6, 112:20,
114:9, 116:2,
117:21, 122:3,
123:2, 124:10,
125:1, 130:18,
132:6, 135:25,
137:18, 138:9,
141:3, 141:23,
142:22, 142:24,
143:6, 143:9,
146:6, 152:5,
159:3, 172:22,
172:23, 180:11,
180:15, 182:2,
212:17
**miles**
14:9
**mind**
104:2, 104:3,
111:20, 124:2,
186:20, 188:13,
188:25, 189:5,
203:12, 220:2
**minds**
209:23

**mine**
19:11, 52:18
**minor**
187:10, 189:8,
189:9, 189:14
**minute**
47:23, 179:4,
210:13, 210:14
**minutes**
175:23, 178:3,
179:11, 183:17,
211:3, 220:18
**misconstruing**
175:4
**misguided**
202:20
**misinterpret**
103:19
**misrepresent**
80:20
**misrepresented**
90:23
**mistaken**
81:22, 81:24,
90:11
**misunderstand**
81:14
**misunderstanding**
87:24
**misunderstood**
30:19
**mitchell**
4:8, 6:15, 57:4
**mixed**
177:2
**mm-hmm**
47:10, 54:11,
123:9, 127:24,
147:22, 203:24,
222:7
**mocking**
161:20
**modern**
17:22, 110:23,
111:23
**moment**
92:23, 140:2,
141:2, 153:13,

153:17, 161:19,
168:20, 169:11,
169:14, 174:1,
178:14, 184:16,
186:20, 202:7,
205:18, 205:23,
207:3, 212:19,
213:8, 213:16
**moments**
175:2, 176:1,
203:19
**money**
43:4, 82:16,
132:12
**monitors**
76:14
**month**
67:5
**months**
110:9, 110:10
**more**
9:18, 17:1,
17:23, 19:2,
20:12, 23:20,
26:12, 44:9,
44:10, 49:13,
51:19, 69:9,
77:11, 80:24,
90:25, 98:7,
98:8, 101:9,
103:2, 103:8,
103:10, 117:23,
118:7, 118:20,
120:12, 156:12,
158:7, 167:4,
174:7, 181:4,
190:25, 192:1,
199:7, 200:14,
203:2, 208:13
**morning**
10:6, 10:14,
10:18, 11:7,
117:4, 222:16
**most**
25:20, 26:17,
52:21, 54:15,
74:1, 86:6,
96:19, 101:19,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

254

102:1, 113:19,
113:21, 113:22,
115:24, 150:6,
197:14, 200:25
**mostly**
45:3
**mother**
110:7
**mothers**
110:3
**motives**
88:24, 90:7,
139:21
**mouth**
140:8, 185:7
**move**
173:22, 175:6,
177:16, 198:13,
203:25, 204:7,
204:12, 210:21,
211:9, 212:17,
213:25
**moved**
42:23, 44:8,
93:6, 93:17,
118:5, 152:24,
173:22, 175:13,
176:23, 194:7,
209:20, 209:24,
217:6, 217:13,
217:16, 218:15,
220:9
**movement**
92:6, 144:13,
200:16, 203:4,
220:5
**moves**
174:12, 175:9
**moving**
90:14, 130:25,
153:1, 156:8,
166:2, 174:19,
177:4, 204:19,
209:8, 211:13,
211:20, 212:18
**much**
15:17, 48:24,
75:14, 76:20,

77:11, 77:15,
80:23, 131:12,
132:19, 198:1,
198:2
**multiple**
109:4, 115:5,
155:3, 167:21
**music**
145:4
**must**
77:1, 154:25,
218:15
**mute**
8:11
**myself**
78:14, 85:8,
113:4, 206:10

**N**

**name**
11:18, 12:2,
18:16, 54:14,
66:8
**names**
31:8, 126:3,
177:2
**natalie**
5:4, 10:7
**nathalie**
11:8
**nathan**
11:3
**nationwide**
60:17, 60:18,
61:4, 61:6,
61:7, 61:19
**native**
21:21, 23:18,
23:23, 24:8,
24:9, 32:11,
38:19, 49:17,
71:23, 79:17,
84:16, 84:20,
85:2, 85:20,
88:3, 91:16,
91:24, 95:6,
98:19, 98:23,
99:4, 99:7,

103:3, 103:15,
103:17, 103:25,
104:1, 105:6,
105:24, 106:2,
106:7, 106:9,
106:11, 106:14,
106:20, 107:18,
108:15, 109:15,
110:5, 114:16,
115:1, 115:10,
115:13, 115:15,
119:3, 122:17,
123:18, 124:25,
125:2, 126:8,
129:16, 130:2,
130:7, 132:25,
133:10, 143:21,
145:15, 161:17,
180:14, 180:25,
186:13, 188:23,
196:11, 200:7,
201:11, 201:20,
202:2, 202:4
**natural**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 25:22,
50:4, 50:5,
50:6, 55:16,
197:20
**nature**
76:9
**nbcuniversal**
1:12, 6:9, 9:1
**ncbuniversal**
10:11
**near**
204:5
**nearly**
165:12, 167:19,
168:19
**necessarily**
82:1, 107:19,
143:2, 144:20
**necessary**
216:6, 217:3
**need**
12:16, 52:7,

100:9, 113:8,
115:23, 211:7,
211:10, 221:23
**needed**
78:8, 216:23
**negative**
191:5
**negotiate**
200:16, 203:3,
203:7
**neither**
177:7, 224:9
**network**
2:21, 5:21,
6:2, 10:22, 11:2
**neutral**
88:22, 89:13,
98:7, 98:8
**never**
57:24, 82:19,
83:14, 107:19,
130:12, 131:18,
158:11, 166:8,
190:11, 194:7,
204:7
**new**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14, 54:3,
60:22, 60:24,
61:3
**news**
1:36, 2:10,
4:10, 4:11,
4:18, 5:1, 9:6,
9:9, 45:1, 45:2,
45:3, 45:10,
45:12, 66:5,
66:6, 70:23,
71:2, 71:3,
71:4, 71:7,
71:9, 72:7,
73:1, 128:11
**newspaper**
21:14, 45:16,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

255

70:8, 70:21,
72:20, 72:22
**newspapers**
45:5
**next**
62:11, 62:12,
70:21, 71:22,
129:5, 139:1,
143:13, 143:14,
175:23, 200:10
**nicholas**
1:6, 1:16,
1:29, 2:3, 2:13,
2:25, 8:25, 9:1,
9:3, 9:5, 9:8,
9:9, 9:12, 9:20,
10:13, 11:6,
65:4
**nick**
73:19, 73:20,
202:23, 204:4,
213:25, 218:12
**nine**
110:9
**nobody**
110:12, 172:4
**nods**
12:23
**noise**
137:11
**non-credit**
55:9
**non-expert**
91:5
**normal**
110:18, 207:5,
207:6, 208:22
**north**
152:21, 154:23,
157:13, 157:22,
157:23, 158:1,
158:5, 167:22,
168:4, 168:6,
168:22, 172:5
**northern**
1:3
**northwest**
4:15

**notary**
3:23
**note**
80:8, 123:9,
124:19, 170:16,
170:20, 186:25,
195:16
**noted**
98:14, 195:24
**notes**
7:14, 39:5,
100:9, 100:14,
169:17, 222:17,
223:6
**nothing**
114:2, 121:13,
136:11, 136:22,
150:3
**notice**
3:22, 31:12
**notre**
173:19, 174:8,
174:12, 175:1,
175:9, 175:12
**novel**
41:18
**november**
46:12, 47:4,
47:15, 65:13,
74:25, 99:19,
100:6, 100:11,
100:12, 100:25,
126:11
**ns**
135:1
**nuclear**
19:9
**number**
8:20, 9:2, 9:4,
9:7, 9:10, 9:13,
9:21, 17:19,
25:1, 52:12,
57:24, 58:1,
108:25, 122:23,
124:23, 129:23,
130:10, 130:13,
131:5, 131:6,
148:17, 200:3,

210:9
**numbers**
68:7, 132:18,
158:15, 169:17
**nyu**
40:22, 43:10

**O**

**oath**
11:14
**object**
20:7, 117:24,
212:14
**objection**
85:6, 85:14,
85:21, 86:9,
94:6, 94:16,
102:16, 126:23,
138:11, 138:16,
141:22, 142:3,
142:6, 142:7,
142:11, 142:17,
169:7, 170:4,
182:17
**objective**
83:18, 114:12,
190:25
**objectively**
83:20, 115:19
**objects**
30:6, 31:16
**observation**
123:13
**observe**
130:24
**observed**
92:1, 115:19,
120:6, 121:18,
199:6
**obtain**
20:10, 113:6
**obvious**
125:10, 197:23,
201:25
**obviously**
43:21, 49:17,
89:14, 94:3,
124:2

**occasion**
48:23, 98:22
**occur**
21:25
**occurred**
78:17, 79:21,
80:5, 80:11,
82:1, 82:25,
83:1, 102:1,
102:3, 106:21,
107:1, 120:1
**occurs**
87:7, 87:25,
107:2
**october**
66:24, 67:3,
67:14, 100:4,
100:5, 100:10,
100:11, 100:24,
126:11, 222:11
**odd**
31:14
**odds**
142:22
**off-the-record**
8:9, 74:17
**offence**
78:3
**offensive**
55:16, 56:5,
161:16, 161:20
**offer**
52:13, 105:15,
216:15
**offered**
215:24
**offering**
191:24, 195:9,
197:6
**office**
70:18, 76:11
**officer**
224:2
**official**
43:10, 151:16
**often**
44:25, 108:12,
108:20

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

256

| | | | |
|---|---|---|---|
| **oh**<br>10:9, 32:10,<br>32:16, 47:8,<br>50:14, 53:4,<br>60:2, 61:6,<br>61:13, 65:1,<br>68:3, 96:2,<br>96:14, 103:23,<br>145:12, 207:23,<br>219:14, 221:11<br>**ohio**<br>5:17, 35:13,<br>35:16, 35:20,<br>60:16<br>**old**<br>21:7, 88:11,<br>103:16<br>**on-line**<br>71:14<br>**once**<br>126:10, 146:15,<br>199:11, 205:19,<br>211:23, 211:24<br>**one's**<br>87:18, 87:20,<br>87:22, 96:8<br>**ones**<br>62:25, 63:2,<br>63:8, 73:12,<br>75:3, 75:24,<br>77:16, 113:18,<br>149:7, 149:8,<br>156:5, 182:3,<br>209:6<br>**oneself**<br>99:5<br>**online**<br>45:3, 71:4,<br>71:5, 71:16,<br>71:22, 71:23,<br>71:25, 72:12,<br>73:3, 112:13,<br>223:12, 223:13<br>**onlookers**<br>146:6<br>**only**<br>25:17, 29:15,<br>29:17, 29:20, | 29:24, 30:1,<br>30:3, 31:7,<br>31:10, 31:13,<br>32:9, 33:12,<br>34:18, 41:8,<br>66:11, 69:3,<br>72:5, 73:21,<br>78:16, 79:20,<br>80:3, 80:11,<br>82:3, 82:25,<br>88:1, 91:5,<br>93:10, 100:6,<br>102:2, 106:20,<br>114:25, 126:9,<br>130:17, 132:22,<br>143:20, 147:9,<br>154:10, 166:16,<br>166:25, 192:4,<br>193:12, 202:23,<br>203:20<br>**open**<br>173:16, 174:2,<br>209:12<br>**opened**<br>156:9<br>**opens**<br>174:11, 175:8<br>**opinion**<br>57:21, 62:22,<br>63:22, 63:23,<br>64:1, 64:2,<br>66:10, 68:19,<br>70:14, 76:25,<br>78:25, 79:6,<br>90:4, 90:9,<br>90:20, 91:7,<br>99:23, 106:8,<br>143:11, 166:24,<br>176:11, 177:19,<br>177:23, 177:24,<br>188:14, 195:9<br>**opinions**<br>60:14, 62:21,<br>68:15, 79:22,<br>80:2, 82:3,<br>82:8, 83:2,<br>86:18, 102:4,<br>105:10, 105:14, | 105:18, 105:22,<br>153:20<br>**opposed**<br>151:15, 193:10,<br>195:20<br>**opposing**<br>95:22<br>**order**<br>68:5, 78:8,<br>78:13, 108:1,<br>108:7, 108:24,<br>217:14<br>**ordinary**<br>21:20, 22:4,<br>25:21, 103:21,<br>103:23, 104:1,<br>107:9, 107:18,<br>109:15, 109:18,<br>110:18, 111:1,<br>122:24<br>**organize**<br>21:23<br>**organized**<br>146:12<br>**original**<br>69:8, 69:15<br>**osu**<br>41:21, 55:1,<br>55:7<br>**other**<br>17:24, 19:9,<br>20:7, 22:19,<br>22:25, 23:10,<br>23:17, 29:6,<br>29:11, 30:1,<br>33:24, 42:7,<br>43:17, 43:18,<br>45:16, 48:18,<br>49:21, 59:23,<br>62:25, 63:18,<br>64:16, 69:11,<br>69:13, 70:7,<br>70:8, 70:9,<br>72:22, 73:1,<br>73:15, 73:16,<br>74:9, 75:21,<br>76:16, 82:11,<br>83:5, 91:2, | 92:21, 93:2,<br>93:5, 93:14,<br>93:21, 96:8,<br>96:19, 96:21,<br>97:15, 98:2,<br>98:9, 98:24,<br>98:25, 101:13,<br>105:18, 111:2,<br>111:3, 112:22,<br>115:15, 122:1,<br>122:19, 136:3,<br>140:5, 142:22,<br>142:25, 143:1,<br>143:15, 143:18,<br>148:17, 156:3,<br>156:8, 159:4,<br>161:14, 163:9,<br>169:12, 169:15,<br>174:11, 177:21,<br>179:5, 182:12,<br>185:12, 191:8,<br>192:4, 193:7,<br>193:11, 195:20,<br>197:24, 198:10,<br>208:22, 209:7,<br>209:18, 209:20,<br>209:24<br>**other's**<br>96:7<br>**others**<br>45:8, 86:12,<br>92:22, 113:20,<br>115:20, 125:16,<br>138:23, 141:2,<br>141:10, 145:23,<br>151:10, 217:2<br>**otherwise**<br>12:18, 73:9,<br>193:19, 224:12<br>**out**<br>43:16, 43:19,<br>44:12, 57:24,<br>58:8, 68:5,<br>73:5, 104:2,<br>113:9, 117:18,<br>124:5, 132:6,<br>154:19, 175:2,<br>187:15, 190:11, |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

257

199:25, 204:21,
205:24, 209:21,
215:6, 221:3,
221:17, 221:19
**outcome**
59:16, 224:12
**outside**
130:19, 148:3
**outsider**
56:4
**outward**
84:2, 212:21,
213:21, 213:22
**over**
8:6, 47:21,
67:2, 67:5,
76:23, 76:25,
112:21, 169:1,
206:17
**over-generalize**
110:13, 110:19
**overall**
77:11
**overhead**
122:4
**overlap**
12:25
**overlooked**
189:13
**overlooking**
189:7
**overlooks**
187:10
**overspeaking**
9:17, 12:9,
12:12, 12:21,
18:5, 21:1,
22:24, 23:11,
24:18, 24:20,
27:22, 28:5,
30:9, 30:11,
31:25, 32:2,
32:5, 32:8,
32:15, 32:17,
35:10, 39:8,
39:10, 41:2,
41:4, 55:13,
56:11, 62:10,

62:15, 67:6,
67:20, 69:7,
72:24, 77:5,
77:8, 87:2,
87:4, 96:10,
97:6, 98:16,
112:17, 116:6,
123:20, 124:13,
128:20, 130:4,
136:16, 142:11,
153:11, 155:13,
162:21, 167:10,
167:12, 167:14,
174:22, 174:23,
176:25, 178:22,
181:13, 186:6,
186:7, 194:10,
195:22, 199:10,
203:4, 203:11,
204:22, 206:19,
207:14, 213:7,
213:9, 213:11,
219:22
**own**
80:7, 80:24,
86:3, 86:16,
92:17, 138:21,
160:10
**oxford**
74:2, 74:3,
112:9, 191:4,
195:13, 195:18,
201:6

---

**P**

**page**
7:3, 7:7,
46:21, 46:23,
46:25, 47:3,
47:6, 47:7,
47:12, 47:15,
47:21, 48:8,
50:2, 50:11,
53:7, 54:9,
55:1, 56:14,
56:24, 60:6,
64:23, 67:24,
67:25, 68:12,

68:13, 68:19,
68:20, 69:6,
70:12, 70:22,
71:14, 73:15,
73:24, 73:25,
74:24, 74:25,
75:3, 78:25,
79:1, 80:8,
83:23, 83:24,
88:20, 93:1,
99:17, 99:20,
105:8, 105:9,
105:23, 107:4,
107:5, 107:22,
117:1, 117:2,
117:15, 119:5,
119:23, 120:23,
120:25, 122:9,
125:5, 127:2,
133:18, 134:22,
135:19, 137:5,
137:6, 143:14,
146:3, 149:18,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5,
179:9, 187:1,
188:12, 189:16,
192:9, 200:10,
200:11, 201:1,
201:14, 201:24,
203:23, 215:4,
215:19, 215:20,
221:3
**pages**
1:41, 58:3,
68:25, 69:3,
70:9, 223:3,
223:4
**paid**
88:24, 153:4
**pan**
133:8
**paragraph**
79:1, 83:24,
84:1, 133:18,
133:21, 157:2,
171:6, 179:10,

187:7, 219:6,
219:9
**paragraphs**
88:21, 187:3,
187:4, 215:24,
216:3
**paraphrase**
116:17
**pardon**
126:4, 128:25,
211:1
**parents**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26
**part**
14:23, 15:13,
15:23, 34:15,
42:25, 61:3,
84:6, 87:21,
97:18, 104:9,
123:7, 125:1,
126:12, 130:17,
130:23, 133:12,
158:11, 161:21,
166:23, 166:25,
176:9, 176:19,
177:23, 177:24,
186:9, 186:18,
193:17, 194:12,
194:15, 195:19,
198:17, 198:22,
199:1, 199:8,
216:17, 223:4
**part-time**
100:7
**parted**
93:3, 156:3,
156:6
**partee**
17:12
**participants**
83:12, 97:25,
99:9, 130:10
**participating**
129:21
**particle**
19:8

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

258

particular
17:22, 18:11,
18:14, 20:14,
23:3, 23:25,
36:23, 37:4,
41:17, 42:20,
45:5, 45:10,
55:22, 81:25,
97:5, 98:6,
109:1, 115:1,
118:4, 118:18,
118:23, 123:2,
157:17, 169:14,
198:10, 204:12,
204:16
particularly
40:17, 121:25,
131:7
parties
224:10
partly
123:12, 190:23
parts
22:22, 27:8,
69:10, 132:25,
198:17
party
29:23
pass
49:15, 174:15
passage
78:12, 106:3,
109:20, 113:22,
117:14, 118:4,
128:22, 157:14,
179:3, 190:15,
191:2, 192:7,
193:16, 193:17,
204:20, 215:22,
215:25, 216:5,
216:8, 216:11
passages
21:25, 66:10,
67:10, 67:12,
78:6, 81:5,
100:18, 100:21,
101:3, 101:22,
103:7, 113:16,

113:19, 117:12,
119:9, 121:20,
122:3, 188:17,
198:18, 199:3,
199:12, 222:9
passageway
179:2
passed
135:25, 152:21,
154:24, 217:6,
217:12
passersby
123:10, 124:5,
124:10, 131:23
passing
154:24
passive
117:23, 118:22
passively
176:16, 177:7,
194:20
past
110:13, 155:16,
165:12, 167:19,
168:8, 168:19,
168:22, 169:2,
191:6, 206:17
path
214:2, 215:12
patterns
18:1, 19:1,
110:4, 110:5,
145:1
pause
158:19, 159:14,
160:24, 161:25,
163:18, 164:19,
169:19, 170:13,
171:12, 173:11,
179:18, 183:12,
185:20, 222:3
paused
150:18, 158:23,
159:19, 160:6,
161:3, 162:9,
163:23, 164:23,
169:23, 171:16,
183:16, 185:24,

210:17, 211:16,
212:11, 214:12
pay
16:20, 77:15
pending
204:23
penske
5:11
penultimate
88:20
people's
79:22, 102:4,
146:16, 146:21,
208:21
peoples
127:6, 129:17,
130:11, 186:14
pep
137:12, 137:18,
138:20
perceive
81:20, 92:11,
141:19, 178:15
perceived
84:17, 203:19
perceives
80:15, 80:17,
92:13
perceiving
87:10, 212:20,
213:17
percent
218:13
perception
81:21, 81:23,
85:19, 87:9,
87:13, 92:23,
175:17, 206:22,
207:9, 207:19
perceptions
85:13, 86:1
perceptual
207:15
perfectly
106:14, 150:7,
197:20
perform
199:8

performance
145:21
performing
143:21
perhaps
125:16
period
67:2, 67:3
peripheral
205:14, 205:15,
206:1, 206:11,
206:12, 206:24
peripherally
207:20
permit
133:15, 191:8,
191:14
perpendicular
168:7
person
29:24, 32:13,
34:16, 80:15,
80:23, 81:20,
86:19, 93:10,
94:10, 96:7,
98:20, 103:12,
103:14, 103:21,
104:22, 104:24,
113:11, 115:16,
135:9, 135:13,
135:17, 141:15,
148:23, 151:15,
151:19, 158:3,
162:25, 163:3,
163:4, 185:12,
191:7, 191:8,
197:23, 221:16
person's
86:15, 92:13
personal
91:6, 124:17,
137:24, 138:22,
143:10, 144:6,
144:8, 168:14,
172:25, 207:7,
218:9, 218:22,
219:24
persons
196:6

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

259

| | | | |
|---|---|---|---|
| **perspective**<br>55:24, 205:6<br>**pertain**<br>106:9, 198:24<br>**pertained**<br>77:17<br>**pertaining**<br>59:3, 75:6,<br>79:4<br>**ph**<br>2:35, 3:1, 7:3,<br>7:10, 11:15,<br>15:9, 39:18,<br>195:2, 196:7<br>**phase**<br>46:11, 64:25,<br>65:7, 188:8<br>**philosopher**<br>52:7<br>**philosophers**<br>37:17, 37:20,<br>42:23<br>**philosophical**<br>17:2<br>**philosophy**<br>36:9, 36:13,<br>36:14, 36:15,<br>36:16, 36:24,<br>36:25, 37:14<br>**phone**<br>8:16, 19:21,<br>65:22, 65:24<br>**phonology**<br>18:25<br>**photographing**<br>145:24, 172:1<br>**phrase**<br>102:14, 102:24,<br>102:25, 109:1,<br>109:12, 148:9,<br>218:4, 218:5,<br>219:1, 219:19<br>**physically**<br>167:8<br>**physicist**<br>19:8<br>**physics**<br>19:8, 19:9 | **pick**<br>19:23, 205:24<br>**piece**<br>127:13<br>**pieces**<br>129:14<br>**place**<br>10:1, 16:20,<br>44:12, 50:23,<br>81:11, 93:19,<br>131:3, 155:9,<br>158:12, 218:2,<br>218:19, 219:17<br>**placement**<br>31:21<br>**places**<br>39:17, 98:2<br>**plain**<br>18:12, 23:9,<br>38:21, 59:8,<br>64:2, 64:19,<br>78:11, 101:24,<br>103:14, 107:8,<br>109:11, 109:14,<br>109:19, 110:25,<br>111:12, 114:15,<br>114:25, 116:24,<br>188:22, 191:1,<br>195:12, 196:17,<br>198:7, 216:11<br>**plaintiff**<br>1:10, 1:20,<br>1:33, 2:7, 2:17,<br>2:29, 4:3,<br>10:13, 11:6<br>**plaintiff's**<br>46:10<br>**plaintiff's**<br>64:24<br>**planet**<br>6:19, 9:25<br>**play**<br>159:14, 160:2,<br>210:10, 210:11,<br>210:13, 210:22,<br>211:11, 211:23,<br>212:7, 214:7,<br>214:18 | **played**<br>150:17, 151:1,<br>158:22, 159:18,<br>160:5, 161:2,<br>162:4, 163:22,<br>164:22, 169:22,<br>171:15, 183:15,<br>185:23, 210:16,<br>210:25, 211:4,<br>211:15, 212:2,<br>212:10, 214:11,<br>214:21<br>**playing**<br>150:15<br>**pleadings**<br>188:3, 188:4,<br>188:6<br>**please**<br>8:5, 8:7, 8:11,<br>8:12, 8:16,<br>10:4, 11:12,<br>11:18, 12:16,<br>12:18, 120:24,<br>163:19, 164:19,<br>170:14, 210:10,<br>219:3, 221:3<br>**plenty**<br>173:23<br>**pll**<br>62:18<br>**plla**<br>4:6<br>**poetry**<br>44:7<br>**point**<br>30:23, 51:16,<br>51:17, 54:2,<br>61:23, 62:4,<br>76:7, 98:6,<br>107:21, 110:17,<br>111:11, 125:6,<br>125:12, 146:5,<br>148:13, 150:24,<br>173:22, 175:7,<br>175:23, 196:19,<br>198:1, 198:9,<br>204:21, 215:8,<br>215:12, 220:3 | **pointed**<br>117:18, 162:13,<br>175:2, 215:6<br>**pointing**<br>51:8, 51:9,<br>51:10, 51:11,<br>51:12, 51:13,<br>51:17, 51:18<br>**points**<br>134:23, 217:4<br>**political**<br>97:14, 97:22,<br>98:13, 98:15,<br>98:17, 99:6,<br>125:8, 126:22,<br>142:21<br>**politics**<br>98:22<br>**pond**<br>133:17, 157:10,<br>157:11<br>**pool**<br>132:7<br>**portions**<br>121:11<br>**portraying**<br>92:4<br>**posed**<br>100:2, 100:23,<br>102:17, 102:20,<br>188:14<br>**position**<br>35:13, 42:3,<br>42:4, 81:8,<br>89:23, 90:7,<br>153:15, 166:13,<br>178:18, 203:10,<br>203:12, 206:10<br>**positioned**<br>81:6<br>**positions**<br>42:8, 42:9,<br>43:18, 43:20<br>**possibility**<br>51:21, 59:10<br>**possible**<br>21:23, 75:14,<br>78:14, 83:18, |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

260

109:7, 116:12,
142:23, 145:10,
184:15, 200:6,
201:10, 201:19,
202:1
**possibly**
113:19, 122:25,
131:15, 131:17
**post**
35:4, 45:7,
45:14, 45:15
**post-doc**
36:19
**postdoctoral**
35:2
**potentially**
28:25, 92:13,
141:19, 143:5
**pours**
158:9
**powwows**
144:10
**pragmatics**
28:10, 28:11,
28:13, 28:14,
35:24, 55:1,
55:7, 55:10,
104:11
**prayer**
186:14
**praying**
145:11
**preach**
125:7, 126:21
**precise**
53:16
**precluding**
174:18
**predicament**
201:25, 203:10,
203:16
**predictions**
52:12
**predicts**
54:8
**prejudice**
105:4
**prejudices**
104:23

**preliminary**
67:11, 222:8
**preparing**
57:7, 66:18
**prescribe**
114:20
**prescriptive**
107:13
**present**
6:18, 65:20,
83:12, 121:17
**presented**
78:15, 218:7
**press**
74:3
**presumably**
114:4
**presume**
86:10, 122:24,
124:8
**pretty**
40:7, 48:22,
101:7, 125:10,
136:1, 173:8,
192:19
**prevent**
176:17, 176:23,
177:4
**previously**
101:2, 211:21
**pride**
56:6
**primarily**
19:10, 20:2,
89:10
**primary**
26:14, 27:14
**principal**
180:18
**principally**
121:5
**principle**
43:20
**principles**
74:3
**print's**
112:11
**prior**
16:12, 204:1

**prism**
44:17
**private**
86:19, 94:10
**privy**
193:15
**probable**
118:8
**probably**
44:9, 57:25,
67:14, 100:4,
100:5, 188:5
**problems**
32:11
**procedure**
21:11, 49:6
**procedures**
49:8
**proceed**
200:17
**proceeding**
8:3, 8:8
**process**
43:24, 75:18,
121:15
**processes**
101:5
**produced**
189:1
**professional**
55:11, 151:18,
157:19
**professor**
16:4, 21:8,
36:5, 39:15,
40:22, 41:21
**professors**
41:5
**programs**
21:15, 21:16,
45:10
**progress**
23:5, 201:16,
205:9
**project**
49:4
**promoted**
124:3

**prong**
23:1
**prongs**
22:22
**pronoun**
20:14
**pronounced**
11:24
**pronouns**
27:2, 29:13
**prosody**
110:4
**protest**
98:19
**protesting**
98:23, 124:25
**protestors**
98:25
**protests**
97:12
**proud**
59:17
**provide**
99:22, 112:7,
215:21
**provided**
57:15, 57:18,
57:21, 58:19,
68:17, 70:13,
70:17, 70:24,
75:7, 75:13,
106:5, 119:24,
121:5, 121:11,
150:5, 187:1,
187:5, 196:8
**provides**
48:13
**psychological**
90:18
**psychologist**
81:18, 91:10,
207:15
**psychologists**
42:22
**psychology**
37:1
**public**
3:23, 14:17,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

261

209:2, 224:1
**publication**
50:11
**publications**
47:20, 47:22,
48:4
**publicly**
112:15, 113:2,
207:25, 208:5,
208:8, 208:11,
208:17, 209:3,
209:14
**published**
49:7
**publisher**
11:2
**pull**
149:4, 158:17,
170:13, 171:10,
179:16, 210:9,
214:5, 221:2
**pulls**
165:14
**punch**
61:10, 61:11
**pure**
94:9, 153:23
**purely**
107:7, 107:11,
153:23
**purport**
18:7
**purporting**
80:13
**purpose**
125:9, 153:12
**purposefully**
82:3
**purposes**
8:8
**pursuant**
3:22
**put**
22:11, 30:5,
31:4, 31:16,
33:18, 58:22,
63:6, 68:5,
76:15, 93:9,

93:11, 140:8,
170:25, 185:6,
206:10, 210:7
**puts**
20:11
**putting**
22:7, 36:3,
173:2, 177:10

**Q**

**qualified**
199:7
**qualifying**
106:8
**quality**
102:2
**quantification**
50:4
**quantify**
76:22
**question**
20:20, 20:23,
26:18, 26:19,
27:10, 28:2,
30:13, 31:2,
31:5, 31:11,
31:15, 31:17,
31:22, 32:1,
32:4, 33:15,
33:23, 40:3,
40:4, 40:9,
49:24, 53:5,
53:9, 53:12,
53:15, 58:18,
59:9, 72:25,
91:9, 93:11,
102:11, 102:12,
102:20, 102:23,
103:4, 106:10,
109:3, 111:23,
112:1, 112:2,
112:6, 112:19,
115:2, 117:15,
121:7, 122:11,
142:9, 149:14,
171:25, 189:18,
189:23, 189:25,
190:13, 191:7,

193:1, 193:13,
193:14, 194:5,
194:9, 202:14,
202:19, 203:8,
204:23, 212:18,
212:24, 213:13,
217:21, 220:14
**question's**
31:18
**questioning**
61:20
**questions**
12:18, 18:3,
50:2, 75:6,
82:9, 83:3,
99:23, 99:25,
100:15, 100:16,
100:22, 101:6,
101:14, 102:17,
153:21, 162:19,
162:24, 188:14,
204:24, 223:9,
223:14
**quickly**
77:10, 101:17
**quite**
25:5, 123:23,
124:2, 172:3,
172:7, 181:2
**quote**
113:16, 125:7,
125:15, 125:23,
125:25, 127:15,
128:7, 132:23

**R**

**raced**
137:7
**races**
123:10, 124:19
**racist**
135:19, 135:20,
136:1, 136:6,
136:13
**radio**
21:15
**raining**
116:2, 116:3

**raised**
186:11
**rallies**
137:25
**rally**
137:12, 137:18,
137:23, 138:20
**rang**
59:14
**range**
17:20, 95:19,
96:18, 109:7,
115:13
**ranging**
174:4
**rather**
59:13, 135:6
**rational**
103:3, 103:17,
103:24, 105:7
**rd**
13:7
**re-starting**
211:2, 211:25
**reach**
134:3, 204:10,
221:19
**reached**
221:16
**reaching**
75:18
**read**
8:23, 11:14,
25:21, 44:1,
44:5, 44:6,
44:25, 45:2,
45:3, 45:17,
79:2, 103:6,
103:13, 112:12,
127:4, 127:25,
128:10, 132:1,
203:12, 209:22,
220:1
**reader**
44:5, 44:23,
102:10, 102:12,
102:15, 102:24,
103:9, 103:11,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

262

103:16, 103:20,
104:2, 106:7,
111:9, 188:25
**readers**
104:16
**readily**
205:10
**reading**
43:25, 44:4,
44:7, 44:15,
82:14, 103:21,
106:3, 127:15,
165:8, 187:9,
208:22, 224:8
**real**
200:16
**realized**
16:25
**really**
15:16, 20:16,
43:6, 44:19,
61:10, 61:12,
65:10, 100:6,
114:3, 123:7,
129:15, 130:15,
130:17, 132:20,
137:21, 140:9,
190:13
**reason**
34:10, 62:8,
69:15, 72:16,
83:15, 90:24,
122:20, 130:21,
130:24, 145:19,
148:2, 155:17,
165:23, 168:23,
186:10, 193:19,
205:8, 210:4
**reasonable**
102:10, 102:11,
102:14, 102:24,
103:9, 103:20,
104:2, 105:3,
105:24, 106:2,
106:6, 106:7,
111:9
**reasoning**
189:17

**reasons**
83:6, 83:13,
130:12, 130:23,
131:21, 194:24
**recall**
39:11, 71:20,
72:5, 72:13,
72:15, 72:16,
73:2, 73:5,
73:11, 111:25,
133:14, 136:25,
169:15
**received**
42:10
**recent**
23:20, 24:5
**recently**
55:5
**recess**
74:18, 120:15,
178:7, 220:23
**recognize**
46:13, 142:20,
161:6
**recognized**
137:22, 138:24
**recollection**
66:22
**reconstruct**
78:22
**reconstructing**
46:1
**record**
11:19, 12:19,
23:13, 74:20,
74:22, 120:9,
120:14, 120:17,
120:21, 149:5,
150:9, 162:12,
173:12, 178:6,
178:9, 220:22,
220:25, 222:18,
223:2, 223:17,
224:5
**recorded**
25:7
**recording**
8:7, 131:1

**records**
63:7, 66:21,
149:2
**recursive**
25:16
**red**
162:6, 162:14,
163:4, 171:23,
173:18, 174:5,
183:23
**reduced**
224:7
**reduction**
33:5
**refer**
19:4, 19:5,
89:7, 109:3,
119:14, 123:18,
127:8, 135:19,
139:12, 150:21,
193:1
**reference**
86:16, 93:1,
165:1, 170:10,
178:15, 179:15,
186:5, 188:3
**referenced**
148:22
**references**
86:4, 87:10
**referencing**
52:3, 163:4
**referring**
122:14, 126:1,
132:24, 135:16,
135:21, 162:18,
162:19, 162:24,
165:6, 179:24
**reflect**
82:1, 212:25
**reflecting**
132:7, 133:16,
157:10, 157:11
**reflection**
22:3, 31:1
**reflects**
31:2, 33:15,
33:19, 33:23,

37:19
**refrained**
119:18
**refuse**
118:13
**refused**
191:7, 191:12,
191:13, 192:21,
214:3
**refusing**
194:18
**regarded**
161:16
**regular**
110:13
**regularly**
45:11, 145:2
**rejected**
58:21
**relate**
36:16, 37:14
**related**
38:14, 51:25,
117:21, 224:10
**relates**
37:22
**relation**
218:1
**relationship**
41:18
**relationships**
18:9, 25:13
**relative**
80:22
**relatively**
24:5, 111:18
**relevance**
131:11
**relevant**
50:25, 77:6,
77:9, 80:12,
117:22, 121:19,
131:4, 131:19,
186:23
**reliable**
129:22, 130:9
**reliably**
170:6

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

263

**relied**
75:13
**religious**
125:7, 126:22
**rely**
19:16, 20:16,
20:24, 27:11,
82:10, 83:5
**relying**
177:22
**remaining**
93:11
**remarks**
186:9
**remember**
8:5, 8:11,
36:18, 39:16,
58:6, 58:7,
60:15, 60:22,
61:1, 66:8,
72:6, 88:13,
88:18, 100:8,
100:13, 108:10,
126:8, 127:13,
135:23, 136:4,
136:8, 136:20,
137:3, 180:16,
182:3, 202:11
**remembered**
66:5, 82:5
**reminded**
66:11
**remote**
8:2
**remotely**
8:3
**repeatedly**
75:23, 126:6
**rephrase**
58:13, 102:22,
203:8
**reported**
1:42
**reporter**
8:13, 11:11,
11:12, 11:14,
12:12, 13:16,
13:24, 14:2,

**71:7, 72:7,**
112:23, 138:15,
138:18, 178:24,
213:15
**reporter-notary**
224:1
**reporting**
13:23, 21:14,
70:21, 121:23,
190:8
**reports**
63:8, 66:6,
88:13, 88:14,
102:5
**represent**
10:5, 10:17,
85:8
**representation**
81:17
**represented**
78:20, 79:23,
81:19, 102:9,
114:10
**representing**
9:25, 10:10,
10:19, 11:4,
11:9
**represents**
84:11
**requested**
224:9
**research**
16:2, 23:23,
42:2, 42:5,
42:11, 43:22
**resistance**
191:24
**resolve**
29:1
**resolving**
26:24
**resource**
43:7
**resources**
25:3, 42:1,
63:19, 119:6,
119:11
**respect**
42:4, 72:12,

**89:21, 92:1,**
171:1, 184:24,
189:18, 193:22,
219:1
**respected**
43:6, 74:1,
111:22
**respectful**
170:24
**respects**
185:2
**responding**
141:16, 142:5,
142:14, 142:15
**response**
140:18
**responses**
78:3
**rest**
133:17
**restart**
159:25, 160:22,
161:24, 163:18,
164:17, 169:18,
173:10
**restarting**
160:3, 160:25,
163:20, 164:20,
169:20, 185:21,
214:19
**results**
25:6
**resume**
35:22
**retain**
66:16
**retained**
57:6, 57:8,
75:5, 186:25
**retire**
41:5
**retired**
35:17, 40:25,
41:24, 42:6
**retreat**
114:8, 117:17,
118:12, 190:19,
190:22, 191:4,

**191:10, 191:14,**
191:16, 191:20,
192:1, 192:2,
192:3, 192:22,
192:23, 194:16,
194:17, 194:19,
195:1, 198:11,
198:15, 214:3
**review**
48:5, 48:6,
57:11, 71:2,
71:4, 71:25,
72:19, 83:19,
83:21, 83:25,
94:4, 124:17,
124:18, 127:10,
128:15, 135:22,
137:4, 167:3,
168:14, 199:2,
199:19, 204:9,
217:5, 217:18,
217:19, 217:23,
218:22, 218:24,
219:24, 220:14,
222:9
**reviewed**
67:11, 68:23,
69:3, 70:10,
70:24, 71:15,
71:17, 73:3,
73:22, 77:10,
79:13, 101:8,
120:3, 120:5,
123:25, 181:25,
204:3, 216:7
**reviewing**
77:20, 78:18,
122:6, 122:21,
155:22
**reviews**
79:14, 126:13
**revise**
54:3
**revision**
54:5
**rhythmically**
145:3
**rich**
77:24

264

**richer**
198:1, 198:2
**right-wing**
104:24
**rights**
98:19, 98:24
**ritchey**
6:13
**road**
198:5
**roberts**
2:35, 3:1, 7:3,
7:10, 7:13,
8:21, 11:15,
11:20, 26:20,
47:5, 223:6,
223:17
**rolling**
2:32, 5:10,
9:13, 10:17
**room**
19:23, 113:5,
134:8, 173:5,
173:23, 177:8
**rooms**
21:19
**root**
140:20
**rooting**
140:16
**rough**
134:1, 134:3
**roughly**
66:3, 167:23,
168:6
**round**
130:2, 130:7,
133:5
**rowdy**
139:2, 139:3,
139:6, 139:16
**rowe**
73:19
**rows**
155:3
**rpr**
224:17
**rubber**
198:5

**rude**
112:24
**rule**
64:24
**ruled**
58:23, 59:18,
59:20
**rules**
12:7, 12:14,
25:16, 110:19
**run**
8:4
**russell**
52:23
**rutgers**
42:14, 42:24
**ryan**
5:14, 10:16

**S**

**s**
4:1, 5:28, 52:8
**said**
13:18, 18:24,
20:4, 22:21,
26:3, 27:2,
29:9, 30:24,
34:5, 34:10,
34:17, 37:5,
40:25, 42:19,
44:22, 50:18,
51:16, 56:2,
59:21, 60:2,
61:20, 61:21,
62:1, 66:1,
66:11, 67:15,
79:10, 82:5,
87:12, 88:12,
88:17, 90:2,
90:12, 90:13,
91:21, 93:6,
94:3, 94:20,
96:25, 97:3,
97:7, 98:18,
102:16, 108:11,
111:11, 114:19,
118:12, 118:18,
122:20, 124:22,

126:9, 127:21,
134:18, 135:8,
136:12, 136:22,
138:14, 139:16,
141:2, 142:19,
156:10, 157:1,
157:4, 157:6,
172:9, 172:11,
181:1, 182:24,
184:21, 185:18,
186:4, 186:10,
187:13, 187:17,
188:12, 188:21,
189:10, 189:22,
191:3, 192:11,
194:17, 197:8,
197:25, 198:12,
202:10, 202:22,
202:25, 211:19,
212:4, 212:20,
215:2, 224:6
**same**
33:17, 33:25,
39:19, 47:12,
50:13, 50:14,
70:4, 72:21,
83:6, 83:13,
87:15, 90:6,
105:23, 116:19,
130:20, 138:20,
144:1, 158:15,
169:11, 178:19,
183:23, 195:3,
199:20, 201:24,
203:14, 205:18,
210:4, 218:25,
219:6
**sandmann's**
73:20, 82:10,
84:17, 90:10,
90:21, 164:12,
168:7, 170:17,
172:6, 173:3,
173:17, 173:18,
173:21, 174:3,
175:1, 177:13,
179:2, 198:12,
205:6, 206:5,

206:13, 206:14,
215:17
**sang**
129:6
**satellite**
2:21, 5:21,
6:2, 10:22, 11:1
**satisfied**
108:7
**saw**
67:13, 72:4,
88:1, 90:15,
96:5, 121:23,
131:22, 133:5,
133:12, 138:1,
141:13, 147:9,
147:12, 147:15,
148:11, 150:4,
155:10, 155:25,
156:1, 157:24,
158:12, 159:5,
166:8, 166:11,
167:21, 176:20,
179:3, 204:7,
210:1, 210:3,
217:5, 217:13,
217:15, 218:6,
218:23, 218:24,
220:12, 220:16
**saying**
13:1, 19:7,
31:10, 33:1,
43:6, 72:8,
81:22, 93:20,
93:22, 96:16,
97:16, 98:25,
103:9, 106:11,
106:14, 110:15,
117:16, 128:13,
128:16, 129:2,
140:10, 145:5,
145:6, 150:4,
168:18, 174:10,
175:5, 175:10,
177:11, 181:9,
184:25, 198:4,
198:14, 205:19,
214:25, 218:20,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

265

219:12
**says**
35:22, 42:4,
47:4, 48:9,
60:5, 68:17,
81:4, 102:23,
113:25, 116:22,
137:6, 179:14,
183:22, 183:24,
190:10, 192:17,
194:4, 204:20,
215:1
**scene**
69:19, 130:17,
132:22, 133:9,
138:24, 147:23,
152:20, 180:3,
181:3, 181:16,
182:1
**scenes**
150:5
**scholar**
42:11
**school**
14:11, 14:13,
14:14, 14:17,
15:4, 16:21,
39:19, 83:11,
127:19, 128:4,
137:7, 137:16
**schoolmates**
164:16
**science**
35:8, 36:19,
37:1, 42:16,
42:17, 42:25,
53:24, 54:5,
107:6, 110:24
**scientific**
17:17
**scientists**
19:18, 42:23,
53:24
**scrabble**
44:20
**screen**
76:12, 173:4
**seated**
120:9

**sec**
158:19
**second**
20:22, 23:1,
24:19, 25:24,
25:25, 37:13,
50:3, 59:1,
71:13, 75:9,
97:1, 114:19,
118:11, 120:9,
120:20, 127:2,
150:14, 150:24,
160:2, 160:23,
160:24, 161:25,
162:1, 162:18,
163:5, 165:16,
167:6, 169:19,
171:9, 171:12,
174:24, 176:22,
187:7, 194:12,
194:15, 198:21,
199:1, 204:20,
205:4, 215:4,
215:20, 215:21,
216:16, 219:14,
222:3
**secondly**
130:16, 131:20,
131:21, 197:10
**seconds**
150:19, 158:24,
159:20, 159:22,
160:4, 160:7,
160:9, 161:1,
161:4, 162:2,
162:13, 163:21,
163:24, 164:21,
164:24, 165:2,
165:9, 169:19,
169:21, 169:24,
171:14, 171:17,
173:13, 178:23,
179:1, 179:4,
183:17, 211:3,
214:10, 214:13,
214:20
**secretary**
70:18

**section**
75:8, 120:25,
121:6, 121:9,
121:15, 127:5,
186:22, 189:17
**see**
31:18, 46:23,
47:18, 50:10,
50:11, 57:25,
58:2, 60:15,
69:11, 70:14,
73:16, 76:6,
76:8, 78:9,
80:24, 81:25,
88:25, 93:2,
94:23, 95:1,
102:7, 104:14,
105:5, 105:6,
110:17, 126:5,
130:14, 133:13,
135:3, 137:13,
148:14, 148:18,
149:13, 150:21,
151:3, 152:19,
154:1, 154:6,
154:11, 156:15,
159:1, 159:23,
164:2, 165:5,
165:22, 166:16,
166:18, 167:4,
167:25, 168:10,
168:13, 168:16,
169:4, 169:8,
169:16, 171:7,
171:19, 173:2,
173:9, 173:18,
174:1, 175:16,
175:19, 176:19,
176:22, 177:18,
177:22, 178:20,
179:2, 179:19,
199:15, 200:19,
201:17, 203:20,
204:12, 205:21,
206:5, 206:8,
206:13, 206:15,
206:16, 207:3,
207:4, 207:20,

**section**
218:2, 218:5,
218:8, 218:22,
219:13
**seeing**
80:20, 213:8,
213:23
**seek**
73:5
**seem**
58:8, 139:25,
197:20
**seemed**
44:12, 119:1,
122:12, 123:16,
131:12, 134:7,
135:9, 137:9,
140:11, 140:13,
145:19, 152:25,
186:8, 186:17,
191:23, 205:24
**seems**
61:14, 84:5,
84:7, 95:2,
118:20, 127:17,
127:23, 128:2,
199:4, 199:21,
219:1, 219:4,
219:12, 219:17,
219:19, 219:25
**seen**
66:5, 72:9,
86:12, 86:13,
161:11, 161:13,
210:2, 215:13,
215:17
**sees**
165:9
**segment**
71:16, 72:14
**segments**
71:3, 75:23,
77:2, 77:6,
77:9, 77:16
**select**
195:18
**selection**
50:3, 50:12
**seller**
16:18

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

266

semantic
26:2
semanticist
19:13, 37:5,
108:11
semantics
17:11, 18:17,
18:18, 18:19,
18:21, 19:1,
19:6, 19:11,
19:12, 19:16,
24:21, 35:24,
50:4
semester
41:8
seminar
36:14
seminars
35:23, 43:11
sense
54:4, 58:16,
97:25, 117:23,
118:5, 118:15,
118:16, 119:2,
139:20, 176:4,
177:9
senses
117:21, 195:15
sensible
23:18
sensitive
29:1, 41:16
sensors
22:1
sent
70:19, 72:3
sentence
19:25, 20:15,
22:23, 26:5,
26:8, 26:13,
32:18, 33:3,
33:4, 51:3,
51:6, 108:2,
118:25, 127:25,
133:22, 135:1,
135:2, 139:1,
139:4, 190:20,
217:9, 219:11,

219:15
sentences
21:23, 25:18,
33:18, 119:8,
190:2, 190:5,
190:14, 193:20,
193:23, 198:23,
198:25
separate
68:7, 69:14
september
65:16, 65:17,
66:21, 67:8,
100:18, 221:21,
221:22, 222:5
serious
214:24
serve
41:25
set
25:16, 69:9,
105:4, 108:25,
132:22, 224:14
setting
92:20
seven
67:16, 100:7
several
20:1, 29:22,
29:23, 30:4,
36:21, 47:20,
63:2, 73:25,
75:3, 108:5,
123:10, 174:8,
174:16, 180:5
shakes
183:25
share
28:24, 34:15
shared
34:18
sharing
185:2
sheet
127:21, 154:7
shelf
112:8, 112:10,
112:14

shirt
137:8, 173:19
shoeboxes
21:18, 21:19
shohl
60:9
shook
5:13, 10:14,
10:15
short
72:8, 129:14,
218:17, 220:17
shorthand
224:1
shot
133:12, 157:2,
157:18
should
8:9, 34:21,
46:18, 74:12,
107:14, 107:15,
114:22, 116:22,
127:25, 141:10,
141:11, 153:3,
193:20, 210:24
shoulder
173:3
shouldn't
67:4, 107:15
show
107:1, 146:6,
147:24, 148:7
showed
106:25
shown
115:6, 195:7
shows
178:19, 218:18
shy
13:22
sic
105:3
side
13:23, 60:19,
60:25, 61:5,
61:6, 61:7,
61:8, 61:23,
62:2, 148:5,

160:13, 174:13
sides
95:22, 97:13
siegel
11:3
signature-p1kal
224:15
significance
150:2, 170:21,
170:22
signing
224:8
similar
131:24
simple
51:7, 77:21,
101:7, 113:23,
197:20
simply
96:16, 180:24,
216:7
since
23:3, 48:24
singing
129:10, 129:17
single
51:3, 204:3,
218:15
sitting
39:11, 72:11,
73:2, 73:11,
127:12, 136:25
situation
34:3, 75:15,
75:22, 77:12,
78:7, 78:9,
78:12, 79:19,
80:10, 80:11,
81:12, 81:16,
81:18, 82:24,
84:11, 90:24,
92:21, 93:12,
95:13, 97:10,
108:1, 108:2,
114:10, 119:25,
135:15, 146:8,
170:24, 192:2,
192:3, 192:10,

| | | | |
|---|---|---|---|
| 192:23, 198:9, 200:15, 201:15, 203:3 | smoothly 8:4 | 191:11, 222:8, 222:16 | 192:10, 192:15 |
| **six** 125:16, 142:5, 142:15, 221:12 | **snippets** 69:13, 70:4 | **somebody** 30:15, 86:23, 93:22, 132:17, 135:12, 136:9, 136:12, 152:3, 152:6, 187:13, 207:19, 212:18, 215:1 | **soon** 79:13, 110:1 |
| **sizes** 132:22 | **soap** 125:13 | | **sophisticated** 25:7 |
| **skewed** 80:6 | **sociology** 37:2 | | **sorry** 9:18, 10:7, 19:22, 28:3, 28:7, 31:7, 40:2, 40:10, 47:6, 49:25, 50:14, 58:1, 58:15, 60:5, 61:1, 62:8, 63:6, 65:1, 66:20, 66:25, 68:10, 72:2, 87:5, 112:2, 112:20, 120:20, 124:15, 127:10, 155:14, 162:23, 177:1, 178:24, 211:1, 212:3, 213:15, 214:5, 217:22, 219:13, 219:14 |
| **sleep** 91:19 | **socrates** 6:19 | | |
| **slide** 216:22, 217:14 | **software** 76:17 | **someone** 16:17, 63:23, 85:12, 86:14, 86:24, 92:11, 92:13, 92:22, 93:23, 98:23, 104:18, 128:8, 128:14, 142:24, 184:23, 187:14, 195:2, 212:13, 212:16 | |
| **slided** 216:20, 216:21 | **solan** 39:13, 39:14 | | |
| **slightly** 98:6, 165:13, 168:8, 168:22, 169:2, 186:13 | **solely** 63:17, 64:13, 79:7, 79:12, 79:16, 80:2, 83:20, 88:24, 94:13 | | |
| **slogan** 60:12, 60:18, 60:24, 61:2, 61:3 | **some** 16:12, 22:2, 38:18, 38:21, 38:23, 45:16, 52:1, 55:17, 63:10, 69:9, 69:14, 69:15, 77:9, 93:6, 93:8, 93:14, 93:16, 93:20, 97:12, 98:2, 98:21, 101:12, 103:10, 111:3, 113:20, 115:6, 117:20, 123:23, 123:24, 124:8, 125:1, 126:2, 127:1, 127:21, 132:5, 136:1, 146:14, 151:9, 153:5, 155:6, 155:7, 155:12, 155:17, 156:3, 158:10, 161:6, 165:23, 168:23, 175:23, 179:5, 182:1, 184:6, 186:17, 189:9, | **someone's** 80:9, 124:21 | |
| | | **something** 20:5, 20:18, 33:24, 43:25, 44:9, 45:15, 55:7, 58:8, 60:25, 91:15, 91:22, 107:14, 115:18, 116:4, 116:15, 122:4, 136:13, 137:22, 138:9, 138:21, 183:20, 185:17, 187:13, 198:7, 202:8, 205:5, 212:4, 215:1, 221:13 | **sort** 25:20, 38:24, 44:1, 46:22, 88:20, 125:1, 140:1, 140:20, 164:8, 176:12, 177:20 |
| **slot** 116:19 | | | **sound** 13:23, 18:1, 19:1, 24:2, 110:4, 110:5, 144:22, 144:25 |
| **slower** 76:18 | | | |
| **slowly** 8:5 | | **sometimes** 23:6, 37:3, 51:4, 56:4, 122:17, 129:7, 211:23 | **sounds** 19:21, 23:19, 24:1, 26:4, 49:21, 145:2 |
| **slur** 55:25, 56:5, 56:7 | | | |
| **slurs** 55:1, 55:12, 55:15, 55:18, 55:21, 77:25, 126:19, 135:20, 135:23, 198:3 | | **somewhat** 218:16 | **sources** 21:13, 115:12, 128:12 |
| **small** 148:18, 181:24, 182:8 | | **song** 144:13, 144:19, | **south** 5:6, 14:9, 157:13, 158:5, |
| **smaller** 131:12 | | | |
| **smile** 164:8 | | | |
| **smirk** 170:3, 170:5 | | | |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021                    268

165:3, 165:11,
165:18, 167:23,
168:4, 168:6,
168:22
**sovereign**
60:23, 60:24,
61:3, 61:8,
61:24
**space**
156:8, 174:10,
175:2, 175:5,
175:8, 205:17,
206:5, 206:13,
206:14, 209:12
**sparks**
64:5
**speak**
8:5, 48:16,
48:18, 48:20,
49:16, 103:12,
107:14, 111:15
**speaker**
49:18, 79:17,
91:24, 95:7,
103:3, 103:15,
103:17, 104:1,
105:6, 105:25,
106:2, 106:7,
106:12, 106:15,
106:20, 109:15,
109:18, 119:3,
188:23, 196:11,
200:8, 201:11,
201:20, 202:2,
202:4
**speakers**
21:21, 23:9,
23:18, 23:24,
24:9, 32:11,
38:19, 91:16,
103:25, 106:9,
107:9, 111:1,
114:17, 115:1,
115:10, 115:13,
115:15
**speaking**
8:14, 8:17,
29:6, 48:11,

50:24, 86:24,
91:3, 110:10,
181:5
**spears**
5:4, 7:4, 8:23,
9:18, 10:8,
11:7, 11:8,
11:17, 12:13,
13:19, 14:3,
28:8, 46:8,
74:15, 74:21,
85:10, 85:17,
85:25, 86:11,
94:11, 95:11,
96:14, 96:23,
102:19, 102:21,
120:8, 120:18,
126:24, 129:1,
138:12, 138:19,
141:25, 142:4,
142:8, 142:12,
143:3, 149:21,
150:1, 150:20,
158:17, 158:25,
159:21, 159:25,
160:8, 160:22,
161:5, 161:24,
162:8, 162:16,
163:7, 163:17,
163:25, 164:17,
164:25, 169:10,
169:18, 169:25,
170:7, 171:18,
173:10, 173:14,
175:24, 177:12,
178:1, 178:4,
178:10, 179:7,
182:21, 183:11,
183:18, 185:19,
186:1, 202:18,
203:5, 205:3,
210:19, 211:22,
212:6, 212:12,
214:14, 214:22,
219:11, 221:1,
223:1, 223:13
**special**
18:4, 18:7,

45:22, 45:25,
113:8, 134:20
**specialities**
52:2
**specialize**
19:15, 28:11
**specialized**
134:13
**specific**
39:23, 40:6,
54:18, 64:6,
72:15, 73:12,
90:15, 108:6,
145:2, 169:15,
208:24
**specifically**
50:24, 75:23,
127:9, 207:2
**spectators**
139:2, 139:6,
139:16
**speculating**
88:23
**speculation**
94:9
**spelled**
11:21
**spent**
76:20, 76:21,
77:1, 77:3,
101:16, 197:16
**spirit**
186:15
**spoil**
44:19
**spoke**
65:23, 144:1
**spoken**
24:8, 30:14,
51:6, 83:15,
110:7, 144:22
**sporting**
137:16, 139:9,
139:23, 140:22,
141:4, 141:9,
161:14
**sports**
137:9, 137:23,

137:25, 139:6,
140:4, 161:11
**springfield**
21:10
**square**
126:20
**st**
222:4, 222:6
**stairs**
171:21, 192:13,
192:23, 200:18,
205:11, 208:2,
208:7
**stake**
80:7
**stance**
52:25
**standard**
38:24
**standing**
61:23, 95:18,
125:16, 130:19,
155:9, 166:2,
173:17, 194:3,
198:12, 204:1,
204:4, 204:6,
204:13, 206:3,
206:4, 206:9,
207:5, 207:6
**standoff**
213:1
**stanford**
35:6, 36:20
**start**
110:10, 132:16,
150:13, 158:18,
164:18, 171:11,
173:15, 190:20,
196:24
**started**
55:8, 67:1,
100:13, 114:1,
190:16, 192:17,
193:24, 215:1,
222:11
**starting**
25:9, 25:11,
42:11, 47:21,

150:16, 158:20,
159:16, 162:2,
171:13, 183:13,
210:15, 211:14,
212:9, 214:9
**starts**
46:22, 133:19,
179:14, 179:20,
182:12
**state**
3:23, 6:6,
10:5, 11:18,
15:23, 35:13,
35:16, 35:20,
75:4, 75:12,
80:23, 116:8,
116:14, 132:23,
133:25, 135:5,
144:11, 145:14,
149:23, 154:1,
171:19, 179:9,
184:18, 185:16,
200:13, 203:23,
216:12, 217:5
**stated**
150:6, 203:25
**statement**
73:20, 80:13,
84:7, 95:6,
104:21, 108:21,
126:21, 149:24,
166:24, 176:15,
184:13, 189:19,
193:11, 193:12,
197:5
**statements**
34:3, 48:2,
79:3, 79:7,
79:16, 79:18,
79:22, 79:24,
81:4, 82:11,
83:5, 94:20,
94:25, 103:22,
120:5, 176:11,
177:19, 187:22,
187:24, 189:12,
212:19, 213:16
**states**
1:1, 70:12,

139:11
**stating**
12:15, 135:6,
145:17, 163:3,
200:21
**status**
41:3
**statute**
63:15
**statutes**
63:12
**statutory**
64:17
**stay**
120:9, 194:6
**stayed**
93:9, 93:19,
210:7, 219:17
**staying**
194:8
**stays**
179:4
**stenographically**
224:6
**step**
154:11, 205:10
**steps**
137:7, 152:21,
154:3, 154:8,
154:21, 155:7,
155:20, 157:12,
157:21, 157:23,
158:6, 158:9,
165:10, 166:6,
166:12, 166:16,
166:19, 166:21,
167:5, 167:8,
167:23, 168:2,
169:1, 172:4,
172:7, 173:24,
173:25, 174:8,
174:16, 174:19,
175:6, 175:14,
175:19, 175:20,
175:21, 176:17,
176:18, 177:4,
179:3, 182:11,
192:5, 193:25,

204:6, 209:17
**sticking**
59:8
**still**
17:9, 17:13,
41:25, 42:4,
43:10, 53:1,
165:14, 173:4,
210:8
**stipulated**
149:6, 150:10
**stipulation**
11:14
**stone**
2:32, 5:10,
9:13, 10:17
**stood**
123:22, 154:13,
190:17, 191:19,
194:1, 205:19,
210:8, 218:2
**stop**
20:22, 37:12,
44:10, 63:19,
75:9, 150:13,
162:5, 165:16,
219:13
**stopped**
76:6, 130:13,
131:18
**stopping**
176:12, 176:13,
177:20
**story**
16:11, 45:17
**straight**
194:2, 220:6
**straightforward**
78:2
**stray**
123:10, 124:10
**streaming**
45:13, 45:18
**street**
4:15, 4:23,
5:16, 5:25, 6:6,
13:7
**strict**
59:7

**strike**
41:20, 68:22,
79:25, 107:3,
116:9, 137:2,
170:16, 189:24,
208:3, 209:19
**strong**
104:23
**structure**
20:3, 20:9,
20:25, 23:2,
23:14, 23:25,
24:1, 24:16,
25:3, 26:11,
32:18, 51:20,
117:3, 117:7,
117:9
**structures**
23:6, 24:10,
25:2, 25:14
**student**
173:17, 174:12,
175:1, 175:9,
210:21, 211:13,
213:25, 214:15
**students**
38:13, 38:16,
43:8, 43:12,
53:21, 55:9,
83:11, 93:2,
93:6, 93:8,
123:18, 131:6,
131:10, 143:8,
152:10, 154:13,
155:4, 156:3,
156:9, 161:6,
171:21, 174:11,
209:7, 209:18,
209:20, 209:24,
212:20, 213:16
**studied**
15:7, 15:10,
15:12, 16:1,
17:7, 21:7,
36:25, 37:21,
37:23, 88:3,
151:9
**studies**
19:12, 110:24

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

270

| | | | |
|---|---|---|---|
| **study** | **substantially** | 58:15, 66:25, | 25:8 |
| 14:22, 15:11, | 187:18, 187:23 | 68:8, 74:14, | **syntax** |
| 16:7, 16:25, | **substantive** | 75:4, 93:23, | 18:1, 20:11, |
| 17:10, 17:11, | 189:14 | 96:14, 97:9, | 23:2, 24:17, |
| 17:17, 17:20, | **substitute** | 103:13, 106:1, | 25:6, 35:24, |
| 18:1, 18:15, | 85:18 | 114:11, 115:4, | 35:25, 109:8, |
| 18:19, 19:1, | **sue** | 117:13, 123:7, | 118:17, 196:25 |
| 19:2, 19:3, | 29:16, 29:18, | 125:18, 127:1, | **systematic** |
| 19:8, 19:20, | 29:20, 29:21, | 128:23, 129:2, | 17:1 |
| 20:15, 21:7, | 29:25, 30:1, | 131:2, 147:7, | |
| 21:22, 23:5, | 30:3, 30:6, | 147:9, 147:14, | **T** |
| 25:6, 26:15, | 30:24, 31:6, | 149:19, 150:23, | **table** |
| 26:21, 28:14, | 31:7, 31:9, | 159:6, 173:7, | 52:20, 206:16 |
| 35:5, 35:8, | 31:10, 31:14, | 173:8, 175:25, | **tactic** |
| 35:9, 36:2, | 32:9, 33:12, | 178:4, 181:11, | 23:6 |
| 36:21, 37:5, | 33:19 | 194:14, 195:5, | **take** |
| 42:18, 104:9, | **sufficient** | 195:8, 196:5, | 22:4, 24:10, |
| 110:25, 111:1, | 208:19 | 202:18, 211:18, | 27:16, 34:16, |
| 115:20 | **suggest** | 211:20, 219:11, | 38:3, 47:23, |
| **studying** | 84:25, 124:24 | 221:13 | 49:16, 74:12, |
| 21:12, 23:2, | **suggested** | **surmise** | 82:17, 83:9, |
| 24:7, 24:9, | 208:6 | 143:20, 153:24 | 95:8, 105:7, |
| 26:6, 110:20 | **suggesting** | **surprise** | 106:3, 106:17, |
| **stuff** | 181:5, 181:8 | 144:15, 144:18 | 109:16, 109:21, |
| 99:2 | **suggests** | **surrounded** | 114:12, 114:24, |
| **style** | 196:15 | 176:1, 176:4, | 117:22, 134:13, |
| 180:14 | **suit** | 176:5, 176:7, | 152:12, 169:17, |
| **su** | 57:7 | 214:15 | 175:22, 178:2, |
| 215:1 | **suitable** | **suspect** | 178:18, 186:2, |
| **subfield** | 115:24 | 58:6, 153:14 | 192:11, 192:14, |
| 18:23 | **suite** | **swear** | 192:22, 193:16, |
| **subfields** | 4:7, 4:16, | 11:12 | 211:7, 220:17 |
| 19:10 | 4:23, 5:6, 6:14 | **sworn** | **taken** |
| **subject** | **summary** | 11:16 | 58:8, 74:18, |
| 17:25, 20:6, | 105:9, 105:10, | **synonymous** | 120:15, 132:4, |
| 52:15, 55:15, | 154:7, 188:8 | 61:4, 61:9, | 133:6, 178:7, |
| 203:1 | **support** | 62:5, 62:6 | 220:23, 224:3, |
| **subscribe** | 114:12, 148:12 | **syntactic** | 224:6 |
| 45:6, 45:9 | **supports** | 20:3, 20:9, | **takes** |
| **subsequent** | 176:11, 177:19 | 20:25, 23:1, | 50:23 |
| 79:6, 79:22, | **suppose** | 23:14, 24:1, | **taking** |
| 126:12 | 29:22 | 24:15, 25:2, | 10:1, 15:25, |
| **subsequently** | **sure** | 25:3, 25:14, | 89:23, 90:7, |
| 72:20, 77:15, | 11:23, 13:6, | 26:11, 51:20, | 91:24, 112:14, |
| 79:2 | 13:21, 29:14, | 116:19, 117:3, | 151:19, 158:3, |
| **substantial** | 33:9, 40:4, | 117:7, 117:9 | 180:4 |
| 187:8, 187:11, | 40:9, 47:2, | **syntacticians** | **talk** |
| 189:9, 189:12 | 52:17, 58:13, | 23:15, 24:6, | 8:6, 25:3, |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

271

25:13, 28:9,
38:17, 54:19,
54:25, 64:5,
90:25, 94:4,
97:7, 102:10,
112:21, 122:4,
146:9, 148:8,
156:11, 156:12,
162:17, 171:9,
188:20, 188:24,
189:7, 203:22,
213:20
**talked**
22:9, 25:1,
27:12, 62:14,
65:13, 70:20,
77:24, 82:19,
86:2, 92:10,
99:10, 106:6,
114:14, 116:9,
117:2, 117:3,
172:9, 178:11,
178:14, 209:8,
212:16, 217:9,
221:15
**talking**
20:18, 34:23,
47:6, 47:9,
50:19, 56:7,
64:2, 68:3,
68:8, 68:10,
69:25, 89:8,
89:11, 90:12,
91:18, 106:15,
114:4, 114:5,
130:6, 156:13,
162:7, 168:19,
189:2, 189:3,
214:4
**talks**
54:10
**tape**
122:21, 122:22,
123:13
**taught**
35:19, 35:22,
36:14, 38:6,
39:21, 41:11

**teach**
36:13, 40:15,
41:9, 41:10,
109:23
**teaching**
42:6, 42:8,
42:9, 43:15,
52:5, 63:24,
108:13
**team**
139:13, 139:17,
140:5, 140:6,
140:14, 140:17,
140:21
**technical**
28:20, 51:25,
54:17, 58:15
**technical-related**
8:18
**technician**
6:19, 8:2
**techniques**
119:7
**ted**
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
**teenagers**
142:2, 142:14,
142:15
**telephone**
19:22, 67:19,
67:23
**television**
21:15, 139:9,
173:13
**tell**
13:25, 17:15,
19:2, 49:23,
53:11, 61:14,
63:7, 83:19,
108:4, 122:15,
123:5, 124:20,
127:11, 127:12,
129:15, 130:21,
134:8, 149:3,
149:11, 160:18,
164:9, 172:15,

197:9, 210:6,
211:12, 212:3,
212:5, 214:24,
215:10, 218:10
**telling**
107:13, 137:2,
150:6, 153:23,
180:21
**tells**
33:20, 80:6
**ten**
100:7, 178:3,
220:18
**tend**
196:10
**tense**
104:8, 110:13,
110:14, 191:6
**term**
21:12, 22:5,
41:7, 54:18,
56:4, 98:7,
116:18, 116:19
**terms**
17:18, 17:19,
27:4, 55:16,
59:9, 62:6,
78:1, 81:25,
98:13, 99:11,
121:18, 126:18,
167:6, 188:10,
213:4, 216:18
**terre**
13:14, 14:1,
14:7, 14:8,
14:11
**testified**
11:16, 56:15,
56:20, 59:4,
60:6, 61:2,
61:9, 156:1,
208:3
**testify**
65:4, 91:5
**testifying**
59:11, 66:13,
80:23
**testimony**
57:12, 57:16,

57:19, 58:23,
59:5, 59:10,
59:13, 59:17,
59:19, 59:22,
59:24, 63:11,
64:2, 80:22,
82:23, 85:16,
224:5, 224:6
**texts**
23:8
**th**
25:10, 46:12,
52:24, 65:13,
69:20, 74:4,
75:1, 222:11,
224:14
**thank**
8:2, 8:19,
12:14, 12:15,
24:24, 27:4,
28:9, 54:22,
58:18, 73:1,
93:21, 120:19,
138:18, 142:17,
152:13, 219:16,
220:20, 223:11,
223:14, 223:15
**thanks**
53:18, 74:15,
186:15
**theater**
15:1
**themself**
10:4
**themselves**
34:6, 134:19
**theories**
52:14
**theorist**
52:18
**theory**
28:19, 28:21,
30:25, 41:18,
52:6, 52:11,
52:13, 52:19,
53:12, 53:14,
53:23, 54:4,
54:6, 54:18,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

272

54:21
**thereafter**
224:7
**therefore**
110:25, 192:21
**they'd**
80:6
**thing**
24:19, 25:20,
32:12, 62:12,
63:24, 87:15,
102:6, 109:24,
110:22, 138:20,
167:7, 167:9,
177:25, 180:19,
184:21, 192:4,
193:13, 197:12,
198:10
**things**
26:17, 27:2,
27:5, 36:21,
37:18, 42:18,
43:17, 44:2,
44:16, 45:3,
49:24, 55:17,
76:7, 77:14,
78:3, 86:20,
92:11, 98:24,
99:8, 102:8,
103:19, 105:1,
108:23, 109:5,
110:11, 110:23,
113:25, 114:8,
146:9, 146:18,
150:6, 184:16,
193:20, 197:1
**thinking**
85:4, 113:24,
113:25, 184:16,
184:17, 186:20,
190:9, 193:15,
193:18
**third**
26:2, 51:10,
51:18, 132:1,
133:21
**thoroughly**
78:14

**thought**
16:15, 37:18,
37:19, 37:22,
43:24, 61:22,
67:12, 96:14,
100:20, 102:8,
113:18, 113:21,
114:8, 118:7,
131:7, 140:15,
151:12, 184:6,
185:9, 185:14,
192:4, 193:13,
195:1, 195:23,
197:21, 212:25,
213:4
**three**
13:11, 22:22,
74:1, 74:6,
77:1, 77:4,
97:11, 111:24,
112:3, 117:20,
122:10, 123:17,
131:21, 142:21,
154:21, 172:6,
173:24, 191:15,
197:2
**through**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 43:15,
43:23, 44:17,
46:1, 64:8,
69:22, 72:18,
75:10, 79:12,
86:3, 86:25,
92:6, 101:17,
111:24, 149:16,
156:8, 156:18,
209:23
**throughout**
181:2, 218:3,
218:13, 218:19
**till**
110:8
**time**
8:17, 9:23,
12:16, 15:12,
15:25, 16:13,

17:8, 17:12,
39:22, 43:11,
49:13, 59:6,
67:3, 68:11,
74:17, 74:20,
76:2, 76:20,
76:22, 77:12,
80:19, 82:15,
87:11, 87:23,
98:22, 99:3,
110:8, 111:5,
114:1, 120:14,
120:17, 123:23,
132:3, 132:12,
135:24, 140:12,
154:10, 164:12,
167:4, 169:11,
172:16, 178:6,
178:9, 204:5,
204:13, 211:5,
211:12, 212:21,
213:18, 213:23,
214:23, 215:18,
218:13, 220:22,
220:25, 221:3,
223:14
**timeframe**
49:11
**times**
1:23, 1:24,
6:10, 6:11, 9:4,
10:10, 45:7,
45:14, 75:19,
76:5, 107:12,
108:6, 122:19
**timing**
120:10
**title**
151:16
**titled**
120:25, 223:5
**today**
9:24, 10:16,
10:23, 11:2,
21:15, 72:11,
73:2, 73:11,
127:12, 127:21,
137:1, 154:8,

188:21, 200:25,
221:14
**today's**
9:15, 9:22
**todd**
4:4, 5:15,
10:15, 10:17,
11:5, 65:19,
67:11, 102:20
**together**
20:11, 22:8,
22:11, 36:3,
36:20, 125:16,
147:16, 182:9
**told**
16:19, 52:4,
53:4, 54:14,
62:8, 64:18,
66:2, 66:3,
77:22, 92:15,
101:7, 101:20,
102:4, 132:3,
139:22, 154:15,
188:16, 190:23,
194:25
**tomahawk**
161:7, 161:9,
161:19
**tomorrow**
41:16
**took**
15:18, 16:12,
67:16, 68:4,
81:10, 96:20,
118:14, 119:8,
135:9, 137:10,
143:21, 157:18,
165:13, 194:19
**tool**
24:6, 25:25
**tools**
23:21, 25:23,
37:6, 39:1
**top**
17:9, 17:13,
73:24, 192:13,
223:5
**tore**
137:8

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

273

| | | | |
|---|---|---|---|
| **total** | **traurig** | 78:10, 80:12, | 217:7, 217:12 |
| 77:3, 222:10 | 6:5, 10:25 | 87:7, 87:25, | **turning** |
| **touched** | **treat** | 88:1, 94:24, | 168:24 |
| 17:1 | 20:16 | 101:21, 107:6, | **turns** |
| **tourists** | **tremaine** | 107:23, 107:25, | 154:9, 160:10, |
| 122:25 | 4:14 | 108:3, 108:4, | 165:15, 166:22, |
| **toward** | **trial** | 108:6, 108:21, | 168:2, 168:9, |
| 141:19, 166:8, | 65:4, 197:8 | 108:22, 109:1, | 168:20, 168:21, |
| 166:16, 168:1, | **tribe** | 117:10, 119:7, | 168:23, 169:2, |
| 168:25, 180:6 | 88:16, 143:23, | 122:3, 187:8, | 182:12 |
| **towards** | 144:12 | 187:10, 187:12, | **tv** |
| 15:15, 54:25, | **tried** | 188:17, 188:20, | 45:20, 71:2 |
| 135:24, 141:20, | 38:17, 38:25, | 189:1, 189:2, | **twice** |
| 145:16, 160:13, | 75:19, 76:6, | 189:9, 189:12, | 134:7 |
| 166:14, 166:22, | 77:22, 89:12, | 190:1, 190:5, | **two** |
| 168:1, 193:24 | 134:6 | 197:11, 197:24, | 25:2, 29:19, |
| **track** | **tries** | 198:2, 198:4, | 32:23, 35:5, |
| 57:24 | 115:11 | 199:14, 199:17, | 40:18, 66:10, |
| **trademark** | **triple** | 216:10 | 75:6, 76:14, |
| 60:11 | 142:7, 142:10, | **truthfully** | 77:1, 77:4, |
| **tradition** | 142:17 | 108:2 | 82:9, 83:3, |
| 59:7 | **true** | **try** | 94:20, 94:25, |
| **trailed** | 29:16, 29:25, | 33:10, 58:16, | 95:18, 96:6, |
| 152:6 | 31:23, 33:16, | 58:17, 187:25, | 97:11, 98:9, |
| **trailing** | 33:21, 33:24, | 197:22, 209:22 | 99:23, 108:19, |
| 145:24 | 34:1, 55:20, | **trying** | 110:10, 117:20, |
| **training** | 61:25, 62:3, | 12:25, 37:15, | 130:12, 154:21, |
| 15:14, 15:24, | 67:13, 78:2, | 40:4, 40:10, | 158:3, 165:10, |
| 43:22, 44:1, | 78:8, 78:12, | 78:5, 78:22, | 176:14, 182:6, |
| 44:14, 134:14, | 79:18, 79:24, | 81:19, 84:25, | 187:2, 190:14, |
| 134:16, 211:8 | 81:7, 82:24, | 85:18, 86:15, | 193:19, 196:4, |
| **trajectory** | 84:18, 92:1, | 86:24, 94:12, | 198:17, 199:3, |
| 208:6 | 94:25, 95:2, | 112:24, 132:20, | 200:13, 202:24, |
| **transcript** | 100:21, 101:23, | 141:11, 151:17, | 203:1, 215:24, |
| 82:11, 224:4 | 102:8, 108:8, | 153:10, 157:14, | 216:2, 223:3, |
| **transcription** | 108:24, 121:21, | 208:7, 212:24, | 223:4 |
| 73:19 | 187:17, 187:18, | 219:9 | **type** |
| **transitive** | 187:20, 187:23, | **tuesday** | 18:15, 21:2, |
| 118:24 | 188:1, 189:19, | 2:37, 4:2 | 32:14, 76:12, |
| **translate** | 191:9, 191:12, | **turk** | 116:20 |
| 108:13, 108:18, | 198:6, 198:14, | 23:22, 26:3 | **types** |
| 108:20 | 199:4, 199:18, | **turn** | 18:3, 27:12 |
| **translating** | 199:21, 206:2, | 154:20, 167:25, | **typewriting** |
| 108:19 | 216:9, 224:4 | 193:24 | 224:7 |
| **translation** | **truth** | **turned** | **typical** |
| 108:17 | 33:21, 55:19, | 155:18, 165:23, | 144:2 |
| **translations** | 56:8, 61:18, | 167:15, 187:15, | **typically** |
| 48:13 | 62:5, 77:22, | 194:2, 204:15, | 86:2, 103:24, |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

274

115:25, 143:22,
145:3, 191:6,
200:14, 200:22,
203:2
**typo**
127:22, 128:19,
128:21
**typos**
127:21

**U**

**ultimate**
82:3
**umm**
45:2, 71:11,
104:17
**unable**
8:15, 200:16,
203:3
**unclear**
133:2
**under**
16:4, 20:20,
21:21, 26:18,
26:19, 31:1,
31:2, 31:17,
31:18, 33:16,
33:23, 48:9,
53:5, 53:9,
53:12, 53:15,
70:20, 73:15,
102:12, 105:9,
187:2, 224:7
**undergraduate**
14:24, 14:25,
15:3, 35:19,
35:23, 38:12,
49:2
**underlying**
25:13
**understand**
12:7, 12:17,
13:1, 32:13,
32:19, 33:14,
40:2, 54:7,
65:7, 78:11,
79:17, 83:17,
85:1, 104:21,

106:10, 107:20,
118:9, 119:4,
119:25, 184:22,
188:4, 188:5,
191:16, 197:12,
197:18, 198:16,
199:14, 208:21,
211:8
**understanding**
25:23, 84:13,
85:9, 113:12,
187:18, 188:7,
193:6, 197:11
**understood**
12:20, 12:22,
34:22, 38:19,
80:22, 103:6,
107:9, 188:18
**undertake**
19:16, 27:11
**unfriendly**
99:14
**ungrammatical**
44:13
**united**
1:1, 139:10
**universal**
55:21
**universities**
17:9
**university**
14:19, 14:23,
15:8, 15:11,
15:19, 17:4,
35:6, 35:14,
35:16, 36:6,
39:20, 42:1,
49:3, 74:3
**unless**
44:3, 87:13
**unmovable**
212:14
**unmoving**
95:18
**unquote**
128:7
**unreasonable**
104:16

**unrelated**
122:12, 123:17
**until**
24:23, 66:24,
124:14, 130:5,
142:8, 160:2,
162:23, 166:9,
166:17, 166:22,
167:15, 168:2,
172:6, 179:4,
206:20, 213:12,
217:20, 220:13
**unusually**
96:18
**upbringing**
170:23
**updating**
51:21
**usa**
10:23, 11:2
**usage**
23:16, 116:23,
198:21
**usages**
21:11, 21:17,
21:20, 23:8,
24:7, 196:20,
200:1
**use**
19:19, 21:15,
22:10, 22:11,
22:17, 23:21,
24:4, 25:1,
26:3, 27:21,
28:16, 37:6,
48:23, 61:4,
75:17, 95:14,
98:3, 102:25,
108:17, 109:11,
109:13, 111:2,
111:16, 115:10,
115:20, 116:24,
118:24, 139:1,
139:2, 145:1,
147:25, 148:9,
164:14, 168:16,
172:16, 172:17,
184:23, 200:22,

200:24, 200:25,
201:4, 218:5,
219:1, 219:19
**useful**
37:8, 39:1,
108:12
**uses**
23:16, 55:23,
102:24, 116:13,
116:14, 197:13
**using**
91:3, 98:5,
201:2
**usually**
76:15, 139:23,
145:3
**utilize**
76:17
**utter**
19:25, 20:3,
22:23
**utterance**
20:10, 20:21,
26:22, 26:25,
32:23, 33:11,
33:13, 34:12,
55:19, 91:17,
198:5, 198:6
**utterances**
29:19, 30:23,
31:22
**uttered**
95:5, 145:2

**V**

**vague**
98:9, 132:21
**valid**
196:3, 200:6,
201:10, 201:19,
202:1
**variety**
18:13, 19:9,
21:13, 37:18,
40:8, 42:18,
52:9
**various**
20:13, 49:24,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

275

97:13, 122:11,
134:23
**veracity**
48:1
**verb**
110:13, 116:20,
116:21, 216:19,
220:4
**verbatim**
187:4, 192:11
**version**
112:13
**versus**
9:1, 9:3, 9:6,
9:9, 9:13, 9:20,
20:19, 29:20,
30:6, 30:24,
61:7, 131:23,
139:17, 139:19,
139:23, 140:7
**veteran**
71:24
**via**
8:16
**viacomcbs**
4:19, 5:2
**vicinity**
129:16
**video-recorded**
8:24
**videoed**
134:25
**videographer**
6:18, 8:20,
9:15, 9:22,
9:24, 11:11,
74:16, 74:19,
120:13, 120:16,
122:22, 125:11,
129:13, 130:16,
133:6, 147:2,
148:24, 149:1,
178:5, 178:8,
206:17, 207:16,
220:12, 220:24,
223:16
**videography**
131:1, 134:17

**videotape**
8:21
**videotaping**
135:14
**view**
90:9, 90:20,
104:22, 138:9,
141:9, 141:10,
141:11, 218:10,
220:3
**viewed**
72:17, 141:3,
142:22, 161:19
**viewing**
134:19, 138:24
**views**
86:19, 88:22,
89:13, 89:15,
89:18, 98:18,
124:3, 125:12
**viral**
71:24
**virtually**
2:36, 3:2
**virtue**
30:15, 54:6,
198:6
**vis-a-vis**
133:16, 203:10
**vision**
205:14, 205:16,
206:1, 206:11,
206:25, 207:6
**visiting**
36:5, 40:21
**visual**
51:14, 206:18,
206:21, 207:9,
207:19
**vitae**
58:7

---
                W
---
**wacker**
5:6
**waded**
176:3
**wading**
160:19, 160:20

**wah**
145:6
**wait**
24:22, 120:20,
124:14, 130:5,
142:8, 162:23,
171:9, 198:14,
206:20, 213:12,
217:20, 220:13
**walk**
110:1, 155:16,
156:18, 180:3,
220:6
**walked**
93:7, 155:10,
155:11, 155:15,
155:19, 156:5,
160:10, 168:19,
176:8, 194:2,
204:14, 204:15,
205:10, 209:11
**walking**
152:15, 154:17,
156:25, 159:2,
159:7, 165:20,
165:22, 166:5,
166:11, 166:14,
166:20, 167:22,
168:4, 168:5,
168:22, 168:25,
169:1, 180:6,
181:22, 182:5,
182:9, 182:15,
208:9, 208:15,
209:16
**walks**
110:1, 156:20,
158:8, 165:12,
167:19, 168:8
**walt**
4:11
**want**
13:5, 13:20,
35:1, 37:13,
46:3, 53:19,
61:10, 61:14,
68:5, 75:4,
81:11, 83:16,

91:6, 93:1,
102:4, 103:14,
103:15, 103:17,
105:24, 106:1,
120:9, 126:2,
126:5, 140:8,
140:9, 146:9,
156:12, 165:16,
167:3, 171:10,
171:24, 177:25,
178:1, 204:25,
222:18
**wanted**
17:14, 18:1,
49:10, 53:17,
59:13, 61:3,
101:18, 118:14,
119:15, 125:12,
132:14, 132:15,
192:5, 205:5,
208:1, 209:15,
209:23
**washington**
4:16, 45:7,
45:14
**waste**
82:15
**watch**
44:25, 45:11,
45:12, 45:19,
45:20, 76:10,
76:13, 76:18,
104:22, 106:19,
169:5, 169:11
**watched**
71:10, 71:19,
72:14, 73:9,
75:19, 75:23,
76:5, 126:10,
135:8, 146:2,
149:12, 149:23,
150:8, 169:13,
215:15
**watching**
71:20, 76:21,
94:14, 139:20,
139:25, 141:15,
144:9, 147:19,

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

276

| | | | |
|---|---|---|---|
| 180:3, 183:1 | 216:16, 220:2, | 214:1, 216:8 | **witnessing** |
| **ways** | 220:3 | **white** | 141:3 |
| 19:20, 20:15, | **weren't** | 142:1, 142:14, | **womb** |
| 26:10, 26:15, | 130:21, 151:20, | 142:15, 151:3, | 110:3 |
| 26:21, 29:11, | 155:3 | 174:5 | **women** |
| 36:2, 37:6, | **wessels** | **whitehead** | 123:25, 180:5 |
| 38:24, 51:20, | 4:6, 57:2, 57:9 | 52:23 | **won** |
| 90:15, 103:10, | **west** | **whoever** | 183:20, 183:21, |
| 136:10, 191:15 | 4:23, 5:16, | 157:18 | 183:24, 183:25, |
| **we'll** | 5:25, 13:7, | **whole** | 184:6, 184:11, |
| 222:3 | 157:21, 168:1 | 33:11, 135:9, | 184:21, 184:25, |
| **we're** | **western** | 177:25, 198:23, | 185:13, 185:15 |
| 13:21, 47:12, | 14:8 | 198:25 | **wonder** |
| 53:25, 56:3, | **whatever** | **wide** | 151:2 |
| 74:22, 103:14, | 64:3, 90:24, | 21:13, 52:9 | **word** |
| 120:13, 120:21, | 94:2, 140:17, | **wider** | 23:25, 30:16, |
| 178:8, 222:20 | 145:22, 148:2, | 172:15 | 33:2, 33:4, |
| **we've** | 184:5, 184:7, | **wiley** | 37:24, 37:25, |
| 105:16, 149:4, | 222:4 | 14:13, 14:15 | 44:21, 52:21, |
| 158:18, 210:9, | **whereof** | **willing** | 52:22, 95:14, |
| 217:9 | 224:13 | 66:9, 150:7 | 95:17, 98:3, |
| **wearing** | **whereupon** | **within** | 98:4, 109:5, |
| 99:5, 147:18, | 223:19 | 19:11, 28:21, | 109:19, 115:1, |
| 165:10, 180:11 | **wherever** | 72:1, 73:13, | 115:8, 115:9, |
| **web** | 133:10 | 84:19, 103:25 | 116:12, 135:25, |
| 21:16, 23:21, | **whether** | **without** | 139:1, 139:2, |
| 23:23, 53:7 | 23:24, 32:4, | 33:12, 87:19, | 139:13, 144:22, |
| **webster** | 32:7, 33:18, | 118:2, 118:3, | 145:9, 147:25, |
| 195:16, 195:24 | 53:14, 55:20, | 195:2, 196:7 | 152:16, 164:14, |
| **webster's** | 67:12, 72:13, | **witness** | 195:10, 195:11, |
| 201:23 | 73:2, 79:24, | 11:13, 28:3, | 196:4, 196:14, |
| **week** | 91:25, 95:2, | 28:6, 57:6, | 200:14, 200:21, |
| 76:25 | 100:21, 102:7, | 82:23, 85:7, | 201:4, 216:13 |
| **weigh** | 114:9, 120:4, | 85:15, 85:16, | **words** |
| 78:7 | 121:20, 139:10, | 85:22, 86:10, | 20:2, 20:8, |
| **weird** | 145:4, 145:6, | 94:7, 94:17, | 20:11, 20:25, |
| 49:24, 50:2 | 145:8, 151:12, | 96:16, 102:18, | 23:10, 26:10, |
| **well-known** | 153:12, 154:2, | 102:20, 128:25, | 27:21, 31:16, |
| 60:18 | 161:18, 163:15, | 141:23, 142:19, | 33:17, 33:19, |
| **went** | 181:11, 181:14, | 149:22, 162:5, | 34:6, 36:3, |
| 14:16, 14:19, | 182:22, 184:12, | 162:12, 162:14, | 38:1, 69:13, |
| 15:8, 15:20, | 187:20, 187:22, | 169:8, 170:5, | 91:3, 92:21, |
| 16:21, 17:4, | 187:25, 189:19, | 177:1, 179:1, | 94:19, 104:7, |
| 19:22, 35:17, | 199:3, 199:17, | 182:18, 199:13, | 111:12, 113:15, |
| 39:20, 72:14, | 199:20, 200:17, | 202:19, 211:5, | 113:17, 114:10, |
| 76:6, 110:15, | 202:6, 202:14, | 211:18, 212:3, | 136:3, 140:8, |
| 111:24, 149:16, | 203:9, 203:15, | 212:9, 219:8, | 144:11, 144:19, |
| 165:23, 215:9, | 204:18, 205:25, | 224:13 | 177:21, 185:6, |

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

277

188:22, 193:6,
193:10, 193:11,
195:3, 196:12,
196:18, 198:21,
198:23, 216:4,
217:1
**work**
12:23, 16:19,
17:14, 21:4,
26:17, 30:25,
35:3, 44:9,
44:11, 53:2,
53:5, 53:9,
54:15, 54:19,
56:18, 58:4,
63:16, 67:1,
68:2, 172:18,
221:9
**worked**
16:2, 21:9,
49:1, 100:6,
221:12, 222:7,
222:10
**working**
15:15, 42:21,
55:8, 100:13,
222:11
**works**
52:1, 197:14,
197:15, 197:17
**world**
17:10, 50:19,
87:11, 112:22
**world's**
52:20
**worth**
132:12, 179:21
**wouldn't**
18:7, 85:11,
109:22, 114:7,
117:17, 118:12,
132:9, 141:6,
144:21, 145:8,
190:18, 190:21,
191:3, 191:6,
191:10, 194:16,
194:17, 194:25,
198:11, 198:15,

206:2
**wrap**
35:1
**wright**
4:14
**write**
27:16, 27:20,
62:22, 64:1,
67:15, 67:17,
89:12, 121:3,
125:6, 156:19
**writing**
38:15, 39:25,
43:13, 53:21,
63:8, 161:22
**written**
24:8, 27:16,
53:9, 105:15,
105:19
**wrong**
52:11, 141:6,
159:3, 159:10,
159:24, 163:16,
165:6, 176:6,
196:24
**wrote**
46:15, 49:5,
63:1, 63:3,
63:4, 67:7

**Y**

**yardstick**
172:15, 173:2
**yardsticks**
172:16, 172:17,
172:19
**yeah**
12:10, 19:24,
22:11, 24:22,
27:8, 28:4,
29:15, 32:16,
34:25, 40:12,
40:14, 41:8,
44:15, 44:24,
45:4, 47:14,
47:24, 51:2,
55:2, 55:4,
57:20, 61:9,

61:22, 63:3,
70:16, 95:25,
102:18, 103:19,
122:5, 147:8,
166:4, 174:3,
190:11, 192:14,
194:25, 198:19,
221:24
**year**
15:7, 15:10,
15:21, 15:22,
16:13, 41:8,
55:3, 110:9,
221:21
**years**
13:10, 35:5,
35:15, 37:20,
197:16
**yelled**
185:16
**yelling**
141:17, 146:18,
183:20, 186:3,
210:21, 211:13,
214:25
**yep**
151:4, 170:15,
201:18, 210:6
**yesterday**
41:15
**yield**
33:24
**york**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14
**young**
170:23
**yourself**
8:17, 18:16,
19:4, 19:5, 92:4

**Z**

**zero**
173:13

**zoom**
55:14, 67:23

**$**

**$300**
221:7

**.**

**.1188**
4:9
**.1222**
5:18
**.1400**
6:8
**.3071**
6:16
**.4499**
4:17
**.8000**
5:8
**.8280**
5:27
**.8900**
4:25

**0**

**00023**
1:21, 9:5
**00024**
1:34, 9:7
**00025**
2:8, 9:11
**00026**
2:18, 9:21
**00027**
2:30, 9:14
**00056**
1:11, 9:2
**01**
9:23, 178:7,
178:9
**03**
185:22
**05**
220:23, 220:25
**06**
224:18
**07**
185:20, 185:25

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

278

**09**
223:18, 223:19

---

**1**

**1**
120:15, 120:17,
179:21, 211:11,
211:14, 211:16,
211:25, 212:8,
212:9, 212:11
**10**
4:23, 5:16,
9:23, 46:12,
57:25, 65:13,
75:1, 99:19,
137:6, 143:14,
146:3, 146:7,
148:13, 148:14,
149:5, 149:6,
149:9, 149:17,
149:24, 150:12,
150:14, 150:15,
150:17, 150:18,
150:19, 151:1,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5
**100**
218:13
**10027**
13:8
**11**
74:4, 74:17,
74:18, 74:20,
171:12, 171:17,
179:9, 186:22,
187:1, 224:14
**116**
135:1
**12**
7:4, 120:14,
120:15, 188:12,
189:16
**12207**
6:7
**1221**
10:2
**123**
13:7

**13**
83:23, 83:24,
192:9, 200:10,
201:1, 203:23
**1301**
4:15
**14**
74:17, 74:18,
88:20, 93:1,
93:14, 170:11,
215:4, 215:19,
215:20
**147**
179:18
**16**
47:6, 171:6,
171:11, 171:13,
171:15, 171:16,
173:13, 176:10,
177:17
**17**
214:5, 221:12
**18**
69:20, 69:23,
70:1, 70:4,
72:9, 72:19,
75:10, 75:17,
77:7, 79:12,
121:4, 122:7,
183:12, 183:14,
201:14, 204:11,
211:11, 211:14,
211:25, 217:24
**19**
1:11, 9:2,
25:10, 52:24
**1950**
23:4, 25:11
**1978**
15:3
**1979**
15:22
**1981**
48:25
**1988**
35:17

---

**2**

**2**
156:17, 178:6,

178:7
**20**
1:21, 1:34,
2:8, 2:18, 2:30,
9:5, 9:7, 9:11,
9:14, 9:21,
13:7, 25:10,
52:24, 120:14,
120:15, 146:7,
148:13, 148:14,
158:24, 160:2,
160:7, 160:23,
161:1, 172:20,
224:18
**200**
14:9, 37:20
**20005**
4:16
**2005**
38:9
**2016**
35:18, 38:9,
40:21
**2019**
40:21, 69:20,
121:4
**202.973**
4:17
**2021**
2:37, 4:2,
7:15, 9:23,
46:13, 47:4,
47:15, 75:1,
99:19, 222:17,
223:7, 224:14
**2022**
42:12
**2023**
224:18
**21**
65:16, 65:17,
165:9, 221:22,
222:4, 222:6
**22**
211:11, 211:16,
212:8, 212:9
**223**
7:12

**224**
1:41
**23**
224:18
**233**
5:6
**2400**
6:14
**250**
4:7
**26**
46:10, 64:24
**27**
120:17, 222:11
**2700**
4:23
**28**
178:6, 178:7,
210:13, 210:15,
211:3
**29**
74:18, 74:20,
212:8, 212:11
**2:-cv--wob-cj**
9:11
**2:-cv--wob-cjs**
2:8, 2:18,
2:30, 9:14

---

**3**

**3**
178:7, 178:9,
183:12, 183:14,
185:19, 185:22,
210:13, 210:14,
210:15, 210:18,
220:22, 220:23
**3-foot**
171:10, 171:20,
174:2, 175:3,
177:18, 178:16
**30**
2:37, 131:15,
132:18, 133:23,
161:25
**300**
6:14
**312.876**
5:8

Transcript of Craige Roberts, Ph.D.
Conducted on December 7, 2021

279

| | | |
|---|---|---|
| **317.635** | 169:19, 169:21 | **78** |
| 4:25 | **48** | 49:1 |
| **32** | 179:21 | **7th** |
| 160:24, 161:3, | **4th** | 9:16, 9:23, |
| 162:2, 163:18, | 5:25 | 222:17 |
| 163:21, 210:14, | | |

**317.635**
4:25
**32**
160:24, 161:3, 162:2, 163:18, 163:21, 210:14, 210:18
**33**
183:12, 183:17, 187:16
**34**
214:7, 214:10, 214:19
**37**
187:14, 214:8, 214:12
**39**
162:13, 163:6, 163:8, 164:21

**4**

**4**
185:20, 185:25, 220:23, 220:25, 223:18, 223:19
**40**
131:15, 133:23, 163:5, 165:21, 187:16, 197:16
**40202**
5:26
**41**
162:1, 163:19, 164:18, 165:2
**41017**
4:8, 6:15
**416134**
1:40
**43**
163:24
**43215**
5:17
**46**
164:19, 165:2
**46204**
4:24
**47**
7:9, 164:24,

169:19, 169:21
**48**
179:21
**4th**
5:25

**5**

**50**
132:18, 178:23, 179:1, 179:4, 220:22, 220:23
**500**
4:7, 4:16
**501**
13:7
**502.540**
5:27
**518.689**
6:8
**53**
185:19
**54**
6:6
**58**
169:19, 169:24
**59**
8:1
**5900**
5:6

**6**

**6-second**
171:11
**60**
88:14
**60606**
5:7
**615.565**
5:18
**6th**
6:6

**7**

**7**
68:20
**70**
88:14
**710**
5:25

**78**
49:1
**7th**
9:16, 9:23, 222:17

**8**

**8-second**
159:15, 160:1
**80**
15:23, 49:2, 52:8
**859.344**
4:9
**859.578**
6:16

**9**

**9**
2:37, 8:1