# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, <br><br> Plaintiff, <br><br> v. <br><br> ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, <br><br> Defendants. | CASE NO. 2:20-CV-00025-WOB-CJS |

## **PROPOSED ORDER**

Upon consideration of ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company's Motion to Strike Report and Testimony of Craige Roberts, it is hereby:

ORDERED, this ___ day of _____, 2022, that Defendants' motion to strike the report and deposition testimony of Plaintiff Nicholas Sandmann's proposed expert, Craige Roberts, from being considered (1) in support of Plaintiff's motion for partial summary judgment and (2) in opposition to Defendants' joint and supplemental motions for summary judgment is GRANTED;

SO ORDERED.

_____
Judge William O. Bertelsman
United States District Court Judge