UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV25 (WOB)

NICHOLAS SANDMANN                                         PLAINTIFF

VS.                             <u>ORDER</u>

ABC NEWS, INC.,
ET AL.                                                   DEFENDANTS

This matter is before the Court on various pending motions, and it appearing that while the parties have filed excerpts of plaintiff's deposition, no party has filed a complete transcript of that deposition, and the Court being advised,

**IT IS ORDERED** that defendant shall file a complete transcript of plaintiff's deposition **on or before Monday, May 23, 2022.**

This 19th day of May 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge