UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*** ELECTRONICALLY FILED ***

| | | |
|---|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN, | : : : : : | CASE NO. 2:20-CV-00025-WOB-CJS<br><br>Judge William O. Bertelsman |
| Plaintiff, | : : | Magistrate Judge Candace J. Smith |
| v. | : : : : | **NOTICE OF FILING DEPOSITION TRANSCRIPT OF NICHOLAS SANDMANN** |
| ABC NEWS, INC., ABC NEWS INTERACTIVE, INC., and THE WALT DISNEY COMPANY, | : : : : | |
| Defendants. | : | |

Pursuant to the Court's Order dated May 19, 2022 (Doc. 86), Defendants ABC News, Inc.; ABC News Interactive, Inc.; and The Walt Disney Company ("ABC") hereby submit the transcript of the deposition of Plaintiff Nicholas Sandmann conducted on September 13 and 14, 2021.  Counsel have consulted and Plaintiff has withdrawn all Confidential designations to portions of the depositions previously asserted by Plaintiff under the Stipulated Protective Order entered by the Court on June 21, 2021.  (Doc. 55)  Accordingly, the entire deposition transcript is submitted for public filing.

73672286v1

Respectfully submitted,

*/s/ Robert B. Craig*
Robert B. Craig (15590)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011
Phone: (859) 547-4300
Fax: (513) 381-6613
craigr@taftlaw.com

Nathan Siegel (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave NW Suite 800,
Washington, DC 20006
Phone: (202) 973-4237
Fax: (202) 973-4437
nathansiegel@dwt.com
meenakshikrishnan@dwt.com

Counsel for Defendants
ABC News, Inc., ABC News Interactive, Inc.,
and The Walt Disney Company

73672286v1