```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION


CIVIL ACTION NO. 2:20CV25 (WOB)


NICHOLAS SANDMANN                                PLAINTIFF

VS.                        ORDER


ABC NEWS, INC.,
ET AL.                                          DEFENDANTS
```

This matter is before the Court on several pending motions (Docs. 64, 65, 78), and the Court being advised,

**IT IS ORDERED** that oral argument on these motions be, and is hereby, **SET FOR TUESDAY, JULY 26, 2022 AT 1:00 P.M.** An order setting the format for this argument will follow.

This 17th day of June 2022.



Signed By:
William O. Bertelsman WOB
United States District Judge