```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                       NORTHERN DIVISION
```

**CIVIL ACTION NO. 2:20CV25 (WOB)**

**NICHOLAS SANDMANN**                                      **PLAINTIFF**

VS.                              <u>ORDER</u>

**ABC NEWS, INC.,**
**ET AL.**                                                **DEFENDANTS**

The Court previously set for oral argument on Tuesday, July 26, 2022 at 1:00 p.m. the pending motions in this case and four related cases (Case Nos. 20cv23, 20cv24, 20cv26, and 20cv27).

Having considered the best way to structure this hearing, and and the Court being advised,

**IT IS ORDERED** that:

(1) The above hearing shall begin at **9:00 a.m., not 1:00 p.m.**;

(2) Defendants shall designate one attorney to argue the "opinion versus fact" issue raised in their joint motion for summary judgment. This issue will be argued first. Defendants shall have **thirty minutes** to argue this issue; plaintiff shall have **thirty minutes** to argue in response; and defendants shall have **fifteen minutes** to argue in rebuttal;

(3) Defendants shall also designate one attorney to argue the alternative "substantial truth" issue raised in their joint motion for summary judgment and in plaintiff's motion for summary judgment. This issue will be argued second. Defendants shall have **thirty minutes** to argue this issue; plaintiff shall have **thirty minutes** to argue in response and in support of his own motion; and defendants shall have **fifteen minutes** to argue in rebuttal. The Court will then recess for lunch;

(4) After lunch, defendants will argue the issues raised in their supplemental motions for summary judgment that are specific to their respective publications. Each defendant shall have **fifteen minutes** to argue its motion. These supplemental motions will be argued in the order of their case numbers, lowest to highest. Plaintiff shall have **forty-five minutes** to respond collectively; and each defendant shall have **five minutes** for rebuttal; and

(5) The Court will then take the motions under submission with written opinions to follow.

This 24th day of June 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge