UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV25 (WOB)

NICHOLAS SANDMANN                                 PLAINTIFF

VS.                             <u>ORDER</u>

ABC NEWS, INC.,
ET AL.                                                 DEFENDANTS

Due to unforeseen circumstances, and the Court being advised,

**IT IS ORDERED** that the oral argument set for Tuesday, July 26, 2022 be, and is hereby, **CANCELLED**. All pending motions (Docs. 64, 65, 78) are hereby **TAKEN UNDER SUBMISSION**.

This 21st day of July 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge