UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN,** <br><br> Plaintiff, <br><br> v. <br><br> **ABC NEWS, INC.,** <br><br> and <br><br> **ABC NEWS INTERACTIVE, INC.,** <br><br> and <br><br> **THE WALT DISNEY COMPANY,** <br><br> Defendants. | Case No. 2:20-cv-00025-WOB-CJS <br><br> Judge William O. Bertelsman <br><br> NOTICE OF APPEAL |

Plaintiff, Nicholas Sandmann, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on July 26, 2022 (Docket #95).

                         Respectfully submitted,

                         ***/s/ Todd V. McMurtry***
                         Todd V. McMurtry (KBA #82101)
                         J. Will Huber (KBA #99339)
                         HEMMER DEFRANK WESSELS PLLC
                         250 Grandview Drive, Suite 500
                         Ft. Mitchell, Kentucky 41017
                         Phone: (859) 344-1188
                         Fax: (859) 578-3869
                         tmcmurtry@hemmerlaw.com
                         whuber@hemmerlaw.com

                         *Trial Attorneys for Plaintiff,*
                         *Nicholas Sandmann*

## CERTIFICATE OF SERVICE

This is to certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

/s/ *Todd V. McMurtry*
Todd V. McMurtry, Esq.